**IT IS SO ORDERED.**

**SIGNED THIS: December 11, 2017**

*[signature: Mary P. Gorman]*
_____
**Mary P. Gorman
United States Chief Bankruptcy Judge**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| BARTLETT MANAGEMENT SERVICES, | ) | Case No. 17- 71890 |
| INC., an Illinois corporation, | ) | |
| | ) | |
| Debtor. | ) | |
| | | |
| IN RE: | ) | |
| | ) | |
| BARTLETT MANAGEMENT | ) | Chapter 11 |
| INDIANAPOLIS, INC., | ) | |
| an Illinois corporation, | ) | Case No. 17-71892 |
| | ) | |
| Debtor. | ) | |
| | | |
| IN RE: | ) | |
| | ) | |
| BARTLETT MANAGEMENT PEORIA, INC., | ) | Chapter 11 |
| an Illinois corporation, | ) | |
| | ) | Case No. 17-71893 |
| Debtor. | ) | |

**ORDER DIRECTING JOINT ADMINISTRATION OF THE
DEBTORS' CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY**

This matter coming before the Court on December 7, 2017, on (among other matters) the Debtors' Motion for the Entry of an Order Authorizing and Directing the Joint Administration of the Debtors' Chapter 11 Cases for Procedural Purposes Only (the "Motion") filed by Bartlett Management Services, Inc. ("BMSI"), Bartlett Management Indianapolis, Inc. ("BMII") and Bartlett Management Peoria, Inc. ("BMPI"), debtors and debtors in possession in the above-captioned Chapter 11 cases (each a "Case, and collectively, the "Cases"), seeking the entry of an order authorizing and directing the joint administration of the Cases for procedural purposes only pursuant to section 105(a) of title 11 of the United States Code and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure; each of BMSI, BMII and BMPI being referenced hereinafter as a "Debtor," and the three collectively as the "Debtors"; adequate and sufficient notice of the Motion and of the hearing thereon having been served upon the parties entitled thereto; no objection to the Motion having been made, but the United States Trustee ("UST") having filed a limited response (the "UST Response") requesting that, if the Court granted the Motion, then the Court nonetheless (i) direct that creditors should file their proofs of claim in the Case or Cases of the specific Debtor or Debtors of which they are creditors, and (ii) specify that each Debtor had to prepare and file its own monthly operating report; the Court having reviewed the Motion and the UST Response; Debtors' counsel and the UST having represented to the Court on the record of the hearing that they had discussed and resolved the issues raised in the UST Response; and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1.     The Motion is granted; provided, however, as follows:

     a.  Creditors should file proofs of claim in the Case or Cases of the specific Debtor or Debtors of which they are creditors and identify specifically the Debtor or Debtors against which the creditor is asserting its claim or claims; and

     b.  Each Debtor shall file a separate monthly operating report (all in the principal Case — specifically, *In re BMSI*, Case No. 17- 71890).

  2.  In accordance with Bankruptcy Rule 1015(b), the above-captioned chapter 11 Cases are hereby consolidated, for procedural purposes only, and shall be jointly administered by this Court.

  3.  The Court approves a single docket for all of the Cases, which will be captioned as follows:

     **"IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **IN RE** | ) | **Chapter 11** |
| | ) | |
| **BARTLETT MANAGEMENT SERVICES, INC.,** *et al.*,* | ) ) ) | **Case No. 17-71890** |
| | ) | **(Jointly Administered)"** |
| **Debtors.** | ) | |

; and which shall contain the following footnote on the first page:

" * **The Debtors in these chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Bartlett Management Services, Inc. (4428); Bartlett Management Indianapolis, Inc. (2750); and Bartlett Management Peoria, Inc. (1543). The mailing address of all of the Debtors is 70 Clinton Plaza, Clinton, Illinois, 61727-2170."**

4. In preparing pleadings pertinent to any of the three Cases, no party shall be required to list any further case-identifying information beyond the caption and footnote set forth above.

5. The Court will direct the Clerk of the Court to consolidate the mailing matrixes of the BMII Case (Case No. 17-71893) and the BMPI Case (Case No. 17-71892), with the mailing matrix of the BMSI Case to serve as a single mailing matrix for the jointly administered Cases (with the Debtors responsible to review for any errors).

6. Nothing contained in the Motion or in this Order shall be construed to cause substantive consolidation of these Cases or of the Debtors.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this order.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. Anything in this Order to the contrary notwithstanding, no proof of claim shall be disallowed with prejudice on the grounds that it was filed in the wrong Case so long as (a) the proof of claim was filed in at least one of the three Cases at issue in this Order, and (b) the proof of claim identifies the Debtor or Debtors against which the filing party is asserting its claim or claims.

10. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###