**Fill in this information to identify the case:**

Debtor name   **BARTLETT MANAGEMENT SERVICES, INC.**

United States Bankruptcy Court for the:   **CENTRAL DISTRICT OF ILLINOIS**

Case number (if known)   **17-71890**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■ Amended *Schedule*   **Top 20 Creditors (Official Form 204)**

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 1, 2018**       X **/s/ Robert E. Clawson**
                                           Signature of individual signing on behalf of debtor

                                           **Robert E. Clawson**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **BARTLETT MANAGEMENT SERVICES, INC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    **17-71890**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

  **1a. Real property:**
  Copy line 88 from *Schedule A/B*........................................................................    $    **1,863,386.70**

  **1b. Total personal property:**
  Copy line 91A from *Schedule A/B*......................................................................    $    **2,518,594.94**

  **1c. Total of all property:**
  Copy line 92 from *Schedule A/B*.......................................................................    $    **4,381,981.64**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **5,681,654.09**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

  **3a. Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $    **53,364.77**

  **3b. Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    **13,567,831.99**

4.  Total liabilities ................................................................................................
   Lines 2 + 3a + 3b                                                                       $    **19,302,850.85**

**Fill in this information to identify the case:**

Debtor name **BARTLETT MANAGEMENT SERVICES, INC.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS

Case number (if known) **17-71890**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $23,370.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank Account KFC # 2 (Balance as of Opening 12/5/2017)** **JPMORGAN CHASE BANK** **P.O. BOX 659754** **SAN ANTONIO, TX 78265-9754** **800-242-7338** | **Local - Store Deposit Account** | 9802 | $5,928.12 |
| 3.2. | **Bank Account KFC # 32 (Balance as of Opening 12/5/2017)** **JPMORGAN CHASE BANK** **P.O. BOX 659754** **SAN ANTONIO, TX 78265-9754** **800-242-7338** | **Local - Store Deposit Account** | 9810 | $6,780.35 |
| 3.3. | **Bank Account KFC #44 (Balance as of Opening 12/5/2017)** **JPMORGAN CHASE BANK** **P.O. BOX 659754** **SAN ANTONIO, TX 78265-9754** **800-242-7338** | **Local - Store Deposit Account** | 9836 | $58.12 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor  **BARTLETT MANAGEMENT SERVICES, INC.**
Name

Case number *(If known)*  **17-71890**

| | | | |
|---|---|---|---|
| 3.4. | **Bank Account KFC # 12 (Balance as of Opening 12/5/2017)**<br>**JPMORGAN CHASE BANK**<br>**P.O. BOX 659754**<br>**SAN ANTONIO, TX 78265-9754**<br>**800-242-7338** | **Local -  Store Deposit Account** | 6387 | $5,277.05 |
| 3.5. | **Bank Account KFC # 3 (Balance as of Opening 12/5/2017)**<br>**PNC BANK**<br>**P.O. BOX 609**<br>**PITTSBURGH, PA 15230-9738**<br>**800-669-7518** | **Local -  Store Deposit Account** | 5804 | $7,346.11 |
| 3.6. | **Bank Account KFC # 5**<br>**PNC BANK**<br>**P.O. BOX 609**<br>**PITTSBURGH, PA 15230-9738**<br>**800-669-7518** | **Local -  Store Deposit Account** | 3886 | $5,479.92 |
| 3.7. | **BankAccount KFC #28 (Balance as of Opening 12/5/2017)**<br>**PNC BANK**<br>**P.O. BOX 609**<br>**PITTSBURGH, PA 15230-9738**<br>**800-669-7518** | **Local -  Store Deposit Account** | 5789 | $5,645.38 |
| 3.8. | **Bank Account KFC # 30 (Balance as of Opening 12/5/2017)**<br>**PNC BANK**<br>**P.O. BOX 609**<br>**PITTSBURGH, PA 15230-9738**<br>**800-669-7518** | **Local -  Store Deposit Account** | 5797 | $3,991.29 |
| 3.9. | **Bank Account KFC #31 (Balance as of Opening 12/5/2017)**<br>**PNC BANK**<br>**P.O. BOX 609**<br>**PITTSBURGH, PA 15230-9738**<br>**800-669-7518** | **Local -  Store Deposit Account** | 5818 | $5,162.25 |
| 3.10. | **Consolidated Bank Account for KFC #s 7, 9, 10, 23, 24, 25 (Balance as of Opening 12/5/2017)**<br>**US BANK**<br>**1200 ENERGY PARK DR**<br>**ST PAUL, MN 55101-0800**<br>**800-673-3555** | **Consolidated Local Store Deposit Account** | 7989 | $40,700.93 |
| 3.11. | **Bank Account for KFC #14 (Balance as of Opening 12/5/2017)**<br>**OLD NATIONAL BANK**<br>**2 W MAIN STREET**<br>**DANVILLE, IL 61832-5764**<br>**217-477-5300** | **Local -  Store Deposit Account** | 8324 | $8,165.18 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **BARTLETT MANAGEMENT SERVICES, INC.**    Case number *(If known)*  **17-71890**

Name

| | | | |
|---|---|---|---|
| 3.12 | **Bank Account for KFC #15  (Balance as of Opening 12/5/2017)**<br>**FIRST NATIONAL BANK**<br>**345 EAST GRAND AVENUE**<br>**BELOIT, WI 53511**<br>**800-667-4401** | **Local -  Store Deposit Account** | **1042** | $8,460.62 |
| 3.13 | **Consolidated Local Account for KFC #s 16, 18, 26, 27, 29**<br>**(Balance as of Opening 12/5/2017)**<br>**Zero Balance Account - Swept into HBT 1236**<br>**HEARTLAND BANK**<br>**1101 W WINDSOR ROAD**<br>**CHAMPAIGN, IL 61821**<br>**217-866-1756** | **Consolidated Local Stores Deposit Account** | **9115** | $0.00 |
| 3.14 | **Bank Account KFC #19 (Balance as of Opening 12/5/2017)**<br>**SOY CAPITAL**<br>**1501 EAST ELDORADO**<br>**DECATUR, IL 62521**<br>**217-428-7781** | **Local -  Store Deposit Account** | **9192** | $11,574.88 |
| 3.15 | **Bank Account KFC #43 (Balance as of Opening 12/5/2017)**<br>**PEOPLES BANK AND TRUST**<br>**1810 LINCOLN AVENUE**<br>**CHARLESTON, IL 61920**<br>**217-345-6006** | **Local -  Store Deposit Account** | **3648** | $5,395.86 |
| 3.16 | **Gift Card Account (Balance as of Opening 12/5/2017)**<br>**HEARTLAND BANK**<br>**1101 W WINDSOR ROAD**<br>**CHAMPAIGN, IL 61821**<br>**217-866-1756** | **Gift Card Account** | **6900** | $405.73 |
| 3.17 | **Checking Account (Balance as of Opening 12/5/2017)**<br>**HEARTLAND BANK**<br>**1101 W WINDSOR ROAD**<br>**CHAMPAIGN, IL 61821**<br>**217-866-1756**<br><br>**Swept Daily to Balance of $10,000** | **PR and AP Checking Account** | **1236** | $10,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(If known)* | **17-71890** |
|---|---|---|---|
| | Name | | |

**Cash Consolidation Account -- Shared with BMPI and BMII  (Balance as of Opening 12/5/2017)**
**HEARTLAND BANK**
**1101 W WINDSOR ROAD**
**CHAMPAIGN, IL 61821**

| | | | | |
|---|---|---|---|---|
| 3.18. | **Swept daily to pay down Heartland Bank Credit Line** 217-866-1756 | **Cash Concentration Account** | 9378 | **$0.00** |

| | | | | |
|---|---|---|---|---|
| 3.19. | **Bank Account for Machesney Park Insurance Funds (Personal Property Loss)** **Dewitt Bank Account No. Ending 6157 ($282,514.36 of $575,881.54 balance).** | **Checking Account** | 6157 | **$282,514.36** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    **$436,256.15**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit
        **NUCO2-#14 (TANK DEPOSIT) 06/03 125.00**
        **WATTS -( MTC SECURITY) 06/05 325.00**
        **NUCO2-#31 (CYLINDER DEPOSIT)06/06 125.00**
7.1.   **TOTAL: 575.00**

    **$575.00**

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.     **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.

    **$575.00**

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.     **Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **5,108.15** | - | **0.00** | = .... | **$5,108.15** |
| | face amount | | doubtful or uncollectible accounts | | |

    Due from from Clawson Management SNS, Inc: Balance as of 11/20/2017 (figures through 12/5/2017 not yet available)

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **1,422.84** | - | **0.00** | = .... | **$1,422.84** |
| | face amount | | doubtful or uncollectible accounts | | |

    Due from Clawson Management TB, Inc. as of 11/20/2017 (figures through 12/5/2017 not yet available)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **BARTLETT MANAGEMENT SERVICES, INC.**                    Case number *(If known)*  **17-71890**
_____
Name

| 11b. Over 90 days old: | **32,000.00** | - | **32,000.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

Due from Clawson Management TB, Inc. as of 12/2014

| 11b. Over 90 days old: | **809,568.10** | - | **809,568.10** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

Intercompany Transfers due from BMII as of 11/20/2017 (figures through 12/5/2017 not yet available)

| 11b. Over 90 days old: | **1,260,801.18** | - | **1,260,801.18** =.... | **Unknown** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

Amount due from Robert Clawson: Shareholder Taxes and payments to Michael Bartlett; Balance due as of 12/4/2017

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    **$6,530.99**

<hr>

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.    **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock:<br>    **25  Store Common stock,$0.1 par value of KFC  National Purchasing Co-op, Inc. (included in online 42 shares, ID#474, issued to BMSI)**<br>    **1 Membership Common Stock, no par value, of KFC National Purchasing Co-op, Inc.**<br><br>    **3 Store Common Stock, no par value, of A&W National Purchasing Co-op, Inc**<br>    **1 Membership Common Stock, no par value, of A&W National Purchasing Co-op, Inc.**<br><br>    **4  Store Common Stock, no par value, of Long John Silver's National Purchasing Co-op, Inc.**<br>    **1 Membership Common Stock, no par value, of Long John**<br>14.1.    **Silver's National Purchasing Co-op, Inc.** | | **Unknown** |

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:                              % of ownership

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.                    **$0.00**

<hr>

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | | Case number *(if known)* | **17-71890** |
| | Name | | | |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **KFC # 2: Ending Inventory as of 11/20/2017 Perishable Items: 2,756.71 Non perishable food Items: 2,515.32 Paper Products: $1,060.72** | 11/20/2017 | $0.00 | | $6,332.75 |
| **KFC # 3: Ending Inventory as of11/20/2017 Perishable Items: $2,366.19 Non perishable food Items: $3,841.86 Paper Products:  $1,854.16** | 11/20/2017 | $0.00 | | $7,570.82 |
| **KFC # 5: Ending Inventory as of 11/20/2017 Perishable Items: $2,491.67 Non perishable food Items: $3,222.46 Paper Products:  $1,893.66** | 11/20/2017 | $0.00 | | $8,227.19 |
| **KFC # 7: Ending Inventory as of 11/20/2017 Perishable Items: $4,011.86 Non perishable food Items: $3,195.21 Paper Products:   $2,118.19** | 1/20/2017 | $0.00 | | $9,352.51 |
| **KFC # 9: Ending Inventory as of 11/20/2017: Perishable Items: $3,922.60 Non perishable food Items: $3,934.90 Paper Products:   $1,707.67** | 11/20/2017 | $0.00 | | $8,825.48 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **BARTLETT MANAGEMENT SERVICES, INC.**                    Case number *(If known)*  **17-71890**
Name

| | | | |
|---|---|---|---|
| **KFC # 10: Ending Inventory as o 11/20/2017 Perishable Items: $3,706.11 Non perishable food Items: $2,503.21 Paper Products:  $2,574.04** | **11/20/2017** | $0.00 | $10,215.05 |
| **KFC# 12:  Ending Inventory as of 11/20/2017 Perishable Items: $1,852.21  Non perishable food Items: $3,523.70 Paper Products:  $1,559.37** | **11/20/2017** | $0.00 | $5,914.79 |
| **KFC #14: Ending Inventory as of 11/20/2017: Perishable Items: $2,632.86  Non perishable food Items: $3,758.69  Paper Products:  $1,615.77** | **11/20/2017** | $0.00 | $7,772.33 |
| **KFC #15: Ending Inventory as of 11/20/2017 Perishable Items: $3,272.73  Non perishable food Items: $2,938.17 Paper Products:  $1,830.52** | **11/20/2017** | $0.00 | $8,861.94 |
| **KFC #16: Ending Inventory as of 11/20/2017 Perishable Items: $2,803.43 Non perishable food Items: $2,185.54 Paper Products:  $1,650.69** | **11/20/2017** | $0.00 | $7,392.29 |
| **KFC #18:  Ending Inventory as of 11/20/2017: Perishable Items: $2,177.25  Non perishable food Items: $2,970.09  Paper Products:  $1,312.48** | **11/20/2017** | $0.00 | $5,675.27 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **BARTLETT MANAGEMENT SERVICES, INC.**                    Case number *(If known)*  **17-71890**
_____
Name

| | | | |
|---|---|---|---|
| **KFC #19 Ending Inventory as of 11/20/2017 Perishable Items: $3,318.14  Non perishable food Items: $3,799.24  Paper Products:  $1,556.33** | 11/20/2017 | $0.00 | $7,844.56 |
| **KFC# 23 Ending Inventory as of 11/20/2017 Perishable Items: $3,704.78  Non perishable food Items: $1,746.94  Paper Products:  $1,770.89** | 11/20/2017 | $0.00 | $9,274.91 |
| **KFC# 24 Ending Inventory as of 011/20/2017: Perishable Items: $2,611.42  Non perishable food Items: $3,838.31  Paper Products:  $1,099.41** | 11/20/2017 | $0.00 | $5,457.77 |
| **KFC #25 Ending Inventory as of 11/20/2017 Perishable Items: $3,793.31  Non perishable food Items: $2,721.18  Paper Products:   $2,000.28** | 11/20/2017 | $0.00 | $9,631.90 |
| **KFC# 26 Ending Inventory as o 11/20/2017: Perishable Items: $2,175.75  Non perishable food Items: $4,221.29  Paper Products:  $1,381.58** | 11/20/2017 | $0.00 | $6,278.51 |
| **KFC# 27 Ending Inventory as of 011/20/2017 Perishable Items: $2,946.21  Non perishable food Items: $3,643.88  Paper Products:  $1,476.09** | 11/20/2017 | $0.00 | $8,643.59 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    __BARTLETT MANAGEMENT SERVICES, INC.__                    Case number *(If known)*  __17-71890__
            Name

**KFC# 28 Ending Inventory as of 11/20/2017: Perishable Items: $4,477.38 Non perishable food Items: $2,951.88 Paper Products:  $1,878.68**    11/20/2017          $0.00                    $9,999.94

**KFC# 29 Ending Inventory as of 11/20/2017 Perishable Items: $3,631.44 Non perishable food Items: $3,136.03 Paper Products:  $1,660.85**    11/20/2017          $0.00                    $8,244.17

**KFC# 30 Ending Inventory as of 11/20/2017: Perishable Items: $1,806.66 Non perishable food Items: $3,433.97 Paper Products:  $1,674.85**    11/20/2017          $0.00                    $6,617.54

**KFC# 31 Ending Inventory as of 11/20/2017: Perishable Items: $4,796.53 Non perishable food Items: $3,208.72 Paper Products:  $1,836.52**    11/20/2017          $0.00                    $10,067.02

**KFC# 32 Ending Inventory as of 11/20/2017 Perishable Items: $2,433.39 Non perishable food Items: $4,340.41 Paper Products:  $1,647.41**    11/20/2017          $0.00                    $7,289.52

**KFC# 43 Ending Inventory as of 11/20/2017: Perishable Items: $5,131.57 Non perishable food Items: $72,466.15 Paper Products:  $1,882.33**                      $0.00                    $11,354.31

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **BARTLETT MANAGEMENT SERVICES, INC.**                    Case number *(If known)*   **17-71890**
_____Name_____

**KFC# 44 Ending
Inventory as of 06/26/17:
Perishable Items:  $0.00
Non perishable food
Items: $0.00
Paper Products: $0.00**                                      $0.00                              $0.00

---

23.    **Total of Part 5.**                                                         $186,844.16

       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☐ No
       ☑ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ☑ Yes. Book value          0   Valuation method                     Current Value          0

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** **Office Computers at 70 Clinton Plaza:** **See Attached Addendum A** | $2,241.18 | See Addendum A | $3,597.44 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                        $3,597.44

       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ☑ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(If known)* | **17-71890** |
|---|---|---|---|
| | Name | | |

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2015 Jeep Cherokee Sport**<br>**V#1C4PJLAB0FW670571**<br>**Mileage = 103,258** | $8,982.98 | **KBB- Rounded** | $6,950.00 |
| 47.2.  **2016 DODGE GRAND CARAVAN**<br>**VIN#2C4RDGCG8GR390746**<br>**Mileage = 9580** | $17,057.91 | **KBB - Rounded** | $14,600.00 |
| 47.3.  **2014 JEEP GRAND CHEROKEE SPORT**<br>**VIN#1C4RJFBT9EC386826**<br>**Mileage = 120,727** | $10,203.53 | **KBB - Rounded** | $10,900.00 |
| 47.4.  **2016 DODGE GRAND CARAVAN**<br>**VIN#2C4RDGBXGR250666**<br>**Mileage = 73228** | $15,020.71 | **KBB - Rounded** | $9,440.00 |
| 47.5.  **2017 DODGE GRAND CARAVAN**<br>**VIN#2C4RDGBG0HR563565**<br>**Mileage = 17194** | $14,921.03 | **KBB- Rounded** | $16,000.00 |
| 47.6.  **2016 DODGE GRAND CARAVAN**<br>**VIN#2C4RDGBG6GR359948**<br>**Mileage = 47935** | $15,490.54 | **KBB - Rounded** | $11,650.00 |
| 47.7.  **2016 DODGE GRAND CARAVAN**<br>**VIN#2C4RGBG4GR3505553**<br>**Mileage = 41020** | $15,490.54 | **KBB - Rounded** | $12,200.00 |
| 47.8.  **2016 DODGE GRAND CARAVAN**<br>**VIN#2C4RDGBG2GR324940**<br>**Mileage = 50,237** | $15,634.65 | **KBB - Rounded** | $11,500.00 |
| 47.9.  **2013 DODGE GRAND CARAVAN**<br>**VIN#2CRDGCG6DR612972**<br>**Mileage = 48,633** | $3,100.63 | **KBB Rounded** | $10,632.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **BARTLETT MANAGEMENT SERVICES, INC.**                         Case number *(If known)* **17-71890**
          Name

| | | | |
|---|---|---|---|
| 47.10 · | **2011 BMW 535**<br>**VIN#WBAFU7C57BC876870**<br>**Mileage = 112021** | **$8,449.59** | **KBB - Rounded** | **$19,200.00** |
| 47.11 · | **2014 DODGE RAM TRUCK**<br>**VIN#1C6RR7KT4ES209788**<br>**Mileage = 22419** | **$8,431.57** | **KBB - Rounded** | **$22,750.00** |
| 47.12 · | **2014 DODGE RAM TRUCK**<br>**VIN#3C6UR5NL0EG199360**<br>**Mileage = 66500** | **$21,246.74** | **KBB - Rounded** | **$29,000.00** |
| 47.13 · | **2009 Toyota Rav4**<br>**VIN: 2T3BK31V99W006094**<br>**Mileage = 201,706** | **$1,272.70** | **KBB- Rounded** | **$3,100.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       **Construction/Remodeling/Upgrades in Progress.  Book Value is amount paid (consolidated for all locations) for work in progress as of 11/20/2017**
       **KFC REMODELING   87,413.50**          **$87,413.50**                    **Unknown**

| | | | |
|---|---|---|---|
| **Leasehold Improvements:  KFC # 2**<br>**(Closing Period 11/2017)**<br>**See Attached Addendum B** | **$75,066.26** | **25% of RCV** | **$46,293.75** |
| **Leasehold Improvements: KFC # 3**<br>**(Closing Period 11/20/2017)**<br>**See Attached Addendum B** | **$73,454.91** | **25% of RCV** | **$48,325.00** |
| **Leasehold Improvements: KFC # 5**<br>**(Closing Period 11/20/17)**<br>**See Attached Addendum B** | **$83,896.13** | **25% of RCV** | **$48,943.75** |
| **Leasehold Improvements: KFC # 7**<br>**(Closing Period 11/20/17)**<br>**See Attached Addendum B** | **$8,266.01** | **25% of RCV** | **$2,412.50** |
| **Leasehold Improvements: KFC # 9**<br>**(Closing Period 11/20/17)**<br>**See Attached Addendum B** | **$11,619.47** | **25% of RCV** | **$3,568.75** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **BARTLETT MANAGEMENT SERVICES, INC.**                    Case number *(If known)*  **17-71890**
_____
Name

| | | | |
|---|---|---|---|
| **Leasehold Improvements: KFC # 10**<br>**(Closing Period 11/20/17)**<br>**See Attached Addendum B** | **$105,924.03** | **25% of RCV** | **$66,650.00** |
| **Leasehold Improvements: KFC # 12**<br>**(Closing Period 11/20/17)**<br>**See Attached Addendum B** | **$112,550.61** | **25% of RCV** | **$71,983.25** |
| **Leasehold Improvements: KFC # 14**<br>**See Attached Addendum B**<br>**NOTE:  This Equipment will be moved to**<br>**Storage after turnover of property.** | **$194,357.78** | **25% of RCV** | **$97,381.00** |
| **Leasehold Improvements: KFC # 15**<br>**(Closing Period 11/20/17)**<br>**See Attached Addendum B** | **$88,504.80** | **25% of RCV** | **$51,225.00** |
| **Leasehold Improvements: KFC # 16**<br>**(Closing Period 11/20/17)**<br>**See Attached Addendum B** | **$134,837.17** | **25% of RCV** | **$65,118.75** |
| **Leasehold Improvements: KFC # 18**<br>**(Closing Period Ending 11/20/17)**<br>**See Attached Addendum B** | **$173,995.95** | **25% of RCV** | **$68,571.25** |
| **Leasehold Improvements: KFC # 23**<br>**(Closing Period Ending 11/20/17)**<br>**See Attached Addendum B** | **$56,190.61** | **25% of RCV** | **$31,190.00** |
| **Leasehold Improvements: KFC # 24**<br>**(Closing Period Ending 11/20/17)**<br>**See Attached Addendum B** | **$139,406.54** | **25% of RCV** | **$54,445.00** |
| **Leasehold Improvements: KFC # 26**<br>**(Closing Period Ending 11/20/17)**<br>**See Attached Addendum B** | **$113,745.65** | **25% of RCV** | **$69,787.50** |
| **Leasehold Improvements: KFC # 27**<br>**(Closing Period 11/20/17)**<br>**See Attached Addendum B** | **$21,542.74** | **25% of RCV** | **$7,113.75** |
| **Leasehold Improvements: KFC # 28**<br>**(Closing Period 11/20/17)**<br>**See Attached Addendum B** | **$119,074.90** | **25% of RCV** | **$87,615.00** |
| **Leasehold Improvements: KFC # 29**<br>**(Closing Period Ending 11/20/17)**<br>**See Attached Addendum B** | **$305,462.56** | **25% of RCV** | **$148,057.50** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **BARTLETT MANAGEMENT SERVICES, INC.**
Name                                          Case number *(If known)*  **17-71890**

| | | | |
|---|---|---|---|
| **Leasehold Improvements: KFC # 30**<br>(Closing Period Ending 11/20/17)<br>See Attached Addendum B | $129,646.85 | 25% of RCV | $74,316.25 |
| **Leasehold Improvements: KFC # 31**<br>(Closing Period Ending 11/20/17)<br>See Attached Addendum B | $7,445.70 | 25% of RCV | $2,332.50 |
| **Leasehold Improvements: KFC # 32**<br>(Closing Period 11/20/17)<br>See Attached Addendum B | $211,959.74 | 25% of RCV | $132,071.25 |
| **Leasehold Improvements: KFC # 43**<br>(Closing Period Ending 11/20/17)<br>See Attached Addendum B | $11,914.66 | 25% of RCV | $6,538.75 |
| **Leasehold Improvements KFC #19**<br>(Closing Period Ending 11/20/17)<br>See Attached Addendum B | $27,540.90 | 25% of RCV | $11,625.00 |
| **Leasehold Improvements: KFC # 25**<br>(Closing Period 11/20/17)<br>See Attached Addendum B | $44,422.23 | 25% of RCV | $15,611.25 |
| **Equipment KFC Store #2**<br>(Closing Period 11/20/2017)<br>See Attached Addendum | $9,965.18 | See Addendum A | $15,424.11 |
| **Equipment KFC Store # 3**<br>(Closing Period 11/20/2017)<br>See Attached Addendum A | $15,247.96 | See Addendum A | $18,563.63 |
| **Equipment KFC Store # 5**<br>(Closing Period 11/20/2017)<br>See Attached Addendum A | $7,535.41 | See Addendum A | $25,892.32 |
| **Equipment KFC Store # 7**<br>(Closing Period 11/20/17)<br>See Attached Addendum A | $6,782.28 | See Addendum A | $11,321.03 |
| **Equipment KFC Store # 9**<br>(Closing Period 11/20/17)<br>See Attached Addendum A | $15,429.65 | See Addendum A | $9,523.25 |
| **Equipment KFC Store # 10**<br>(Closing Period 11/20/17)<br>See Attached Addendum A | $10,466.11 | See Addendum A | $14,441.30 |
| **Equipment KFC Store # 12**<br>(Closing Period 11/20/17)<br>See Attached Addendum A | $11,438.09 | See Addendum A | $17,462.90 |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 14

Debtor   **BARTLETT MANAGEMENT SERVICES, INC.**
         Name

Case number *(If known)*  **17-71890**

| | | | |
|---|---|---|---|
| **Equipment in Storage**<br>**(Closing Period 11/20/17)**<br>See Attached Addendum A | $10,613.79 | See  Addendum A | $24,560.08 |
| **Equipment KFC Store # 14**<br>**(Closing Period 11/20/17)**<br>See Attached Addendum A<br>NOTE:  This Equipment will be moved to<br>Storage after turnover of property. | $12,383.93 | See Addendum A | $18,190.13 |
| **Equipment KFC Store # 15**<br>**(Closing Period 11/20/17)**<br>See Attached Addendum A | $9,534.41 | See Addendum A | $58,508.13 |
| **Equipment KFC Store # 16**<br>**(Closing Period 11/20/17)**<br>See Attached Addendum A | $9,854.97 | See Addendum A | $36,309.32 |
| **Equipment KFC Store # 18**<br>**(Closing Period 11/20/17)**<br>See Attached Addendum A | $12,341.78 | See Addendum A | $17,824.98 |
| **Equipment KFC Store # 19**<br>**(Closing Period 11/20/17)**<br>See Attached Addendum A | $9,420.38 | See Addendum A | $12,022.16 |
| **Equipment KFC Store # 23**<br>**(Closing Period 11/20/17)**<br>See Attached Addendum A | $9,695.87 | See Addendum A | $20,080.72 |
| **Equipment KFC Store # 24**<br>**(Closing Period 11/20/17)**<br>See Attached Addendum A | $14,546.42 | See Addendum A | $19,801.15 |
| **Equipment KFC Store # 25**<br>**(Closing Period 11/20/17)**<br>See Attached Addendum A | $10,687.39 | See Addendum A | $11,770.89 |
| **Equipment KFC Store # 26**<br>**(Closing Period 11/20/17)**<br>See Attached Addendum A | $13,205.44 | See Addendum A | $21,573.26 |
| **Equipment KFC Store # 27**<br>**(Closing Period 11/20/17)**<br>See Attached Addendum A | $13,185.21 | See Addendum A | $12,751.33 |
| **Equipment KFC Store # 28**<br>**(Closing Period 11/20/17)**<br>See Attached Addendum A | $12,523.80 | See Addendum A | $16,623.95 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 15

Debtor    **BARTLETT MANAGEMENT SERVICES, INC.**                    Case number *(If known)*  **17-71890**
_____
Name

| | | | |
|---|---|---|---|
| **Equipment KFC Store # 29**<br>**(Closing Period 11/20/17)**<br>**See Attached Addendum A** | $13,422.45 | See Addendum A | $43,879.61 |
| **Equipment KFC Store # 30**<br>**(Closing Period 11/20/17)**<br>**See Attached Addendum A** | $16,657.05 | See Addendum A | $18,086.08 |
| **Equipment KFC Store # 31**<br>**(Closing Period 11/20/17)**<br>**See Attached Addendum A** | $7,965.58 | See Addendum A | $10,119.63 |
| **Equipment KFC Store # 32**<br>**(Closing Period 11/20/17)**<br>**See Attached Addendum A** | $11,944.10 | See Addendum A | $29,402.03 |
| **Equipment KFC Store # 43**<br>**(Closing Period 11/20/17)**<br>**See Attached Addendum A** | $6,845.45 | See Addendum A | $11,560.46 |
| **Equipment KFC Store # 44 -- BEING REBUILT** | $0.00 | | $0.00 |
| **Equipment KFC Store # 4**<br>**CLOSED** | $0.00 | | $0.00 |

51.    **Total of Part 8.**                                                                   | **$1,884,791.20** |

    Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **BARTLETT MANAGEMENT SERVICES, INC.**                    Case number *(If known)*   **17-71890**
         Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **KFC # 18:**<br>**1706 W. Market Street**<br>**Bloomington, IL**<br>**61702-2642**<br>**McLean County,**<br>**Illinois**<br>**PIN 21-05-154-008**<br>**Land and Building** | **Fee Simple** | **$451,815.82**   Assessed FMV | **$668,883.00** |
| 55.2. | **KFC # 27 Dunlap**<br>**1321 North Dunlap**<br>**Avenue**<br>**Savoy IL 61874-9499**<br>**Champaign County**<br>**Land and Building**<br><br>**PIN:**<br>**03-20-25-365-006** | **Fee simple** | **$315,000.00**   Assessed FMV | **$711,011.70** |
| 55.3. | **KFC # 32 State and**<br>**Mulford (Building**<br>**only)**<br>**5949 E. State Street**<br>**Rockford, IL**<br>**61108-2429**<br>**Parcel ID #**<br>**12-28-277-004** | **Fee simple** | **$123,374.14**   Assessed FMV | **$483,492.00** |
| 55.4. | **KFC #2 KILBURN**<br>**1502 Kilburn Ave.,**<br>**Rockford, IL**<br>**61101-3444** | **Leasehold**<br>**Interest** | **$0.00** | **Unknown** |
| 55.5. | **KFC #3 11TH**<br>**STREET**<br>**3035 11th St.,**<br>**Rockford IL**<br>**61109-1209** | **Leasehold**<br>**Interest** | **$0.00** | **Unknown** |
| 55.6. | **KFC #10 MATTOON**<br>**1000 Charleston**<br>**Ave., Mattoon, IL**<br>**61938-4127** | **Leasehold**<br>**Interest** | **$0.00** | **Unknown** |
| 55.7. | **KFC #12**<br>**CRAWFORDSVILLE**<br>**309 N. Washington**<br>**Street, Crasfordsville**<br>**IN 47933-1741** | **Leasehold**<br>**Interest** | **$0.00** | **Unknown** |
| 55.8. | **KFC #19 PERSHING**<br>**RD. 1310 E. Pershing**<br>**Rd., Decatur, IL**<br>**62526** | **Leasehold**<br>**Interest** | **$0.00** | **Unknown** |

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | | Case number *(If known)*  **17-71890** | |
|---|---|---|---|---|
| | Name | | | |

| 55.9. | **KFC #24 WEST JEFFERSON 1850 W. Jefferson St., Springfield, IL  62702** | Leasehold Interest | $0.00 | Unknown |
| 55.10. | **KFC #25 NORTH 9TH STREET 1111 N. Ninth St., Springfield, IL 62702-3949** | Leasehold Interest | $0.00 | Unknown |
| 55.11. | **KFC #26 PROSPECT RD 501 N. Prospect Rd., Bloomington, IL 61704-3563** | Leasehold Interest | $0.00 | Unknown |
| 55.12. | **KFC #28 COUNTY LINE 1293 N. State Rd. 135, Greenwood, IN 46142-1020** | Leasehold Interest | $0.00 | Unknown |
| 55.13. | **KFC #31 FRANKLIN 2401 N. Morton St., Franklin, IN 46131-9703** | Leasehold Interest | $0.00 | Unknown |
| 55.14. | **KFC #43 CHARLESTON 2310 Lincoln Ave., Charleston, IL 61920-3049** | Leasehold Interest | $0.00 | Unknown |
| 55.15. | **KFC #4 NORTH MAIN 3555 N. Main Street, Rockford, IL PROPERTY HAS BEEN ABANDONED** | Leasehold Interest | $0.00 | Unknown |
| 55.16. | **KFC #5 BELVIDERE 1160 N. State St., Belvidere, IL 61008-2027** | Leasehold Interest | $0.00 | Unknown |
| 55.17. | **KFC #14 BOWMAN, DANVILLE 12 N. Bowman Ave., Danville, IL 61832-5920** | Leasehold Interest | $0.00 | Unknown |
| 55.18. | **KFC #15 PRARIE AVE. 2735 Prairie Ave., Beloit WI 53511** | Leasehold Interest | $0.00 | Unknown |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(If known)* | **17-71890** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.19 · | **KFC #16 WEST SPRINGFIELD**<br>**2201 W. Springfield Ave, Champaign, IL 61821-2911** | Leasehold Interest | $0.00 | Unknown |
| 55.20 · | **KFC #23 SOUTH 6TH STREET**<br>**3150 S. 6th St., Springfield, IL 62703-4018** | Leasehold Interest | $0.00 | Unknown |
| 55.21 · | **KFC #29 UNIVERSITY**<br>**410 W. University Ave., Urbana, IL 61801-1644** | Leasehold Interest | $0.00 | Unknown |
| 55.22 · | **KFC #30 SOUTHPORT RD.**<br>**4250 E. Southport Rd., Indianapolis, IN 46237-3240** | Leasehold Interest | $0.00 | Unknown |
| 55.23 · | **KFC #7 JANESVILLE**<br>**2425 Milton Ave., Janesville, WI 53545-0439** | Leasehold Interest | $0.00 | Unknown |
| 55.24 · | **KFC #9 RIVERSIDE**<br>**6566 E. Riverside Blvd., Loves Park, IL 61111-8619** | Leasehold Interest | $0.00 | Unknown |
| 55.25 · | **KFC #44 MACHESNEY PARK**<br>**1586 W. Lane Rd.. Machesney Park, IL 61115-1903**<br>**Note: this building suffered fire damage early 2017 and is in process of being rebuilt** | Leasehold Interest | $0.00 | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$1,863,386.70** |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(If known)*  **17-71890** |
|---|---|---|
| | Name | |

☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| | Franchise Agreements | $114,277.12 | | Unknown |
| | HBL Loan Costs | $16,670.11 | | Unknown |
| | Covenant Not to Compete (Champaign) | $400,000.00 | | Unknown |
| 65. | **Goodwill** | | | |
| | Goodwill | $2,220,843.00 | | Unknown |

| 66. | **Total of Part 10.** | | $0.00 |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

**71.     Notes receivable**
Description (include name of obligor)

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(If known)* **17-71890** |
|---|---|---|
| | Name | |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **Undetermined** | Tax year | **Unknown** |

**73.** **Interests in insurance policies or annuities**
**Interest in Insurance Policy -- Workers Compensation Insurance**
**Berkshire Hathaway Homestate Companies**
**Acct#BAWC810800**                                                                     **Unknown**

**Interest in Insurance Policy - Automobile Insurance**
**Liberty Mutual Ins (Auto) Acct#BAS57400419 -**                                        **Unknown**

**Interest in Insurance Policy**
**Regional Manager and Asst. Manager Life and Disability Insurance**
**Lincoln Financial Group( RGM and ASST RGM Suppl. life and Dis Ins) Acct#BARMAN-BL-104770**       **Unknown**

**Interest in Insurance Policy**
**First Insurance(Property/Liability) Acct#900-5242292**                                 **Unknown**

**Interest in NorthWestern Life Insurance Policies:**
**Policy # 18509349 on Michael Bartlett for 2M (Debtor is Owner of Policy and Beneficiary).**
**Policy #21932743 on  Joseph Adams (Debtor is Owner of Policy; beneficiary is Robert Clawson)**
**Polciy # 18509439 on Joseph Adams (Debtor is Owner of Policy; beneficiary is Robert Clawson).**       **Unknown**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Potential Causes of Action against Third Parties (Undetermined)**                       **Unknown**
**Nature of claim**
**Amount requested**                      $0.00

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Recoverable Depreciation Amounts**
**Insurance Proceeds from Machesney Park Fire**                                           **Unknown**
**Nature of claim**                    **Property Loss**
**Amount requested**                   $46,385.64

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **BARTLETT MANAGEMENT SERVICES, INC.**                          Case number *(If known)*  **17-71890**
_____Name

78.    **Total of Part 11.**                                                                    $0.00
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **BARTLETT MANAGEMENT SERVICES, INC.**                    Case number *(If known)*  **17-71890**
      Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $436,256.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $575.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,530.99 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $186,844.16 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,597.44 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,884,791.20 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $1,863,386.70 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,518,594.94 | + 91b. $1,863,386.70 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,381,981.64 |

**Bartlett Management Services, Inc.**
**Addendum A to Property Schedule A/B**
**Equipment**

| LOCATION | ASSET_ACCT | DESCRIPTION | ASSET_# | ACQUIRED | BASIS | ACCUM_DEPR | NET BOOK VALUE | CURRENT VALUE AS % OF BASIS | % APPLIED |
|---|---|---|---|---|---|---|---|---|---|
| KFC#02 | 1669502 | FRYMASTER NAT GAS FRYER | 026006 | 02/17/00 | 3,267.17 | 3,267.17 | 0.00 | 326.72 | 0.1 |
| | 1669502 | D-T MENUBOARD | 026007 | 01/29/02 | 7,310.47 | 7,310.47 | 0.00 | 731.05 | 0.1 |
| | 1669502 | ALERT SECURITY SYSTEM | 026011 | 05/13/05 | 1,445.00 | 1,445.00 | 0.00 | 144.50 | 0.1 |
| | 1669502 | AMANA MICROWAVE-2700W | 026012 | 05/11/06 | 1,948.06 | 1,948.06 | 0.00 | 194.81 | 0.1 |
| | 1669502 | DELFIELD U/C FREEZER-5.9 | 026015 | 02/16/07 | 920.50 | 920.50 | 0.00 | 92.05 | 0.1 |
| | 1669502 | BUNN HOT WTR MACH-5 GAL | 026016 | 06/02/07 | 1,709.97 | 1,709.97 | 0.00 | 171.00 | 0.1 |
| | 1669502 | REMODEL-EQUIP UPGRADE | 026017 | 09/01/07 | 30,251.24 | 30,251.24 | 0.00 | 3,025.12 | 0.1 |
| | 1669502 | SIGNS-PYLON/DIRECTIONAL | 026019 | 11/20/07 | 5,442.43 | 5,442.43 | 0.00 | 544.24 | 0.1 |
| | 1669502 | KFC BLODGETT OVEN | 026022 | 07/27/09 | 10,321.66 | 10,321.66 | 0.00 | 1,032.17 | 0.1 |
| | 1669502 | DLFLD U/C FREEZER | 026024 | 07/01/10 | 932.27 | 932.27 | 0.00 | 93.23 | 0.1 |
| | 1669502 | HUMIDITY HLDG CABINETS | 026025 | 06/29/12 | 12,957.66 | 12,957.66 | 0.00 | 1,295.77 | 0.1 |
| | 1669502 | MERIT REGISTER SYSTEM | 026026 | 03/10/13 | 23,152.72 | 21,587.97 | 1,564.75 | 4,630.54 | 0.2 |
| | 1669502 | PANASONIC WIRELESS HDSTS | 026027 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| | 1669502 | FRYER PUMP/MOTOR ASSY | 026028 | 06/01/13 | 1,593.07 | 1,485.40 | 107.67 | 159.31 | 0.1 |
| | 1669502 | FRYER COMPUTER | 026029 | 09/11/14 | 995.20 | 813.50 | 181.70 | 99.52 | 0.1 |
| | 1669502 | FIREKING SAFE | 026031 | 02/01/17 | 2,205.40 | 400.99 | 1,804.41 | 1,102.70 | 0.5 |
| | KFC#02 EQP | KFC PACKLINE | 026032 | 06/01/17 | 7,138.37 | 1,070.76 | 6,067.61 | 1,427.67 | 0.2 |
| | **1669502 Total** | | | | **115,128.25** | **105,163.07** | **9,965.18** | **15,424.11** | |
| | | | | | | | | | |
| KFC#03 | 1669503 | W-I COOLER COMPRESSOR | 036008 | 05/16/01 | 1,482.65 | 1,482.65 | 0.00 | 148.27 | 0.1 |
| | 1669503 | D-T MENUBOARD | 036009 | 01/29/02 | 7,252.63 | 7,252.63 | 0.00 | 725.26 | 0.1 |
| | 1669503 | SHELVING | 036012 | 06/10/02 | 557.46 | 557.46 | 0.00 | 55.75 | 0.1 |
| | 1669503 | DELFIELD FREEZER-5.9 CU | 036014 | 01/09/04 | 909.68 | 909.68 | 0.00 | 90.97 | 0.1 |
| | 1669503 | FAST FRYER CONTROLLER | 036017 | 11/30/04 | 612.32 | 612.32 | 0.00 | 61.23 | 0.1 |
| | 1669503 | 1-SECTION FREEZER 24.2CF | 036018 | 07/05/05 | 2,054.88 | 2,054.88 | 0.00 | 205.49 | 0.1 |
| | 1669503 | 6 HEAD CRISPY COOKER | 036019 | 07/01/05 | 2,195.00 | 2,195.00 | 0.00 | 219.50 | 0.1 |
| | 1669503 | CCTV SYSTEM | 036021 | 09/15/05 | 1,220.00 | 1,220.00 | 0.00 | 122.00 | 0.1 |
| | 1669503 | AMANA MICROWAVE-2700W | 036022 | 05/19/06 | 1,619.56 | 1,619.56 | 0.00 | 161.96 | 0.1 |
| | 1669503 | REMODEL-EQUIP UPGRADE | 036026 | 09/01/07 | 36,161.16 | 36,161.16 | 0.00 | 3,616.12 | 0.1 |
| | 1669503 | SIGNS-PYLON/DIRECTIONAL | 036028 | 11/20/07 | 5,442.43 | 5,442.43 | 0.00 | 544.24 | 0.1 |
| | 1669503 | HIGHWAY SIGNS | 036031 | 06/09/08 | 3,280.54 | 3,280.54 | 0.00 | 328.05 | 0.1 |
| | 1669503 | BUNN HOT WATER MACHINE | 036039 | 04/19/11 | 672.69 | 672.69 | 0.00 | 67.27 | 0.1 |
| | 1669503 | BUNN HOT WATER MACHINE | 036041 | 03/02/12 | 692.38 | 692.38 | 0.00 | 69.24 | 0.1 |
| | 1669503 | HUMIDITY HLDG CABINETS | 036042 | 06/29/12 | 12,957.68 | 12,957.68 | 0.00 | 1,295.77 | 0.1 |
| | 1669503 | CVO MOTOR/CONTACTOR | 036043 | 11/12/12 | 1,650.55 | 1,650.55 | 0.00 | 165.06 | 0.1 |
| | 1669503 | MERIT REGISTER SYSTEM | 036044 | 03/12/13 | 23,058.79 | 21,500.40 | 1,558.39 | 4,611.76 | 0.2 |
| | 1669503 | PANASONIC WIRELESS HDSTS | 036045 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| | 1669503 | FLTR MACH PUMP/MOTOR | 036046 | 08/01/13 | 2,101.72 | 1,959.68 | 142.04 | 210.17 | 0.1 |
| | 1669503 | FRYER SOLENOID VALVE | 036047 | 09/10/13 | 1,656.38 | 1,544.43 | 111.95 | 165.64 | 0.1 |
| | 1669503 | FLTR MACH PUMP/MTR | 036048 | 03/01/14 | 2,394.40 | 1,957.23 | 437.17 | 239.44 | 0.1 |
| | 1669503 | BUNN HOT WATER MACHINE | 036049 | 03/17/14 | 732.62 | 598.85 | 133.77 | 73.26 | 0.1 |
| | 1669503 | BLDGT OVN INTRFACE BRD | 036050 | 05/08/14 | 3,524.83 | 2,881.27 | 643.56 | 352.48 | 0.1 |
| | 1669503 | FRYER CONTROL BOARD | 036051 | 04/01/15 | 3,100.96 | 2,158.27 | 942.69 | 310.10 | 0.1 |
| | 1669503 | NEW ICE MACHINE | 036052 | 05/16/16 | 1,765.50 | 870.98 | 894.52 | 882.75 | 0.5 |
| | 1669503 | FIREKING SAFE | 036053 | 02/01/17 | 2,569.48 | 467.19 | 2,102.29 | 1,284.74 | 0.5 |
| | 1669503 | DELFIELD U/C FRIDGE | 036054 | 06/14/17 | 1,019.66 | 174.80 | 844.86 | 509.83 | 0.5 |
| | KFC#03 EQP | KFC PACKLINE | 036055 | 06/01/17 | 8,467.86 | 1,270.18 | 7,197.68 | 1,693.57 | 0.2 |
| | **1669503 Total** | | | | **132,690.87** | **117,442.91** | **15,247.96** | **18,563.63** | |
| | | | | | | | | | |
| KFC#05 | 1669505 | 8 HD HENNY PENNY FRYER | 056015 | 07/12/02 | 6,615.00 | 6,615.00 | 0.00 | 661.50 | 0.1 |
| | 1669505 | D/T TIMER SYSTEM | 056017 | 06/05/03 | 1,914.53 | 1,914.53 | 0.00 | 191.45 | 0.1 |
| | 1669505 | BISCUIT OVEN CONTROL | 056019 | 07/25/03 | 972.21 | 972.21 | 0.00 | 97.22 | 0.1 |
| | 1669505 | LJS CONVERSION | 056021 | 04/22/05 | 118,411.12 | 118,411.12 | 0.00 | 11,841.11 | 0.1 |
| | 1669505 | CCTV SYSTEM | 056022 | 03/01/06 | 1,522.00 | 1,522.00 | 0.00 | 152.20 | 0.1 |
| | 1669505 | PITCO GAS FRYER | 056023 | 03/24/06 | 15,489.58 | 15,489.58 | 0.00 | 1,548.96 | 0.1 |
| | 1669505 | U/C FREEZER-DELFIELD | 056025 | 01/11/07 | 921.46 | 921.46 | 0.00 | 92.15 | 0.1 |
| | 1669505 | DLFLD U/C FREEZER-5.9CF | 056027 | 10/09/07 | 884.38 | 884.38 | 0.00 | 88.44 | 0.1 |
| | 1669505 | D/T DRINK COUNTER-53" | 056030 | 04/02/08 | 811.55 | 811.55 | 0.00 | 81.16 | 0.1 |
| | 1669505 | D/T DRINK COUNTER-70" | 056031 | 04/02/08 | 1,156.91 | 1,156.91 | 0.00 | 115.69 | 0.1 |
| | 1669505 | DUKE HOLDING CABINET | 056032 | A1 | 3,591.31 | 3,591.31 | 0.00 | 359.13 | 0.1 |
| | 1669505 | REBUILD A200 MIXER | 056033 | 05/01/09 | 2,070.22 | 2,070.22 | 0.00 | 207.02 | 0.1 |
| | 1669505 | KGC BLODGETT OVEN PKG | 056034 | 4/14/2009 | 12,478.10 | 12,478.10 | 0.00 | 1,247.81 | 0.1 |
| | 1669505 | FLTR MACH PUMP&MOTOR | 056038 | 02/13/12 | 684.40 | 684.40 | 0.00 | 68.44 | 0.1 |
| | 1669505 | HUMIDITY HLDG CABINETS | 056040 | 06/29/12 | 12,964.53 | 12,964.53 | 0.00 | 1,296.45 | 0.1 |
| | 1669505 | MERIT REGISTER SYSTEM | 056041 | 03/03/13 | 25,910.51 | 24,159.40 | 1,751.11 | 5,182.10 | 0.2 |
| | 1669505 | PANASONIC WIRELESS HDSTS | 056042 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| | 1669505 | FLTR MACH PMP/MTR ASSY | 056043 | 01/01/14 | 1,715.98 | 1,402.68 | 313.30 | 171.60 | 0.1 |
| | 1669505 | FRYER #1-VALVE ASSY | 056044 | 01/01/14 | 1,119.28 | 914.93 | 204.35 | 111.93 | 0.1 |
| | 1669505 | FRYER #2-VALVE ASSY | 056045 | 01/01/14 | 1,288.79 | 1,053.48 | 235.31 | 128.88 | 0.1 |
| | 1669505 | FRYER SOLENOID VALVE | 056046 | 04/09/15 | 4,094.26 | 2,849.61 | 1,244.65 | 409.43 | 0.1 |
| | 1669505 | LJS FRYER GAS VLV | 056047 | 03/08/17 | 1,917.32 | 345.12 | 1,572.20 | 191.73 | 0.1 |
| | 1669505 | TRAULSEN FREEZER | 056048 | 03/01/17 | 2,409.09 | 433.64 | 1,975.45 | 1,204.55 | 0.5 |
| | 1669505 | DLFLD U/C REFRIGERATOR | 566026 | 05/15/12 | 896.60 | 896.60 | 0.00 | 89.66 | 0.1 |
| | **1669505 Total** | | | | **223,376.19** | **215,840.78** | **7,535.41** | **25,892.32** | |
| | | | | | | | | | |
| KFC#07 | 1669507 | SAFE | 016004 | 07/23/97 | 960.71 | 960.71 | 0.00 | 96.07 | 0.1 |
| | 1669507 | SHELVING | 076015 | 04/10/02 | 1,186.79 | 1,186.79 | 0.00 | 118.68 | 0.1 |
| | 1669507 | (2) BREADING TABLES | 076016 | 04/05/02 | 5,443.41 | 5,443.41 | 0.00 | 544.34 | 0.1 |
| | 1669507 | PITCO FRYER W/COMPRESSOR | 076017 | 06/30/03 | 3,723.58 | 3,723.58 | 0.00 | 372.36 | 0.1 |
| | 1669507 | 8-HD FRYER | 076022 | 05/07/04 | 6,250.00 | 6,250.00 | 0.00 | 625.00 | 0.1 |
| | 1669507 | HP 900 FRYER | 076023 | 05/07/04 | 2,351.66 | 2,351.66 | 0.00 | 235.17 | 0.1 |
| | 1669507 | HOBART MIXER - 20 QT | 076024 | 09/20/04 | 2,528.40 | 2,528.40 | 0.00 | 252.84 | 0.1 |
| | 1669507 | BLODGETT OVEN | 076027 | 03/01/06 | 3,500.62 | 3,500.62 | 0.00 | 350.06 | 0.1 |
| | 1669507 | REMODEL | 076036 | 02/23/09 | 202,184.14 | 202,184.14 | 0.00 | 0.00 | 0 |
| | 1669507 | FRYER CONTROL CONV KIT | 076038 | 02/01/11 | 685.42 | 685.42 | 0.00 | 68.54 | 0.1 |

| | | | | | | | CURRENT | |
| | | | | | | NET BOOK | VALUE AS % OF | |
| LOCATION | ASSET_ACCT | DESCRIPTION | ASSET_# | ACQUIRED | BASIS | ACCUM_DEPR | VALUE | BASIS | % APPLIED |

Bartlett Management Services, Inc.
Addendum A to Property Schedule A/B
Equipment

| LOCATION | ASSET_ACCT | DESCRIPTION | ASSET_# | ACQUIRED | BASIS | ACCUM_DEPR | NET BOOK VALUE | CURRENT VALUE AS % OF BASIS | % APPLIED |
|---|---|---|---|---|---|---|---|---|---|
| | 1669507 | FRYER OIL PUMP ASSY | 076042 | 06/19/12 | 2,156.21 | 2,156.21 | 0.00 | 215.62 | 0.1 |
| | 1669507 | HUMIDTY HLDG CABINETS | 076043 | 06/29/12 | 12,653.06 | 12,653.06 | 0.00 | 1,265.31 | 0.1 |
| | 1669507 | MERIT REGISTER SYSTEM | 076045 | 03/01/13 | 24,623.18 | 22,959.08 | 1,664.10 | 4,924.64 | 0.2 |
| | 1669507 | FRYER BLOWER ASSY | 076046 | 05/01/13 | 1,449.93 | 1,351.95 | 97.98 | 144.99 | 0.1 |
| | 1669507 | PANASONIC WIRELESS HDSTS | 076047 | 06/15/13 | 3,512.10 | 3,274.74 | 237.36 | 351.21 | 0.1 |
| | 1669507 | FRYER SOLENOID VALVE | 076048 | 06/14/13 | 1,019.11 | 950.25 | 68.86 | 101.91 | 0.1 |
| | 1669507 | HP FRYER #2 BLOWER MTR | 076049 | 09/19/13 | 1,569.06 | 1,463.02 | 106.04 | 156.91 | 0.1 |
| | 1669507 | CVO INTERFACE BOARD | 076050 | 12/01/13 | 2,038.04 | 1,900.29 | 137.75 | 203.80 | 0.1 |
| | 1669507 | BUNN HOT WATER MACHINE | 076051 | 01/17/14 | 718.64 | 587.43 | 131.21 | 71.86 | 0.1 |
| | 1669507 | WATER PAN ASSY | 076052 | 06/12/14 | 2,242.74 | 1,833.27 | 409.47 | 224.27 | 0.1 |
| | 1669507 | FRYER FLTR PUMP ASSY | 076053 | 11/10/14 | 2,092.69 | 1,710.61 | 382.08 | 209.27 | 0.1 |
| | 1669507 | FRYR MTR PMP ASSY VLV | 076054 | 03/03/15 | 3,505.36 | 2,439.74 | 1,065.62 | 350.54 | 0.1 |
| | 1669507 | GREASE FILTER PUMP | 076055 | 06/24/15 | 2,228.25 | 1,550.86 | 677.39 | 222.83 | 0.1 |
| | KFC#07 EQP | FRYER PUMP ASSEMBLY  #07 | 076056 | 08/11/17 | 2,148.13 | 343.71 | 1,804.42 | 214.81 | 0.1 |
| | **1669507 Total** | | | | **290,771.23** | **283,988.95** | **6,782.28** | **11,321.03** | |
| | | | | | | | | | |
| **KFC#09** | 1669509 | DIRECTIONAL SIGN | 096002 | 03/22/02 | 683.20 | 683.20 | 0.00 | 68.32 | 0.1 |
| | 1669509 | CCTV SYSTEM | 096007 | 09/14/05 | 1,445.00 | 1,445.00 | 0.00 | 144.50 | 0.1 |
| | 1669509 | PYLON/DIRECTIONAL SIGNS | 096013 | 06/01/08 | 8,964.40 | 8,964.40 | 0.00 | 896.44 | 0.1 |
| | 1669509 | MENUBOARD KIT | 096017 | 08/04/11 | 742.42 | 742.42 | 0.00 | 74.24 | 0.1 |
| | 1669509 | HUMIDITY HLDG CABINETS | 096018 | 06/29/12 | 12,957.66 | 12,957.66 | 0.00 | 1,295.77 | 0.1 |
| | 1669509 | MERIT REGISTER SYSTEM | 096019 | 03/04/13 | 23,132.77 | 21,569.39 | 1,563.38 | 4,626.55 | 0.2 |
| | 1669509 | PANASONIC WIRELESS HDSTS | 096020 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| | 1669509 | 2 6HEAD FRYERS | 096021 | 03/27/17 | 12,294.79 | 2,213.07 | 10,081.72 | 1,229.48 | 0.1 |
| | KFC#09 EQP | KFC PACKLINE | 096022 | 06/01/17 | 4,171.19 | 625.68 | 3,545.51 | 834.24 | 0.2 |
| | **1669509 Total** | | | | **67,928.49** | **52,498.84** | **15,429.65** | **9,523.25** | |
| | | | | | | | | | |
| **KFC#10** | 1669510 | HOOD FANS | 106018 | 12/04/01 | 1,802.60 | 1,802.60 | 0.00 | 180.26 | 0.1 |
| | 1669510 | 2-ULTRAPLEX ORDER TAKERS | 106021 | 05/12/03 | 1,540.68 | 1,540.68 | 0.00 | 154.07 | 0.1 |
| | 1669510 | HC900 HOLDING CABINET | 106022 | 06/11/03 | 2,796.89 | 2,796.89 | 0.00 | 279.69 | 0.1 |
| | 1669510 | 2-WINSTON FRYERS | 106024 | 04/14/04 | 1,500.00 | 1,500.00 | 0.00 | 150.00 | 0.1 |
| | 1669510 | HOBART OVEN | 106025 | 03/21/04 | 600.00 | 600.00 | 0.00 | 60.00 | 0.1 |
| | 1669510 | CCTV SYSTEM | 106026 | 07/19/04 | 1,375.00 | 1,375.00 | 0.00 | 137.50 | 0.1 |
| | 1669510 | KFC PACKLINE | 106027 | 06/01/17 | 8,960.20 | 1,344.03 | 7,616.17 | 896.02 | 0.1 |
| | 1669510 | MNTWC ICE MACHINE | 106028 | 03/08/05 | 3,144.65 | 3,144.65 | 0.00 | 314.47 | 0.1 |
| | 1669510 | REMODEL-EQUIP UPGRADE | 106036 | 09/01/07 | 51,565.52 | 51,565.52 | 0.00 | 5,156.55 | 0.1 |
| | 1669510 | BLODGETT OVEN | 106046 | 11/11/10 | 3,037.00 | 3,037.00 | 0.00 | 303.70 | 0.1 |
| | 1669510 | BUNN HOT WATER MACHINE | 106047 | 04/01/12 | 692.03 | 692.03 | 0.00 | 69.20 | 0.1 |
| | 1669510 | FRYER PUMP/MOTOR ASSY | 106049 | 07/16/12 | 823.43 | 823.43 | 0.00 | 82.34 | 0.1 |
| | 1669510 | HUMIDITY HLDG CABINETS | 106050 | 08/03/12 | 12,938.39 | 12,938.39 | 0.00 | 2,587.68 | 0.2 |
| | 1669510 | MERIT REGISTER SYSTEM | 106051 | 12/03/12 | 20,408.19 | 20,309.55 | 98.64 | 2,040.82 | 0.1 |
| | 1669510 | PANASONIC WIRELESS HDSTS | 106052 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| | 1669510 | SHARP MICROWAVE OVEN | 106053 | 11/18/13 | 1,018.96 | 950.10 | 68.86 | 509.48 | 0.5 |
| | 1669510 | DLFLD RI REFRIGERATOR | 106054 | 05/16/14 | 2,599.84 | 2,125.16 | 474.68 | 259.98 | 0.1 |
| | 1669510 | FLTR MACH PMP/MTR ASSY | 106055 | 06/10/14 | 1,659.67 | 1,356.64 | 303.03 | 497.90 | 0.3 |
| | KFC#10 EQP | USED 20QT HOBART MIXER | 106056 | 01/01/17 | 2,039.63 | 373.94 | 1,665.69 | 407.93 | 0.2 |
| | **1669510 Total** | | | | **122,039.74** | **111,573.63** | **10,466.11** | **14,441.30** | |
| | | | | | | | | | |
| **KFC#12** | 1669512 | SHELVING | 126011 | 01/21/02 | 1,136.47 | 1,136.47 | 0.00 | 113.65 | 0.1 |
| | 1669512 | D-T MENUBOARD | 126012 | 01/09/02 | 8,146.90 | 8,146.90 | 0.00 | 814.69 | 0.1 |
| | 1669512 | INCOUNTER BUFFET & SIGN | 126013 | 05/01/02 | 1,266.66 | 1,266.66 | 0.00 | 126.67 | 0.1 |
| | 1669512 | CCTV SYSTEM | 126017 | 08/06/04 | 1,550.00 | 1,550.00 | 0.00 | 155.00 | 0.1 |
| | 1669512 | DELFIELD 5.7CF REFRIGRTR | 126019 | 04/15/05 | 842.00 | 842.00 | 0.00 | 84.20 | 0.1 |
| | 1669512 | PITCO GAS FRYER | 126023 | 01/13/06 | 3,008.89 | 3,008.89 | 0.00 | 300.89 | 0.1 |
| | 1669512 | D/T MENUBOARD PANELS | 126024 | 05/02/06 | 1,178.27 | 1,178.27 | 0.00 | 117.83 | 0.1 |
| | 1669512 | MAGNA VAULT SAFE | 126025 | 05/01/06 | 2,062.28 | 2,062.28 | 0.00 | 206.23 | 0.1 |
| | 1669512 | HOSH ICE MACHINE & BIN | 126026 | 01/01/06 | 1,992.00 | 1,992.00 | 0.00 | 199.20 | 0.1 |
| | 1669512 | FILTER UNIT W/VAT COVER | 126027 | 02/14/07 | 1,364.73 | 1,364.73 | 0.00 | 136.47 | 0.1 |
| | 1669512 | REMODEL-EQUIP UPGRADE | 126031 | 09/01/07 | 65,720.58 | 65,720.58 | 0.00 | 6,572.06 | 0.1 |
| | 1669512 | TRLSN 3-SECTION REFRIG | 126040 | 06/04/12 | 3,681.81 | 3,681.81 | 0.00 | 368.18 | 0.1 |
| | 1669512 | WINSTON FRYER COMPUTER | 126041 | 10/11/12 | 972.50 | 972.50 | 0.00 | 97.25 | 0.1 |
| | 1669512 | HUMIDITY HOLDING CABINTS | 126042 | 09/21/12 | 12,197.69 | 12,197.69 | 0.00 | 1,219.77 | 0.1 |
| | 1669512 | MERIT REGISTER SYSTEM | 126043 | 02/17/13 | 21,909.77 | 20,429.04 | 1,480.73 | 4,381.95 | 0.2 |
| | 1669512 | PANASONIC WIRELESS HDSTS | 126044 | 06/15/13 | 3,795.06 | 3,538.58 | 256.48 | 379.51 | 0.1 |
| | 1669512 | HP FRYER COMPUTER | 126045 | 12/18/13 | 636.18 | 593.20 | 42.98 | 63.62 | 0.1 |
| | 1669512 | FLTR MACH PUMP/MTR ASSY | 126047 | 02/01/14 | 1,398.58 | 1,143.24 | 255.34 | 139.86 | 0.1 |
| | 1669512 | OVEN INVERTER DRIVE | 126048 | 09/26/14 | 967.66 | 790.98 | 176.68 | 96.77 | 0.1 |
| | 1669512 | HP FRYER FLAME SENSOR | 126049 | 09/02/14 | 714.57 | 584.11 | 130.46 | 71.46 | 0.1 |
| | 1669512 | FLTR MACH PMP/MTR ASSY | 126050 | 01/12/15 | 1,366.98 | 951.42 | 415.56 | 136.70 | 0.1 |
| | 1669512 | FRYER PUMP/MOTOR | 126051 | 02/01/15 | 1,405.53 | 255.56 | 1,149.97 | 140.55 | 0.1 |
| | KFC#12 EQP | STATE HWY LOGO SIGN #12 | 126052 | 08/09/17 | 1,325.80 | 212.13 | 1,113.67 | 132.58 | 0.1 |
| | KFC#12 EQP | SHARP MICROWAVE OVEN | 126053 | 09/20/17 | 1,018.84 | 152.83 | 866.01 | 101.88 | 0.1 |
| | KFC#12 EQP | KFC PACKLINE | 126054 | 06/01/17 | 6,529.66 | 979.45 | 5,550.21 | 1,305.93 | 0.2 |
| | **1669512 Total** | | | | **146,189.41** | **134,751.32** | **11,438.09** | **17,462.90** | |
| | | | | | | | | | |
| **KFC#14** | 1669514 | SEATING PKG & BUFFET EQ | 146002 | 06/23/97 | 29,928.01 | 29,928.01 | 0.00 | 2,992.80 | 0.1 |
| | 1669514 | REMODEL | 146003 | 06/22/97 | 1,787.22 | 1,787.22 | 0.00 | 0.00 | 0 |
| | 1669514 | D-T MENUBOARD | 146020 | 09/05/00 | 6,370.65 | 6,370.65 | 0.00 | 637.07 | 0.1 |
| | 1669514 | METAL SHELVING | 146021 | 10/18/01 | 1,745.59 | 1,745.59 | 0.00 | 174.56 | 0.1 |
| | 1669514 | 2-HP FRYERS & ACCESSRYS | 146022 | 05/09/02 | 24,021.98 | 24,021.98 | 0.00 | 2,402.20 | 0.1 |
| | 1669514 | HIGHWAY SIGNS | 146039 | 04/02/08 | 6,656.24 | 6,656.24 | 0.00 | 665.62 | 0.1 |
| | 1669514 | KGC BLODGETT OVEN PKG | 146041 | 10/16/09 | 12,501.04 | 12,501.04 | 0.00 | 1,250.10 | 0.1 |
| | 1669514 | HUMIDITY HLDG CABINETS | 146047 | 07/13/12 | 12,933.62 | 12,933.62 | 0.00 | 1,293.36 | 0.1 |
| | 1669514 | MERIT REGISTER SYSTEM | 146048 | 01/14/13 | 22,915.05 | 21,366.38 | 1,548.67 | 4,583.01 | 0.2 |
| | 1669514 | PANASONIC WIRELESS HDSTS | 146050 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |

**Bartlett Management Services, Inc.**
**Addendum A to Property Schedule A/B**
**Equipment**

| LOCATION | ASSET_ACCT | DESCRIPTION | ASSET_# | ACQUIRED | BASIS | ACCUM_DEPR | NET BOOK VALUE | CURRENT VALUE AS % OF BASIS | % APPLIED |
|---|---|---|---|---|---|---|---|---|---|
| | 1669514 | DLFLD U/C FRZR-2 SECTION | 146051 | 12/10/13 | 2,758.82 | 2,572.36 | 186.46 | 275.88 | 0.1 |
| | 1669514 | DLFLD U/C RI FRZR-1 SCTN | 146052 | 12/10/13 | 2,215.62 | 2,065.89 | 149.73 | 221.56 | 0.1 |
| | 1669514 | HP FRYER PMP/MTR ASSY | 146053 | 06/05/14 | 1,525.90 | 1,247.30 | 278.60 | 152.59 | 0.1 |
| | 1669514 | FRYER SOLENOID | 146054 | 09/24/14 | 1,063.50 | 869.32 | 194.18 | 106.35 | 0.1 |
| | 1669514 | BLODGETT OVN CNTRL PANEL | 146055 | 10/21/14 | 2,369.57 | 1,936.93 | 432.64 | 236.96 | 0.1 |
| | 1669514 | BUFFET WARMER | 146056 | 02/13/17 | 1,386.20 | 252.04 | 1,134.16 | 138.62 | 0.1 |
| | 1669514 | BLODGET OVEN MOTOR | 146057 | 07/21/17 | 2,564.14 | 427.36 | 2,136.78 | 256.41 | 0.1 |
| | KFC#14 EQP | KFC PACKLINE | 146058 | 06/01/17 | 7,157.26 | 1,073.59 | 6,083.67 | 1,431.45 | 0.2 |
| | 1669514 | HENNYPENNY NAT GAS FRYER | 296010 | 10/30/00 | 10,178.75 | 10,178.75 | 0.00 | 1,017.88 | 0.1 |
| | **1669514 Total** | | | | **153,616.22** | **141,232.29** | **12,383.93** | **18,190.13** | |
| | | | | | | | | | |
| **KFC#15** | 1669515 | NEW REST OPENING EQUIP | 156002 | 01/02/00 | 310,776.50 | 310,776.50 | 0.00 | 31,077.65 | 0.1 |
| | 1669515 | CCTV SYSTEM | 156005 | 08/03/05 | 1,445.00 | 1,445.00 | 0.00 | 144.50 | 0.1 |
| | 1669515 | LJS REMODEL | 156006 | 07/17/05 | 147,606.30 | 147,606.30 | 0.00 | 14,760.63 | 0.1 |
| | 1669515 | TRLSN FREEZER-24.2 CF | 156012 | 08/17/09 | 2,307.15 | 2,307.15 | 0.00 | 230.72 | 0.1 |
| | 1669515 | KGC BLODGETT OVEN PKG | 156013 | 04/16/09 | 11,800.22 | 11,800.22 | 0.00 | 1,180.02 | 0.1 |
| | 1669515 | FRYER MOTOR | 156017 | 04/12/12 | 1,830.58 | 1,830.58 | 0.00 | 183.06 | 0.1 |
| | 1669515 | HUMIDITY HLDG CABINETS | 156018 | 06/29/12 | 12,898.28 | 12,898.28 | 0.00 | 1,289.83 | 0.1 |
| | 1669515 | BUNN HOT WATER MACHINE | 156019 | 09/01/12 | 688.21 | 688.21 | 0.00 | 68.82 | 0.1 |
| | 1669515 | MERIT REGISTER SYSTEM | 156020 | 12/17/12 | 25,022.56 | 24,901.61 | 120.95 | 5,004.51 | 0.2 |
| | 1669515 | FLTR MACH MOTOR ASSY | 156021 | 04/17/13 | 1,478.38 | 1,378.47 | 99.91 | 147.84 | 0.1 |
| | 1669515 | PANASONIC WIRELESS HDSTS | 156022 | 06/15/13 | 3,512.10 | 3,274.74 | 237.36 | 351.21 | 0.1 |
| | 1669515 | FRYER IGNITION MODULE | 156023 | 05/09/13 | 1,355.49 | 1,263.88 | 91.61 | 135.55 | 0.1 |
| | 1669515 | FRYER IGNITION MODULE | 156024 | 05/10/13 | 1,167.20 | 1,088.32 | 78.88 | 116.72 | 0.1 |
| | 1669515 | FLTR MACH PUMP ASSY | 156025 | 05/20/13 | 1,379.93 | 1,286.68 | 93.25 | 137.99 | 0.1 |
| | 1669515 | TRAULSEN FRZR COMPRESSOR | 156029 | 08/19/14 | 1,250.09 | 1,021.85 | 228.24 | 125.01 | 0.1 |
| | 1669515 | FRYER PUMP | 156030 | 08/05/15 | 2,440.64 | 1,698.68 | 741.96 | 244.06 | 0.1 |
| | 1669515 | FRYER PUMP      #15 | 156031 | 11/23/15 | 3,260.25 | 2,269.14 | 991.11 | 326.03 | 0.1 |
| | 1669515 | NEW PITCO FRYER | 156032 | 12/18/15 | 8,199.64 | 5,706.95 | 2,492.69 | 819.96 | 0.1 |
| | 1669515 | FRYER PUMP | 156033 | 12/01/16 | 2,302.79 | 1,136.05 | 1,166.74 | 230.28 | 0.1 |
| | 1669515 | MANITOWOC ICE MACH | 156034 | 03/01/17 | 2,848.14 | 512.67 | 2,335.47 | 1,424.07 | 0.5 |
| | KFC#15 EQP | MICROWAVE OVEN SHARP #15 | 156035 | 08/14/17 | 1,019.34 | 163.10 | 856.24 | 509.67 | 0.5 |
| | 1669515 | PRAIRIE AVE (20%) | 582031 | 01/02/00 | 104,401.80 | 104,401.80 | 0.00 | 0 | 0 |
| | **1669515 Total** | | | | **648,990.59** | **639,456.18** | **9,534.41** | **58,508.13** | |
| | | | | | | | | | |
| **KFC#16** | 1669516 | 2-8 HD FRYERS | 036015 | 05/07/04 | 15,388.43 | 15,388.43 | 0.00 | 1,538.84 | 0.1 |
| | 1669516 | MARK V OVEN | 146025 | 07/11/02 | 3,292.50 | 3,292.50 | 0.00 | 329.25 | 0.1 |
| | 1669516 | EQUIPMENT AT ACQUISITION | 166002 | 08/23/99 | 165,000.00 | 165,000.00 | 0.00 | 16,500.00 | 0.1 |
| | 1669516 | D-T MENUBOARD | 166008 | 08/17/00 | 4,486.55 | 4,486.55 | 0.00 | 448.66 | 0.1 |
| | 1669516 | HP FILTER UNIT-PORTABLE | 166013 | 10/03/04 | 1,485.66 | 1,485.66 | 0.00 | 148.57 | 0.1 |
| | 1669516 | 2-PITCO OPEN FRYERS | 166014 | 03/10/05 | 2,930.35 | 2,930.35 | 0.00 | 293.04 | 0.1 |
| | 1669516 | SEATING PKG/ARTWORK | 166015 | 05/11/05 | 53,401.29 | 53,401.29 | 0.00 | 5,340.13 | 0.1 |
| | 1669516 | PYLON/MUG/DIRECTION SGNS | 166021 | 06/11/08 | 7,561.11 | 7,561.11 | 0.00 | 756.11 | 0.1 |
| | 1669516 | KGC BLODGETT OVEN PKG | 166022 | 04/16/09 | 12,151.68 | 12,151.68 | 0.00 | 1,215.17 | 0.1 |
| | 1669516 | HUMIDITY HLDG CABINETS | 166028 | 08/10/12 | 12,935.11 | 12,935.11 | 0.00 | 1,293.51 | 0.1 |
| | 1669516 | MERIT REGISTER SYSTEM | 166029 | 01/16/13 | 22,955.55 | 21,404.15 | 1,551.40 | 4,591.11 | 0.2 |
| | 1669516 | FILTER TANK | 166030 | 03/01/13 | 811.70 | 756.86 | 54.84 | 81.17 | 0.1 |
| | 1669516 | FRYER VENT BOX UPGRADER | 166031 | 03/12/13 | 1,541.47 | 1,437.29 | 104.18 | 154.15 | 0.1 |
| | 1669516 | FRYER VENT BOX UPGRADER | 166032 | 03/19/13 | 1,742.07 | 1,624.34 | 117.73 | 174.21 | 0.1 |
| | 1669516 | PANASONIC WIRELESS HDSTS | 166033 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| | 1669516 | PITCO PUMP/MOTOR | 166034 | 08/15/14 | 1,876.69 | 1,534.04 | 342.65 | 187.67 | 0.1 |
| | 1669516 | MNTWC ICE MACHINE   #16 | 166035 | 09/01/15 | 2,689.13 | 1,871.64 | 817.49 | 1,344.57 | 0.5 |
| | KFC#16 EQP | KFC PACKLINE | 166036 | 06/01/17 | 7,797.23 | 1,169.59 | 6,627.64 | 1,559.45 | 0.2 |
| | **1669516 Total** | | | | **321,583.58** | **311,728.61** | **9,854.97** | **36,309.32** | |
| | | | | | | | | | |
| **KFC#18** | 1669518 | COLLECOMATIC COOKER | 176278 | 01/01/05 | 1,764.00 | 1,764.00 | 0.00 | 176.40 | 0.1 |
| | 1669518 | SEATING PGK & BUFFET EQP | 186002 | 06/23/97 | 29,869.00 | 29,869.00 | 0.00 | 2,986.90 | 0.1 |
| | 1669518 | REMODEL | 186003 | 06/23/97 | 489.90 | 489.90 | 0.00 | 48.99 | 0.1 |
| | 1669518 | MENUBOARD | 186012 | 09/30/99 | 7,730.06 | 7,730.06 | 0.00 | 773.01 | 0.1 |
| | 1669518 | ELECTR SUPPRESSION EQUIP | 186015 | 05/18/99 | 6,289.73 | 6,289.73 | 0.00 | 628.97 | 0.1 |
| | 1669518 | INTERIOR PANEL-MENUBOARD | 186018 | 04/21/00 | 1,030.48 | 1,030.48 | 0.00 | 103.05 | 0.1 |
| | 1669518 | SHELVING | 186019 | 10/24/00 | 1,111.69 | 1,111.69 | 0.00 | 111.17 | 0.1 |
| | 1669518 | SHARP MICROWAVE-2100WATT | 186027 | 09/01/07 | 983.99 | 983.99 | 0.00 | 98.40 | 0.1 |
| | 1669518 | HIGHWAY SIGNS | 186030 | 04/02/08 | 6,656.24 | 6,656.24 | 0.00 | 665.62 | 0.1 |
| | 1669518 | HP FRYER FILTER PAN | 186031 | 03/09/09 | 779.92 | 779.92 | 0.00 | 77.99 | 0.1 |
| | 1669518 | KGC BLODGETT OVEN PKG | 186032 | 04/15/09 | 12,151.68 | 12,151.68 | 0.00 | 1,215.17 | 0.1 |
| | 1669518 | DLFLD U/C FREEZER | 186035 | 07/01/10 | 924.42 | 924.42 | 0.00 | 92.44 | 0.1 |
| | 1669518 | DLFLD COLD PAN CONDENSER | 186037 | 06/15/12 | 1,688.59 | 1,688.59 | 0.00 | 168.86 | 0.1 |
| | 1669518 | HUMIDITY HLDG CABINETS | 186038 | 07/20/12 | 12,948.21 | 12,948.21 | 0.00 | 1,294.82 | 0.1 |
| | 1669518 | MERIT REGISTER SYSTEM | 186039 | 01/13/13 | 22,796.81 | 21,256.13 | 1,540.68 | 4,559.36 | 0.2 |
| | 1669518 | FLTR MACH PUMP/MTR ASSY | 186040 | 02/22/13 | 1,445.75 | 1,348.04 | 97.71 | 144.58 | 0.1 |
| | 1669518 | BUNN HOT WATER MACHINE | 186041 | 03/15/13 | 702.95 | 655.45 | 47.50 | 70.30 | 0.1 |
| | 1669518 | PANASONIC WIRELESS HDSTS | 186042 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| | 1669518 | PEPSI ICE MCH MOTOR KIT | 186043 | 04/01/14 | 628.21 | 513.51 | 114.70 | 62.82 | 0.1 |
| | 1669518 | ICE MACH CONTROL BOARD | 186044 | 02/09/15 | 1,451.00 | 1,009.90 | 441.10 | 145.10 | 0.1 |
| | 1669518 | NEW ICE MACHINE   #18 | 186045 | 11/01/15 | 2,996.00 | 2,085.22 | 910.78 | 299.60 | 0.1 |
| | 1669518 | BLODGETT CONTROL | 186046 | 01/05/16 | 2,126.98 | 1,049.32 | 1,077.66 | 1,063.49 | 0.5 |
| | KFC#18 EQP | MICROWAVE OVEN SHARP #18 | 186047 | 08/15/17 | 1,018.84 | 163.02 | 855.82 | 509.42 | 0.5 |
| | KFC#18 EQP | BUFFET COOLER COMPSR | 186048 | 09/01/17 | 1,746.00 | 261.90 | 1,484.10 | 873.00 | 0.5 |
| | KFC#18 EQP | KFC PACKLINE | 186049 | 06/01/17 | 6,509.05 | 976.36 | 5,532.69 | 1,301.81 | 0.2 |
| | **1669518 Total** | | | | **129,376.56** | **117,034.78** | **12,341.78** | **17,824.98** | |
| | | | | | | | | | |
| **KFC#19** | 1669519 | PITCO FRYER | 196029 | 06/26/07 | 2,025.13 | 2,025.13 | 0.00 | 202.51 | 0.1 |
| | 1669519 | MUG/DIRECTIONAL SIGNS | 196034 | 06/11/08 | 4,758.64 | 4,758.64 | 0.00 | 475.86 | 0.1 |
| | 1669519 | HP FRYER MOTOR | 196035 | 09/04/08 | 1,084.00 | 1,084.00 | 0.00 | 108.40 | 0.1 |

| | | | | | | | CURRENT | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | NET BOOK | VALUE AS % OF | |
| LOCATION | ASSET_ACCT | DESCRIPTION | ASSET_# | ACQUIRED | BASIS | ACCUM_DEPR | VALUE | BASIS | % APPLIED |

**Bartlett Management Services, Inc.**
**Addendum A to Property Schedule A/B**
**Equipment**

| LOCATION | ASSET_ACCT | DESCRIPTION | ASSET_# | ACQUIRED | BASIS | ACCUM_DEPR | NET BOOK VALUE | CURRENT VALUE AS % OF BASIS | % APPLIED |
|---|---|---|---|---|---|---|---|---|---|
| | 1669519 | KGC BLODGETT OVEN PKG | 196037 | 04/14/09 | 12,151.68 | 12,151.68 | 0.00 | 1,215.17 | 0.1 |
| | 1669519 | DLFLD U/C REFRIGERATOR | 196041 | 06/05/12 | 1,239.23 | 1,239.23 | 0.00 | 123.92 | 0.1 |
| | 1669519 | DLFLD U/C FREEZER | 196042 | 06/19/12 | 847.32 | 847.32 | 0.00 | 84.73 | 0.1 |
| | 1669519 | HUMIDITY HLDG CABINETS | 196043 | 07/20/12 | 12,943.10 | 12,943.10 | 0.00 | 1,294.31 | 0.1 |
| | 1669519 | FLTR MACH PUMP&MTR ASSY | 196044 | 09/13/12 | 861.96 | 861.96 | 0.00 | 86.20 | 0.1 |
| | 1669519 | MERIT REGISTERS | 196045 | 11/16/12 | 21,642.37 | 21,642.37 | 0.00 | 4,328.47 | 0.2 |
| | 1669519 | HP FRYER COMPUTER | 196046 | 11/14/12 | 1,005.15 | 1,005.15 | 0.00 | 100.52 | 0.1 |
| | 1669519 | BUNN HOT WATER MACHINE | 196047 | 01/11/13 | 691.42 | 644.68 | 46.74 | 69.14 | 0.1 |
| | 1669519 | BUNN HOT WATER MACHINE | 196049 | 03/15/13 | 902.59 | 841.60 | 60.99 | 90.26 | 0.1 |
| | 1669519 | PANASONIC WIRELESS HDSTS | 196050 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| | 1669519 | HP FRYER LID ASSY | 196051 | 02/01/14 | 2,128.28 | 1,739.70 | 388.58 | 212.83 | 0.1 |
| | 1669519 | 20 QT MIXER | 196052 | 03/15/15 | 2,793.87 | 1,944.53 | 849.34 | 279.39 | 0.1 |
| | 1669519 | DLEFIELD REACH-IN FRZR | 196053 | 05/13/16 | 2,317.31 | 1,143.21 | 1,174.10 | 1,158.66 | 0.5 |
| | 1669519 | BUFFET DRAIN LINE | 196054 | 07/13/16 | 1,821.92 | 898.81 | 923.11 | 182.19 | 0.1 |
| | KFC#19 EQP | SHARP MICORWAVE OVEN | 196055 | 09/01/17 | 1,018.84 | 152.83 | 866.01 | 509.42 | 0.5 |
| | KFC#19 EQP | KFC PACKLINE | 196056 | 06/01/17 | 5,732.33 | 859.86 | 4,872.47 | 1,146.47 | 0.2 |
| | **1669519 Total** | | | | **79,502.20** | **70,081.82** | **9,420.38** | **12,022.16** | |
| **KFC#23** | 1669523 | PITCO OPEN FRYER | 236018 | 04/18/05 | 1,591.00 | 1,591.00 | 0.00 | 159.10 | 0.1 |
| | 1669523 | WINSTON SHORTENING TENDR | 236019 | 07/01/06 | 1,321.91 | 1,321.91 | 0.00 | 132.19 | 0.1 |
| | 1669523 | SECURITY SYSTEM | 236021 | 08/14/06 | 1,445.00 | 1,445.00 | 0.00 | 144.50 | 0.1 |
| | 1669523 | FAST FRYER TIMER | 236023 | 11/05/07 | 835.36 | 835.36 | 0.00 | 83.54 | 0.1 |
| | 1669523 | PYLON/MUG/DIRECTION SGNS | 236025 | 06/11/08 | 9,574.83 | 9,574.83 | 0.00 | 957.48 | 0.1 |
| | 1669523 | FRYER REBUILT LID ASSY | 236026 | 12/04/08 | 1,904.96 | 1,904.96 | 0.00 | 190.50 | 0.1 |
| | 1669523 | KGC BLODGETT OVEN PKG | 236027 | 04/15/09 | 12,151.68 | 12,151.68 | 0.00 | 1,215.17 | 0.1 |
| | 1669523 | HP FRYER LID ASSEMBLY | 236028 | 09/09/09 | 2,014.70 | 2,014.70 | 0.00 | 201.47 | 0.1 |
| | 1669523 | MARKV FAST DIGITAL CNTRL | 236030 | 03/05/10 | 1,469.84 | 1,469.84 | 0.00 | 146.98 | 0.1 |
| | 1669523 | FRYER COMPUTER | 236031 | 05/13/10 | 889.78 | 889.78 | 0.00 | 88.98 | 0.1 |
| | 1669523 | BUNN HOT WATER MACHINE | 236032 | 12/02/10 | 670.42 | 670.42 | 0.00 | 67.04 | 0.1 |
| | 1669523 | REMODEL-SEATING/SIGNS | 236033 | 12/23/10 | 65,492.31 | 65,492.31 | 0.00 | 6,549.23 | 0.1 |
| | 1669523 | SHARP MICROWAVE OVEN | 236034 | 12/01/11 | 998.63 | 998.63 | 0.00 | 99.86 | 0.1 |
| | 1669523 | FRYER PUMP/MOTOR ASSY | 236035 | 03/19/12 | 823.93 | 823.93 | 0.00 | 82.39 | 0.1 |
| | 1669523 | HUMIDITY HLDG CABINETS | 236036 | 07/27/12 | 12,947.77 | 12,947.77 | 0.00 | 1,294.78 | 0.1 |
| | 1669523 | MERIT REGISTER SYSTEM | 236037 | 12/09/12 | 23,035.33 | 22,924.00 | 111.33 | 4,607.07 | 0.2 |
| | 1669523 | MANITOWOC ICE MACHINE | 236038 | 05/02/13 | 3,913.16 | 3,648.69 | 264.47 | 391.32 | 0.1 |
| | 1669523 | PANASONIC WIRELESS HDSTS | 236039 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| | 1669523 | BLODGETT OVEN CONTROLLER | 236040 | 06/20/14 | 2,945.72 | 2,407.88 | 537.84 | 294.57 | 0.1 |
| | 1669523 | FRYER SOLENOID VALVE | 236041 | 11/01/14 | 733.50 | 599.58 | 133.92 | 73.35 | 0.1 |
| | 1669523 | U/C REFRIGERATOR | 236042 | 09/01/16 | 998.62 | 492.65 | 505.97 | 499.31 | 0.5 |
| | 1669523 | FRYER GAS VALVE | 236043 | 03/15/17 | 2,629.19 | 473.26 | 2,155.93 | 262.92 | 0.1 |
| | KFC#23 EQP | KFC PACKLINE | 236044 | 06/01/17 | 5,551.89 | 832.79 | 4,719.10 | 1,110.38 | 0.2 |
| | KFC#23 EQP | DELL BACK OFFICE PC | 236045 | 11/12/17 | 1,142.52 | 114.25 | 1,028.27 | 856.89 | 0.75 |
| | 1669523 | FRYER COMPTR UPGRADE KIT | 256003 | 02/19/98 | 2,179.91 | 2,179.91 | 0.00 | 217.99 | 0.1 |
| | **1669523 Total** | | | | **160,799.02** | **151,103.15** | **9,695.87** | **20,080.72** | |
| **KFC#24** | 1669524 | MENUBOARD | 246010 | 10/18/99 | 4,287.98 | 4,287.98 | 0.00 | 428.80 | 0.1 |
| | 1669524 | MNTWC ICE MAKER | 246012 | 09/01/00 | 3,072.80 | 3,072.80 | 0.00 | 307.28 | 0.1 |
| | 1669524 | SEATING PACKAGE | 246013 | 12/07/01 | 37,231.12 | 37,231.12 | 0.00 | 3,723.11 | 0.1 |
| | 1669524 | SHELVING | 246014 | 02/21/02 | 1,173.62 | 1,173.62 | 0.00 | 117.36 | 0.1 |
| | 1669524 | OPEN FRYER | 246023 | 07/01/05 | 1,000.00 | 1,000.00 | 0.00 | 100.00 | 0.1 |
| | 1669524 | 2-8 HEAD COOKERS | 246024 | 07/01/05 | 11,927.18 | 11,927.18 | 0.00 | 1,192.72 | 0.1 |
| | 1669524 | HP FRYER SMS COMPUTER | 246025 | 07/01/05 | 718.75 | 718.75 | 0.00 | 71.88 | 0.1 |
| | 1669524 | MARK V OVEN | 246032 | 04/15/08 | 667.00 | 667.00 | 0.00 | 66.70 | 0.1 |
| | 1669524 | PYLON/MUG/DIRECTION SGNS | 246033 | 04/15/08 | 13,220.76 | 13,220.76 | 0.00 | 1,322.08 | 0.1 |
| | 1669524 | DLFLD U/C REFRIGERATOR | 246037 | 06/22/09 | 846.74 | 846.74 | 0.00 | 84.67 | 0.1 |
| | 1669524 | KGC BLODGETT OVEN PKG | 246038 | 04/15/09 | 12,174.35 | 12,174.35 | 0.00 | 1,217.44 | 0.1 |
| | 1669524 | HP FRYER LID ASSY | 246040 | 10/04/10 | 2,649.93 | 2,649.93 | 0.00 | 264.99 | 0.1 |
| | 1669524 | HUMIDITY HLDG CABINETS | 246041 | 07/27/12 | 12,948.36 | 12,948.36 | 0.00 | 1,294.84 | 0.1 |
| | 1669524 | MERIT REGISTER SYSTEM | 246042 | 12/10/12 | 22,504.63 | 22,395.86 | 108.77 | 4,500.93 | 0.2 |
| | 1669524 | FLTR MACH PUMP/MTR ASSY | 246043 | 03/15/13 | 995.84 | 928.54 | 67.30 | 99.58 | 0.1 |
| | 1669524 | PANASONIC WIRELESS HDSTS | 246044 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| | 1669524 | STEAMTABLE WELL ASSY | 246045 | 07/01/13 | 963.26 | 898.15 | 65.11 | 96.33 | 0.1 |
| | 1669524 | DLFLD U/C FREEZER | 246046 | 09/25/14 | 881.95 | 720.91 | 161.04 | 88.20 | 0.1 |
| | 1669524 | DLFD U/C FREEZER | 246047 | 04/01/17 | 1,161.82 | 206.55 | 955.27 | 580.91 | 0.5 |
| | 1669524 | BUNN HOT WTR MACHINE | 246048 | 04/01/17 | 1,227.77 | 218.27 | 1,009.50 | 613.89 | 0.5 |
| | 1669524 | HP FRYER PUMP/MOTOR | 246049 | 06/01/17 | 1,566.14 | 268.49 | 1,297.65 | 156.61 | 0.1 |
| | KFC#24 EQP | KFC PACKLINE | 246050 | 06/01/17 | 11,311.15 | 1,696.68 | 9,614.47 | 2,262.23 | 0.2 |
| | KFC#24 EQP | DELL BACK OFFICE PC | 246051 | 11/12/17 | 1,142.52 | 114.25 | 1,028.27 | 856.89 | 0.75 |
| | **1669524 Total** | | | | **147,210.73** | **132,664.31** | **14,546.42** | **19,801.15** | |
| **KFC#25** | 1669525 | TRANE COMPRESSOR | 254004 | 07/15/98 | 2,100.00 | 2,100.00 | 0.00 | 210.00 | 0.1 |
| | 1669525 | FIRE CONTR SYST IN HOOD | 256001 | 07/31/97 | 945.00 | 945.00 | 0.00 | 94.50 | 0.1 |
| | 1669525 | FREEZER COMPRESSOR | 256004 | 03/17/98 | 1,475.00 | 1,475.00 | 0.00 | 147.50 | 0.1 |
| | 1669525 | MENUBOARD | 256017 | 10/20/99 | 4,402.98 | 4,402.98 | 0.00 | 440.30 | 0.1 |
| | 1669525 | HAND SINK | 256020 | 08/16/00 | 1,075.51 | 1,075.51 | 0.00 | 107.55 | 0.1 |
| | 1669525 | SHARP MICROWAVE-2100 WTS | 256027 | 12/26/06 | 990.27 | 990.27 | 0.00 | 99.03 | 0.1 |
| | 1669525 | CUMMINGS ENTER SIGN | 256029 | 03/23/07 | 807.51 | 807.51 | 0.00 | 80.75 | 0.1 |
| | 1669525 | DELFIELD U/C REFRIGERATR | 256030 | 04/10/07 | 848.19 | 848.19 | 0.00 | 84.82 | 0.1 |
| | 1669525 | HP FRYER CONTROL BOARD | 256032 | 04/23/07 | 690.00 | 690.00 | 0.00 | 69.00 | 0.1 |
| | 1669525 | MUG/DIRECTIONAL SIGNS | 256035 | 06/11/08 | 5,515.00 | 5,515.00 | 0.00 | 551.50 | 0.1 |
| | 1669525 | HP FRYER SOLENOID VALVE | 256036 | 09/12/08 | 950.00 | 950.00 | 0.00 | 95.00 | 0.1 |
| | 1669525 | HP FRYER GAS SMS COMPUTER | 256037 | 06/17/09 | 569.31 | 569.31 | 0.00 | 56.93 | 0.1 |
| | 1669525 | HUMIDITY HLDG CABINETS | 256041 | 07/27/12 | 12,948.36 | 12,948.36 | 0.00 | 1,294.84 | 0.1 |
| | 1669525 | BUNN HOT WATER MACHINE | 256042 | 08/08/12 | 691.17 | 691.17 | 0.00 | 69.12 | 0.1 |
| | 1669525 | FLTR MACH PUMP&MOTOR | 256043 | 09/18/12 | 1,523.03 | 1,523.03 | 0.00 | 152.30 | 0.1 |

**Bartlett Management Services, Inc.**
**Addendum A to Property Schedule A/B**
**Equipment**

| LOCATION | ASSET_ACCT | DESCRIPTION | ASSET_# | ACQUIRED | BASIS | ACCUM_DEPR | NET BOOK VALUE | CURRENT VALUE AS % OF BASIS | % APPLIED |
|---|---|---|---|---|---|---|---|---|---|
| | 1669525 | MERIT REGISTER SYSTEM | 256044 | 12/11/12 | 23,035.51 | 22,924.17 | 111.34 | 4,607.10 | 0.2 |
| | 1669525 | PANASONIC WIRELESS HDSTS | 256045 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| | 1669525 | WINSTON FLTR MCH PMP/MTR | 256046 | 08/08/13 | 883.76 | 824.03 | 59.73 | 88.38 | 0.1 |
| | 1669525 | OVEN CNTROL BOARD | 256047 | 04/09/15 | 1,855.13 | 1,291.17 | 563.96 | 185.51 | 0.1 |
| | 1669525 | FRYER PUMP/MOTOR | 256048 | 06/01/16 | 1,552.00 | 765.66 | 786.34 | 155.20 | 0.1 |
| | 1669525 | NEW MICROWAVE | 256049 | 06/08/16 | 1,016.41 | 501.43 | 514.98 | 508.21 | 0.5 |
| | 1669525 | HP FRYER PUMP/MOTOR | 256050 | 01/12/17 | 1,786.80 | 327.58 | 1,459.22 | 178.68 | 0.1 |
| | 1669525 | FRY FILTER PUMP | 256051 | 03/10/17 | 1,182.95 | 212.94 | 970.01 | 118.30 | 0.1 |
| | KFC#25 EQP | KFC PACKLINE | 256052 | 06/01/17 | 5,828.83 | 874.33 | 4,954.50 | 1,165.77 | 0.2 |
| | KFC#25 EQP | DELL BACK OFFICE PC | 256053 | 11/12/17 | 1,142.52 | 114.25 | 1,028.27 | 856.89 | 0.75 |
| **1669525 Total** | | | | | 77,352.30 | 66,664.91 | 10,687.39 | 11,770.89 | |
| KFC#26 | 1669526 | HAND DRYER-MEN'S ROOM | 226024 | 09/01/06 | 1,099.32 | 1,099.32 | 0.00 | 109.93 | 0.1 |
| | 1669526 | DISPLAY CABINET | 256005 | 07/15/98 | 3,737.58 | 3,737.58 | 0.00 | 373.76 | 0.1 |
| | 1669526 | D/T COMMUNICATION | 266001 | 04/03/97 | 3,910.16 | 3,910.16 | 0.00 | 391.02 | 0.1 |
| | 1669526 | SEATING PACKAGE(REMODEL) | 266012 | 03/17/99 | 37,453.30 | 37,453.30 | 0.00 | 3,745.33 | 0.1 |
| | 1669526 | ARTWORK | 266013 | 06/04/99 | 2,905.99 | 2,905.99 | 0.00 | 290.60 | 0.1 |
| | 1669526 | MENUBOARD | 266017 | 09/30/99 | 6,854.09 | 6,854.09 | 0.00 | 685.41 | 0.1 |
| | 1669526 | INTERIOR PANEL-MENUBOARD | 266020 | 04/21/00 | 1,030.48 | 1,030.48 | 0.00 | 103.05 | 0.1 |
| | 1669526 | MNTWC ICE CUBER & BIN | 266021 | 06/14/00 | 2,466.84 | 2,466.84 | 0.00 | 246.68 | 0.1 |
| | 1669526 | 2 HPENNY FRYERS W/RACKS | 266024 | 09/20/00 | 25,857.09 | 25,857.09 | 0.00 | 2,585.71 | 0.1 |
| | 1669526 | SHELVING | 266025 | 09/20/00 | 1,616.21 | 1,616.21 | 0.00 | 161.62 | 0.1 |
| | 1669526 | BUFFET TABLE COMPRESSOR | 266033 | 05/04/04 | 876.76 | 876.76 | 0.00 | 87.68 | 0.1 |
| | 1669526 | U/C FREEZER-DELFIELD | 266038 | 01/11/07 | 921.21 | 921.21 | 0.00 | 92.12 | 0.1 |
| | 1669526 | REMODEL-EQUIP UPGRADE | 266039 | 09/01/07 | 6,927.37 | 6,927.37 | 0.00 | 692.74 | 0.1 |
| | 1669526 | KGC BLODGETT OVEN PKG | 266041 | 05/26/09 | 13,416.36 | 13,416.36 | 0.00 | 1,341.64 | 0.1 |
| | 1669526 | ICE MACH CONDENSER COIL | 266043 | 04/06/11 | 1,249.00 | 1,249.00 | 0.00 | 124.90 | 0.1 |
| | 1669526 | BLODGETT CVO MOTOR | 266046 | 03/07/12 | 1,111.35 | 1,111.35 | 0.00 | 111.14 | 0.1 |
| | 1669526 | HP FRYER VENT BOX | 266047 | 05/01/12 | 1,260.24 | 1,260.24 | 0.00 | 126.02 | 0.1 |
| | 1669526 | HUMIDTY HLDG CABINETS | 266048 | 07/20/12 | 12,948.21 | 12,948.21 | 0.00 | 1,294.82 | 0.1 |
| | 1669526 | MERIT REGISTER SYSTEM | 266049 | 01/14/13 | 22,888.44 | 21,341.57 | 1,546.87 | 4,577.69 | 0.2 |
| | 1669526 | BUNN HOT WATER MACHINE | 266050 | 03/01/13 | 875.98 | 816.79 | 59.19 | 87.60 | 0.1 |
| | 1669526 | PANASONIC WIRELESS HDSTS | 266051 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| | 1669526 | CONDWELL CONDENSER | 266052 | 08/01/14 | 2,046.00 | 1,672.44 | 373.56 | 204.60 | 0.1 |
| | 1669526 | DELFIELD U/C FREEZER | 266053 | 01/16/17 | 1,096.98 | 201.12 | 895.86 | 548.49 | 0.5 |
| | 1669526 | HOBART MIXER | 266054 | 03/01/17 | 2,809.41 | 505.70 | 2,303.71 | 1,404.71 | 0.5 |
| | KFC#26 EQP | KFC PACKLINE | 266055 | 06/01/17 | 9,161.43 | 1,374.22 | 7,787.21 | 1,832.29 | 0.2 |
| **1669526 Total** | | | | | 168,056.86 | 154,851.42 | 13,205.44 | 21,573.26 | |
| KFC#27 | 1669527 | MENUBOARD KITS | 276009 | 04/18/06 | 519.79 | 519.79 | 0.00 | 51.98 | 0.1 |
| | 1669527 | GLASS WASHER CONTROL KIT | 276020 | 10/10/11 | 920.37 | 920.37 | 0.00 | 92.04 | 0.1 |
| | 1669527 | HP FRYER COMPUTER | 276024 | 05/14/12 | 1,280.62 | 1,280.62 | 0.00 | 128.06 | 0.1 |
| | 1669527 | CVO PROGRAM INVERTER | 276025 | 07/10/12 | 2,138.71 | 2,138.71 | 0.00 | 213.87 | 0.1 |
| | 1669527 | HUMIDITY HLDG CABINETS | 276026 | 08/10/12 | 12,938.62 | 12,938.62 | 0.00 | 1,293.86 | 0.1 |
| | 1669527 | MERIT REGISTER SYSTEM | 276027 | 12/04/12 | 23,536.31 | 23,422.57 | 113.74 | 4,707.26 | 0.2 |
| | 1669527 | ICE MACH LIQUID DRIER | 276028 | 02/01/13 | 1,276.63 | 1,190.35 | 86.28 | 127.66 | 0.1 |
| | 1669527 | PANASONIC WIRELESS HDSTS | 276029 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| | 1669527 | PITCO FLTR MCH PMP/MTR | 276030 | 08/02/13 | 959.50 | 865.05 | 62.71 | 92.78 | 0.1 |
| | 1669527 | FLTR MACH PMP/MTR ASSY | 276031 | 07/03/14 | 959.50 | 784.31 | 175.19 | 95.95 | 0.1 |
| | 1669527 | NEW ICE MACHINE    #27 | 276032 | 11/01/15 | 1,605.00 | 1,117.08 | 487.92 | 160.50 | 0.1 |
| | 1669527 | PITCO FRYER | 276033 | 11/25/15 | 8,244.77 | 5,738.37 | 2,506.40 | 824.48 | 0.1 |
| | 1669527 | COLD WELL | 276034 | 04/07/16 | 3,474.95 | 1,714.31 | 1,760.64 | 347.50 | 0.1 |
| | 1669527 | AYR KING MIXER | 276035 | 04/01/17 | 1,645.77 | 292.58 | 1,353.19 | 822.89 | 0.5 |
| | 1669527 | 5 DRAWER HOLDING CABINET | 276036 | 05/03/17 | 2,406.85 | 421.20 | 1,985.65 | 1,203.43 | 0.5 |
| | 1669527 | HP FRYER PUMP/MOTOR | 276037 | 06/01/17 | 1,521.36 | 260.81 | 1,260.55 | 152.14 | 0.1 |
| | KFC#27 EQP | MANITOWOC ICE MACHINE | 276038 | 10/02/17 | 2,452.65 | 327.02 | 2,125.63 | 1,226.33 | 0.5 |
| | KFC#27 EQP | DELL BACK OFFICE PC | 276039 | 11/12/17 | 1,142.52 | 114.25 | 1,028.27 | 856.89 | 0.75 |
| **1669527 Total** | | | | | 70,529.24 | 57,344.03 | 13,185.21 | 12,751.33 | |
| KFC#28 | 1669528 | INTERIOR MENUBOARD | 286016 | 10/06/00 | 1,239.82 | 1,239.82 | 0.00 | 123.98 | 0.1 |
| | 1669528 | D-T MENUBOARD | 286017 | 11/30/00 | 3,257.39 | 3,257.39 | 0.00 | 325.74 | 0.1 |
| | 1669528 | CONCRETE BASE-MENUBOARD | 286018 | 01/01/01 | 800.00 | 800.00 | 0.00 | 80.00 | 0.1 |
| | 1669528 | SEATING PACKAGE | 286029 | 10/01/05 | 2,800.00 | 2,800.00 | 0.00 | 280.00 | 0.1 |
| | 1669528 | DELFIELD U/C REFRIGERTOR | 286032 | 05/04/07 | 1,682.98 | 1,682.98 | 0.00 | 168.30 | 0.1 |
| | 1669528 | REMODEL-EQUIP UPGRADE | 286033 | 09/01/07 | 55,107.92 | 55,107.92 | 0.00 | 5,510.79 | 0.1 |
| | 1669528 | HUMIDITY HLDG CABINETS | 286043 | 08/17/12 | 12,178.13 | 12,178.13 | 0.00 | 1,217.81 | 0.1 |
| | 1669528 | BUNN HOT WATER MACHINE | 286044 | 11/16/12 | 2,745.01 | 2,745.01 | 0.00 | 274.50 | 0.1 |
| | 1669528 | MERIT REGISTER SYSTEM | 286045 | 02/18/13 | 23,107.49 | 21,545.82 | 1,561.67 | 4,621.50 | 0.2 |
| | 1669528 | FLTR MACH PUMP/MTR ASSY | 286046 | 03/28/13 | 1,188.55 | 1,108.22 | 80.33 | 118.86 | 0.1 |
| | 1669528 | PANASONIC WIRELESS HDSTS | 286047 | 06/15/13 | 3,795.06 | 3,538.58 | 256.48 | 379.51 | 0.1 |
| | 1669528 | MANITOWOC ICE MACHINE | 286048 | 06/01/13 | 3,657.70 | 3,410.51 | 247.19 | 365.77 | 0.1 |
| | 1669528 | DLFLD RI REFRIGERATOR | 286049 | 07/04/14 | 3,735.35 | 3,053.35 | 682.00 | 373.54 | 0.1 |
| | 1669528 | FLTR MACH PMP/MTR ASSY | 286050 | 10/16/14 | 1,292.60 | 1,056.60 | 236.00 | 129.26 | 0.1 |
| | 1669528 | SAFE DUE TO BREAK IN | 286051 | 12/14/15 | 1,000.00 | 696.00 | 304.00 | 500.00 | 0.5 |
| | KFC#28 EQP | KFC PACKLINE | 286052 | 06/01/17 | 10,771.93 | 1,615.80 | 9,156.13 | 2,154.39 | 0.2 |
| **1669528 Total** | | | | | 128,359.93 | 115,836.13 | 12,523.80 | 16,623.95 | |
| KFC#29 | 1669529 | SHARP MICROWAVE-2100W | 126032 | 12/13/07 | 1,282.85 | 1,282.85 | 0.00 | 128.29 | 0.1 |
| | 1669529 | EQUIPMENT AT ACQUISITION | 296003 | 08/23/99 | 165,000.00 | 165,000.00 | 0.00 | 16,500.00 | 0.1 |
| | 1669529 | COUNTER TOP COLD WELL | 296005 | 09/29/99 | 680.00 | 680.00 | 0.00 | 68.00 | 0.1 |
| | 1669529 | INITIAL EQUIPMENT PKG | 296014 | 08/21/02 | 129,540.94 | 129,540.94 | 0.00 | 12,954.09 | 0.1 |
| | 1669529 | RPLC MIB & SPKR FOOTER | 296016 | 11/18/02 | 3,067.63 | 3,067.63 | 0.00 | 306.76 | 0.1 |
| | 1669529 | GAS FRYER - 2 BANK | 296017 | 05/23/03 | 8,539.91 | 8,539.91 | 0.00 | 853.99 | 0.1 |
| | 1669529 | SHARP MICROWAVE OVN-2100 | 296024 | 05/03/07 | 1,102.22 | 1,102.22 | 0.00 | 110.22 | 0.1 |
| | 1669529 | FLTR MACH PUMP & MOTOR | 296025 | 07/13/07 | 809.20 | 809.20 | 0.00 | 80.92 | 0.1 |

**Bartlett Management Services, Inc.**
**Addendum A to Property Schedule A/B**
**Equipment**

| LOCATION | ASSET_ACCT | DESCRIPTION | ASSET_# | ACQUIRED | BASIS | ACCUM_DEPR | NET BOOK VALUE | CURRENT VALUE AS % OF BASIS | % APPLIED |
|---|---|---|---|---|---|---|---|---|---|
| | 1669529 | ICE MACHINE COMPRESSOR | 296026 | 09/12/07 | 1,259.93 | 1,259.93 | 0.00 | 125.99 | 0.1 |
| | 1669529 | MENUBOARD PANELS | 296027 | 09/01/07 | 2,938.59 | 2,938.59 | 0.00 | 293.86 | 0.1 |
| | 1669529 | PYLON/MUG/DIRECTION SGNS | 296030 | 06/11/08 | 5,660.98 | 5,660.98 | 0.00 | 566.10 | 0.1 |
| | 1669529 | FLTR MACH PUMP&MTR ASSY | 296031 | 01/07/09 | 548.03 | 548.03 | 0.00 | 54.80 | 0.1 |
| | 1669529 | KGC BLODGETT OVEN PKG | 296032 | 04/16/09 | 12,151.68 | 12,151.68 | 0.00 | 1,215.17 | 0.1 |
| | 1669529 | HUMIDITY HLDG CABINETS | 296034 | 08/10/12 | 12,935.11 | 12,935.11 | 0.00 | 1,293.51 | 0.1 |
| | 1669529 | HP FRYER VENT BOX | 296035 | 09/01/12 | 1,920.65 | 1,920.65 | 0.00 | 192.07 | 0.1 |
| | 1669529 | MERIT REGISTER SYSTEM | 296036 | 01/15/13 | 22,955.66 | 21,404.24 | 1,551.42 | 4,591.13 | 0.2 |
| | 1669529 | BREADING TABLE MOTOR | 296037 | 02/20/13 | 1,375.69 | 1,282.71 | 92.98 | 137.57 | 0.1 |
| | 1669529 | PANASONIC WIRELESS HDSTS | 296038 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| | 1669529 | BUNN HOT WATER MACHINE | 296039 | 01/15/14 | 779.13 | 636.88 | 142.25 | 77.91 | 0.1 |
| | 1669529 | FILTER TANK W/CASTERS | 296040 | 08/15/14 | 813.00 | 664.57 | 148.43 | 81.30 | 0.1 |
| | 1669529 | FRYER SOLENOID/VENT BOX | 296041 | 10/01/14 | 4,121.08 | 3,368.65 | 752.43 | 412.11 | 0.1 |
| | 1669529 | FRYER LID ASSY | 296042 | 10/09/14 | 2,362.62 | 1,931.24 | 431.38 | 236.26 | 0.1 |
| | 1669529 | FRYER MOTOR-FILTER PUMP | 296043 | 10/21/14 | 1,114.89 | 911.33 | 203.56 | 111.49 | 0.1 |
| | 1669529 | FRYER LID ASSY-#30493 | 296044 | 01/19/15 | 2,408.50 | 1,676.32 | 732.18 | 240.85 | 0.1 |
| | 1669529 | BLODGETT OVEN MOTOR | 296045 | 02/19/16 | 1,108.66 | 546.94 | 561.72 | 110.87 | 0.1 |
| | 1669529 | POST PACK WORKSTATION | 296046 | 01/04/17 | 1,052.52 | 192.96 | 859.56 | 105.25 | 0.1 |
| | 1669529 | 20 QT MIXER | 296047 | 02/01/17 | 2,809.41 | 510.80 | 2,298.61 | 1,404.71 | 0.5 |
| | KFC#29 EQP | KFC PACKLINE | 296048 | 06/01/17 | 6,363.40 | 954.51 | 5,408.89 | 1,272.68 | 0.2 |
| | **1669529 Total** | | | | **398,239.34** | **384,816.89** | **13,422.45** | **43,879.61** | |
| **KFC#30** | 1669530 | MENUBOARD | 306016 | 09/22/99 | 4,551.78 | 4,551.78 | 0.00 | 455.18 | 0.1 |
| | 1669530 | INTERIOR MENUBOARD PANEL | 306017 | 04/21/00 | 1,017.77 | 1,017.77 | 0.00 | 101.78 | 0.1 |
| | 1669530 | POWER SOAKER SINK | 306019 | 10/11/01 | 4,605.31 | 4,605.31 | 0.00 | 460.53 | 0.1 |
| | 1669530 | SHELVING | 306020 | 11/05/01 | 677.89 | 677.89 | 0.00 | 67.79 | 0.1 |
| | 1669530 | 3 SECTION FREEZER | 306025 | 05/09/02 | 3,920.00 | 3,920.00 | 0.00 | 392.00 | 0.1 |
| | 1669530 | CUSTOM SEATING PACKAGE | 306031 | 12/16/03 | 5,178.32 | 5,178.32 | 0.00 | 517.83 | 0.1 |
| | 1669530 | HP 8-HD FRYER | 306032 | 05/10/04 | 8,135.70 | 8,135.70 | 0.00 | 813.57 | 0.1 |
| | 1669530 | VINDICATOR SAFE | 306038 | 06/22/06 | 2,850.00 | 2,850.00 | 0.00 | 285.00 | 0.1 |
| | 1669530 | REMODEL-EQUIP UPGRADE | 306039 | 09/01/07 | 65,677.90 | 65,677.90 | 0.00 | 6,567.79 | 0.1 |
| | 1669530 | HIGHWAY SIGNS | 306046 | 11/03/09 | 1,355.00 | 1,355.00 | 0.00 | 135.50 | 0.1 |
| | 1669530 | MANITOWOC ICE MACHINE | 306049 | 12/02/11 | 2,981.39 | 2,981.39 | 0.00 | 298.14 | 0.1 |
| | 1669530 | HUMIDITY HLDG CABINETS | 306050 | 08/17/12 | 12,175.49 | 12,175.49 | 0.00 | 1,217.55 | 0.1 |
| | 1669530 | SHARP MICROWAVE OVEN | 306051 | 10/01/12 | 942.60 | 942.60 | 0.00 | 94.26 | 0.1 |
| | 1669530 | MERIT REGISTER SYSTEM | 306052 | 01/27/13 | 23,143.77 | 21,579.63 | 1,564.14 | 4,628.75 | 0.2 |
| | 1669530 | PANASONIC WIRELESS HDSTS | 306053 | 06/15/13 | 3,795.06 | 3,538.58 | 256.48 | 379.51 | 0.1 |
| | 1669530 | HP FRYER LID | 306054 | 09/01/13 | 2,033.64 | 1,896.21 | 137.43 | 203.36 | 0.1 |
| | 1669530 | HOT WELL ASSY | 306055 | 01/09/14 | 799.40 | 653.44 | 145.96 | 79.94 | 0.1 |
| | 1669530 | BUNN HOT WATER MACHINE | 306056 | 08/22/14 | 681.09 | 556.75 | 124.34 | 68.11 | 0.1 |
| | 1669530 | OIL CADDY PMP/MTR ASSY | 306057 | 05/23/14 | 919.68 | 751.77 | 167.91 | 91.97 | 0.1 |
| | 1669530 | HP 8HD FRYER COMPUTER | 306058 | 11/01/14 | 1,041.08 | 851.01 | 190.07 | 104.11 | 0.1 |
| | 1669530 | U/C DELFIELD FREEZER | 306059 | 06/02/16 | 1,091.52 | 538.49 | 553.03 | 545.76 | 0.5 |
| | KFC#30 EQP | 8HD FRYER LID | 306060 | 09/11/17 | 2,393.74 | 359.07 | 2,034.67 | 239.37 | 0.1 |
| | KFC#30 EQP | KFC PACKLINE | 306061 | 06/01/17 | 13,509.44 | 2,026.42 | 11,483.02 | | 0.2 |
| | 1669530 | MANITOWOC ICE MACHINE | 536028 | 01/11/13 | 3,382.83 | 3,382.83 | 0.00 | 338.28 | 0.1 |
| | **1669530 Total** | | | | **166,860.40** | **150,203.35** | **16,657.05** | **18,086.08** | |
| **KFC#31** | 1669531 | PYLON/DIRECTIONAL SIGNS | 316028 | 06/11/08 | 2,785.77 | 2,785.77 | 0.00 | 278.58 | 0.1 |
| | 1669531 | BUNN HOT WATER MACHINE | 316030 | 07/07/10 | 633.67 | 633.67 | 0.00 | 63.37 | 0.1 |
| | 1669531 | FLTR MACH PUMP/MTR ASSY | 316031 | 10/06/10 | 1,167.89 | 1,167.89 | 0.00 | 116.79 | 0.1 |
| | 1669531 | HP 8HD PUMP & MOTOR | 316032 | 07/13/12 | 1,250.00 | 1,250.00 | 0.00 | 125.00 | 0.1 |
| | 1669531 | HUMIDITY HLDG CABINETS | 316033 | 08/17/12 | 12,178.13 | 12,178.13 | 0.00 | 1,217.81 | 0.1 |
| | 1669531 | PITCO FLTR MACH PMP/MTR | 316034 | 08/01/12 | 997.94 | 997.94 | 0.00 | 99.79 | 0.1 |
| | 1669531 | DLFLD U/C FREEZER | 316035 | 01/27/13 | 993.33 | 926.21 | 67.12 | 99.33 | 0.1 |
| | 1669531 | MANITOWOC ICE MACHINE | 316036 | 02/22/13 | 2,809.28 | 2,619.43 | 189.85 | 280.93 | 0.1 |
| | 1669531 | MERIT REGISTER SYSTEM | 316037 | 02/20/13 | 23,458.70 | 21,873.28 | 1,585.42 | 4,691.74 | 0.2 |
| | 1669531 | DLFLD U/C FREEZER | 316038 | 11/05/13 | 1,089.39 | 1,015.76 | 73.63 | 108.94 | 0.1 |
| | 1669531 | HOTWELL ASSY (LEFT) | 316039 | 07/24/14 | 1,149.46 | 939.60 | 209.86 | 114.95 | 0.1 |
| | 1669531 | PEPSI AGITATOR MOTOR | 316040 | 07/01/14 | 707.55 | 578.37 | 129.18 | 70.76 | 0.1 |
| | 1669531 | INSTALL PACKLINE EQUIP | 316041 | 11/01/16 | 1,712.10 | 844.64 | 867.46 | 1,712.10 | 1 |
| | KFC#31 EQP | KFC PACKLINE | 316042 | 06/01/17 | 5,697.72 | 854.66 | 4,843.06 | 1,139.54 | 0.2 |
| | **1669531 Total** | | | | **56,630.93** | **48,665.35** | **7,965.58** | **10,119.63** | |
| **KFC#32** | 1669532 | HME D/T TIMER SYSTEM | 116024 | 07/16/03 | 1,933.68 | 1,933.68 | 0.00 | 193.37 | 0.1 |
| | 1669532 | D-T MENUBOARD | 326021 | 09/08/00 | 5,741.13 | 5,741.13 | 0.00 | 574.11 | 0.1 |
| | 1669532 | CONTROLLER FOR FRYER | 326022 | 09/25/00 | 722.22 | 722.22 | 0.00 | 72.22 | 0.1 |
| | 1669532 | MMTWC ICE CUBER | 326023 | 11/27/00 | 2,157.07 | 2,157.07 | 0.00 | 215.71 | 0.1 |
| | 1669532 | EXHAUST UNIT | 326025 | 09/27/01 | 2,170.00 | 2,170.00 | 0.00 | 217.00 | 0.1 |
| | 1669532 | PITCO FRYER & CONTROLLER | 326026 | 03/25/02 | 3,685.50 | 3,685.50 | 0.00 | 368.55 | 0.1 |
| | 1669532 | DRIVE-THRU TIMER - SYS30 | 326031 | 07/11/03 | 1,911.44 | 1,911.44 | 0.00 | 191.14 | 0.1 |
| | 1669532 | REMODEL-EQUIP UPGRADE | 326037 | 09/05/07 | 173,628.67 | 173,628.67 | 0.00 | 17,362.87 | 0.1 |
| | 1669532 | DUKE HOLDING CABINET | 326039 | 09/01/08 | 2,706.57 | 2,706.57 | 0.00 | 270.66 | 0.1 |
| | 1669532 | KGC BLODGETT OVEN PKG | 326040 | 04/16/09 | 12,151.68 | 12,151.68 | 0.00 | 1,215.17 | 0.1 |
| | 1669532 | BUNN HOT WATER MACH-5GAL | 326041 | 09/01/09 | 679.99 | 679.99 | 0.00 | 68.00 | 0.1 |
| | 1669532 | BUNN HOT WATER MACHINE | 326043 | 05/02/11 | 672.69 | 672.69 | 0.00 | 67.27 | 0.1 |
| | 1669532 | HUMIDITY HLDG CABINETS | 326045 | 06/29/12 | 12,957.66 | 12,957.66 | 0.00 | 1,295.77 | 0.1 |
| | 1669532 | MERIT REGISTER SYSTEM | 326046 | 03/13/13 | 24,300.39 | 22,658.08 | 1,642.31 | 4,860.08 | 0.2 |
| | 1669532 | LOBBY ICE MACH CONTRLLR | 326047 | 04/16/13 | 1,248.11 | 1,163.76 | 84.35 | 124.81 | 0.1 |
| | 1669532 | PANASONIC WIRELESS HDSTS | 326048 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| | 1669532 | FRYER SOLENOID VALVE | 326049 | 06/18/13 | 1,052.53 | 981.41 | 71.12 | 105.25 | 0.1 |
| | 1669532 | FRYER IGNITION MODULE | 326050 | 06/18/13 | 2,371.84 | 2,211.54 | 160.30 | 237.18 | 0.1 |
| | 1669532 | LJS FRYR PMP/MTR | 326052 | 06/23/14 | 2,436.68 | 1,991.79 | 444.89 | 243.67 | 0.1 |
| | 1669532 | DELFIELD FREEZER | 326053 | 07/01/16 | 993.97 | 490.36 | 503.61 | 99.40 | 0.1 |
| | 1669532 | FRYER COMPUTER | 326054 | 08/18/16 | 1,009.98 | 498.26 | 511.72 | 101.00 | 0.1 |

| LOCATION | ASSET_ACCT | DESCRIPTION | ASSET_# | ACQUIRED | BASIS | ACCUM_DEPR | NET BOOK VALUE | CURRENT VALUE AS % OF BASIS | % APPLIED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Bartlett Management Services, Inc.** | | | | |
| | | | | | **Addendum A to Property Schedule A/B** | | | | |
| | | | | | **Equipment** | | | | |
| | 1669532 | FRYER PARTS | 326055 | 10/01/16 | 4,189.65 | 2,066.90 | 2,122.75 | 418.97 | 0.1 |
| | 1669532 | FRYER MTR/PUMP ASSBLY | 326056 | 05/16/17 | 5,074.58 | 888.06 | 4,186.52 | 507.46 | 0.1 |
| | 1669532 | LJS FRYER MOTOR | 326057 | 06/02/17 | 2,386.63 | 409.14 | 1,977.49 | 238.66 | 0.1 |
| | **1669532 Total** | | | | 269,719.72 | 257,775.62 | 11,944.10 | 29,402.03 | |
| | | | | | | | | | |
| **KFC#43** | 1669543 | MENUBOARD KITS | 436003 | 04/18/06 | 520.47 | 520.47 | 0.00 | 52.05 | 0.1 |
| | 1669543 | PITCO GAS FRYER | 436004 | 03/05/07 | 3,149.35 | 3,149.35 | 0.00 | 314.94 | 0.1 |
| | 1669543 | SOFT SERVE FREEZER | 436005 | 06/01/07 | 9,662.60 | 9,662.60 | 0.00 | 966.26 | 0.1 |
| | 1669543 | KGC BLODGETT OVEN PKG | 436012 | 04/16/09 | 12,151.68 | 12,151.68 | 0.00 | 1,215.17 | 0.1 |
| | 1669543 | APW WYOTT HOT WELL | 436017 | 10/18/11 | 913.65 | 913.65 | 0.00 | 91.37 | 0.1 |
| | 1669543 | BLODGETT CVO MOTOR | 436018 | 03/19/12 | 1,136.08 | 1,136.08 | 0.00 | 113.61 | 0.1 |
| | 1669543 | HUMIDITY HLDG CABINETS | 436020 | 08/03/12 | 12,938.39 | 12,938.39 | 0.00 | 1,293.84 | 0.1 |
| | 1669543 | MERIT REGISTER SYSTEM | 436022 | 12/05/12 | 23,813.11 | 23,698.03 | 115.08 | 4,762.62 | 0.2 |
| | 1669543 | FLTR MACH PUMP/MTR ASSY | 436024 | 05/22/13 | 993.76 | 926.59 | 67.17 | 99.38 | 0.1 |
| | 1669543 | PANASONIC WIRELESS HDSTS | 436025 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| | 1669543 | FLTR MACH PUMP/MTR ASSY | 436026 | 06/26/13 | 1,258.20 | 1,173.16 | 85.04 | 125.82 | 0.1 |
| | 1669543 | FLTR MACH PUMP/MTR ASSY | 436027 | 12/03/13 | 1,196.12 | 1,115.28 | 80.84 | 119.61 | 0.1 |
| | 1669543 | SHARP MICROWAVE OVEN | 436028 | 06/01/14 | 1,013.08 | 828.12 | 184.96 | 101.31 | 0.1 |
| | 1669543 | BUNN HOT WATER MACHINE | 436029 | 06/11/14 | 1,209.42 | 988.59 | 220.83 | 120.94 | 0.1 |
| | 1669543 | SANDWICH MACH PUMP ASSY | 436030 | 10/23/14 | 1,933.21 | 1,580.25 | 352.96 | 193.32 | 0.1 |
| | 1669543 | SOFT SERVE ICE CREAM | 436031 | 08/09/16 | 6,144.49 | 3,031.29 | 3,113.20 | 614.45 | 0.1 |
| 1669543 | ROOT BEER MIX | 436032 | 04/01/17 | | 1,651.70 | 293.64 | 1,358.06 | 165.17 | 0.1 |
| KFC#43 EQP | DELL BACK OFF | 436033 | 11/12/17 | | 1,142.52 | 114.25 | 1,028.27 | 856.89 | 0.75 |
| | | | | | 84,364.89 | 77,519.44 | 6,845.45 | 11,560.46 | |
| | | | | | | | | | |
| **STORAGE** | 1669513 | HUMIDITY HLDG CABINETS | 046037 | 06/29/12 | 12,957.68 | 12,957.68 | 0.00 | 1,295.77 | 0.1 |
| **STORAGE** | 1669513 | MERIT REGISTER SYSTEM | 046038 | 03/11/13 | 23,158.41 | 21,593.29 | 1,565.12 | 2,315.84 | 0.1 |
| **STORAGE** | 1669513 | PANASONIC WIRELESS HDSTS | 046039 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| **STORAGE** | 1669513 | MENUBOARD KITS | 116027 | 04/18/06 | 519.79 | 519.79 | 0.00 | 51.98 | 0.1 |
| **STORAGE** | 1669513 | 8X14 PAN FACE FOR SIGN | 116029 | 04/01/07 | 1,000.00 | 1,000.00 | 0.00 | 100.00 | 0.1 |
| **STORAGE** | 1669513 | KGC BLODGETT OVEN PKG | 116035 | 04/15/09 | 12,151.68 | 12,151.68 | 0.00 | 1,215.17 | 0.1 |
| **STORAGE** | 1669513 | HUMIDITY HLDG CABINETS | 116048 | 07/20/12 | 12,948.21 | 12,948.21 | 0.00 | 1,294.82 | 0.1 |
| **STORAGE** | 1669513 | MERIT REGISTER SYSTEM | 116049 | 01/09/13 | 23,521.19 | 21,931.56 | 1,589.63 | 4,704.24 | 0.2 |
| **STORAGE** | 1669513 | PANASONIC WIRELESS HDSTS | 116051 | 06/15/13 | 3,537.06 | 3,298.02 | 239.04 | 353.71 | 0.1 |
| **STORAGE** | 1669513 | 8' DISPLAY CABINET | 136022 | 10/11/01 | 1,062.50 | 1,062.50 | 0.00 | 106.25 | 0.1 |
| **STORAGE** | 1669513 | TRAILER | 136052 | 07/14/09 | 2,450.00 | 2,450.00 | 0.00 | 245.00 | 0.1 |
| **STORAGE** | 1669513 | PACKLINE STORE #4 | 136064 | 07/01/17 | 8,259.31 | 1,376.55 | 6,882.76 | 6,607.45 | 0.8 |
| **STORAGE** | 1669513 | D-T MENUBOARD | 206006 | 09/04/00 | 5,581.82 | 5,581.82 | 0.00 | 558.18 | 0.1 |
| **STORAGE** | 1669513 | HUMIDITY HLDG CABINETS | 206020 | 07/20/12 | 12,943.10 | 12,943.10 | 0.00 | 1,294.31 | 0.1 |
| **STORAGE** | 1669513 | MERIT REGISTER SYSTEM | 206021 | 12/06/12 | 20,318.26 | 20,220.06 | 98.20 | 4,063.65 | 0.2 |
| | **1669513 Total** | | | | 143,946.07 | 133,332.28 | 10,613.79 | 24,560.08 | |
| | | | | | | | | | |
| **ADMIN EQP** | 1669513 | DELL E6520 #8J5N6R1 (SC) | 136053 | 02/01/12 | 1,320.04 | 1,320.04 | 0.00 | 168.97 | 0.128 |
| **ADMIN EQP** | 1669513 | DELL E6520 #856N6R1 (JA) | 136054 | 03/07/12 | 1,320.04 | 1,320.04 | 0.00 | 168.97 | 0.128 |
| **ADMIN EQP** | 1669513 | IPAD2 - BC | 136055 | 03/07/12 | 743.45 | 743.45 | 0.00 | 95.16 | 0.128 |
| **ADMIN EQP** | 1669513 | DELL E5530 #G14MKV1 (SE) | 136056 | 11/15/12 | 1,151.42 | 1,151.42 | 0.00 | 147.38 | 0.128 |
| **ADMIN EQP** | 1669513 | DELL E5530 #DF5MKV1 (MR) | 136057 | 11/15/12 | 1,151.41 | 1,151.41 | 0.00 | 147.38 | 0.128 |
| **ADMIN EQP** | 1669513 | DELL E6540 #DGS1XZ1   MC | 136058 | 05/16/14 | 1,344.15 | 1,098.74 | 245.41 | 430.13 | 0.32 |
| **ADMIN EQP** | 1669513 | DELL LAPTOP(CK9LL12)-TK | 136059 | 09/01/14 | 1,505.24 | 1,230.42 | 274.82 | 481.68 | 0.32 |
| **ADMIN EQP** | 1669513 | DELL LAPTOP (GKT9F12)-KR | 136060 | 08/01/14 | 1,104.33 | 902.71 | 201.62 | 353.39 | 0.32 |
| **ADMIN EQP** | 1669513 | DELL LAPTOP(BD6MR22)-SC | 136061 | 12/01/14 | 719.84 | 588.42 | 131.42 | 230.35 | 0.32 |
| **ADMIN EQP** | 1669513 | DELL LAPTOP | 136062 | 07/22/15 | 1,478.28 | 1,028.89 | 449.39 | 473.05 | 0.32 |
| **ADMIN EQP** | 1669513 | DELL LATITUDE 3570 BTX | 136063 | 07/01/17 | 1,126.23 | 187.71 | 938.52 | 900.98 | 0.8 |
| | | | | | 12,964.43 | 10,723.25 | 2,241.18 | 3,597.44 | |

Addendum B to Property Schedule A/B
Bartlett Management Services, Inc.
Leasehold Improvements

| STORE NO. | DESCRIPTION | ACQUIRED | BASIS | NET BOOK VALUE | REPLACEMENT COST VALUE (RCV) | CURRENT VALUE (25% of RCV) |
|---|---|---|---|---|---|---|
| KFC#02 | DRAIN PAN | 11/28/99 | $1,175.00 | $628.75 | $1,200.00 | $300.00 |
| KFC#02 | D-T HEIGHT BARS | 09/08/00 | $1,185.00 | $659.02 | $1,400.00 | $350.00 |
| KFC#02 | BACK SERVICE DOOR | 10/31/02 | $1,245.00 | $759.33 | $1,500.00 | $375.00 |
| KFC#02 | REMODEL        72.5% | 09/01/07 | $89,768.00 | $41,991.48 | $90,000.00 | $22,500.00 |
| KFC#02 | REMODEL        27.5% | 09/01/07 | $34,050.32 | $0.00 | $35,000.00 | $8,750.00 |
| KFC#02 | ROOFTOP HVAC UNIT  72.5% | 10/25/07 | $11,767.00 | $5,527.93 | $12,000.00 | $3,000.00 |
| KFC#02 | ROOFTOP HVAC UNIT  27.5% | 10/25/07 | $4,463.00 | $0.00 | $4,500.00 | $1,125.00 |
| KFC#02 | WI FRZR COMPRESSOR 72.5 | 05/01/08 | $1,552.00 | $1,170.20 | $1,550.00 | $387.50 |
| KFC#02 | WI FRZR COMPRESSOR 27.5 | 05/01/08 | $588.00 | $0.00 | $600.00 | $150.00 |
| KFC#02 | BRADFORD WTR HEATER 72.5 | 06/17/09 | $4,927.00 | $2,545.30 | $4,900.00 | $1,225.00 |
| KFC#02 | BRADFORD WTR HEATER 27.5 | 06/17/09 | $1,868.88 | $0.00 | $1,900.00 | $475.00 |
| KFC#02 | EXHAUST HOOD SYSTM 72.5% | 06/01/11 | $2,726.00 | $1,718.24 | $2,750.00 | $687.50 |
| KFC#02 | EXHAUST HOOD SYSTM 27.5% | 06/01/11 | $1,034.56 | $0.00 | $1,100.00 | $275.00 |
| KFC#02 | ANSUL SYSTEM UPGRADE72.5 | 09/24/14 | $1,958.00 | $1,514.18 | $1,950.00 | $487.50 |
| KFC#02 | ANSUL SYSTEM UPGRADE27.5 | 09/24/14 | $742.00 | $135.48 | $750.00 | $187.50 |
| KFC#02 | HEAT EXCHANGER #2  72.5% | 12/17/14 | $1,780.00 | $1,400.92 | $1,775.00 | $443.75 |
| KFC#02 | HEAT EXCHANGER #2  27.5% | 12/17/14 | $675.00 | $123.23 | $700.00 | $175.00 |
| KFC#02 | NEW HVAC UNIT        72.5% | 07/01/16 | $7,187.00 | $6,372.53 | $7,250.00 | $1,812.50 |
| KFC#02 | NEW HVAC UNIT        27.5% | 07/01/16 | $2,726.00 | $1,381.17 | $2,750.00 | $687.50 |
| KFC#02 | DRIVE THRU WINDOW | 07/22/16 | $2,497.00 | $2,228.84 | $2,500.00 | $625.00 |
| KFC#02 | DRIVE THRU WINDOW | 07/22/16 | $947.00 | $479.81 | $1,000.00 | $250.00 |
| KFC#02 | WALK-IN FRZR DOOR | 09/01/16 | $2,375.00 | $2,134.25 | $2,400.00 | $600.00 |
| KFC#02 | WALK-IN FRZR DOOR | 09/01/16 | $901.00 | $456.50 | $950.00 | $237.50 |
| KFC#02 | BACK DOOR LEVER | 09/01/16 | $911.00 | $824.20 | $900.00 | $225.00 |
| KFC#02 | BACK DOOR LEVER | 09/01/16 | $345.56 | $175.08 | $350.00 | $87.50 |
| KFC#02 | 4 NEW PLATE WINDOWS | 11/01/16 | $2,574.00 | $2,344.81 | $2,500.00 | $625.00 |
| KFC#02 | 4 NEW PLATE WINDOWS | 11/01/16 | $977.00 | $495.01 | $1,000.00 | $250.00 |
| KFC#02 | TOTAL: | | $182,945.32 | $75,066.26 | $185,175.00 | $46,293.75 |
| | | | | | | |
| KFC#03 | CLEAR THERMALTITE | 05/16/00 | $673.98 | $368.79 | $675.00 | $168.75 |
| KFC#03 | REAR DOOR&THRESHOLD | 05/20/02 | $1,000.00 | $598.88 | $1,000.00 | $250.00 |
| KFC#03 | BLACKTOP DRIVE-THRU LANE | 11/26/02 | $6,025.00 | $0.00 | $6,000.00 | $1,500.00 |
| KFC#03 | HEAT XCHNGER-20 TN-ROOF | 03/17/03 | $1,956.00 | $1,213.16 | $2,500.00 | $625.00 |
| KFC#03 | HEAT EXCHANGER | 11/05/03 | $1,365.00 | $869.80 | $1,300.00 | $325.00 |
| KFC#03 | ADD'L BLACKTOP D-T LANE | 01/02/03 | $688.00 | $24.03 | $700.00 | $175.00 |
| KFC#03 | POWERSOAK SINK | 04/05/04 | $8,949.00 | $5,799.00 | $9,000.00 | $2,250.00 |
| KFC#03 | WALKIN COOLER COIL  72.5 | 08/02/07 | $990.00 | $461.15 | $1,250.00 | $312.50 |
| KFC#03 | WALKIN COOLER COIL  27.5 | 08/02/07 | $375.00 | $0.00 | $400.00 | $100.00 |
| KFC#03 | REMODEL        72.5% | 09/01/07 | $95,714.00 | $44,772.56 | $96,000.00 | $24,000.00 |
| KFC#03 | REMODEL        27.5% | 09/01/07 | $36,305.24 | $0.00 | $36,000.00 | $9,000.00 |
| KFC#03 | INTAKE AIR UNIT   72.5% | 06/13/08 | $1,704.00 | $1,289.04 | $1,700.00 | $425.00 |
| KFC#03 | INTAKE AIR UNIT   27.5% | 06/13/08 | $646.00 | $0.00 | $650.00 | $162.50 |
| KFC#03 | WI FRZR COMPRESSOR 72.5% | 07/24/08 | $1,248.00 | $946.29 | $1,250.00 | $312.50 |
| KFC#03 | WI FRZR COMPRESSOR 27.5% | 07/24/08 | $472.78 | $0.00 | $475.00 | $118.75 |
| KFC#03 | KTCHN HVAC SYSTM  72.5% | 10/01/09 | $13,091.00 | $6,893.48 | $13,000.00 | $3,250.00 |
| KFC#03 | KITCHEN HVAC SYSTM 27.5% | 10/01/09 | $4,965.20 | $0.00 | $5,000.00 | $1,250.00 |
| KFC#03 | WATER HEATER MOTOR 72.5% | 04/15/13 | $2,518.00 | $1,668.48 | $2,500.00 | $625.00 |
| KFC#03 | WATER HEATER MOTOR 27.5% | 04/15/13 | $954.60 | $64.51 | $1,000.00 | $250.00 |
| KFC#03 | WATER HEATER | 03/19/15 | $6,173.00 | $4,738.49 | $6,000.00 | $1,500.00 |
| KFC#03 | WATER HEATER | 03/19/15 | $2,341.00 | $711.66 | $2,500.00 | $625.00 |
| KFC#03 | HVAC HEAT EXCHANGER 72.5 | 12/15/15 | $1,665.00 | $1,383.55 | $1,750.00 | $437.50 |
| KFC#03 | HVAC HEAT EXCHANGER 27.5 | 10/15/15 | $631.00 | $191.82 | $750.00 | $187.50 |
| KFC#03 | NEW DRIVE-THRU AWNING | 05/09/16 | $1,386.00 | $1,193.72 | $1,400.00 | $350.00 |
| KFC#03 | NEW DRIVE-THRU AWNING | 05/09/16 | $526.00 | $266.50 | $500.00 | $125.00 |
| KFC#03 | TOTAL: | | $192,362.80 | $73,454.91 | $193,300.00 | $48,325.00 |
| | | | | | | |
| KFC#05 | DOOR LOCK--PANIC EXIT | 06/11/03 | $738.48 | $463.05 | $750.00 | $187.50 |
| KFC#05 | BACK DOOR/FRAME/CLOSER | 07/30/04 | $1,910.00 | $1,250.24 | $2,000.00 | $500.00 |
| KFC#05 | KITCHEN EXHAUST HOOD FAN | 06/17/05 | $1,635.00 | $685.06 | $1,650.00 | $412.50 |
| KFC#05 | LJS CONVERSION | 04/22/05 | $155,194.55 | $64,529.82 | $155,000.00 | $38,750.00 |
| KFC#05 | DINING HEAT EXCHNGR 72.5 | 12/14/07 | $1,031.00 | $488.86 | $1,000.00 | $250.00 |
| KFC#05 | DINING HEAT EXCHNGR 27.5 | 12/14/07 | $391.00 | $0.00 | $400.00 | $100.00 |
| KFC#05 | N.KTCHN HEAT EXCHNGR72.5 | 12/14/07 | $1,031.00 | $488.86 | $1,000.00 | $250.00 |
| KFC#05 | N.KTCHN HEAT EXCHNGR27.5 | 12/14/07 | $391.00 | $0.00 | $400.00 | $100.00 |
| KFC#05 | S.KTCHN HEAT EXCHNGR72.5 | 12/14/07 | $1,031.00 | $488.86 | $1,000.00 | $250.00 |
| KFC#05 | S.KTCHN HEAT EXCHNGR27.5 | 12/14/07 | $391.00 | $0.00 | $400.00 | $100.00 |

Addendum B to Property Schedule A/B
Bartlett Management Services, Inc.
Leasehold Improvements

| STORE NO. | DESCRIPTION | ACQUIRED | BASIS | NET BOOK VALUE | REPLACEMENT COST VALUE (RCV) | CURRENT VALUE (25% of RCV) |
|---|---|---|---|---|---|---|
| KFC#05 | WI COMPRESSOR     72.5% | 04/01/12 | $1,584.00 | $975.40 | $1,500.00 | $375.00 |
| KFC#05 | WI COMPRESSOR     27.5% | 04/01/12 | $600.30 | $0.00 | $750.00 | $187.50 |
| KFC#05 | MAKE-UP AIR MOTOR 72.5% | 11/20/13 | $1,033.00 | $712.54 | $1,250.00 | $312.50 |
| KFC#05 | MAKE-UP AIR MOTOR 27.5% | 11/20/13 | $391.39 | $26.45 | $500.00 | $125.00 |
| KFC#05 | WTR HTR CONTROL KIT72.5% | 11/20/13 | $1,060.00 | $731.21 | $1,250.00 | $312.50 |
| KFC#05 | WTR HTR CONTROL KIT27.5% | 11/20/13 | $401.40 | $27.12 | $450.00 | $112.50 |
| KFC#05 | LJS CONV-ADDT'L    72.5% | 04/22/05 | $7,029.00 | $0.00 | $7,000.00 | $1,750.00 |
| KFC#05 | LJS CONV-ADDTN'L  27.5% | 04/22/05 | $2,666.75 | $0.00 | $2,700.00 | $675.00 |
| KFC#05 | VEGGIE WLK-IN COMP/MTR | 04/25/16 | $2,212.00 | $1,878.38 | $2,250.00 | $562.50 |
| KFC#05 | VEGGIE WLK-IN COMP/MTR | 04/25/16 | $839.67 | $0.00 | $900.00 | $225.00 |
| KFC#05 | COND COIL BLWR MTR/SHAFT | 06/01/16 | $1,507.00 | $1,300.45 | $1,500.00 | $375.00 |
| KFC#05 | COND COIL BLWR MTR/SHAFT | 06/01/16 | $571.00 | $289.30 | $575.00 | $143.75 |
| KFC#05 | NEW WATER HEATER | 12/01/16 | $6,247.00 | $5,617.00 | $6,000.00 | $1,500.00 |
| KFC#05 | NEW WATER HEATER | 12/01/16 | $2,370.16 | $1,200.88 | $2,500.00 | $625.00 |
| KFC#05 | NEW LOBBY WINDOW   72.5% | 02/03/17 | $1,146.00 | $1,048.06 | $1,150.00 | $287.50 |
| KFC#05 | NEW LOBBY WINDOW   27.5% | 02/03/17 | $435.00 | $355.90 | $450.00 | $112.50 |
| KFC#05 | HVAC AIR ECONOMIZER 72.5 | 03/01/17 | $1,085.00 | $1,000.85 | $1,000.00 | $250.00 |
| KFC#05 | HVAC AIR ECONOMIZER 27.5 | 03/01/17 | $412.00 | $337.84 | $450.00 | $112.50 |
| | TOTAL: | | $195,334.70 | $83,896.13 | $195,775.00 | $48,943.75 |
| | | | | | | |
| KFC#07 | WALK-IN FAN MTR  72.5% | 07/01/16 | $2,275.00 | $2,192.38 | $2,300.00 | $575.00 |
| KFC#07 | WALK-IN FAN MTR  27.5% | 07/01/16 | $862.91 | $437.21 | $900.00 | $225.00 |
| KFC#07 | MAIN POWER SUPPLY | 10/12/16 | $2,975.00 | $2,885.96 | $3,000.00 | $750.00 |
| KFC#07 | MAIN POWER SUPPLY | 10/12/16 | $1,127.90 | $571.46 | $1,100.00 | $275.00 |
| KFC#07 | WATER HTR GAS VALVE | 05/07/17 | $1,679.00 | $1,653.87 | $1,700.00 | $425.00 |
| KFC#07 | WATER HTR GAS VALVE | 05/07/17 | $636.53 | $525.13 | $650.00 | $162.50 |
| | TOTAL: | | $9,556.34 | $8,266.01 | $9,650.00 | $2,412.50 |
| | | | | | | |
| KFC#09 | HVAC HEAT EXCHANGER 72.5 | 12/03/15 | $2,171.00 | $2,059.64 | $2,200.00 | $550.00 |
| KFC#09 | HVAX HEAT EXCHANGER 27.5 | 12/03/15 | $823.00 | $250.18 | $825.00 | $206.25 |
| KFC#09 | HVAC HEAT EXCHANGER | 12/03/15 | $2,403.00 | $2,279.88 | $2,500.00 | $625.00 |
| KFC#09 | HVAC HEAT EXCHANGER 27.5 | 12/03/15 | $912.00 | $277.25 | $900.00 | $225.00 |
| KFC#09 | 2 NEW BACKFLOWS | 02/01/16 | $2,181.00 | $2,046.14 | $2,200.00 | $550.00 |
| KFC#09 | 2 NEW BACKFLOWS | 02/01/16 | $827.02 | $419.02 | $850.00 | $212.50 |
| KFC#09 | CO2 DETECTOR | 02/01/16 | $628.00 | $594.18 | $650.00 | $162.50 |
| KFC#09 | CO2 DETECTOR | 02/01/16 | $237.56 | $120.36 | $250.00 | $62.50 |
| KFC#09 | HEAT EXC/BLWR MTR  72.5% | 03/27/17 | $2,779.00 | $2,708.71 | $2,800.00 | $700.00 |
| KFC#09 | HEAT EXC/BLWR MTR  27.5% | 03/27/17 | $1,053.80 | $864.11 | $1,100.00 | $275.00 |
| | TOTAL: | | $14,015.38 | $11,619.47 | $14,275.00 | $3,568.75 |
| | | | | | | |
| KFC#10 | TILE/CEILING/COUNTERTOP | 01/27/00 | $1,157.10 | $623.64 | $1,200.00 | $300.00 |
| KFC#10 | BUFFET COUNTER | 12/07/01 | $40,935.44 | $24,080.13 | $41,000.00 | $10,250.00 |
| KFC#10 | POWER SOAKER SINK | 04/09/02 | $6,380.65 | $3,808.18 | $6,300.00 | $1,575.00 |
| KFC#10 | ROOFTOP UNIT | 11/24/03 | $7,929.25 | $5,054.25 | $8,000.00 | $2,000.00 |
| KFC#10 | WI FRZR CONDENSING UNIT | 03/10/04 | $3,291.15 | $2,125.54 | $3,200.00 | $800.00 |
| KFC#10 | WATER HEATER-80 GALLON | 08/17/04 | $1,378.56 | $904.81 | $6,000.00 | $1,500.00 |
| KFC#10 | WI FREEZER DOOR | 08/01/06 | $3,245.00 | $1,437.16 | $3,250.00 | $812.50 |
| KFC#10 | BACK DOOR | 09/21/06 | $2,369.28 | $1,053.52 | $2,300.00 | $575.00 |
| KFC#10 | REMODEL          72.5% | 09/01/07 | $131,916.00 | $61,707.20 | $132,000.00 | $33,000.00 |
| KFC#10 | REMODEL          27.5% | 09/01/07 | $50,037.17 | $0.00 | $50,000.00 | $12,500.00 |
| KFC#10 | EXHAUST HOOD MOTOR 72.5% | 05/14/09 | $510.00 | $262.14 | $500.00 | $125.00 |
| KFC#10 | EXHAUST HOOD MOTOR 27.5% | 05/14/09 | $193.89 | $0.00 | $200.00 | $50.00 |
| KFC#10 | KTCHN RTU COMPRESSOR72.5 | 08/20/09 | $1,677.00 | $874.72 | $2,000.00 | $500.00 |
| KFC#10 | KTCHN RTU COMPRESSOR27.5 | 08/20/09 | $635.53 | $0.00 | $650.00 | $162.50 |
| KFC#10 | ANSUL SYSTEM      72.5% | 12/17/09 | $3,240.00 | $1,722.74 | $3,250.00 | $812.50 |
| KFC#10 | ANSUL SYSTEM      27.5% | 12/17/09 | $1,228.66 | $0.00 | $1,250.00 | $312.50 |
| KFC#10 | WI EVAPORATOR COIL 72.5% | 02/14/11 | $1,861.00 | $1,062.20 | $2,000.00 | $500.00 |
| KFC#10 | WI EVAPORATOR COIL 27.5% | 02/14/11 | $705.72 | $0.00 | $750.00 | $187.50 |
| KFC#10 | WI FRZR COMPRESSOR 72.5% | 07/16/12 | $1,928.00 | $1,207.80 | $2,000.00 | $500.00 |
| KFC#10 | WI FRZR COMPRESSOR 27.5% | 07/16/12 | $730.80 | $0.00 | $750.00 | $187.50 |
| | TOTAL: | | $261,350.20 | $105,924.03 | $266,600.00 | $66,650.00 |
| | | | | | | |
| KFC#12 | QUARRY, BASE & WALL TILE | 06/19/98 | $5,470.25 | $2,727.27 | $5,500.00 | $1,375.00 |
| KFC#12 | CEILING TILES LOBBY/FOYR | 05/17/00 | $2,265.00 | $1,240.12 | $2,265.00 | $566.25 |
| KFC#12 | WATER HEATER | 05/02/01 | $4,415.00 | $2,531.40 | $6,000.00 | $1,500.00 |
| KFC#12 | SINK | 09/30/01 | $965.34 | $561.58 | $1,000.00 | $250.00 |

Addendum B to Property Schedule A/B
Bartlett Management Services, Inc.
Leasehold Improvements

| STORE NO. | DESCRIPTION | ACQUIRED | BASIS | NET BOOK VALUE | REPLACEMENT COST VALUE (RCV) | CURRENT VALUE (25% of RCV) |
|---|---|---|---|---|---|---|
| KFC#12 | A/C CONDENSER UNIT | 05/20/02 | $2,709.60 | $1,622.77 | $2,700.00 | $675.00 |
| KFC#12 | REPAVE & RESTRIPE LOT | 05/14/02 | $14,000.00 | $0.00 | $14,000.00 | $3,500.00 |
| KFC#12 | COMPRESSOR W/OII FREEZER | 06/25/02 | $1,227.77 | $737.83 | $1,225.00 | $306.25 |
| KFC#12 | WATER SOFTENER | 07/12/02 | $1,779.75 | $1,073.98 | $1,800.00 | $450.00 |
| KFC#12 | BUFFET CABINET | 09/06/02 | $17,800.00 | $10,813.28 | $17,800.00 | $4,450.00 |
| KFC#12 | NEW SIDEWALKS | 05/01/03 | $5,980.00 | $208.80 | $5,980.00 | $1,495.00 |
| KFC#12 | POWER SOAK SINK | 06/05/03 | $7,900.00 | $4,950.83 | $7,900.00 | $1,975.00 |
| KFC#12 | ANSUL SUPPRESSION SYSTEM | 08/06/05 | $4,151.80 | $1,753.26 | $4,200.00 | $1,050.00 |
| KFC#12 | BATHROOM RENOVATION | 11/01/06 | $5,108.00 | $2,290.63 | $5,100.00 | $1,275.00 |
| KFC#12 | INSULATED BRONZE GLASS | 03/29/07 | $998.00 | $455.07 | $998.00 | $249.50 |
| KFC#12 | WI EVAPORATOR     72.5% | 08/15/07 | $1,802.00 | $839.35 | $1,800.00 | $450.00 |
| KFC#12 | WI EVAPORATOR     27.5% | 08/15/07 | $683.38 | $0.00 | $650.00 | $162.50 |
| KFC#12 | REMODEL          72.5% | 09/01/07 | $120,102.59 | $56,181.32 | $121,000.00 | $30,250.00 |
| KFC#12 | REMODEL          27.5% | 09/01/07 | $45,556.16 | $0.00 | $46,000.00 | $11,500.00 |
| KFC#12 | RTU MOTOR        72.5% | 09/16/08 | $938.00 | $464.88 | $950.00 | $237.50 |
| KFC#12 | RTU MOTOR        27.5% | 09/16/08 | $355.84 | $0.00 | $350.00 | $87.50 |
| KFC#12 | DINING HEAT EXCHANGR72.5 | 11/13/08 | $1,864.00 | $932.05 | $1,900.00 | $475.00 |
| KFC#12 | DINING HEAT EXCHANGR27.5 | 11/13/08 | $706.69 | $0.00 | $700.00 | $175.00 |
| KFC#12 | RTU BLOWER ASSY   72.5% | 01/19/09 | $688.00 | $347.16 | $700.00 | $175.00 |
| KFC#12 | RTU BLOWER ASSY   27.5% | 01/19/09 | $260.72 | $0.00 | $275.00 | $68.75 |
| KFC#12 | DINING HEAT MOTOR 72.5% | 12/16/09 | $918.00 | $487.92 | $900.00 | $225.00 |
| KFC#12 | DINING HEAT MOTOR 27.5% | 12/16/09 | $348.29 | $0.00 | $350.00 | $87.50 |
| KFC#12 | A/C BLOWER ASSY   72.5% | 09/01/10 | $672.00 | $373.59 | $675.00 | $168.75 |
| KFC#12 | A/C BLOWE ASSY    27.5% | 09/01/10 | $254.90 | $0.00 | $250.00 | $62.50 |
| KFC#12 | STEEL BACK DOOR (72.5%) | 01/01/11 | $1,431.00 | $812.59 | $1,450.00 | $362.50 |
| KFC#12 | STEEL BACK DOOR (27.5%) | 01/01/11 | $542.89 | $0.00 | $550.00 | $137.50 |
| KFC#12 | AO SMITH WTR HTR  72.5% | 04/05/12 | $2,509.00 | $1,545.07 | $2,500.00 | $625.00 |
| KFC#12 | AO SMITH WTR HTR  27.5% | 04/05/12 | $951.05 | $0.00 | $950.00 | $237.50 |
| KFC#12 | COPELAND COMPRESSOR 72.5 | 07/04/12 | $1,177.00 | $737.38 | $1,175.00 | $293.75 |
| KFC#12 | COPELAND COMPRESSOR 27.5 | 07/04/12 | $445.98 | $0.00 | $450.00 | $112.50 |
| KFC#12 | FRYER ANSUL SYSTM 72.5% | 04/10/14 | $2,591.00 | $1,845.91 | $2,600.00 | $650.00 |
| KFC#12 | FRYER ANSUL SYSTM 27.5% | 04/10/14 | $982.56 | $179.40 | $1,000.00 | $250.00 |
| KFC#12 | EXHAUST FAN GEAR  72.5% | 08/01/14 | $1,199.00 | $877.00 | $1,200.00 | $300.00 |
| KFC#12 | EXHAUST FAN GEAR  27.5% | 08/01/14 | $454.16 | $82.92 | $450.00 | $112.50 |
| KFC#12 | NEW HVAC UNIT | 06/11/15 | $9,685.00 | $7,594.60 | $9,700.00 | $2,425.00 |
| KFC#12 | NEW HVAC UNIT | 06/11/15 | $3,673.51 | $1,116.75 | $3,700.00 | $925.00 |
| KFC#12 | WALK-IN CONDENSOR 72.5% | 07/14/16 | $2,346.00 | $2,026.91 | $2,350.00 | $587.50 |
| KFC#12 | WALK-IN CONDENSER 27.5% | 07/14/16 | $889.67 | $450.77 | $900.00 | $225.00 |
| KFC#12 | HVAC COMPRESSOR | 09/01/16 | $1,655.00 | $1,453.14 | $1,650.00 | $412.50 |
| KFC#12 | HVAC COMPRESSOR | 09/01/16 | $628.06 | $318.21 | $630.00 | $157.50 |
| KFC#12 | WALK-IN DOOR FRAME | 11/01/16 | $2,689.00 | $2,400.14 | $2,690.00 | $672.50 |
| KFC#12 | WALK-IN DOOR/FRAME | 11/01/16 | $1,019.88 | $516.73 | $1,020.00 | $255.00 |
| | **TOTAL:** | | **$284,790.87** | **$112,550.61** | **$287,933.00** | **$71,983.25** |
| | | | | | | |
| Clinton Office | HIGH EFFICIENCY FURNACE | 05/03/01 | $951.79 | $545.79 | $0.00 | $0.00 |
| | **TOTAL:** | | **$951.79** | **$0.00** | **$0.00** | **$0.00** |
| | | | | | | |
| KFC#14 | REMODEL | 07/03/97 | $33,600.00 | $15,963.45 | $34,000.00 | $8,500.00 |
| KFC#14 | ADD'L REMODEL | 07/03/97 | $1,837.06 | $873.04 | $1,850.00 | $462.50 |
| KFC#14 | FINAL REMODEL | 07/03/97 | $6,403.79 | $3,042.83 | $6,400.00 | $1,600.00 |
| KFC#14 | REPAIR METAL FASCIA | 07/03/97 | $1,000.00 | $474.76 | $1,000.00 | $250.00 |
| KFC#14 | REMODEL | 07/03/97 | $1,101.70 | $523.41 | $1,100.00 | $275.00 |
| KFC#14 | MOP SINK & HAND SINK | 07/20/00 | $1,075.53 | $593.73 | $1,075.00 | $268.75 |
| KFC#14 | NEW FRP CEILING PANELS | 09/01/00 | $8,179.50 | $4,549.66 | $8,200.00 | $2,050.00 |
| KFC#14 | QUARRY TILE BASE/FL TILE | 09/01/00 | $1,907.41 | $1,060.96 | $2,000.00 | $500.00 |
| KFC#14 | TRENCH DRAIN | 03/22/01 | $2,500.00 | $1,422.52 | $2,500.00 | $625.00 |
| KFC#14 | FENCE | 03/27/01 | $1,375.50 | $782.82 | $1,375.00 | $343.75 |
| KFC#14 | EVAPORATOR IN W-I COOLER | 05/18/01 | $1,981.60 | $1,136.52 | $1,980.00 | $495.00 |
| KFC#14 | ROOF TOP A/C KITCHEN | 01/08/02 | $6,400.00 | $3,778.50 | $6,400.00 | $1,600.00 |
| KFC#14 | POWER SOAKER SINK | 04/09/02 | $7,312.88 | $4,363.80 | $7,300.00 | $1,825.00 |
| KFC#14 | BACKFLOW PREVENTOR-12" | 11/18/03 | $1,100.00 | $701.15 | $1,100.00 | $275.00 |
| KFC#14 | DRIVE-UP WINDOW | 12/09/03 | $2,223.00 | $1,421.49 | $2,225.00 | $556.25 |
| KFC#14 | WI COOLER EVAP UNIT | 08/03/04 | $2,076.30 | $1,362.90 | $2,100.00 | $525.00 |
| KFC#14 | BACKFLOW PREVENTOR | 07/28/05 | $5,895.00 | $2,479.50 | $5,800.00 | $1,450.00 |
| KFC#14 | ANSUL SUPPRESSION SYSTEM | 09/01/05 | $4,650.00 | $1,971.26 | $4,650.00 | $1,162.50 |
| KFC#14 | WI FREEZER COMPRESSOR | 07/14/06 | $1,715.98 | $757.00 | $1,700.00 | $425.00 |

Addendum B to Property Schedule A/B
Bartlett Management Services, Inc.
Leasehold Improvements

| STORE NO. | DESCRIPTION | ACQUIRED | BASIS | NET BOOK VALUE | REPLACEMENT COST VALUE (RCV) | CURRENT VALUE (25% of RCV) |
|---|---|---|---|---|---|---|
| KFC#14 | REMODEL          72.5% | 09/01/07 | $94,562.00 | $44,233.83 | $95,000.00 | $23,750.00 |
| KFC#14 | REMODEL          27.5% | 09/01/07 | $35,868.48 | $0.00 | $36,000.00 | $9,000.00 |
| KFC#14 | CARRIER ROOFTOP HVAC72.5 | 05/05/10 | $5,788.00 | $3,154.46 | $5,800.00 | $1,450.00 |
| KFC#14 | CARRIER ROOFTOP HVAC27.5 | 05/05/10 | $2,195.00 | $0.00 | $2,200.00 | $550.00 |
| KFC#14 | STEEL ENTRY DOOR  72.5 | 05/17/11 | $1,376.00 | $797.72 | $1,375.00 | $343.75 |
| KFC#14 | STEEL ENTRY DOOR   27.5 | 05/17/11 | $522.06 | $0.00 | $550.00 | $137.50 |
| KFC#14 | TRANE HEAT XCHNGR  72.5 | 12/01/11 | $3,492.00 | $2,103.12 | $3,500.00 | $875.00 |
| KFC#14 | TRANE HEAT XCHNGR  27.5 | 12/01/11 | $1,324.76 | $0.00 | $1,300.00 | $325.00 |
| KFC#14 | GREASE TRAP/SEWER  72.5 | 03/01/12 | $41,220.00 | $25,241.67 | $41,220.00 | $10,305.00 |
| KFC#14 | GREASE TRAP/SEWER  27.5% | 03/01/12 | $15,634.78 | $0.00 | $15,634.00 | $3,908.50 |
| KFC#14 | WTR HTR/PIPE RPLC  72.5% | 01/03/13 | $5,888.00 | $3,807.66 | $5,880.00 | $1,470.00 |
| KFC#14 | WTR HTR/PIPE RPLC  27.5% | 01/03/13 | $2,233.25 | $150.94 | $2,250.00 | $562.50 |
| KFC#14 | TRANE COMPRESSOR  72.5% | 07/01/13 | $1,997.00 | $1,339.74 | $2,000.00 | $500.00 |
| KFC#14 | TRANE COMPRESSOR   27.5% | 07/01/13 | $757.90 | $51.21 | $750.00 | $187.50 |
| KFC#14 | WI COOLER DOOR    72.5% | 12/14/13 | $3,677.00 | $2,545.64 | $3,700.00 | $925.00 |
| KFC#14 | WI COOLER DOOR     27.5% | 12/14/13 | $1,394.70 | $94.26 | $1,400.00 | $350.00 |
| KFC#14 | EXHAUST FAN ASSY  72.5% | 01/11/14 | $1,529.00 | $1,065.42 | $1,550.00 | $387.50 |
| KFC#14 | EXHAUST FAN ASSY   27.5% | 01/11/14 | $579.50 | $105.81 | $600.00 | $150.00 |
| KFC#14 | BRYANT A/C CMPRSR 72.5% | 05/01/14 | $1,752.00 | $1,253.20 | $1,750.00 | $437.50 |
| KFC#14 | BRYANT A/C CMPRSR  27.5% | 05/01/14 | $664.95 | $121.41 | $660.00 | $165.00 |
| KFC#14 | FRIE SPRINKLER SYS 72.5% | 10/01/15 | $4,127.00 | $3,314.09 | $4,250.00 | $1,062.50 |
| KFC#14 | FIRE SPRINKLER SYS 27.5% | 10/01/15 | $1,565.00 | $475.76 | $1,600.00 | $400.00 |
| KFC#14 | WALK-IN DOOR      72.5% | 02/18/16 | $2,592.00 | $2,146.50 | $2,600.00 | $650.00 |
| KFC#14 | WALK-IN DOOR | 02/18/16 | $983.05 | $498.07 | $1,000.00 | $250.00 |
| KFC#14 | LENNOX RTU        72.5% | 06/01/16 | $9,139.00 | $7,695.94 | $9,200.00 | $2,300.00 |
| KFC#14 | LENNOX RTU         27.5% | 06/01/16 | $3,466.00 | $1,756.10 | $3,500.00 | $875.00 |
| KFC#14 | SMOKE DETECTORS | 06/01/16 | $836.00 | $743.12 | $850.00 | $212.50 |
| KFC#14 | SMOKE DETECTORS | 06/01/16 | $317.16 | $160.69 | $350.00 | $87.50 |
| KFC#14 | NEW ROOF          72.5% | 02/01/17 | $33,937.00 | $30,765.30 | $34,000.00 | $8,500.00 |
| KFC#14 | NEW ROOF           27.5% | 02/01/17 | $12,873.00 | $10,532.45 | $13,000.00 | $3,250.00 |
| KFC#14 | CENTER EXHAUST FAN | 7/1/2017 | $2,323.00 | $2,210.25 | $2,400.00 | $600.00 |
| KFC#14 | CENTER EXHAUST FAN | 7/1/2017 | $881.00 | $734.16 | $900.00 | $225.00 |
| KFC#14 | **TOTAL:** | | **$387,830.84** | **$194,357.78** | **$389,524.00** | **$97,381.00** |
|  |  |  |  |  |  |  |
| KFC#15 | ROOF VENT FOR WATER HTR | 05/02/01 | $1,525.00 | $874.20 | $1,525.00 | $381.25 |
| KFC#15 | POWERSOAK SINK | 04/13/04 | $6,840.08 | $4,433.48 | $6,800.00 | $1,700.00 |
| KFC#15 | LJS REMODEL | 07/17/05 | $151,914.60 | $63,900.70 | $152,000.00 | $38,000.00 |
| KFC#15 | VOYAGER HOT WTR HTR 72.5 | 11/19/07 | $4,536.00 | $2,140.21 | $4,500.00 | $1,125.00 |
| KFC#15 | VOYAGER HOT WTR HTR 27.5 | 11/19/07 | $1,720.76 | $0.00 | $1,725.00 | $431.25 |
| KFC#15 | WI FREEZER COMPRSSR 72.5 | 03/01/08 | $1,096.00 | $822.22 | $1,100.00 | $275.00 |
| KFC#15 | WI FREEZER COMPRSSR 27.5 | 03/01/08 | $415.81 | $0.00 | $450.00 | $112.50 |
| KFC#15 | HVAC COMPRESSOR   72.5% | 06/14/11 | $2,173.00 | $1,266.64 | $2,200.00 | $550.00 |
| KFC#15 | HVAC COMPRESSOR | 06/14/11 | $824.00 | $0.00 | $850.00 | $212.50 |
| KFC#15 | UNIT 1 HEAT EXCHNGR 12/01/11 | 12/01/11 | $2,891.00 | $1,741.16 | $2,900.00 | $725.00 |
| KFC#15 | UNIT 2 HEAT EXCHNGR27.5% | 12/01/11 | $1,097.00 | $0.00 | $1,100.00 | $275.00 |
| KFC#15 | UNIT 3 HEAT EXCHNGR72.5% | 04/01/12 | $2,669.00 | $1,643.56 | $2,700.00 | $675.00 |
| KFC#15 | UNIT 3 HEAT EXCHNGR27.5% | 04/01/12 | $1,013.00 | $0.00 | $10,000.00 | $2,500.00 |
| KFC#15 | WI EVAPORATOR COIL 72.5% | 06/19/12 | $1,146.00 | $713.70 | $1,150.00 | $287.50 |
| KFC#15 | WI EVAPORATOR COIL 27.5% | 06/19/12 | $434.44 | $0.00 | $450.00 | $112.50 |
| KFC#15 | UNIT 2 HEAT EXCHNGR 72.5 | 02/01/14 | $2,477.00 | $1,741.92 | $2,475.00 | $618.75 |
| KFC#15 | UNIT 2 HEAT EXCHNGR 27.5 | 02/01/14 | $940.00 | $171.62 | $950.00 | $237.50 |
| KFC#15 | METAL DOOR/FRAME  72.5% | 01/22/16 | $2,470.00 | $2,036.34 | $2,475.00 | $618.75 |
| KFC#15 | METAL DOOR/FRAME   27.5% | 01/22/16 | $937.00 | $474.74 | $950.00 | $237.50 |
| KFC#15 | KITCHEN WALLS/REGISTERS | 05/04/16 | $6,277.00 | $5,337.90 | $6,200.00 | $1,550.00 |
| KFC#15 | KITCHEN WALLS/REGISTERS | 05/04/16 | $2,381.09 | $1,206.41 | $2,400.00 | $600.00 |
| KFC#15 | **TOTAL:** | | **$195,778.68** | **$88,504.80** | **$204,900.00** | **$51,225.00** |
|  |  |  |  |  |  |  |
| KFC#16 | MAJOR RENOVATIONS | 03/03/00 | $21,313.06 | $11,581.90 | $20,000.00 | $5,000.00 |
| KFC#16 | HVAC COMPRESSOR | 08/11/00 | $2,336.98 | $1,295.27 | $2,400.00 | $600.00 |
| KFC#16 | 10 TON CARRIER A/C UNIT | 10/03/00 | $9,299.44 | $5,192.35 | $9,300.00 | $2,325.00 |
| KFC#16 | REMODEL | 05/11/05 | $166,646.12 | $80,161.00 | $167,000.00 | $41,750.00 |
| KFC#16 | ANSUL SYSTEM | 09/26/05 | $2,815.00 | $1,372.64 | $2,800.00 | $700.00 |
| KFC#16 | CARRIER COMPRESSOR-FRONT | 06/16/06 | $1,314.51 | $661.99 | $1,300.00 | $325.00 |
| KFC#16 | 1" BACKFLOW PREVENTER | 03/01/07 | $1,449.00 | $753.64 | $1,450.00 | $362.50 |
| KFC#16 | POWER SOAK SINK   72.5% | 08/15/07 | $13,005.00 | $6,892.80 | $13,000.00 | $3,250.00 |
| KFC#16 | POWER SOAK SINK    27.5% | 08/15/07 | $4,933.28 | $0.00 | $5,000.00 | $1,250.00 |

Addendum B to Property Schedule A/B
Bartlett Management Services, Inc.
Leasehold Improvements

| STORE NO. | DESCRIPTION | ACQUIRED | BASIS | NET BOOK VALUE | REPLACEMENT COST VALUE (RCV) | CURRENT VALUE (25% of RCV) |
|---|---|---|---|---|---|---|
| KFC#16 | WI FRZR COMPRESSOR  72.5 | 05/23/08 | $1,178.00 | $649.00 | $1,200.00 | $300.00 |
| KFC#16 | WI FRZR COMPRESSOR  27.5 | 05/23/08 | $446.33 | $0.00 | $450.00 | $112.50 |
| KFC#16 | KTCHN HEAT EXCHNGR 72.5% | 02/18/14 | $1,434.00 | $1,081.18 | $1,450.00 | $362.50 |
| KFC#16 | KTCHN HEAT EXCHNGR 27.5% | 02/18/14 | $543.51 | $99.24 | $550.00 | $137.50 |
| KFC#16 | LOBBY HEAT EXCHNGR 72.5% | 02/18/14 | $2,316.00 | $1,746.28 | $2,300.00 | $575.00 |
| KFC#16 | LOBBY HEAT EXCHNGR 27.5% | 02/18/14 | $877.87 | $160.28 | $900.00 | $225.00 |
| KFC#16 | CONCRETE DUMPSTER SLAB | 01/01/15 | $10,150.00 | $8,395.77 | $10,150.00 | $2,537.50 |
| KFC#16 | CONCRETE DUMPSTER SLAB | 01/01/15 | $3,850.00 | $1,170.40 | $3,850.00 | $962.50 |
| KFC#16 | HAND SINK/PLUMBING 72.5% | 11/13/15 | $2,828.00 | $2,383.25 | $2,800.00 | $700.00 |
| KFC#16 | HAND SINK/PLUMBING 27.5% | 11/13/15 | $1,072.00 | $325.89 | $1,100.00 | $275.00 |
| KFC#16 | WALK-IN DOOR | 02/17/16 | $4,957.00 | $4,084.48 | $5,000.00 | $1,250.00 |
| KFC#16 | WALK-IN DOOR | 02/17/16 | $1,879.80 | $952.42 | $1,900.00 | $475.00 |
| KFC#16 | NEW WATER HEATER  72.5% | 03/10/17 | $4,776.00 | $4,392.24 | $4,775.00 | $1,193.75 |
| KFC#16 | NEW WATER HEATER  27.5% | 03/10/17 | $1,811.16 | $1,485.15 | $1,800.00 | $450.00 |
| KFC#16 | **TOTAL:** | | **$261,232.06** | **$134,837.17** | **$260,475.00** | **$65,118.75** |
| | | | | | | |
| KFC#18 | REMODEL | 07/03/97 | 35,974.00 | 17,091.58 | $36,000.00 | $9,000.00 |
| KFC#18 | ADD'L REMODEL | 07/03/97 | 2,189.63 | 1,040.29 | $2,100.00 | $525.00 |
| KFC#18 | REMODEL | 07/03/97 | 1,176.45 | 558.93 | $1,200.00 | $300.00 |
| KFC#18 | ASPHALT SEAL & STRIPE | 08/27/99 | 3,490.00 | 0.00 | $3,500.00 | $875.00 |
| KFC#18 | WOOD BASE/CONCRETE PIT | 02/10/00 | 1,697.37 | 918.21 | $1,700.00 | $425.00 |
| KFC#18 | 6' CHAIN LINK TRASH ENCL | 09/01/00 | 3,259.00 | 1,812.64 | $3,250.00 | $812.50 |
| KFC#18 | D-T HEIGHT BAR | 09/08/00 | 1,326.00 | 737.36 | $1,350.00 | $337.50 |
| KFC#18 | POWER SOAKER SINK | 04/16/02 | 7,422.69 | 4,429.95 | $7,400.00 | $1,850.00 |
| KFC#18 | STAINLESS STEEL WALL | 04/15/04 | 2,175.00 | 1,409.04 | $2,175.00 | $543.75 |
| KFC#18 | REMODEL EXTERIOR | 07/15/04 | 130,850.80 | 85,634.80 | $131,850.00 | $32,962.50 |
| KFC#18 | UPGRADE ANSUL SYSTEM | 04/01/06 | 1,250.00 | 544.58 | $1,250.00 | $312.50 |
| KFC#18 | 4" PVC KTCHN GREASE LINE | 08/01/06 | 9,000.00 | 3,986.67 | $9,000.00 | $2,250.00 |
| KFC#18 | STEEL DOOR W/THRSHLD72.5 | 08/01/07 | 975.00 | 453.98 | $975.00 | $243.75 |
| KFC#18 | STEEL DOOR W/THRSHLD27.5 | 08/01/07 | 370.00 | 0.00 | $370.00 | $92.50 |
| KFC#18 | LOBBY A/C COMPRESSOR72.5 | 06/22/10 | 2,002.00 | 1,616.80 | $2,000.00 | $500.00 |
| KFC#18 | LOBBY A/C COMPRESSOR27.5 | 06/22/10 | 759.00 | 0.00 | $750.00 | $187.50 |
| KFC#18 | ROOFTOP TRANE MOTOR 72.5 | 01/01/11 | 869.00 | 714.62 | $875.00 | $218.75 |
| KFC#18 | ROOFTOP TRANE MOTOR 27.5 | 01/01/11 | 330.00 | 0.00 | $330.00 | $82.50 |
| KFC#18 | SS WALKIN PANELS  72.5% | 08/06/12 | 4,887.00 | 4,218.84 | $4,900.00 | $1,225.00 |
| KFC#18 | SS WALKIN PANELS  27.5% | 08/06/12 | 1,854.00 | 0.00 | $1,850.00 | $462.50 |
| KFC#18 | SEWER LINE RPLCMNT 72.5% | 10/11/12 | 14,536.00 | 12,610.28 | $14,500.00 | $3,625.00 |
| KFC#18 | SEWER LINE RPLCMNT 27.5% | 10/11/12 | 5,514.00 | 0.00 | $5,500.00 | $1,375.00 |
| KFC#18 | WI FRZR COMPRESSOR 72.5% | 07/25/13 | 1,568.00 | 1,390.45 | $1,575.00 | $393.75 |
| KFC#18 | WI FRZR COMPRESSOR 27.5% | 07/25/13 | 595.00 | 40.20 | $600.00 | $150.00 |
| KFC#18 | SEWER LINE REPAIR 72.5% | 05/10/15 | 6,563.00 | 6,128.38 | $6,600.00 | $1,650.00 |
| KFC#18 | SEWER LINE REPAIR  27.5% | 05/10/15 | 2,490.00 | 756.96 | $2,500.00 | $625.00 |
| KFC#18 | WALK-IN EVAP COIL 72.5% | 11/02/15 | 2,261.00 | 2,144.84 | $2,300.00 | $575.00 |
| KFC#18 | WALK-IN EVAP COIL  27.5% | 11/02/15 | 858.00 | 260.82 | $850.00 | $212.50 |
| KFC#18 | WALK-IN PARTS | 03/09/16 | 742.00 | 711.79 | $750.00 | $187.50 |
| KFC#18 | WALK-IN PARTS | 03/09/16 | 282.00 | 142.88 | $275.00 | $68.75 |
| KFC#18 | WALK-IN DOORS     72.5% | 07/01/16 | 11,499.00 | 11,081.31 | $11,500.00 | $2,875.00 |
| KFC#18 | WALK-IN DOORS     27.5% | 07/01/16 | 4,361.00 | 2,209.57 | $4,300.00 | $1,075.00 |
| KFC#18 | RTU BLOWER WHEEL | 12/01/16 | 1,749.00 | 1,704.12 | $1,750.00 | $437.50 |
| KFC#18 | RTU BLOWER WHEEL | 12/01/16 | 663.00 | 335.92 | $660.00 | $165.00 |
| KFC#18 | 2 ROOFTOP A/C UNITS | 12/01/99 | 17,337.00 | 9,310.14 | $7,800.00 | $1,950.00 |
| KFC#18 | **TOTAL:** | | **$282,874.94** | **$173,995.95** | **$274,285.00** | **$68,571.25** |
| | | | | | | |
| KFC#19 | REAR DOOR ALARM | 05/05/05 | 1,491.00 | 622.38 | $1,500.00 | $375.00 |
| KFC#19 | LENNOX COMPRESSOR  72.5% | 06/18/08 | 1,554.00 | 1,175.52 | $1,500.00 | $375.00 |
| KFC#19 | LENNOX COMPRESSOR  27.5% | 06/18/08 | 589.00 | 0.00 | $600.00 | $150.00 |
| KFC#19 | A/C COMPRESSOR     72.5% | 06/02/11 | 2,681.00 | 1,562.51 | $2,600.00 | $650.00 |
| KFC#19 | A/C COMPRESSOR | 06/02/11 | 1,016.62 | 0.00 | $1,000.00 | $250.00 |
| KFC#19 | WI COMPRESSOSR     72.5% | 01/11/12 | 2,530.00 | 1,531.99 | $2,500.00 | $625.00 |
| KFC#19 | WI COMPRESSOR      27.5% | 01/11/12 | 960.00 | 0.00 | $1,000.00 | $250.00 |
| KFC#19 | WI DOOR          72.5% | 08/09/12 | 2,353.00 | 1,482.60 | $2,400.00 | $600.00 |
| KFC#19 | WI DOOR            27.5% | 08/09/12 | 892.17 | 0.00 | $900.00 | $225.00 |
| KFC#19 | 2-WI EVAPRTR COILS 72.5% | 09/20/12 | 3,624.00 | 2,296.59 | $3,600.00 | $900.00 |
| KFC#19 | 2-WI EVAPRTR COILS 27.5% | 09/20/12 | 1,374.00 | 0.00 | $1,400.00 | $350.00 |
| KFC#19 | KTCHN HEAT EXCHNGR 72.5% | 12/23/14 | 2,899.00 | 2,179.36 | $2,900.00 | $725.00 |
| KFC#19 | KTCHN HT EXCHANGR  27.5% | 12/23/14 | 1,100.00 | 200.84 | $1,100.00 | $275.00 |

Addendum B to Property Schedule A/B
Bartlett Management Services, Inc.
Leasehold Improvements

| STORE NO. | DESCRIPTION | ACQUIRED | BASIS | NET BOOK VALUE | REPLACEMENT COST VALUE (RCV) | CURRENT VALUE (25% of RCV) |
|---|---|---|---|---|---|---|
| KFC#19 | DINING HT EXCHANGR 72.5% | 12/23/14 | 2,899.00 | 2,179.36 | $2,900.00 | $725.00 |
| KFC#19 | DINING HT EXCHANGR 27.5% | 12/23/14 | 1,100.00 | 200.84 | $1,100.00 | $275.00 |
| KFC#19 | NEW WATER HEATER 72.5% | 12/15/15 | 7,613.00 | 6,344.12 | $7,600.00 | $1,900.00 |
| KFC#19 | NEW WATER HEATER  27.5% | 12/15/15 | 2,887.00 | 877.65 | $2,900.00 | $725.00 |
| KFC#19 | NEW LENNOX RTU | 05/16/16 | 6,525.00 | 5,633.14 | $6,500.00 | $1,625.00 |
| KFC#19 | NEW LENNOX RTU | 05/16/16 | 2,475.00 | 1,254.00 | $2,500.00 | $625.00 |
| | TOTAL: | | $46,562.79 | $27,540.90 | $46,500.00 | $11,825.00 |
| | | | | | | |
| KFC#23 | HANDS FREE FAUCET | 01/11/99 | 849.96 | 436.20 | $850.00 | $212.50 |
| KFC#23 | WALKIN EVAPORATOR SYSTEM | 05/16/02 | 2,219.00 | 1,329.08 | $2,200.00 | $550.00 |
| KFC#23 | LEE WTR HTR&CONCRTE BASE | 03/21/03 | 6,594.85 | 4,090.43 | $6,600.00 | $1,650.00 |
| KFC#23 | POWERSOAK SINK-200 PSS | 10/20/04 | 6,070.44 | 4,011.81 | $6,100.00 | $1,525.00 |
| KFC#23 | WALK-IN DOOR       72.5% | 09/13/07 | 1,636.00 | 765.40 | $1,600.00 | $400.00 |
| KFC#23 | WALK-IN DOOR       27.5% | 09/13/07 | 621.20 | 0.00 | $625.00 | $156.25 |
| KFC#23 | TEMPERED WND0W GLASS72.5 | 09/01/07 | 1,083.00 | 506.32 | $1,100.00 | $275.00 |
| KFC#23 | TEMPERED WNDOW GLASS27.5 | 09/01/07 | 410.74 | 0.00 | $410.00 | $102.50 |
| KFC#23 | WI EVAPORATOR COIL 72.5% | 12/15/08 | 1,679.00 | 1,291.28 | $1,700.00 | $425.00 |
| KFC#23 | WI EVAPORATOR COIL 27.5% | 12/15/08 | 637.00 | 0.00 | $650.00 | $162.50 |
| KFC#23 | 3-ROOFTOP HVAC UNITS72.5 | 06/01/09 | 19,511.00 | 10,079.06 | $19,500.00 | $4,875.00 |
| KFC#23 | 3-ROOFTOP HVAC UNITS27.5 | 06/01/09 | 7,401.00 | 0.00 | $7,400.00 | $1,850.00 |
| KFC#23 | REMODEL       (72.5%) | 12/23/10 | 38,004.00 | 21,463.56 | $38,000.00 | $9,500.00 |
| KFC#23 | REMODEL       (27.5%) | 12/23/10 | 14,415.79 | 0.00 | $14,400.00 | $3,600.00 |
| KFC#23 | CON WTR HTR-100 GALL72.5 | 06/02/11 | 4,658.00 | 2,715.02 | $4,700.00 | $1,175.00 |
| KFC#23 | CON WTR HTR-100 GALL27.5 | 06/02/11 | 1,766.87 | 0.00 | $1,800.00 | $450.00 |
| KFC#23 | REMODEL-ADDTNL EXP 72.5% | 01/01/11 | 4,179.00 | 2,372.38 | $4,200.00 | $1,050.00 |
| KFC#23 | REMODEL-ADDTNL EXP 27.5% | 01/01/11 | 1,584.98 | 0.00 | $1,600.00 | $400.00 |
| KFC#23 | A/C DISCONNECTOR   72.5% | 09/01/12 | 1,417.00 | 897.88 | $1,400.00 | $350.00 |
| KFC#23 | A/C DISCONNECTOR   27.5% | 09/01/12 | 538.00 | 0.00 | $550.00 | $137.50 |
| KFC#23 | RPLC SERVICE DOOR 72.5% | 05/13/13 | 2,355.00 | 1,565.20 | $2,400.00 | $600.00 |
| KFC#23 | RPLC SERVICE DOOR  27.5% | 05/13/13 | 892.60 | 60.32 | $900.00 | $225.00 |
| KFC#23 | NEW WALK-IN DOOR 72.5% | 03/01/16 | 3,488.00 | 2,924.57 | $3,500.00 | $875.00 |
| KFC#23 | NEW WALK-IN DOOR | 03/01/16 | 1,322.50 | 670.06 | $1,300.00 | $325.00 |
| KFC#23 | ALUMINUM WLK-IN SKIN | 12/19/16 | 926.00 | 834.20 | $925.00 | $231.25 |
| KFC#23 | ALUMINUM WLK-IN SKIN | 12/19/16 | 351.00 | 177.84 | $350.00 | $87.50 |
| | TOTAL: | | $124,611.93 | $56,190.61 | $124,760.00 | $31,190.00 |
| | | | | | | |
| KFC#24 | DINING ROOM REMODEL | 12/07/01 | 33,735.55 | 19,845.57 | $33,750.00 | $8,437.50 |
| KFC#24 | WATER HEATER | 05/02/02 | 4,015.00 | 2,404.36 | $4,000.00 | $1,000.00 |
| KFC#24 | TRANE ROOFTOP HVAC-10 TN | 03/07/03 | 9,005.00 | 5,585.74 | $9,000.00 | $2,250.00 |
| KFC#24 | ANSUL SYSTEM | 07/09/04 | 3,153.99 | 2,064.51 | $3,200.00 | $800.00 |
| KFC#24 | REMODEL | 11/11/04 | 131,135.29 | 86,941.60 | $131,000.00 | $32,750.00 |
| KFC#24 | WI EVAPORATOR COIL | 11/09/04 | 1,940.00 | 1,285.98 | $2,000.00 | $500.00 |
| KFC#24 | BACK DOOR | 09/21/06 | 1,356.04 | 603.31 | $1,350.00 | $337.50 |
| KFC#24 | POWER SOAK SINK | 11/01/06 | 7,749.10 | 3,475.22 | $7,800.00 | $1,950.00 |
| KFC#24 | KTCH HVAC UNIT-10TN 72.5 | 01/01/11 | 7,794.00 | 4,424.85 | $7,800.00 | $1,950.00 |
| KFC#24 | KTCHN HVAC UNIT-10TN27.5 | 01/01/11 | 2,956.00 | 0.00 | $2,950.00 | $737.50 |
| KFC#24 | EXHAUST HOOD MOTOR 72.5% | 03/01/13 | 1,196.00 | 785.34 | $1,200.00 | $300.00 |
| KFC#24 | EXHAUST HOOD MOTOR 27.5% | 03/01/13 | 454.00 | 30.68 | $450.00 | $112.50 |
| KFC#24 | WI CONDENSER       72.5% | 12/09/13 | 3,683.00 | 2,556.92 | $3,700.00 | $925.00 |
| KFC#24 | WI CONDENSER       27.5% | 12/09/13 | 1,397.00 | 94.40 | $1,400.00 | $350.00 |
| KFC#24 | T&S FAUCET & SPRAYER | 03/11/15 | 2,321.00 | 1,781.60 | $2,300.00 | $575.00 |
| KFC#24 | T&S FAUCET & SPRAYER | 03/11/15 | 880.83 | 267.76 | $880.00 | $220.00 |
| KFC#24 | WALK-IN EVAPORATOR | 02/01/16 | 3,262.00 | 2,718.38 | $3,300.00 | $825.00 |
| KFC#24 | WALK-IN EVAPORATOR | 02/01/16 | 1,237.00 | 626.74 | $1,300.00 | $325.00 |
| KFC#24 | WALK-IN STAINLESS | 01/01/17 | 3,209.00 | 2,919.70 | $3,200.00 | $800.00 |
| KFC#24 | WALK-IN STAINLESS | 01/01/17 | 1,217.00 | 993.88 | $1,200.00 | $300.00 |
| | TOTAL: | | $221,696.80 | $139,406.54 | $221,780.00 | $55,445.00 |
| | | | | | | |
| KFC#25 | ARM-A-DOOR EXIT DEV 72.5 | 11/01/07 | 755.00 | 356.04 | $755.00 | $188.75 |
| KFC#25 | ARM-A-DOOR EXIT DEV 27.5 | 11/01/07 | 286.00 | 0.00 | $290.00 | $72.50 |
| KFC#25 | WI COOLER EVAP COIL 72.2 | 07/11/11 | 1,624.00 | 951.02 | $1,700.00 | $425.00 |
| KFC#25 | WI COOLER EVAP COIL 27.5 | 07/11/11 | 616.00 | 0.00 | $625.00 | $156.25 |
| KFC#25 | WI CLR COMPRESSOR  72.5% | 08/03/11 | 1,379.00 | 812.44 | $1,400.00 | $350.00 |
| KFC#25 | WI CLR COMPRESSOR  27.5% | 08/03/11 | 523.00 | 0.00 | $525.00 | $131.25 |
| KFC#25 | HVAC DISCONNECT    72.5% | 09/06/11 | 701.00 | 415.13 | $700.00 | $175.00 |
| KFC#25 | HVAC DISCONNECT    27.5% | 09/06/11 | 266.25 | 0.00 | $275.00 | $68.75 |

Addendum B to Property Schedule A/B
Bartlett Management Services, Inc.
Leasehold Improvements

| STORE NO. | DESCRIPTION | ACQUIRED | BASIS | NET BOOK VALUE | REPLACEMENT COST VALUE (RCV) | CURRENT VALUE (25% of RCV) |
|---|---|---|---|---|---|---|
| KFC#25 | WI CLR EVAP COIL  72.5% | 09/01/12 | 2,401.00 | 1,521.52 | $2,400.00 | $600.00 |
| KFC#25 | WI CLR EVAP COIL  27.5% | 09/01/12 | 910.37 | 0.00 | $925.00 | $231.25 |
| KFC#25 | STEEL SERVICE DOOR 72.5% | 07/15/13 | 2,455.00 | 1,656.82 | $2,500.00 | $625.00 |
| KFC#25 | STEEL SERVICE DOOR 27.5% | 07/15/13 | 930.60 | 62.88 | $950.00 | $237.50 |
| KFC#25 | HOT WATER HEATER 72.5% | 09/08/14 | 6,888.00 | 5,085.03 | $6,900.00 | $1,725.00 |
| KFC#25 | HOT WATER HEATER  27.5% | 09/08/14 | 2,612.00 | 476.91 | $2,600.00 | $650.00 |
| KFC#25 | LENNOZ RTU   72.5% | 12/15/15 | 6,594.00 | 5,524.80 | $6,600.00 | $1,650.00 |
| KFC#25 | LENNOX RTU    27.5% | 12/15/15 | 2,501.00 | 760.30 | $2,500.00 | $625.00 |
| KFC#25 | NEW WATER LINE   72.5% | 07/22/16 | 10,875.00 | 9,441.90 | $10,100.00 | $2,525.00 |
| KFC#25 | NEW WATER LINE    27.5% | 07/22/16 | 4,125.00 | 2,090.00 | $4,100.00 | $1,025.00 |
| KFC#25 | A/C UNIT UPGRADE (72.5%) | 08/15/17 | 11,889.00 | 11,479.00 | 12,000.00 | $3,000.00 |
| KFC#25 | A/C UNIT UPGRADE (27.5%) | 08/15/17 | 4,510.00 | 3,788.40 | 4,600.00 | $1,150.00 |
| | **TOTAL:** | | **$62,841.22** | **$44,422.23** | **$62,445.00** | **$15,611.25** |
| | | | | | | |
| KFC#26 | POWER WASH SINK | 11/13/98 | 6,222.00 | 3,168.41 | $6,250.00 | $1,562.50 |
| KFC#26 | CONTACTOR FOR O/S LIGHTS | 11/12/98 | 1,065.84 | 542.64 | $1,100.00 | $275.00 |
| KFC#26 | PLUMBING FOR SINK | 01/01/99 | 2,490.82 | 1,279.06 | $2,500.00 | $625.00 |
| KFC#26 | REMODEL | 04/30/99 | 44,498.20 | 23,136.40 | $44,500.00 | $11,125.00 |
| KFC#26 | COMPRESSOR - A/C | 06/09/00 | 2,100.90 | 1,154.71 | $2,100.00 | $525.00 |
| KFC#26 | RAISE EXHAUST HOOD ETC | 09/01/00 | 7,851.00 | 4,366.90 | $7,900.00 | $1,975.00 |
| KFC#26 | TILE WORK - KITCHEN | 01/26/01 | 977.50 | 552.34 | $975.00 | $243.75 |
| KFC#26 | NEW CEILING | 12/07/01 | 3,493.75 | 2,054.82 | $3,500.00 | $875.00 |
| KFC#26 | ASPHALT OVERLAY | 09/04/03 | 18,777.80 | 655.66 | $18,800.00 | $4,700.00 |
| KFC#26 | WI EVAPORATOR COIL | 12/10/04 | 2,401.25 | 1,597.04 | $2,400.00 | $600.00 |
| KFC#26 | UPGRADE ANSUL SYSTEM | 04/01/06 | 1,589.00 | 692.69 | $1,600.00 | $400.00 |
| KFC#26 | WI CONDENSOR/EVAP UNIT | 03/13/07 | 6,788.97 | 3,095.70 | $6,800.00 | $1,700.00 |
| KFC#26 | REMODEL      72.5% | 09/01/07 | 96,754.00 | 45,259.44 | $97,000.00 | $24,250.00 |
| KFC#26 | REMODEL      27.5% | 09/01/07 | 36,699.15 | 0.00 | $37,000.00 | $9,250.00 |
| KFC#26 | ADDTN'L '07 REMODEL72.5% | 03/05/09 | 2,900.00 | 1,477.25 | $2,900.00 | $725.00 |
| KFC#26 | ADDTN'L '07 REMODEL27.5% | 03/05/09 | 1,100.00 | 0.00 | $1,100.00 | $275.00 |
| KFC#26 | DRIVE-THRU WINDOW  72.5% | 05/05/11 | 1,991.00 | 1,154.85 | $2,000.00 | $500.00 |
| KFC#26 | DRIVE-THRU WINDOW  27.5% | 05/05/11 | 755.00 | 0.00 | $800.00 | $200.00 |
| KFC#26 | WI COPELAND CONDENSR72.5 | 07/15/11 | 1,862.00 | 1,091.63 | $1,900.00 | $475.00 |
| KFC#26 | WI COPELAND CONDENSR27.5 | 07/15/11 | 706.00 | 0.00 | $700.00 | $175.00 |
| KFC#26 | DINING A/C FAN MTR 72.5% | 04/17/12 | 591.00 | 363.88 | $600.00 | $150.00 |
| KFC#26 | DINING A/C FAN MTR 27.5% | 04/17/12 | 224.60 | 0.00 | $225.00 | $56.25 |
| KFC#26 | WI FREEZER DOOR    72.5% | 04/20/12 | 3,114.00 | 1,917.85 | $3,200.00 | $800.00 |
| KFC#26 | WI FREEZER DOOR    27.5% | 04/20/12 | 1,181.00 | 0.00 | $1,200.00 | $300.00 |
| KFC#26 | S.S. COOLER PANELS 72.5% | 10/04/12 | 4,887.00 | 3,115.04 | $4,900.00 | $1,225.00 |
| KFC#26 | S.S. COOLER PANELS 27.5% | 10/04/12 | 1,854.00 | 0.00 | $1,900.00 | $475.00 |
| KFC#26 | LOBBY HEAT EXCHNGER 72.5 | 11/01/12 | 2,268.00 | 1,454.26 | $2,300.00 | $575.00 |
| KFC#26 | LOBBY HEAT EXCHNGER 27.5 | 11/01/12 | 860.00 | 0.00 | $900.00 | $225.00 |
| KFC#26 | WALKIN COOLER DOOR 72.5% | 11/01/14 | 3,458.00 | 2,581.66 | $3,500.00 | $875.00 |
| KFC#26 | WALKIN COOLER DOOR 27.5% | 11/01/14 | 1,312.00 | 239.55 | $1,300.00 | $325.00 |
| KFC#26 | NEW TRANE HVAC UNIT | 08/05/15 | 8,049.00 | 6,404.00 | $8,000.00 | $2,000.00 |
| KFC#26 | NEW TRANE HVAC UNIT | 08/05/15 | 3,053.00 | 928.10 | $3,100.00 | $775.00 |
| KFC#26 | ELECTRIC WATER HTR 72.5% | 02/06/17 | 4,454.00 | 4,079.70 | $4,500.00 | $1,125.00 |
| KFC#26 | ELECTRIC WATER HTR 27.5% | 02/06/17 | 1,689.20 | 1,382.07 | $1,700.00 | $425.00 |
| | **TOTAL:** | | **$278,018.98** | **$113,745.65** | **$279,150.00** | **$69,787.50** |
| | | | | | | |
| KFC#27 | MIDDLW WI EVAP COIL72.5% | 02/02/12 | 1,610.00 | 1,369.20 | $1,600.00 | $400.00 |
| KFC#27 | MIDDLE WI EVAP COIL27.5% | 02/02/12 | 610.10 | 0.00 | $625.00 | $156.25 |
| KFC#27 | HVAC BLOWER MOTOR  72.5% | 03/01/12 | 720.00 | 613.74 | $725.00 | $181.25 |
| KFC#27 | HVAC BLOWER MOTOR  27.5% | 03/01/12 | 273.18 | 0.00 | $275.00 | $68.75 |
| KFC#27 | HEAT EXCHNGR #2302 72.5 | 12/12/13 | 2,074.00 | 1,861.36 | $2,100.00 | $525.00 |
| KFC#27 | HEAT EXCHNGR #2302 72.5% | 12/12/13 | 786.80 | 53.17 | $790.00 | $197.50 |
| KFC#27 | HEAT EXCHNGR #1702 72.5# | 02/03/14 | 3,999.00 | 3,605.99 | $4,000.00 | $1,000.00 |
| KFC#27 | HEAT EXCHNGR #1702 27.5% | 02/03/14 | 1,517.00 | 276.97 | $1,500.00 | $375.00 |
| KFC#27 | LOBBY HVAC BLWR MTR72.5% | 04/24/14 | 739.00 | 669.48 | $750.00 | $187.50 |
| KFC#27 | LOBBY HVAC BLWR MTR27.5% | 04/24/14 | 280.75 | 51.26 | $290.00 | $72.50 |
| KFC#27 | WALK-IN EVAP/COMP | 02/01/16 | 3,764.00 | 3,587.12 | $3,800.00 | $950.00 |
| KFC#27 | WALK-IN EVAP/COMP | 02/01/16 | 1,427.27 | 723.15 | $1,500.00 | $375.00 |
| KFC#27 | SMITH WATER HEATER | 08/17/16 | 2,456.00 | 2,372.00 | $2,500.00 | $625.00 |
| KFC#27 | SMITH WATER HEATER | 08/17/16 | 931.16 | 471.79 | $950.00 | $237.50 |
| KFC#27 | SMITH WATER HEATER | 09/01/16 | 5,075.00 | 4,912.40 | $5,100.00 | $1,275.00 |
| KFC#27 | SMITH WATER HEATER | 09/01/16 | 1,924.56 | 975.11 | $1,950.00 | $487.50 |

Addendum B to Property Schedule A/B
Bartlett Management Services, Inc.
Leasehold Improvements

| STORE NO. | DESCRIPTION | ACQUIRED | BASIS | NET BOOK VALUE | REPLACEMENT COST VALUE (RCV) | CURRENT VALUE (25% of RCV) |
|---|---|---|---|---|---|---|
| | TOTAL: | | $28,187.82 | $21,542.74 | $28,455.00 | $7,113.75 |
| | | | | | | |
| KFC#28 | EXHAUST UNIT 72.5% | 05/19/14 | 1,474.00 | 1,129.57 | $1,500.00 | $375.00 |
| KFC#28 | NEW MAIN WATER LINE | 08/31/99 | 3,167.50 | 1,673.73 | $3,200.00 | $800.00 |
| KFC#28 | OVERHEAD WATER LINES | 08/31/99 | 1,207.72 | 638.60 | $1,200.00 | $300.00 |
| KFC#28 | WALK IN COOLER | 09/29/00 | 25,175.00 | 14,003.48 | $25,200.00 | $6,300.00 |
| KFC#28 | TILE FLOOR | 11/07/00 | 1,381.22 | 774.53 | $1,400.00 | $350.00 |
| KFC#28 | MOP SINK AND FAUCET | 11/07/00 | 1,932.28 | 1,082.70 | $20,000.00 | $5,000.00 |
| KFC#28 | 2 HVAC (A/C) UNITS | 11/07/00 | 18,165.00 | 10,182.04 | $18,200.00 | $4,550.00 |
| KFC#28 | INSULATED GLASS | 02/25/02 | 2,100.00 | 1,244.05 | $2,100.00 | $525.00 |
| KFC#28 | RESURFACE LOT | 05/21/02 | 10,740.00 | 0.00 | $10,800.00 | $2,700.00 |
| KFC#28 | EXHAUST HOOD/FIRE SYSTM | 09/03/03 | 10,179.00 | 6,444.00 | $10,200.00 | $2,550.00 |
| KFC#28 | DRINK COUNTER/CABINET | 02/02/04 | 5,920.62 | 3,811.67 | $60,000.00 | $15,000.00 |
| KFC#28 | POWERSOAK SINK | 04/05/04 | 8,373.01 | 5,425.96 | $8,400.00 | $2,100.00 |
| KFC#28 | REMODEL 72.5% | 09/01/07 | 108,617.00 | 50,808.68 | $109,000.00 | $27,250.00 |
| KFC#28 | REMODEL 27.5% | 09/01/07 | 41,199.49 | 0.00 | $42,000.00 | $10,500.00 |
| KFC#28 | MEN'S BATHROOM DOOR 72.5 | 10/21/07 | 727.00 | 341.71 | $750.00 | $187.50 |
| KFC#28 | MEN'S BATHROOM DOOR 27.5 | 10/21/07 | 276.27 | 0.00 | $275.00 | $68.75 |
| KFC#28 | GREASE TRAP 72.5% | 02/02/08 | 2,900.00 | 2,168.40 | $2,900.00 | $725.00 |
| KFC#28 | GREASE TRAP 27.5% | 02/02/08 | 1,100.00 | 0.00 | $1,100.00 | $275.00 |
| KFC#28 | WI EVAPORATOR COIL 72.5% | 09/10/08 | 1,233.00 | 610.94 | $1,250.00 | $312.50 |
| KFC#28 | WI EVAPORATOR COIL 27.5% | 09/10/08 | 468.13 | 0.00 | $475.00 | $118.75 |
| KFC#28 | KTCH HVAC COMPRESSOR72.5 | 07/01/11 | 1,188.00 | 768.35 | $1,200.00 | $300.00 |
| KFC#28 | KTCHN HVAC COMPRESSR27.5 | 07/01/11 | 451.15 | 0.00 | $450.00 | $112.50 |
| KFC#28 | HVAC 12.5 TN UNIT 72.5% | 05/01/12 | 8,558.00 | 5,801.44 | $8,550.00 | $2,137.50 |
| KFC#28 | HVAC 12.5 TN UNIT 27.5% | 05/01/12 | 3,245.73 | 0.00 | $3,250.00 | $812.50 |
| KFC#28 | WI CLR COMPRESSOR 72.5% | 06/23/12 | 1,420.00 | 967.24 | $1,450.00 | $362.50 |
| KFC#28 | WI CLR COMPRESSOR 27.5% | 06/23/12 | 538.46 | 0.00 | $550.00 | $137.50 |
| KFC#28 | EXHAUST UNIT 27.5% | 05/19/14 | 559.17 | 102.10 | $560.00 | $140.00 |
| KFC#28 | WI CONDENSER/EVAP 72.5% | 06/18/14 | 5,003.00 | 3,854.72 | $5,000.00 | $1,250.00 |
| KFC#28 | WI CONDENSER/EVAP 27.5% | 06/18/14 | 1,898.20 | 346.59 | $1,900.00 | $475.00 |
| KFC#28 | NEW WATER HEATER | 04/18/17 | 2,645.00 | 2,502.04 | $2,700.00 | $675.00 |
| KFC#28 | NEW WATER HEATER | 04/18/17 | 1,003.27 | 824.91 | $1,000.00 | $250.00 |
| KFC#28 | WIC CONDENSOR | 09/01/17 | 2,741.00 | 2,683.49 | 2,800.00 | $700.00 |
| KFC#28 | WIC CONDENSOR | 09/01/17 | 1,039.96 | 883.96 | 1,100.00 | $275.00 |
| | TOTAL: | | $276,627.20 | $119,074.90 | $350,460.00 | $87,615.00 |
| | | | | | | |
| KFC#29 | MAJOR RENOVATIONS | 03/03/00 | 19,182.19 | 10,423.53 | $19,200.00 | $4,800.00 |
| KFC#29 | ALARM SYSTEM | 03/01/00 | 590.00 | 320.36 | $600.00 | $150.00 |
| KFC#29 | INITIAL L/H IMPROV PKG | 08/21/02 | 94,704.05 | 0.00 | $95,000.00 | $23,750.00 |
| KFC#29 | UPGRADE ALARM SYSTEM | 10/23/02 | 908.00 | 553.41 | $900.00 | $225.00 |
| KFC#29 | UNDERGROUND PIPING | 11/02/06 | 5,315.00 | 2,724.82 | $5,300.00 | $1,325.00 |
| KFC#29 | 225 AMP BREAKER 72.5% | 09/01/08 | 3,156.00 | 1,766.02 | $3,200.00 | $800.00 |
| KFC#29 | 225 AMP BREAKER 27.5% | 09/01/08 | 1,197.21 | 0.00 | $1,200.00 | $300.00 |
| KFC#29 | 2-A/C COMPRESSORS 72.5% | 06/15/09 | 1,947.00 | 1,129.98 | $1,950.00 | $487.50 |
| KFC#29 | 2-A/C COMPRESSORS 27.5% | 06/15/09 | 738.10 | 0.00 | $740.00 | $185.00 |
| KFC#29 | REROUTE SUMP PUMP LINE | 11/03/09 | 5,694.00 | 3,373.42 | $5,700.00 | $1,425.00 |
| KFC#29 | REROUTE SUMP PUMP LINE | 11/03/09 | 2,159.43 | 0.00 | $2,200.00 | $550.00 |
| KFC#29 | BRYANT ROOFTOP UNIT72.5% | 06/11/10 | 6,480.00 | 3,955.50 | $6,500.00 | $1,625.00 |
| KFC#29 | BRYANT ROOFTOP UNIT27.5% | 06/11/10 | 2,458.00 | 0.00 | $2,500.00 | $625.00 |
| KFC#29 | MIX AIR SENSOR 72.5% | 05/03/11 | 2,419.00 | 1,550.29 | $2,500.00 | $625.00 |
| KFC#29 | MIX AIR SENSOR 27.5% | 05/03/11 | 917.48 | 0.00 | $925.00 | $231.25 |
| KFC#29 | RPZ VALVE-WTR SRVC 72.5% | 04/02/12 | 1,306.00 | 876.92 | $1,300.00 | $325.00 |
| KFC#29 | RPZ VALVE-WTR SRVC 27.5% | 04/02/12 | 495.80 | 0.00 | $500.00 | $125.00 |
| KFC#29 | CARRIER HEAT EXCHNGR72.5 | 12/23/13 | 1,756.00 | 1,305.28 | $1,800.00 | $450.00 |
| KFC#29 | CARRIER HEAT EXCHNGR27.5 | 12/23/13 | 665.86 | 45.00 | $665.00 | $166.25 |
| KFC#29 | CONCRETE DUMPSTER SLAB | 01/01/15 | 15,950.00 | 13,193.12 | $16,000.00 | $4,000.00 |
| KFC#29 | CONCRETE DUMPSTER SLAB | 01/01/15 | 6,050.00 | 1,839.20 | $6,000.00 | $1,500.00 |
| KFC#29 | PLUMBING BLOCKAGE 72.5 | 12/01/15 | 4,848.00 | 4,159.44 | $4,900.00 | $1,225.00 |
| KFC#29 | PLUMBING BLOCKAGE 27.5% | 12/01/15 | 1,839.16 | 559.10 | $1,850.00 | $462.50 |
| KFC#29 | REPAIR SEWER/GREASE TRAP | 05/05/17 | 22,393.00 | 21,368.48 | $22,400.00 | $5,600.00 |
| KFC#29 | REPAIR SEWER/GREASE TRAP | 05/05/17 | 8,494.16 | 7,007.68 | $8,500.00 | $2,125.00 |
| KFC#29 | INITIAL L/H IMPROV PKG | 08/21/02 | 378,816.21 | 229,311.01 | $379,900.00 | $94,975.00 |
| | TOTAL: | | $590,479.65 | $305,462.56 | $592,230.00 | $148,057.50 |
| | | | | | | |
| KFC#30 | ASPHALT OVERLAY | 12/05/98 | 4,824.67 | 0.00 | $4,900.00 | $1,225.00 |

Addendum B to Property Schedule A/B
Bartlett Management Services, Inc.
Leasehold Improvements

| STORE NO. | DESCRIPTION | ACQUIRED | BASIS | NET BOOK VALUE | REPLACEMENT COST VALUE (RCV) | CURRENT VALUE (25% of RCV) |
|---|---|---|---|---|---|---|
| KFC#30 | REPAVED PARKING LOT | 09/14/99 | 17,824.00 | 0.00 | $17,800.00 | $4,450.00 |
| KFC#30 | ROOF SYSTEM/ALUM COATING | 10/03/01 | 18,100.65 | 10,570.05 | $18,100.00 | $4,525.00 |
| KFC#30 | CEILING TILE | 04/19/02 | 2,049.36 | 1,222.74 | $2,050.00 | $512.50 |
| KFC#30 | WALL BOARD-DECORATIVE | 04/28/02 | 1,416.64 | 845.17 | $1,400.00 | $350.00 |
| KFC#30 | BUFFET CABINET | 07/30/02 | 18,150.00 | 10,947.85 | $18,150.00 | $4,537.50 |
| KFC#30 | EXHAUST HOOD/FIRE SYSTM | 09/16/03 | 11,619.03 | 7,355.47 | $11,600.00 | $2,900.00 |
| KFC#30 | PRIV ACCESS DRIVE RPR | 04/23/03 | 4,591.67 | 160.31 | $4,600.00 | $1,150.00 |
| KFC#30 | WATER LINE MIXING VALVE | 03/12/04 | 1,100.22 | 710.53 | $1,100.00 | $275.00 |
| KFC#30 | CARRIER HEAT EXCHANGER | 01/01/05 | 2,849.82 | 1,171.26 | $2,850.00 | $712.50 |
| KFC#30 | DINING HEAT EXCHANGER | 02/01/06 | 2,178.80 | 942.30 | $2,200.00 | $550.00 |
| KFC#30 | WATER BACKLOW DEVICE | 02/06/06 | 1,200.00 | 518.86 | $1,200.00 | $300.00 |
| KFC#30 | WI COOLER DOOR & FRAME | 08/18/06 | 2,849.00 | 1,261.69 | $2,850.00 | $712.50 |
| KFC#30 | FRONT HVAC FAN MOTOR | 01/10/07 | 1,225.00 | 554.20 | $1,225.00 | $306.25 |
| KFC#30 | CARRIER COMPRSR   72.5% | 06/05/07 | 1,037.00 | 479.05 | $1,040.00 | $260.00 |
| KFC#30 | CARRIER COMPRESSOR  27.5 | 06/05/07 | 393.40 | 0.00 | $400.00 | $100.00 |
| KFC#30 | REMODEL           72.5% | 09/01/07 | 113,498.00 | 53,091.52 | $114,000.00 | $28,500.00 |
| KFC#30 | REMODEL           27.5% | 09/01/07 | 43,051.02 | 0.00 | $43,000.00 | $10,750.00 |
| KFC#30 | SYMMONS HAND SINK 72.5 | 05/14/08 | 1,103.00 | 831.60 | $1,100.00 | $275.00 |
| KFC#30 | SYMMONS HAND SINK  27.5 | 05/14/08 | 418.95 | 0.00 | $425.00 | $106.25 |
| KFC#30 | CARRIER 10-TON UNIT 72.5 | 05/01/10 | 8,916.00 | 4,859.22 | $8,900.00 | $2,225.00 |
| KFC#30 | CARRIER 10-TON UNIT 27.5 | 05/01/10 | 3,382.51 | 0.00 | $3,400.00 | $850.00 |
| KFC#30 | WINDOWS           72.5% | 06/01/12 | 4,114.00 | 2,562.34 | $4,100.00 | $1,025.00 |
| KFC#30 | WINDOWS           27.5% | 06/01/12 | 1,560.98 | 0.00 | $1,550.00 | $387.50 |
| KFC#30 | A.O. SMITH WTR HTR 72.5% | 03/15/13 | 2,298.00 | 1,509.10 | $2,300.00 | $575.00 |
| KFC#30 | A.O. SMITH WTR HTR 27.5% | 03/15/13 | 871.40 | 58.89 | $875.00 | $218.75 |
| KFC#30 | REROOF            72.5% | 09/22/14 | 21,025.00 | 15,484.66 | $2,100.00 | $525.00 |
| KFC#30 | REROOF            27.5% | 09/22/14 | 7,975.00 | 1,456.09 | $8,000.00 | $2,000.00 |
| KFC#30 | WI COOLER EVAPORATOR72.5 | 12/15/14 | 1,197.00 | 899.79 | $1,200.00 | $300.00 |
| KFC#30 | WI COOLER EVAPORATOR27.5 | 12/15/14 | 454.34 | 82.95 | $450.00 | $112.50 |
| KFC#30 | WI COMPRESSOR | 04/24/15 | 2,603.00 | 1,976.76 | $2,600.00 | $650.00 |
| KFC#30 | WI COMPRESSOR | 04/24/15 | 987.67 | 300.26 | $1,000.00 | $250.00 |
| KFC#30 | NEW BRYANT HVAC UNIT | 06/01/17 | 7,784.00 | 7,347.50 | $7,800.00 | $1,950.00 |
| KFC#30 | NEW BRYANT HVAC UNIT | 06/01/17 | 2,952.91 | 2,446.69 | $3,000.00 | $750.00 |
| | TOTAL: | | $315,602.04 | $129,646.85 | $297,265.00 | $74,316.25 |
| | | | | | | |
| KFC#31 | NEW WATER HEATER  72.5% | 05/02/16 | 2,423.00 | 2,201.60 | $2,500.00 | $625.00 |
| KFC#31 | NEW WATER HEATER  27.5% | 05/02/16 | 918.94 | 465.59 | $925.00 | $231.25 |
| KFC#31 | WALK-IN DOOR FRAME | 11/01/16 | 2,689.00 | 2,506.89 | $2,700.00 | $675.00 |
| KFC#31 | WALK-IN DOOR FRAME | 11/01/16 | 1,019.88 | 516.73 | $1,025.00 | $256.25 |
| KFC#31 | SINK STEEL FLASHING | 12/01/16 | 1,554.00 | 1,456.32 | $1,550.00 | $387.50 |
| KFC#31 | SINK STEEL FLASHING | 12/01/16 | 589.29 | 298.57 | $590.00 | $147.50 |
| | TOTAL: | | $9,194.11 | $7,445.70 | $9,290.00 | $2,322.50 |
| | | | | | | |
| KFC#32 | CONDENSOR MOTOR - A/C | 05/05/00 | 709.51 | 388.47 | $710.00 | $177.50 |
| KFC#32 | D-T HEIGHT BARS | 09/08/00 | 1,185.00 | 659.02 | $1,200.00 | $300.00 |
| KFC#32 | POWER SOAKER SINK | 04/25/02 | 8,136.88 | 4,856.17 | $8,200.00 | $2,050.00 |
| KFC#32 | REAR DOOR | 08/30/02 | 1,140.00 | 689.80 | $1,200.00 | $300.00 |
| KFC#32 | ROOFTOP HEAT EXCHANGER | 11/25/03 | 4,950.00 | 3,155.00 | $5,000.00 | $1,250.00 |
| KFC#32 | DINING ROOM RTU | 04/05/04 | 8,117.79 | 5,260.72 | $8,200.00 | $2,050.00 |
| KFC#32 | WI COOLR EVAPORATOR COIL | 05/28/04 | 1,569.13 | 1,020.22 | $1,600.00 | $400.00 |
| KFC#32 | KTCHN ROOFTOP HVAC-15TON | 08/09/06 | 14,481.00 | 6,414.13 | $14,500.00 | $3,625.00 |
| KFC#32 | REMODEL           72.5% | 09/05/07 | 314,288.00 | 147,016.47 | $315,000.00 | $78,750.00 |
| KFC#32 | REMODEL           27.5% | 09/05/07 | 119,212.90 | 0.00 | $120,000.00 | $30,000.00 |
| KFC#32 | ADDT'L REMODEL EXP 72.5% | 01/02/08 | 7,980.00 | 5,951.05 | $8,000.00 | $2,000.00 |
| KFC#32 | ADDT'L REMODEL EXP 27.5% | 01/02/08 | 3,026.70 | 0.00 | $3,000.00 | $750.00 |
| KFC#32 | BRYNT KTCHN ACTUATOR72.5 | 07/24/08 | 938.00 | 711.77 | $950.00 | $237.50 |
| KFC#32 | BRYNT KTCHN ACTUATOR27.5 | 07/24/08 | 355.87 | 0.00 | $350.00 | $87.50 |
| KFC#32 | WTR HTR CNTRL BRD  72.5% | 06/19/14 | 2,173.00 | 1,978.12 | $2,200.00 | $550.00 |
| KFC#32 | WTR HTR CNTRL BRD  27.5% | 06/19/14 | 824.70 | 150.58 | $825.00 | $206.25 |
| KFC#32 | WALK0IN COPRESSOR 72.5% | 06/09/15 | 1,330.00 | 1,247.35 | $1,300.00 | $325.00 |
| KFC#32 | WALK-IN COMPRESSOR 27.5% | 06/09/15 | 504.31 | 153.30 | $500.00 | $125.00 |
| KFC#32 | SMITH WATER HEATER | 09/01/16 | 7,015.00 | 6,794.24 | $7,100.00 | $1,775.00 |
| KFC#32 | SMITH WATER HEATER | 09/01/16 | 2,661.32 | 1,348.40 | $2,600.00 | $650.00 |
| KFC#32 | NEW GREASE TRAP | 09/01/17 | 16,675.00 | 16,568.11 | $17,000.00 | $4,250.00 |
| KFC#32 | NEW GREASE TRAP | 09/01/17 | 6,325.00 | 5,376.25 | $6,500.00 | $1,625.00 |
| KFC#32 | WTR HTR BLOWER   72-5% | 11/01/17 | 1,658.00 | 1,654.46 | $1,700.00 | $425.00 |

Addendum B to Property Schedule A/B
Bartlett Management Services, Inc.
Leasehold Improvements

| STORE NO. | DESCRIPTION | ACQUIRED | BASIS | NET BOOK VALUE | REPLACEMENT COST VALUE (RCV) | CURRENT VALUE (25% of RCV) |
|---|---|---|---|---|---|---|
| KFC#32 | WTR HTR BLOWER    27.5% | 11/01/17 | 629.01 | 566.11 | $650.00 | $162.50 |
| | TOTAL: | | $525,886.12 | $211,959.74 | $528,285.00 | $132,071.25 |
| | | | | | | |
| KFC#43 | RTU PUMP MOTOR | 06/09/05 | 869.46 | 364.50 | $870.00 | $217.50 |
| KFC#43 | RTU MULTISTAGE TSTAT72.5 | 08/09/07 | 574.00 | 267.59 | $575.00 | $143.75 |
| KFC#43 | RTU MULTISTAGE TSTAT27.5 | 08/09/07 | 217.78 | 0.00 | $225.00 | $56.25 |
| KFC#43 | LENOX ROOFTP CMPRSSR72.5 | 10/11/07 | 1,487.00 | 698.48 | $1,480.00 | $370.00 |
| KFC#43 | LENOX ROOFTP CMPRSSR27.5 | 10/11/07 | 563.79 | 0.00 | $560.00 | $140.00 |
| KFC#43 | WALKIN COMPRESSOR  72.5% | 09/01/09 | 1,464.00 | 767.04 | $1,500.00 | $375.00 |
| KFC#43 | WALKIN COMPRESSSOR 27.5% | 09/01/09 | 555.45 | 0.00 | $575.00 | $143.75 |
| KFC#43 | AO SMITH WATER HTR 72.5% | 06/01/12 | 6,068.00 | 3,779.57 | $6,100.00 | $1,525.00 |
| KFC#43 | AO SMITH WATER HTR 27.5% | 06/01/12 | 2,302.00 | 0.00 | $2,300.00 | $575.00 |
| KFC#43 | WI CONDENSER       72.5% | 08/08/12 | 4,930.00 | 3,106.00 | $4,900.00 | $1,225.00 |
| KFC#43 | WI CONDENSER       27.5% | 08/08/12 | 1,870.00 | 0.00 | $1,900.00 | $475.00 |
| KFC#43 | 5-TON A/C COMPRESSOR72.5 | 08/02/12 | 2,267.00 | 1,428.44 | $2,300.00 | $575.00 |
| KFC#43 | 5-TON A/C COMPRESSOR27.5 | 08/02/12 | 859.89 | 0.00 | $860.00 | $215.00 |
| KFC#43 | CO2 DETECTOR | 04/29/16 | 814.00 | 691.26 | $825.00 | $206.25 |
| KFC#43 | CO2 DETECTOR | 04/29/16 | 308.43 | 156.26 | $310.00 | $77.50 |
| KFC#43 | COS SENSORS | 07/01/16 | 618.00 | 536.89 | $625.00 | $156.25 |
| KFC#43 | COS SENSORS | 07/01/16 | 234.14 | 118.63 | $250.00 | $62.50 |
| | TOTAL: | | $26,002.94 | $11,914.66 | $26,155.00 | $6,538.75 |
| | | | | | | |
| | | | | | | |
| | GRAND TOTAL: | | $4,774,735.52 | $2,250,826.20 | $4,848,667.00 | $1,212,166.75 |
| | | | | | | |

**Fill in this information to identify the case:**

Debtor name   **BARTLETT MANAGEMENT SERVICES, INC.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF ILLINOIS

Case number (if known)   **17-71890**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Ally Financial**<br>Creditor's Name | | |
|---|---|---|---|

**2.1  Ally Financial**
Creditor's Name

**PO Box 130424
Roseville, MN 55113-0004**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/9/2015**
**Last 4 digits of account number**
**1218**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2015 Jeep Cherokee Sport
V#1C4PJLAB0FW670571
Mileage = 103,258**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$14,156.18**   Value of collateral: **$6,950.00**

**2.2  Ally Financial**
Creditor's Name

**PO Box 130424
Roseville, MN 55113-0004**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/2/2016**
**Last 4 digits of account number**
**3152**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**2016 DODGE GRAND CARAVAN
VIN#2C4RDGCG8GR390746
Mileage = 9580**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$23,479.23**   Value of collateral: **$14,600.00**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **BARTLETT MANAGEMENT SERVICES, INC.**
Name

Case number (if know)    **17-71890**

---

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Financial** |
|---|---|

Creditor's Name

**PO Box 130424**
**Roseville, MN 55113-0004**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/9/2014**

**Last 4 digits of account number**
**6500**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2014 JEEP GRAND CHEROKEE SPORT**
**VIN#1C4RJFBT9EC386826**
**Mileage = 120,727**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$22,179.77    $10,900.00

---

| 2.4 | **Ally Financial** |
|---|---|

Creditor's Name

**PO Box 130424**
**Roseville, MN 55113-0004**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/29/2016**

**Last 4 digits of account number**
**5789**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2016 DODGE GRAND CARAVAN**
**VIN#2C4RDGBXGR250666**
**Mileage = 73228**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,717.32    $9,440.00

---

| 2.5 | **Ally Financial** |
|---|---|

Creditor's Name

**PO Box 130424**
**Roseville, MN 55113-0004**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2017 DODGE GRAND CARAVAN**
**VIN#2C4RDGBG0HR563565**
**Mileage = 17194**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

$21,354.12    $16,000.00

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(if know)* | **17-71890** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**12/2/2016**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**6071**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Ally Financial** | Describe debtor's property that is subject to a lien | $20,210.19 | $11,650.00 |
|---|---|---|---|---|

Creditor's Name

**2016 DODGE GRAND CARAVAN**
**VIN#2C4RDGBG6GR359948**
**Mileage = 47935**

**PO Box 130424**
**Roseville, MN 55113-0004**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**5/27/2016**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**4791**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Ally Financial** | Describe debtor's property that is subject to a lien | $20,219.38 | $12,200.00 |
|---|---|---|---|---|

Creditor's Name

**2016 DODGE GRAND CARAVAN**
**VIN#2C4RGBG4GR3505553**
**Mileage = 41020**

**PO Box 130424**
**Roseville, MN 55113-0004**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**5/24/2016**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**8045**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Ally Financial** | Describe debtor's property that is subject to a lien | $20,135.64 | $11,500.00 |
|---|---|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 8

Debtor    **BARTLETT MANAGEMENT SERVICES, INC.**                          Case number (if know)    **17-71890**
_____
Name

| | |
|---|---|
| Creditor's Name | **2016 DODGE GRAND CARAVAN**<br>**VIN#2C4RDGBG2GR324940**<br>**Mileage = 50,237** |
| **PO Box 130424**<br>**Roseville, MN 55113-0004** | |
| Creditor's mailing address | Describe the lien<br>**Purchase Money Security** |
| | Is the creditor an insider or related party? |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim? |
| | ■ No |
| Date debt was incurred | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **4/22/2016** | |
| Last 4 digits of account number | |
| **7862** | As of the petition filing date, the claim is: |
| Do multiple creditors have an interest in the same property? | Check all that apply |
| | ☐ Contingent |
| ■ No | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |

---

| 2.9 | **Bank of America** | | $0.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | | |
| | **1231 Durrett Lane**<br>**Attn: Product Manager/Contract Manager**<br>**Louisville, KY 40213** | **Each transaction and its proceeds; Heartland Bank Cash Consolidation Account; Delayed Settlement account** | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | |
| | | ■ No | | |
| | Date debt was incurred | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | | | | |
| | Last 4 digits of account number | | | |
| | **1883** | As of the petition filing date, the claim is: | | |
| | Do multiple creditors have an interest in the same property? | Check all that apply | | |
| | | ☐ Contingent | | |
| | ■ No | ☐ Unliquidated | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed | | |

---

| 2.10 | **BMO Harris** | | $7,734.55 | $10,632.00 |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | | |
| | **P.O. BOX 6201**<br>**Carol Stream, IL 60197-6201** | **2013 DODGE GRAND CARAVAN**<br>**VIN#2CRDGCG6DR612972**<br>**Mileage = 48,633** | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Purchase Money Security** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | |
| | | ■ No | | |
| | Date debt was incurred | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **5/2013** | | | |
| | Last 4 digits of account number | | | |
| | **9059** | | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 8

Debtor    **BARTLETT MANAGEMENT SERVICES, INC.**                    Case number (if know)    **17-71890**
_____
Name

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **BMW Financial Services** | | |
|---|---|---|---|

Creditor's Name

**300 Chestnut Ridge Road
Woodcliff Lake, NJ
07677-7731**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
4369**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
**2011 BMW 535
VIN#WBAFU7C57BC876870
Mileage = 112021**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

|  | $12,961.59 | $19,200.00 |

---

| 2.1 2 | **Champaign County Treasurer** | | |
|---|---|---|---|

Creditor's Name

**1776 E Washington St.
Urbana, IL 61802**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
12/31/2016**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
**KFC # 27 Dunlap
1321 North Dunlap Avenue
Savoy IL 61874-9499
PIN:  03-20-25-365-006**

**Describe the lien**
**Property Tax Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

|  | $17,285.92 | $711,011.70 |

---

| 2.1 3 | **Chrysler Capital** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

|  | $16,972.70 | $22,750.00 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | BARTLETT MANAGEMENT SERVICES, INC. | Case number (if know) | 17-71890 |
|---|---|---|---|
| | Name | | |

Creditor's Name

**P.O. BOX 961278
Fort Worth, TX 76161-1278**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/10/2014**
**Last 4 digits of account number**
**1043**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**2014 DODGE RAM TRUCK**
**VIN#1C6RR7KT4ES209788**
**Mileage = 22419**

**Describe the lien**
**Purchase Money Security**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Citizens One Auto Finance** | Describe debtor's property that is subject to a lien | $36,525.58 | $29,000.00 |
|---|---|---|---|---|

Creditor's Name

**Customer Loan
Servicing-ROP18P
P.O. Box 42002
Providence, RI 02940-2002**

Creditor's mailing address

**18773626343@myfax.com**

Creditor's email address, if known

**Date debt was incurred**
**6/30/2015**
**Last 4 digits of account number**
**8147**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**2014 DODGE RAM TRUCK**
**VIN#3C6UR5NL0EG199360**
**Mileage = 66500**

**Describe the lien**
**Purchase Money Security**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Heartland Bank and Trust Company** | Describe debtor's property that is subject to a lien | $5,386,917.56 | $3,933,383.70 |
|---|---|---|---|---|

Creditor's Name

**405 N. Hershey Road
Attn: Craig A. Orwig
Bloomington, IL 61704**

Creditor's mailing address

**pduffy@hbtbank.com**

Creditor's email address, if known

**Date debt was incurred**
**5/15/2017**
**Last 4 digits of account number**

**Real Property (KFC # 18, 27 and 32 (building only)); all assets/cross collateralized**

**Describe the lien**
**Security Agreement/Mortgages**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 8

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if know) | **17-71890** |
|---|---|---|---|

Name

**1580**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.16**

| **McLean County Collector** | Describe debtor's property that is subject to a lien | $18,459.08 | $668,883.00 |
|---|---|---|---|

Creditor's Name

KFC # 18:
**1706 W. Market Street
Bloomington, IL  61702-2642
McLean County, Illinois
PIN 21-05-154-008
Land and Building**

**115 E Washington St M101
Bloomington, IL 61704**

Creditor's mailing address

**Describe the lien**

**Property Tax Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**12/31/2016**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.17**

| **Nesbitt Re Holdings, LLC** | Describe debtor's property that is subject to a lien | Unknown | $575,881.54 |
|---|---|---|---|

Creditor's Name

**Bank Account for Machesney Park Insurance
Funds (Building and Personal Property)
Dewitt Bank
Checking Account**

**3930 Premier North Drive
Tampa, FL 33618-3450**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.18**

| **Winnebago County Collector** | Describe debtor's property that is subject to a lien | $24,345.28 | $483,492.00 |
|---|---|---|---|

| Debtor | BARTLETT MANAGEMENT SERVICES, INC. | Case number (if know) | 17-71890 |
|---|---|---|---|
| | Name | | |

| Creditor's Name | KFC # 32 State and Mulford (Building only) |
|---|---|

404 Elm Street - Room 205
Rockford, IL 61105-1216

Creditor's mailing address

5949 E. State Street
Rockford, IL 61108-2429
Parcel ID # 12-28-277-004

**Describe the lien**

**Property Tax Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**12/31/2016**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$5,681,654.09

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **BARTLETT MANAGEMENT SERVICES, INC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    **17-71890**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Department of Workforce
Development
Division of Unemployment
Insurance
P.O. Box 8914
Madison, WI 53708**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unemployment Taxes - Wisconcisn**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **Unknown**
Priority amount: **Unknown**

**2.2**   Priority creditor's name and mailing address

**IL Department of Employment
Security
Insolvency/Bkcy Subunit Field
Audit Section
33 S. State St. 10th Floor
Chicago, IL 60603**

Date or dates debt was incurred

**Quarterly Payments**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unemployment Taxes -- Current through 3rd
Quarter**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **Unknown**
Priority amount: **Unknown**

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18,232.00** | **Unknown** |

**Illinois Department of Revenue**
**Bankruptcy Section**
**P.O. Box 64338 C**
**Chicago, IL 60664-0338**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Monthly Payments**

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23,071.72** | **Unknown** |

**Indiana Department of Revenue**
**100 N. Senate Avenue IGCN240**
**Bankruptcy Section MS 108**
**Indianapolis, IN 46204**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

**Monthly Payments**

Basis for the claim:
**IN FOOD & BEV TX : 10/24-11/20 $1,305.75**
**IN SLS TX: 10/24-11/20 $21,765.97**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Indiana Department of Workforce**
**Developm**
**c/o IDWD Legal Support**
**Indiana Government Center South**
**10 North Senate Avenue, SE 105**
**Indianapolis, IN 46204-2277**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

**Quartley Payments**

Basis for the claim:
**Unemployment Taxes -- Current through 3rd**
**Quarter**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Internal Revenue Service**
**Insolvency Unit**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Federal taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(if known)* | **17-71890** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $12,061.05 | Unknown |
|---|---|---|---|---|---|

**Wisconsin Dept of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/24/11/20/17** | **Sales Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

**Wisconsin Workforce
Development
Division of Unemployment
Insurance
P.O. Box 8914
Madison, WI 53708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Quarterly Payments** | **Unemployment Taxes -- Current through 3rd Quarter** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**A Media Marketing
3104 N. Armenia Ave
Suite 2
Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **As of 11/6/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $540.43 |
|---|---|---|---|

**A&W Restaurants Inc. (Royalties)
P.O. Box 637604
Cincinnati, OH 45263-7604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **As of 11/06/2017**

Basis for the claim:  **Franchisor Royalties (October -- Due 11/17/2017)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.88 |
|---|---|---|---|

**A-1 Lock Inc.
101 N. 4th Street
Springfield, IL 62701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account
number  **No Account Number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**ABC Fire Safety, Inc**
**2581 Park Ave**
**Beloit, WI 53511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **As of 11/6/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00**

**Ability Services, Inc.**
**606 Lauterbur Lane**
**Champaign, IL 61822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance as of 12/4/2017**

Basis for the claim:  **Trade Debts - Services Rendered**

Last 4 digits of account number  **None**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,652.46**

**Ace Sign Company**
**2540 1st Street**
**Springfield, IL 62704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **None**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$966.42**

**ADP, INC**
**1851 N RESLER DR. MS-100**
**El Paso, TX 79912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **9166**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,435.25**

**Advanced Disposal**
**1215 Klement St**
**Fort Atkinson, WI 53538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **6639**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,960.87**

**Agree Limited Partnership**
**70 E. Long Lake Road**
**Bloomfield Hills, MI 48304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance Due as of 12/4/2017**

Basis for the claim:  **Real Property Lease Rent for KFC # 5
Belvidere**

Last 4 digits of account number  **None**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,764.50**

**Airmasters**
**1330 N. Grand Avenue W**
**Springfield, IL 62702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **None**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AJ Klean-Hood & Vent Division LLC**
**7503 Randy Road**
**Machesney Park, IL 61115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Monthly - Recurring Vendor**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **None**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,723.33** |
|---|---|---|---|

**Alliant Energy/WP & L**
**4902 N Biltmore Ln #1000**
**Madison, WI 53718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim: **Utilities**

Last 4 digits of account number **0000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,925.06** |
|---|---|---|---|

**Allied Safety Services, Inc.**
**7709 West 10th Street**
**Indianapolis, IN 46214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim: **Trade Debts - Services Rendered**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,927.48** |
|---|---|---|---|

**Ameren Illinois**
**300 Liberty St.**
**Peoria, IL 61602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim: **Utilities**

Last 4 digits of account number **multiple accounts**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,897.66** |
|---|---|---|---|

**American Express**
**P.O. Box 981531**
**El Paso, TX 79998-1531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim: **Credit Card Purchases**

Last 4 digits of account number **1101**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**American Heritage Life**
**1776 American Heritage Life Dr**
**Jacksonville, FL 32224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account number **3459**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,080.21** |
|---|---|---|---|

**Aqua Illinois**
**322 N Gilbert St**
**Danville, IL 61832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim: **Utilities**

Last 4 digits of account number **9678**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **BARTLETT MANAGEMENT SERVICES, INC.**                    Case number (if known)   **17-71890**
Name

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,007.01** |
|---|---|---|---|

**Aramark Services Inc**
**115 N. 1st Street**
**Burbank, CA 91502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim:  **Trade Debt - Supplier**

Last 4 digits of account number  **tore**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$815.71** |
|---|---|---|---|

**Aramark Services Inc**
**115 N. 1st Street**
**Burbank, CA 91502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim:  **Trade Debts - Services Rendered**

Last 4 digits of account number  **2000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,041.84** |
|---|---|---|---|

**Aramark Uniform Services**
**115 N. 1st Street**
**Burbank, CA 91502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim:  **Trade Debt - Supplier**

Last 4 digits of account number  **tore**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$203,745.00** |
|---|---|---|---|

**ARC CAFEUSA001, LLC (VEREIT,Inc)**
**c/o American Realty Capital Properties**
**Attn: Legal Dept. -- -Real Estate**
**2325 E. Camelback Road, Suite 1100**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim:  **Rent due under Real Property Lease**
**(10 Properties)**

Last 4 digits of account number  **2397**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Arco Glass**
**5260 Commerce Square D**
**Suite C**
**Indianapolis, IN 46237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **As of 10/31/2017**

Basis for the claim:  **Trade Debt - Serviced Provided**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,596.82** |
|---|---|---|---|

**AT & T**
**Corporate Headquarters**
**208 S Akard St,**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **multiple accounts**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$841.38** |
|---|---|---|---|

**AT&T Mobility**
**PO Box 1809**
**Paramus, NJ 07653-1809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0701**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Automatic Fire Sprinkler**
1809 Industrial
Normal, IL 61761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Monthly - Recurring Vendor**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account number **None**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BA Ward, Inc.**
711 West Jefferson Street
Washington, IL 61571

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/6/2017**

Basis for the claim: **General Contractor -- Machesney Park**

Last 4 digits of account number **_**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bacon & Van Buskirk**
801 S. Neil Street
Champaign, IL 61820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **As of 11/6/2017**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account number **3586**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,880.08**

**Barco Uniforms, Inc.**
350 W. Rosecrans Avenue
Gardena, CA 90248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/06/2017**

Basis for the claim: **Trade Debt - Supplier**

Last 4 digits of account number **1898**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$813,415.94**

**Bartlett Management Indianapolis, Inc.**
70 Clinton Plaza
Clinton, IL 61727

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim: **Intercompany transfers**

Last 4 digits of account number **Inter/Co**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,593,554.47**

**Bartlett Management Peoria, Inc.**
70 Clinton Plaza
Clinton, IL 61727

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **As of 11/20/2017**

Basis for the claim: **Intercompany transfers**

Last 4 digits of account number **Inter/Co**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Beloit Fire Protection**
2420 Harrison Avenue
Rockford, IL 61125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **As of 10/31/2017**

Basis for the claim: **Trade Debt - Serviced Rendered**

Last 4 digits of account number **None**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **BARTLETT MANAGEMENT SERVICES, INC.**
Name

Case number (if known)   **17-71890**

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.04
**Beloit Plaza Partner LLC**
**400 N. Main Street**
**Unit 2**
**Wauconda, IL 60084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance Due as of 12/4/2017**

Basis for the claim:  **Monthly Common Area  Maintenance Fee**

Last 4 digits of account number  **L2CU**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380.98
**Beloit Utilities**
**City Hall**
**100 State Street**
**Beloit, WI 53511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **6477**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,188.81
**Berkshire Hathaway**
**1314 Douglas S**
**Omaha, NE 68102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance as of 12/4/2017**

Basis for the claim:  **Insurance**

Last 4 digits of account number  **7209**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.87
**Bills Key and Lock Shop**
**402 N. Main Street**
**Bloomington, IL 61701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,496.76
**Boone County Treasurer**
**1212 Logan Avenue - STE 104**
**Belvidere, IL 61008-4033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Basis for the claim:  **Property Tax Due KFC # 5
Per Lease Agreement**

Last 4 digits of account number  **9001**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $332.72
**Boone County Treasurer**
**1212 Logan Avenue - STE 104**
**Belvidere, IL 61008-4033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Basis for the claim:  **Property Tax Due KFC # 5 Per Lease Agreement**

Last 4 digits of account number  **9002**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $793.72
**Boone County Treasurer**
**Local Tax Collection Section**
**1212 Logan Avenue - STE 104**
**Belvidere, IL 61008-4033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/24/2017**

Basis for the claim:  **Food and Beverage Tax**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(if known)* | **17-71890** |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$295.00**

**Border Patrol Termite & Pest Control**
**176 N. Grand Street**
**Clinton, IL 61727**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account
number **No Account Number**

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$876.00**

**Cardinal Glass Co, Inc.**
**1087 Research Pkwy**
**Rockford, IL 61109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account
number **No Account Number**

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$323.00**

**Career Builder, LLC**
**13047 Collection Ctr D**
**Chicago, IL 60693-0130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **0193**

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.77**

**Celemark Corporation**
**8 Digital Drive**
**Suite 100**
**Novato, CA 94949**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number __

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$171.26**

**Century Link**
**665 Lexington Ave**
**Mansfield, OH 44907**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Last 4 digits of account number **7141**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,142.80**

**Champaign County Treasurer**
**1776 E Washington St.**
**Urbana, IL 61802**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **12/31/2016**

Last 4 digits of account number **1024**

Basis for the claim:  **Property tax due per lease agreement on KFC #16**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,130.60**

**Champaign County Treasurer**
**1776 E Washington St.**
**Urbana, IL 61802**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **12/31/2016**

Last 4 digits of account number **8014**

Basis for the claim:  **Property tax due per lease agreement on KFC # 29**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

**3.46**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Citation Collection Services** | ☐ Contingent | |
| **200 East Washington Street** | ☐ Unliquidated | |
| **Indianapolis, IN 46204** | ☐ Disputed | |
| Date(s) debt was incurred **As of 11/6/2017** | Basis for the claim: **Service ---- False Alarm Fees** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.47**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Citizens Energy Group** | ☐ Contingent | |
| **2020 North Meridian St.** | ☐ Unliquidated | |
| **Indianapolis, IN 46202** | ☐ Disputed | |
| Date(s) debt was incurred **As of 10/31/2017** | Basis for the claim: **Utilities** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.48**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$671.59** |
|---|---|---|
| **City of Belvidire** | ☐ Contingent | |
| **401 Whitney Blvd** | ☐ Unliquidated | |
| **Belvidere, IL 61008** | ☐ Disputed | |
| Date(s) debt was incurred **Balance as of 12/4/2017** | Basis for the claim: **Utilities** | |
| Last 4 digits of account number **0000** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.49**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,670.66** |
|---|---|---|
| **City of Bloomington** | ☐ Contingent | |
| **109 E. Olive Street** | ☐ Unliquidated | |
| **Bloomington, IL 61701** | ☐ Disputed | |
| Date(s) debt was incurred **Balance as of 12/4/2017** | Basis for the claim: **Utilities** | |
| Last 4 digits of account number **4000** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.50**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,670.30** |
|---|---|---|
| **City of Bloomington** | ☐ Contingent | |
| **109 E. Olive Street** | ☐ Unliquidated | |
| **Bloomington, IL 61702** | ☐ Disputed | |
| Date(s) debt was incurred **10/24/17-11/20/17** | Basis for the claim: **Sales Tax: 10/24/17-11/20/17** | |
| Last 4 digits of account number **5178** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.51**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$358.66** |
|---|---|---|
| **City of Champaign** | ☐ Contingent | |
| **102 N. Neil Street** | ☐ Unliquidated | |
| **Champaign, IL 61820** | ☐ Disputed | |
| Date(s) debt was incurred **10/24/2017** | Basis for the claim: **Food and Beverage Tax** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.52**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$589.19** |
|---|---|---|
| **City of Charleston** | ☐ Contingent | |
| **Water Billing Service** | ☐ Unliquidated | |
| **520 Jackson Ave** | ☐ Disputed | |
| **Charleston, IL 61920** | | |
| Date(s) debt was incurred **Balance as of 12/4/2017** | Basis for the claim: **Utilities** | |
| Last 4 digits of account number **3502** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.44** |
|---|---|---|---|

**City of Clinton**
**Water Department**
**118 W. Washington St**
**Clinton, IL 61727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$616.52** |
|---|---|---|---|

**City of Danville**
**17 W. Main Danville**
**Danville, IL 61832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/24/17-11/20/17**

Basis for the claim:  **Food and Beverage Tax**

Last 4 digits of account number  **5178**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$819.67** |
|---|---|---|---|

**City of Decatur**
**1 Gary K. Anderson Plaza**
**Decatur, IL 62523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **2668**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,316.91** |
|---|---|---|---|

**City of Decatur**
**Finance Department**
**#1 Gary K. Anderson Plaza**
**Decatur, IL 62523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/24/2017-11/20/2017**

Basis for the claim:  **Food and Beverage Tax**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$281.24** |
|---|---|---|---|

**City of Franklin Sewer Utility**
**796 S. State Street**
**Franklin, IN 46131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **9300**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,099.40** |
|---|---|---|---|

**City of Matoon**
**City Hall**
**208 N. 19th St.**
**Mattoon, IL 61938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.88** |
|---|---|---|---|

**City of Rockford**
**Water Department**
**425 E. State Street**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **5216**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,297.00**

**City of Rockford**
**425 East State Street**
**Rockford, IL 61104**

Date(s) debt was incurred  **10/24/17-11/20/17**

Last 4 digits of account number  **0767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food and Beverage Tax**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,395.90**

**City of Urbana**
**P.O. Box 219**
**Urbana, IL 61803-0219**

Date(s) debt was incurred  **10/24/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food and Beverage Tax**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,784.49**

**City Water Light Power**
**Room 101, Municipal Center West**
**300 S. 7th Street**
**Springfield, IL 62701**

Date(s) debt was
incurred  **Balance as of 12/4/2017**

Last 4 digits of account number  **multiple accounts**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$830.16**

**Clean the Uniform**
**2301 S. Banker**
**Effingham, IL 62401**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **0339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$430.00**

**Clear Point (Dennis Lyles)**
**437 W. Decatur Street**
**Decatur, IL 62525-6000**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54.00**

**Clearly Windows DBA American Natl Skylin**
**2523 N. Bolton Avenue**
**Indianapolis, IN 46218**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$892.70**

**Clover Signs, LLC**
**932 W. National Avenue**
**Brazil, IN 47834**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,166.66**

**COHETH PROPERTIES**
c/o Fiorillo, Schaffer & Associates, Ltd
2 Lane Drive
Paxton, IL 60957

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance Due as of 12/4/2017**

Basis for the claim:  **Rent due under Real Property Lease**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,519.06**

**Coles County Collector**
651 Jackson Avenue
Room 124
Charleston, IL 61920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Basis for the claim:  **Property tax due per lease agreement on KFC #10**

Last 4 digits of account number  **3000**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,767.12**

**Coles County Collector**
651 Jackson Avenue
Room 124
Charleston, IL 61920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Basis for the claim:  **Property tax due per lease agreement on KFC #43**

Last 4 digits of account number  **2000**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11.70**

**Commercial Electronics**
3421 Hollenberg Drive
Bridgeton, MO 63044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debts - Services Rendered**

Last 4 digits of account number  **5910**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$479.58**

**Communications Technology Associates**
2007 S. Hydraulic Avenue
Wichita, KS 67211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **7243**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45.00**

**Confidential Security**
8723 N. Industrial Road
Peoria, IL 61615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Service**

Last 4 digits of account
number  **No Account Number**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$136.87**

**Consolidated Communications**
P.O. Box 2564
Decatur, IL 62525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **tili**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(if known)* | **17-71890** |
|---|---|---|---|
| | Name | | |

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,862.14**

**Crawfordsville Electric Light and Power**
**808 Lafayette Ave,**
**Crawfordsville, IN 47933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number **7001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.97**

**Crawfordsville Utilities**
**300 E Pike St**
**PO Box 935**
**Crawfordsville, IN 47933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number **1600**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CSA Inc**
**Craig Specialty Advertising**
**36555 Bitmore**
**Willoughby, OH 44094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Monthly - Recurring Vendor**

Basis for the claim:  **Advertising**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$213.76**

**Culligan of Belvidere**
**1217 Logan Avenue**
**Belvidere, IL 61008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number **9054**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76.02**

**Culligan of Lafayette**
**110 West Fremont**
**Owatonna, MN 55060-2328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number **3060**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$631.69**

**D&R Plumbing**
**2245 Springfield Rd A**
**Bloomington, IL 61701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debts - Services Rendered**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,693.07**

**Dale Boyer**
**727 Lakeshore Drive**
**Tuscola, IL 61953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2008 (Balance due as of 12/4/2017)**

Basis for the claim:  **Stock Purchase Agreement Promissory Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Daniel Johnson**
**125 Roosevelt Street**
**Peoria, IL 61607**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **1100**

Basis for the claim: **Personal Injury Litigation Case**
**Peoria, Illinois**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$447.93**

**Danville Sanitary District**
**16161 Grape Creek Rd**
**Danville, IL 61834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Last 4 digits of account number **4000**

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$137,969.44**

**Daryl C. Nicholson, Trustee**
**The Nicholson Trust**
**26914 Avenue 140**
**Porterville, CA 93257**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was
incurred **Balance Due as of 12/4/2017**

Last 4 digits of account number **None**

Basis for the claim: **Rent on Real Property Lease KFC # 4**
**(11/2016-11/2017)**
**and Property Tax Due KFC # 4; Lessor is in default**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$334.54**

**Data Imaging Supplies, Inc.**
**1253 E. St. Louis Street**
**Springfield, MO 65802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **None**

Basis for the claim: **Trade Debts - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Design +, Inc.**
**1449 Bardstown Road**
**Suite 200**
**Louisville, KY 40204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account
number **No Account Number**

Basis for the claim: **Architectural Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,759.52**

**Direct Energy Business**
**1001 Liberty Avenue**
**Suite 1200**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Last 4 digits of account number **Multiple accounts**

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **BARTLETT MANAGEMENT SERVICES, INC.**    Case number (if known)    **17-71890**
Name

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dr. Pepper/Seven-Up, Inc.**
**5301 Legacy Drive**
**Plano, TX 75024**

Date(s) debt was incurred  **Per Contract 1/1/2017**

Last 4 digits of account number  _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Contract Commitment Funding (2017)**
**Annual Cash Funding (2017)**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |

**Drennan Septic Service**
**3507 Ferndale**
**Danville, IL 61834**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account
number  **No Account Number**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,186.90** |

**Duke Energy**
**Mail Drop EX320**
**139 E 4th St**
**Cincinnati, OH 45202**

Date(s) debt was incurred  **As of 10/31/2017**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Dunbar Bank Pak, Inc.**
**8525 Kelso Drive Suite L**
**Baltimore, MD 21221**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account
number  **No Account Number**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt - Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$634.27** |

**E&D Water Works, Inc.**
**915 N. Parker Drive**
**Janesville, WI 53545**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **B193**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt - Serviced Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$620.99** |

**Earthgrains Baking Companies, Inc.**
**P.O. Box 842837**
**Boston, MA 02284-2437**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **0170**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt - Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,415.64** |

**Ecolab Pest Elimination Division**
**655 Lone Oak Dr - A1**
**Attn:  Zoltan Varga**
**Eagan, MN 55121**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **2458**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

**3.94**

Nonpriority creditor's name and mailing address

**Egizii Electric Inc.**
**700 North MacArthur Bl**
**Springfield, IL 62702**

Date(s) debt was incurred **As of 10/31/2017**

Last 4 digits of account number **None**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.95**

Nonpriority creditor's name and mailing address

**Eichenhauer Services Inc.**
**2465 N 22ND ST**
**Decatur, IL 62526**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **351**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

**$20,501.64**

---

**3.96**

Nonpriority creditor's name and mailing address

**Elan- Cardmember Service**
**PO Box 790408**
**Saint Louis, MO 63179-0408**

Date(s) debt was
incurred **Balance as of 12/4/2017**

Last 4 digits of account number **7588**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ☐ No ☐ Yes

**$18,311.29**

---

**3.97**

Nonpriority creditor's name and mailing address

**Environmental Waste Solutions**
**950 S TAMIAMI TRAIL #210**
**Sarasota, FL 34236**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **0116**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,150.00**

---

**3.98**

Nonpriority creditor's name and mailing address

**Fedex**
**942 South Shady Grove Rd**
**Memphis, TN 38120**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **9085**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,503.41**

---

**3.99**

Nonpriority creditor's name and mailing address

**Fire Safety Equipment Inc**
**2420 Harrispn Avenue**
**Rockford, IL 61125**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **None**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

**$675.96**

---

**3.100**

Nonpriority creditor's name and mailing address

**First Insurance Funding**
**450 Skokie Blvd, Ste1000**
**Northbrook, IL 60062-7917**

Date(s) debt was
incurred **Balance due  as of 12/4/2017**

Last 4 digits of account number **2292**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance (annual premium loan)**

Is the claim subject to offset? ☑ No ☐ Yes

**$194,179.40**

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$888.93** |
|---|---|---|---|

**FL & Sons Fire Equipment, Inc.**
**206 Derby Street**
**Pekin, IL 61554**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **None**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debts - Services Rendered**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Food Service Solutions**
**1184 Flex Court**
**Lake Zurich, IL 60047**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,053.12** |
|---|---|---|---|

**Franke Resupply System Inc.**
**8007 Innovation Way**
**Chicago, IL 60682-0080**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **1001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$806.00** |
|---|---|---|---|

**Frink's Sewer Service, Inc.**
**P.O. Box 1004**
**Rockford, IL 61105**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account
number **No Account NUmber**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,102.01** |
|---|---|---|---|

**Frontier Business**
**401 Merrit 7**
**Norwalk, CT 06851**

Date(s) debt was
incurred **Balance as of 12/4/2017**

Last 4 digits of account number **2709**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Telephone**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,683.81** |
|---|---|---|---|

**G&K Services**
**7813 Solution Center**
**Chicago, IL 60677-0001**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **tore**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debts - Services Rendered**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Glass Cutters**
**2405 Lake Land Blvd.**
**Mattoon, IL 61938**

Date(s) debt was incurred **as of 10/31/2017**

Last 4 digits of account number **None**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$811.93** |
|---|---|---|---|

**Granite Telecommunications**
**100 Newport Avenue Extension**
**Quincy, MA 02171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim: **Internet service**

Last 4 digits of account number **1908**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$210.03** |
|---|---|---|---|

**Greenwood Sanitation**
**367 S. Washington St.**
**Greenwood, IN 46143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim: **Utilities**

Last 4 digits of account number **2160**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Greenwood Stormwater Utility**
**367 S. Washington St.**
**Greenwood, IN 46143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **monthly**

Basis for the claim: **Utilities**

Last 4 digits of account number **367**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Haley's Lock, Safe & Key**
**415 N. Earl Avenue**
**Suite 1**
**Lafayette, IN 47904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **As of 11/06/2017**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account
number **No Account Number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,392.67** |
|---|---|---|---|

**Harrelson Plumbing**
**3880 E. County Road 450N**
**Mattoon, IL 61938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim: **Trade Debts - Services Rendered**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**HC Anderson Roofing**
**12388 Old River Road**
**Rockton, IL 61072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **As of 11/07/17**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Health Alliance**
**301 S. Vine Street**
**Urbana, IL 61801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim: **Health Insurance for Key Employees**

Last 4 digits of account number **6001**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **BARTLETT MANAGEMENT SERVICES, INC.**
　　　　　Name

Case number (if known)    **17-71890**

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,720.00 |

**Hermes Service and Sales, Inc.**
**409 S. Center Street**
**Bloomington, IL 61701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debts - Services Rendered**

Last 4 digits of account number **None**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,967.39 |

**HM Electronics**
**14110 Stowe Drive**
**Poway, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account
number **No Account Number**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,413.33 |

**Horvath Realty of Illinois, LLC**
**31 Bank Street**
**Sussex, NJ 07461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim:  **Rent due under Real Property Lease (KFC #29)**

Last 4 digits of account number **None**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,516.94 |

**Hughes Network Systems, LLC**
**11717 Exploration Lane**
**Germantown, MD 20876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number **0735**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $628.50 |

**I Spinello Locksmiths**
**225-B South 6th Street**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debts - Services Rendered**

Last 4 digits of account number **None**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,231.33 |

**Illinois American Water**
**P.O. Box 3027**
**Milwaukee, WI 53201-3027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number **multiple accounts**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.96 |

**Image Signs**
**7323 N. Alpine Road**
**Loves Park, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number **None**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

**3.122**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,310.87** |
|---|---|---|
| **Indiana American Water**<br>**555 East County Line Road**<br>**Suite 201**<br>**Greenwood, IN 46143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was<br>incurred **Balance as of 12/4/2017** | Basis for the claim:  **Utilities** | |
| Last 4 digits of account number  **Multiple accounts** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.123**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Indiana Logo Sign Group**<br>**600 E. 96th Street**<br>**Indianapolis, IN 46240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **as of 10/31/2017** | Basis for the claim:  **Trade Debt - Services Rendered** | |
| Last 4 digits of account number  **None** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.124**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$612.00** |
|---|---|---|
| **Indiana Window Cleaning**<br>**6863 Hubbard Drive**<br>**Dayton, OH 45424** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was<br>incurred  **Balance due as of 12/4/2017** | Basis for the claim:  **Trade Debt - Services Rendered** | |
| Last 4 digits of account number  **None** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.125**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$862.27** |
|---|---|---|
| **Insight Parapet Studios LLC**<br>**P.O. Box 9463**<br>**Nampa, ID 83652** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was<br>incurred  **Monthly - Recurring Vendor** | Basis for the claim:  **Trade Debt - Services Rendered** | |
| Last 4 digits of account number  **_** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.126**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|
| **J&J Lawncare, Inc.**<br>**20489 Arrowhead Road**<br>**Ashmore, IL 61912-9165** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was<br>incurred  **Balance due as of 12/4/2017** | Basis for the claim:  **Trade Debt - Services Rendered** | |
| Last 4 digits of account number  **None** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.127**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,971.39** |
|---|---|---|
| **J&S Restaurant Service**<br>**3100 Mooresville Road**<br>**Indianapolis, IN 46221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was<br>incurred  **Balance due as of 12/4/2017** | Basis for the claim:  **Trade Debt - Services Rendered** | |
| Last 4 digits of account number  **None** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.128**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,061.55** |
|---|---|---|
| **Janesville Water and Sewer**<br>**18 N. Jackson Street**<br>**Janesville, WI 53548** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was<br>incurred  **Balance as of 12/4/2017** | Basis for the claim:  **Utilities** | |
| Last 4 digits of account number  **7873** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(if known)* | **17-71890** |
|---|---|---|---|
| | Name | | |

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Hancock LIfe Insurance**
1  John Hancock Way, Suite 1700
Boston, MA 02217-1700

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **3646**

Basis for the claim:  **Long Term Care Insurance for Jane Bartlett**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Thomas**
1245 E. County Road
Mattoon, IL 61938

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Monthly - Recurring Vendor**

Last 4 digits of account number  **None**

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,809.77** |
|---|---|---|---|

**Johnson County Health**
86 W. Court Street
Franklin, IN 46131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/24/17-11/20/17**

Last 4 digits of account number  **d100**

Basis for the claim:  **Food and Beverage Tax**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,352.00** |
|---|---|---|---|

**Johnson County Treasurer**
86 W. Court Street
Franklin, IN 46131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Last 4 digits of account number  **0009**

Basis for the claim:  **Property tax due per lease agreement on KFC #31**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$244.05** |
|---|---|---|---|

**Johnson County Treasurer**
86 W. Court Street
Franklin, IN 46131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Last 4 digits of account number  **09PP**

Basis for the claim:  **Personal property tax due per lease agreement on KFC #31**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,199.34** |
|---|---|---|---|

**Johnson County Treasurer**
86 W. Court Street
Franklin, IN 46131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Last 4 digits of account number  **1040**

Basis for the claim:  **Property tax due per lease agreement on KFC #28**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,248.49** |
|---|---|---|---|

**Johnson County Treasurer**
86 W. Court Street
Franklin, IN 46131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Last 4 digits of account number  **0040**

Basis for the claim:  **Property tax due per lease agreement on KFC #28**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **BARTLETT MANAGEMENT SERVICES, INC.**                    Case number (if known)   **17-71890**
_____
Name

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.67 |
|---|---|---|---|

**Johnson County Treasurer**
**86 W. Court Street**
**Franklin, IN 46131**

Date(s) debt was incurred  **12/31/2016**

Last 4 digits of account number  **40PP**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Personal property tax due per lease agreement on KFC # 28**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,545.00 |
|---|---|---|---|

**Johnson Creative Landscape**
**1164 Darwin Drive**
**Machesney Park, IL 61115**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Josh Otto**
**13591 Glenda Lane**
**Bloomington, IL 61705**

Date(s) debt was
incurred  **Monthly - Recurring Vendor**

Last 4 digits of account number  **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,655.00 |
|---|---|---|---|

**Kelley's Septic Tank**
**1955 St. Louis Bridge R**
**Decatur, IL 62521**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts - Services Rendered**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151,421.31 |
|---|---|---|---|

**KFC Nat. Council and Advertising Coop**
**P.O. Box. 642474**
**Pittsburgh, PA 15264-2474**

Date(s) debt was incurred  **As of 11/20/2017**

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **KFC ADVERTISING: 9/26-10/23  $74,178.44 KFC ADVERTISING: 10/24-11/20  $77,242.87**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,945.29 |
|---|---|---|---|

**KFC Royalty**
**PO Box 203805**
**Dallas, TX 75320-3805**

Date(s) debt was incurred  **As of 11/20/2017**

Last 4 digits of account number  **4930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **KFC ROYALTIES: 9/26-10/23  $66,643.62 KFC ROYALTIES: 10/24-11/20  $69,301.67**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,544.38 |
|---|---|---|---|

**KFC/YSRG**
**P.O. BOX 203805**
**Dallas, TX 75320-3805**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **4930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merit System**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,113.92**

Kimberly S. Reed
5535 Rattelsnake Hammock
Apartment 104
Naples, FL 34113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Balance due as of 12/4/2017**

Basis for the claim: **Value Appreciation Rights Agreement (12/28/1998)**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,732.92**

Kmart Corporation
Attn: VP Real Estate
3333 Beverly Road
Hoffman Estates, IL 60179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Balance Due as of 12/4/2017**

Basis for the claim: **Rent due under Real Property Lease ($11,732.92),**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

L&L Landscaping, Inc.
608 Mitchell D
Georgetown, IL 61846

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly - Recurring Vendor**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Lawn and Beyond LLC
Joshua D. Woodman
4228 Saratoga Drive
Janesville, WI 53546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly - Recurring Vendor**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,601.50**

Lend Lease US Construction, Inc.
30 Wacker Drive
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Balance due as of 12/4/2017**

Basis for the claim: **KFC Remodel**

Last 4 digits of account number **5629**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Liberty Mutual Insurance
62 Maple Avenue
Keene, NH 03431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Auto Insurance**

Last 4 digits of account number **7850**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Lincoln Financial Group
P.O. BOX 0821
Carol Stream, IL 60132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Balance due as of 12/4/2017**

Basis for the claim: **Insurance**

Last 4 digits of account number **No Account Number**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.25** |
|---|---|---|---|

**Liquid Green**
**3019 Vine St**
**Danville, IL 61834**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750,187.08** |
|---|---|---|---|

**LOPAX, Inc.**
**3930 Premier North Dr**
**Tampa, FL 33618**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Line of Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,473,440.00** |
|---|---|---|---|

**LOPAX, Inc.**
**3930 Premier North Dr**
**Tampa, FL 33618**

Date(s) debt was
incurred  **Balance Due as of 12/4/2017**

Last 4 digits of account number **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deferred Equipment Lease Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$251.70** |
|---|---|---|---|

**Loves Park City Water Department**
**5440 Walker Avenue**
**Loves Park, IL 61111**

Date(s) debt was
incurred **Balance as of 12/4/2017**

Last 4 digits of account number **0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,332.15** |
|---|---|---|---|

**LSJ  Royalties**
**P.O. Box 950111**
**Louisville, KY 40295-0111**

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Franchisor Royalty Payments (October -- due 11/14/2017)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,554.76** |
|---|---|---|---|

**LSJ Advertising**
**P.O. Box 950106**
**Louisville, KY 40295-0106**

Date(s) debt was incurred  **As of 11/06/2017**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Franchisor Advertising (October  -- due 11/14/2017)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,401.69** |
|---|---|---|---|

**Lynn Moses Plumbing**
**2523 W. Madera Court**
**Peoria, IL 61614**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **BARTLETT MANAGEMENT SERVICES, INC.**                    Case number *(if known)*    **17-71890**
Name

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,894.76** |
|---|---|---|---|

**Macon County Collector**
**141 S. Main Street**
**Room 302**
**Decatur, IL 62523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Basis for the claim:  **Property tax due per lease agreement on KFC #19**

Last 4 digits of account number  **9004**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,170.36** |
|---|---|---|---|

**Mahoney Environmental**
**37458 Eagle Way**
**Chicago, IL 60678-1374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **5834**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,228.87** |
|---|---|---|---|

**Marion County Treasurer**
**200 E. Washington Street**
**Suite 1041**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Basis for the claim:  **Property tax due per lease agreement on KFC #30**

Last 4 digits of account number  **1472**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$827.29** |
|---|---|---|---|

**Marion County Treasurer**
**200 E. Washington Street**
**Suite 1041**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Basis for the claim:  **Personal property tax due per lease agreement on KFC #30**

Last 4 digits of account number  **7253**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,058.72** |
|---|---|---|---|

**McCormick Comm Refrig.**
**1408 Triumph Drive**
**Urbana, IL 61802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **0026**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,799.08** |
|---|---|---|---|

**McLean County Collector**
**115 E Washington St M101**
**Bloomington, IL 61704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Basis for the claim:  **Property tax due per lease agreement on KFC # 26**

Last 4 digits of account number  **2004**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$220.58** |
|---|---|---|---|

**MDC Environmental Services**
**1050 Greenlee St.**
**Marengo, IL 60152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **7907**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208.34 |
|---|---|---|---|

**Mediacom**
P.O. Box 5744
Carol Stream, IL 60197-5744

Date(s) debt was
incurred **Balance as of 12/4/2017**

Last 4 digits of account number **0998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560.00 |
|---|---|---|---|

**Meyer Capel, A Professional Corporation**
306 W. Church Street
Champaign, IL 61820

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,279.28 |
|---|---|---|---|

**Michael Bartlett**
31213 N. Gecko Trail
San Tan Valley, AZ 85143-4170

Date(s) debt was
incurred **Balance as of 12/4/2017**

Last 4 digits of account number **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fees due under consulting agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,412.81 |
|---|---|---|---|

**Mickey's Linen and Towel Supply Company**
4601 W. Addison St. #300
Chicago, IL 60641-3702

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **tore**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mickeys Linen & Towel Service Inc RN**
196 N. Dearborn
Kankakee, IL 60901

Date(s) debt was incurred **as of 10/31/2017**

Last 4 digits of account number **2822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,139.75 |
|---|---|---|---|

**Micromont Holdings 4 LLC**
8140 Walnut Hill Lane
Suite 400
Dallas, TX 75231

Date(s) debt was
incurred **Balance Due as of 12/4/2017**

Last 4 digits of account
number **No Account Number**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rent due on Property Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,441.37 |
|---|---|---|---|

**Montgomery County Treasurer**
100 E. Main Street Room 101
Crawfordsville, IN 47933

Date(s) debt was incurred **12/31/2016**

Last 4 digits of account number **0030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Property tax due per lease agreement on KFC #12**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$788.88** |
|---|---|---|---|

**Montgomery County Treasurer**
**100 E. Main Street Room 101**
**Crawfordsville, IN 47933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Basis for the claim:  **Personal property tax due per lease agreement on KFC # 12**

Last 4 digits of account number  **4703**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,876.18** |
|---|---|---|---|

**Mood Media (Musak)**
**1703 W. 5TH ST.**
**Suite 600**
**Austin, TX 78703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **3200**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,167.66** |
|---|---|---|---|

**Morgan Services, Inc.**
**201 E. Lincoln Street**
**Indianapolis, IN 46225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debts - Services Rendered**

Last 4 digits of account number  **0000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$353.62** |
|---|---|---|---|

**NAC Advertising Trust (A&W Advertising)**
**Lock Box 3585**
**Reliable Parkway**
**Chicago, IL 60686-0035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **As of 11/06/2017**

Basis for the claim:  **Advertising (October -- due 11/17/2017)**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nelson Alarm Company**
**2602 East 55th Street**
**Indianapolis, IN 46220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **as of 10/31/2017**

Basis for the claim:  **Trade Debts - Services Rendered**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65.31** |
|---|---|---|---|

**Neopost USA Inc**
**Dept 3689**
**PO Box 123689**
**Dallas, TX 75312-3689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **9575**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,666.66** |
|---|---|---|---|

**Nesbitt Re Holdings, LLC**
**3930 Premier North Drive**
**Tampa, FL 33618-3450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/1/2017**

Basis for the claim:  **Rent due under Real Property Lease ( KFC # 7, 9 and 44)**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

**3.178** | Nonpriority creditor's name and mailing address

**Nesbitt Re Holdings, LLC**
**3930 Premier North Drive**
**Tampa, FL 33618-3450**

Date(s) debt was incurred  **3/5/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Claim under Lease to rebuild store at Machesney Park that was lost to fire in March 2017**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179** | Nonpriority creditor's name and mailing address

**Nick Mayes**
**1945 S. Lincoln**
**Springfield, IL 62704**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **None**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$2,155.00**

---

**3.180** | Nonpriority creditor's name and mailing address

**Nicor Gas**
**1305 Martin Luther King Dr,**
**Bloomington, IL 61701**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **0000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,513.28**

---

**3.181** | Nonpriority creditor's name and mailing address

**Northern Mechanical, Inc.**
**9933 N. Alpine Road**
**Machesney Park, IL 61115**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **None**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$34,747.40**

---

**3.182** | Nonpriority creditor's name and mailing address

**Northwestern Mutual**
**720 East Wisconsin Avenue**
**Milwaukee, WI 53202**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **1005**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Life Insurance Premiums due**

Is the claim subject to offset? ■ No ☐ Yes

**$510.67**

---

**3.183** | Nonpriority creditor's name and mailing address

**NSN Employers Services, Inc.**
**P.O. Box 617640**
**Chicago, IL 60661**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **9208**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$2,315.00**

---

**3.184** | Nonpriority creditor's name and mailing address

**NUCO2, LLC**
**2800 SE Market Place**
**Stuart, FL 34997**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **6546**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$6,846.96**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **BARTLETT MANAGEMENT SERVICES, INC.**      Case number (if known)   **17-71890**
<u>Name</u>

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Office Depot Credit Plan**
**PO Box 790449**
**Saint Louis, MO 63179-0449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0132**

Basis for the claim:  **Trade Debt - Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,715.84** |
|---|---|---|---|

**One Systems, LLC**
**2000 Glen Echo Drive**
**Suite 103**
**Nashville, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **S243**

Basis for the claim:  **Trade Debt - Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$725.00** |
|---|---|---|---|

**Owens Contracting & Landscaping**
**19280 N 900 East Road**
**Oakwood, IL 61858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **None**

Basis for the claim:  **Trade Debts - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Par Tech Inc.**
**Headquarters**
**8383 Seneca Turnpike**
**New Hartford, NY 13413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **As of 10/31/2017**

Last 4 digits of account number _

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Payless Shoesource**
**P.O. Box 535523**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Monthly - Recurring Vendor**

Last 4 digits of account number  **2649**

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,632.38** |
|---|---|---|---|

**Pepsi Cola Company**
**700 Anderson Hill Road**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **3611**

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pepsi Cola Company**
**1111 Westchester Avenue**
**Attn: President, PepsiCo Foodservice**
**White Plains, NY 10604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/8/2017**

Last 4 digits of account number _

Basis for the claim:  **Amount of Unearned Rebate Income**

Is the claim subject to offset? ☐ No  ■ Yes

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(if known)* | **17-71890** |
|---|---|---|---|
| | Name | | |

---

**3.192**  Nonpriority creditor's name and mailing address

**Pepsi Mid America**
**2605 W. Main Street**
**Marion, IL 62959**

Date(s) debt was incurred  **as of 10/31/2017**

Last 4 digits of account number  **7898**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$1,040.15**

---

**3.193**  Nonpriority creditor's name and mailing address

**Perfect Window Cleaning**
**1220 E. Pershing Road**
**Decatur, IL 62526**

Date(s) debt was incurred  **9/30/2017**

Last 4 digits of account number  **ARM2**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$1,190.00**

---

**3.194**  Nonpriority creditor's name and mailing address

**Perry's Locksmith Shop**
**1820 Marion Avenue**
**Mattoon, IL 61938**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$268.00**

---

**3.195**  Nonpriority creditor's name and mailing address

**Petro Culligan's Johnson County**
**900 Arvin Rd**
**Franklin, IN 46131**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **KENTUC**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$122.84**

---

**3.196**  Nonpriority creditor's name and mailing address

**Pojanowski Champaign Realty, LLC**
**777 Terrace Avenue, Suite 201**
**Hasbrouck Heights, NJ 07604**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **NONE**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent due under Real Property Lease (KFC # 16)**
**Current through 11/1/2017**

Is the claim subject to offset? ■ No ☐ Yes

**$6,433.33**

---

**3.197**  Nonpriority creditor's name and mailing address

**Prairie Signs**
**1215 Warriner Street**
**Normal, IL 61761**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **None**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$626.50**

---

**3.198**  Nonpriority creditor's name and mailing address

**Pro-Mow Lawn Care Inc**
**1610 Redbud Rd**
**Charleston, IL 61920**

Date(s) debt was
incurred  **Monthly --- Recurring Vendor**

Last 4 digits of account number  **None**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$922.27**

Pro-Type Printing Inc.
130 N. Market Street
Paxton, IL 60957

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account
number  **No Account Number**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26.45**

Professional Image
1654 Front Street
Suite 5
Slidell, LA 70458

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **2703**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Provident Life & Accident Ins. Co
P.O. Box 403748
Atlanta, GA 30384-3748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Employee Deducted Life Insurance**

Last 4 digits of account number  **1015**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Rays Trash
3859 US-40
Clayton, IN 46118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **5415**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,187.47**

Red Book Solutions
33270 Collection Ctr Drive
Chicago, IL 60693-0332

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **1705**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$254.98**

Reliable Water Services
2400  South 102ND Street
Suite 103
Milwaukee, WI 53227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Serviced Rendered**

Last 4 digits of account number  **0126**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,023.27**

Republic Services #726
3304 Concord Road
Lafayette, IN 47909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **Multiple Accounts**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

**3.206**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,644.17** |
|---|---|---|
| **Restaurant Supply Chain Solution** | ☐ Contingent | |
| **950 Breckenridge Lane, Suite 300** | ☐ Unliquidated | |
| **Louisville, KY 40207** | ☐ Disputed | |

Date(s) debt was
incurred  **Balance due as of 12/4/2017**          Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **6307**          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.207**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,357.05** |
|---|---|---|
| **Robert Clawson** | ☐ Contingent | |
| **3190 Deerfield Road** | ☐ Unliquidated | |
| **Clinton, IL 61727** | ☐ Disputed | |

Date(s) debt was
incurred  **Balance due as of 12/4/2017**          Basis for the claim:  **Note Payable: NWM-KFC Remodel Deposit**

Last 4 digits of account number  **None**          Is the claim subject to offset? ☐ No  ■ Yes

---

**3.208**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$613.10** |
|---|---|---|
| **Robert Clawson** | ☐ Contingent | |
| **3190 Deerfield Road** | ☐ Unliquidated | |
| **Clinton, IL 61727** | ☐ Disputed | |

Date(s) debt was
incurred  **Balance due as of 12/4/2017**          Basis for the claim:  **Reimbursements**

Last 4 digits of account number  _____          Is the claim subject to offset? ☐ No  ■ Yes

---

**3.209**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,321.92** |
|---|---|---|
| **Rock County Treasurer** | ☐ Contingent | |
| **51 S. Main Street** | ☐ Unliquidated | |
| **Janesville, WI 53545** | ☐ Disputed | |

Date(s) debt was incurred  **12/31/2016**          Basis for the claim:  **Property tax due per lease agreement on KFC #7**

Last 4 digits of account number  **0011**          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.210**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,875.71** |
|---|---|---|
| **Rock County Treasurer** | ☐ Contingent | |
| **51 S. Main Street** | ☐ Unliquidated | |
| **Janesville, WI 53545** | ☐ Disputed | |

Date(s) debt was incurred  **12/31/2016**          Basis for the claim:  **Property tax due per lease agreement on KFC #15**

Last 4 digits of account number  **1850**          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.211**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$465.03** |
|---|---|---|
| **Rock River Disposal, Inc.** | ☐ Contingent | |
| **4002 S. Main Street** | ☐ Unliquidated | |
| **Rockford, IL 61102** | ☐ Disputed | |

Date(s) debt was
incurred  **Balance due as of 12/4/2017**          Basis for the claim:  **Trade Debts - Services Rendered**

Last 4 digits of account number  **7909**          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.212**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,703.70** |
|---|---|---|
| **Rock River Water** | ☐ Contingent | |
| **3333 Kishwaukee St.** | ☐ Unliquidated | |
| **Rockford, IL 61109** | ☐ Disputed | |

Date(s) debt was
incurred  **Balance as of 12/4/2017**          Basis for the claim:  **Utilities**

Last 4 digits of account number  **Multiple Accounts**          Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **BARTLETT MANAGEMENT SERVICES, INC.**                     Case number (if known)   **17-71890**
_____
Name

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$796.94** |
|---|---|---|---|

**Rock Valley Culligan**
**6421 Material Ave,**
**Loves Park, IL 61132-2755**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debts - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$487.00** |
|---|---|---|---|

**Roto Rooter**
**4808 Ivywood Trail**
**Mc Farland, WI 53558-9433**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account
number **No Account Number**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,338.85** |
|---|---|---|---|

**Roto Rooter - Springfield**
**11 Cottonwood Drive**
**Chatham, IL 62629**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debts - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,170.00** |
|---|---|---|---|

**Roto Rooter -Sewer Drain & Plumbing**
**6904 Forest Hills Road**
**Loves Park, IL 61111**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,267.20** |
|---|---|---|---|

**Roto Rooters Plumbers**
**1304 W. Anthony Drive**
**Champaign, IL 61821**

Date(s) debt was incurred **As of 11/06/2017**

Last 4 digits of account number **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debts - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$218.80** |
|---|---|---|---|

**RPW Prowash**
**4449 Scenic Drive**
**Rockford, IL 61109**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,442.23** |
|---|---|---|---|

**RSCS - KFC Packline**
**950 Breckenridge Lane**
**Suite 300**
**Louisville, KY 40207**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **6037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Installment Loan for KFC Packline Upgrade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

**3.220** | Nonpriority creditor's name and mailing address

**RSCS Parts Connection**
**950 Breckenridge Lane**
**Suite 300**
**Louisville, KY 40207**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account
number **No Account NUmber**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ☒ No  ☐ Yes

**$97.66**

---

**3.221** | Nonpriority creditor's name and mailing address

**RSCS Smallwares Connection**
**477 South Front Street**
**Columbus, OH 43215**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **5399**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ☒ No  ☐ Yes

**$2,521.60**

---

**3.222** | Nonpriority creditor's name and mailing address

**Sangamon County Collector**
**200 S 9th St #102**
**Springfield, IL 62794-9400**

Date(s) debt was incurred **12/31/2016**

Last 4 digits of account number **8025**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Property tax due per lease agreement on KFC #24**

Is the claim subject to offset? ☒ No  ☐ Yes

**$14,229.54**

---

**3.223** | Nonpriority creditor's name and mailing address

**Sangamon County Collector**
**200 S 9th St #102**
**Springfield, IL 62794-9400**

Date(s) debt was incurred **12/31/2016**

Last 4 digits of account number **1037**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Property tax due per lease agreement on KFC #25**

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,274.22**

---

**3.224** | Nonpriority creditor's name and mailing address

**Sangamon County Collector**
**200 S 9th St #102**
**Springfield, IL 62794-9400**

Date(s) debt was incurred **12/31/2016**

Last 4 digits of account number **1035**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Property tax due per lease agreement on KFC #25**

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,274.22**

---

**3.225** | Nonpriority creditor's name and mailing address

**Sangamon County Collector**
**200 S 9th St #102**
**Springfield, IL 62794-9400**

Date(s) debt was incurred **12/31/2016**

Last 4 digits of account number **1034**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Property tax due per lease agreement on KFC #25**

Is the claim subject to offset? ☒ No  ☐ Yes

**$636.82**

---

**3.226** | Nonpriority creditor's name and mailing address

**Sangamon County Collector**
**200 S 9th St #102**
**Springfield, IL 62794-9400**

Date(s) debt was incurred **12/31/2016**

Last 4 digits of account number **1038**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Property tax due per lease agreement on KFC #25**

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,274.22**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | | Case number (if known) | **17-71890** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,084.34** |
| --- | --- | --- | --- |

**Sangamon County Collector**
**200 S 9th St #102**
**Springfield, IL 62794-9400**

Date(s) debt was incurred  **12/31/2016**

Last 4 digits of account number  **1036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Property tax due per lease agreement on KFC #25**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,437.25** |
| --- | --- | --- | --- |

**Sanimax USA, Inc.**
**39379 Treasury Center**
**Chicago, IL 60694-9900**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **9570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,486.24** |
| --- | --- | --- | --- |

**SCFRC-HW-G LLC**
**5601 Granite Parkway**
**Suite 1350**
**Plano, TX 75024**

Date(s) debt was incurred  **thru 11/06/17**

Last 4 digits of account number  **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent due under Real Property Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210.00** |
| --- | --- | --- | --- |

**Security Alarm of Rockford, LLC**
**2139 N. Central**
**Rockford, IL 61101**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **6131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Serviced Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Sheridan's Plumbing**
**6708 Granner Ct**
**Indianapolis, IN 46221**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,630.00** |
| --- | --- | --- | --- |

**Sims Lawncare**
**2411 Southwood Drive**
**Champaign, IL 61821**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debts - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,193.08** |
| --- | --- | --- | --- |

**SNP-Bell, LLC**
**c/o Melissa Bell**
**403 Westwood Drive**
**Shorewood, IL 60404**

Date(s) debt was
incurred  **Balance Due as of 12/4/2017**

Last 4 digits of account number  **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent due under Real Property Lease for KFC # 14
($43,074.16)
Plus 2016 Property Taxes ($12,118.92)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

Debtor   **BARTLETT MANAGEMENT SERVICES, INC.**   Case number (if known)   **17-71890**
Name

| | |
|---|---|
| 3.234 | |

**Nonpriority creditor's name and mailing address**  
**Sorce Enterprises, Inc.**  
**De Hater Division**  
**3201 N. Main Street**  
**East Peoria, IL 61611**  

Date(s) debt was  
incurred **Balance due as of 12/4/2017**  

Last 4 digits of account number **tore**

As of the petition filing date, the claim is: Check all that apply.     **$1,908,154.39**  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: **Trade Debts - Goods Provided**  

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | |
|---|---|

**Nonpriority creditor's name and mailing address**  
**Springfield Electric**  
**700 N. 9th Street**  
**Springfield, IL 62702**  

Date(s) debt was incurred __  

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **Unknown**  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: **Trade Debt - Supplier**  

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | |
|---|---|

**Nonpriority creditor's name and mailing address**  
**Steritech Group, Inc.**  
**6701 Carmel Road**  
**Charlotte, NC 28226**  

Date(s) debt was  
incurred **Balance due as of 12/4/2017**  

Last 4 digits of account number **3608**

As of the petition filing date, the claim is: Check all that apply.     **$1,186.50**  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: **Trade Debts - Services Rendered**  

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | |
|---|---|

**Nonpriority creditor's name and mailing address**  
**Sterling Talent Solution**  
**1 State St**  
**New York, NY 10004-1561**  

Date(s) debt was  
incurred **Balance due as of 12/4/2017**  

Last 4 digits of account number **6379**

As of the petition filing date, the claim is: Check all that apply.     **$1,208.90**  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: **Trade Debt - Services Rendered**  

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | |
|---|---|

**Nonpriority creditor's name and mailing address**  
**Sun-Beam Window Cleaners**  
**1340 Turrett Drive**  
**Unit C**  
**Machesney Park, IL 61115**  

Date(s) debt was  
incurred **Balance due as of 12/4/2017**  

Last 4 digits of account number **None**

As of the petition filing date, the claim is: Check all that apply.     **$996.50**  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: **Trade Debts - Services Rendered**  

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | |
|---|---|

**Nonpriority creditor's name and mailing address**  
**Talx UC Express**  
**4076 Paysphere Circle**  
**Chicago, IL 60674**  

Date(s) debt was  
incurred **Balance due as of 12/4/2017**  

Last 4 digits of account number **9901**

As of the petition filing date, the claim is: Check all that apply.     **$655.45**  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: **Trade Debt - Services**  

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | |
|---|---|

**Nonpriority creditor's name and mailing address**  
**Team 360 Services**  
**5 Koweba Lane**  
**Indianapolis, IN 46201**  

Date(s) debt was  
incurred **Balance due as of 12/4/2017**  

Last 4 digits of account number **None**

As of the petition filing date, the claim is: Check all that apply.     **$380.75**  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: **Trade Debt - Services Rendered**  

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(if known)* | **17-71890** |
|---|---|---|---|
| | Name | | |

---

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Twin City Electric**
**1701 Easy Street**
**Bloomington, IL 61701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt - Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**United Parcel Service**
**55 Glenlake Parkway NE.**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **As of 10/31/2017**

**Basis for the claim:**  **Trade Debt - Serviced Provided**

Last 4 digits of account number  **2185**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$704.42** |
|---|---|---|---|

**Urbana & Champaign Sanitary District**
**1100 E University Ave**
**P.O. Box 669**
**Urbana, IL 61803-0669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **thru 11/06/17**

**Basis for the claim:**  **Utilities**

Last 4 digits of account number  **Multiple Accounts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**USPS Postmaster**
**Tampa Airport MOWU**
**PO BOx 39841 BR876001**
**Tampa, FL 33630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt - Supplier (Prepaid business envelopes)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,787.44** |
|---|---|---|---|

**V5 Enterprises LLC**
**P.O.Box 802**
**Prospect Heights, IL 60070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **thru 11/06/17**

**Basis for the claim:**  **Real Property Lease**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,095,483.33** |
|---|---|---|---|

**Valenti Florida Management, Inc.**
**3930 Priemer North Drive**
**Tampa, FL 33618**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

**Basis for the claim:**  **Independent Contractor Agreement:**
**Accounting and Management Services Per Contract**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,261.24** |
|---|---|---|---|

**Vectren Energy Delivery**
**ATTN Bankruptcy Dept**
**P.O. Box 209**
**Evansville, IN 47702-0209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance as of 12/4/2017**

**Basis for the claim:**  **Utilities**

Last 4 digits of account number  **Multiple Accounts**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

---

**3.248** | Nonpriority creditor's name and mailing address

**Vermilion County Treasurer**
**6 N. VermilionStreet # 3**
**Danville, IL 61832**

Date(s) debt was incurred   **12/31/2016**

Last 4 digits of account number   **0136**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Property tax due per lease agreement on KFC #14**

Is the claim subject to offset? ■ No ☐ Yes

**$1,697.82**

---

**3.249** | Nonpriority creditor's name and mailing address

**Vermilion County Treasurer**
**6 N. VermilionStreet # 3**
**Danville, IL 61832**

Date(s) debt was incurred   **12/31/2016**

Last 4 digits of account number   **0082**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Property tax due per lease agreement on KFC #14**

Is the claim subject to offset? ■ No ☐ Yes

**$681.38**

---

**3.250** | Nonpriority creditor's name and mailing address

**Vermilion County Treasurer**
**6 N. VermilionStreet # 3**
**Danville, IL 61832**

Date(s) debt was incurred   **12/31/2016**

Last 4 digits of account number   **0083**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Property tax due per lease agreement on KFC #14**

Is the claim subject to offset? ■ No ☐ Yes

**$7,363.60**

---

**3.251** | Nonpriority creditor's name and mailing address

**Vermilion County Treasurer**
**6 N. VermilionStreet # 3**
**Danville, IL 61832**

Date(s) debt was incurred   **12/31/2016**

Last 4 digits of account number   **0135**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Property tax due per lease agreement on KFC #14**

Is the claim subject to offset? ■ No ☐ Yes

**$1,889.54**

---

**3.252** | Nonpriority creditor's name and mailing address

**Walz Label & Mailing**
**624 High Point Lane**
**East Peoria, IL 61611**

Date(s) debt was
incurred   **Balance due as of 12/4/2017**

Last 4 digits of account number   **E510**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt - Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$174.96**

---

**3.253** | Nonpriority creditor's name and mailing address

**Waste Management**
**1001 Fannin Street**
**Houston, TX 77002**

Date(s) debt was
incurred   **Balance due as of 12/4/2017**

Last 4 digits of account number   **3002**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$1,852.66**

---

**3.254** | Nonpriority creditor's name and mailing address

**Watts Copy System, Inc.**
**860 Stanton Ave**
**Springfield, IL 62703**

Date(s) debt was
incurred   **Balance due as of 12/4/2017**

Last 4 digits of account number   **9000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$380.41**

---

| | |
|---|---|
| Debtor **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) **17-71890** |
| Name | |

---

**3.255**

**Nonpriority creditor's name and mailing address**
Weinmann's Culligan
161 E. Sangamon
Mahomet, IL 61853

Date(s) debt was
incurred **Monthly - Recurring Vendor**

Last 4 digits of account number **None**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.256**

**Nonpriority creditor's name and mailing address**
WEX, Inc.
P.O. Box 639
Portland, ME 04104

Date(s) debt was incurred **As of 10/31/2017**

Last 4 digits of account number **7753**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card (Fuel Purchases)**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257**

**Nonpriority creditor's name and mailing address**
Willey & Son Lawn Svc
6868 EAST STATE RD 252
Morgantown, IN 46160

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **None**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debts - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$1,675.00**

---

**3.258**

**Nonpriority creditor's name and mailing address**
Window Genie of South & Windows
3270 Traction Road
Crawfordsville, IN 47933

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **None**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.259**

**Nonpriority creditor's name and mailing address**
Winnebago County Treasurer
404 Elm Street - Room 205
Rockford, IL 61101

Date(s) debt was incurred **12/31/2016**

Last 4 digits of account number **4021**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Property Tax KFC # 2 Per Real Property Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$657.42**

---

**3.260**

**Nonpriority creditor's name and mailing address**
Winnebago County Treasurer
404 Elm Street - Room 205
Rockford, IL 61101

Date(s) debt was incurred **12/31/2016**

Last 4 digits of account number **4010**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Property Tax KFC # 2 Per Lease Agreement**

Is the claim subject to offset? ■ No ☐ Yes

**$811.34**

---

**3.261**

**Nonpriority creditor's name and mailing address**
Winnebago County Treasurer
404 Elm Street - Room 205
Rockford, IL 61101

Date(s) debt was incurred **12/31/2016**

Last 4 digits of account number **4022**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Property Tax Due KFC # 2 Per Lease Agreement**

Is the claim subject to offset? ■ No ☐ Yes

**$12,389.10**

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(if known)* | **17-71890** |
|---|---|---|---|
| | Name | | |

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$653.64** |
|---|---|---|---|

**Winnebago County Treasurer**
**404 Elm Street - Room 205**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Last 4 digits of account number  **7014**

Basis for the claim:  **Property Tax Due KFC # 3**
**Per Lease Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$653.64** |
|---|---|---|---|

**Winnebago County Treasurer**
**404 Elm Street - Room 205**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Last 4 digits of account number  **7015**

Basis for the claim:  **Property Tax Due KFC # 3**
**Per Lease Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,132.38** |
|---|---|---|---|

**Winnebago County Treasurer**
**404 Elm Street - Room 205**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Last 4 digits of account number  **8005**

Basis for the claim:  **Property tax due per lease agreement on KFC #44**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,758.27** |
|---|---|---|---|

**Winnebago County Treasurer**
**404 Elm Street - Room 205**
**Rockford, IL 61101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Last 4 digits of account number  **2032**

Basis for the claim:  **Property Taxes  KFC #9**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Wisconsin Logos**
**4918 Triangle Street**
**Mc Farland, WI 53558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **6152**

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrew C. Dystrup**<br>**822 N. Infantry Drive, Suite 104,**<br>**Joliet, IL 60435** | Line  **3.233**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Davis and Delanois, PC**<br>**28 W. North Street, Suite 200**<br>**P.O. Box 344**<br>**Attention: Adam Mudd**<br>**Danville, IL 61834** | Line  **3.233**<br><br>☐ Not listed. Explain ____ | __ |

---

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number (if known) | **17-71890** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Illinois Attorney General**<br>**33 South State St.**<br>**Room 992**<br>**Chicago, IL 60603** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **James Finegan**<br>**Finegan Law Firm**<br>**111 West Front Street**<br>**Bloomington, IL 61701** | Line **3.207**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **KMART**<br>**126664 Collection Ctr Drive**<br>**Chicago, IL 60693** | Line **3.144**<br><br>☐ Not listed. Explain ____ | **7004** |
| 4.6 | **Matthew Ports**<br>**Pfaff, Gill & Ports, Ltd.**<br>**One East Wacker Dr., Suite 3310**<br>**North Granby, CT 06060-1000** | Line **3.81**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Meyer Capel, A Professional Corporation**<br>**306 W. Church Street**<br>**Champaign, IL 61820** | Line **3.246**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Meyer Capel, A Professional Corporation**<br>**306 W. Church Street**<br>**Champaign, IL 61820** | Line **3.151**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Midland Loan Services (PNC)**<br>**P.O. Box 25965**<br>**Shawnee Mission, KS 66225-5965** | Line **3.229**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Patrick Gittemeir, Lease Administrator**<br>**10851 Mastin, Suite 300**<br>**Overland Park, KS 66210** | Line **3.229**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Pepsi Cola Law Department**<br>**1111 Westchester Avenue**<br>**Attn: General Counsel**<br>**West Harrison, NY 10604** | Line **3.191**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Roger L. Prillaman**<br>**Prillaman & Moore, Ltd.**<br>**220 W. Main Street**<br>**Urbana, IL 61801** | Line **3.80**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **US Restaurant Properties**<br>**8140 Walnut Hill Ln, Ste 400**<br>**Attention: Matt Laatsch**<br>**Dallas, TX 75231** | Line **3.169**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | **53,364.77** |
| 5b. Total claims from Part 2 | 5b. + $ | **13,567,831.99** |

Debtor    **BARTLETT MANAGEMENT SERVICES, INC.**                    Case number (if known)    **17-71890**
          _____
          Name

**5c. Total of Parts 1 and 2**                                    5c.    $ _____ **13,621,196.76**
   Lines 5a + 5b = 5c.

---

**Fill in this information to identify the case:**

Debtor name    **BARTLETT MANAGEMENT SERVICES, INC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    **17-71890**

☐ Check if this is an
   amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **License Agreement 9/25/2001 Expires on 20th anniversary of opening date of restaurant for following locations:** |
| State the term remaining | **Expires 2021** |
| List the contract number of any government contract | **A & W Restaurants, Inc. 101 Yorkshire Boulevard Attn:  Michael White, Senior Counsel Lexington, KY 40509-1809** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of KFC #5 BELVIDERE: 1160 N. State St., Belvidere, IL 61008-2027** |
| State the term remaining | **12/31/2026** |
| List the contract number of any government contract | **Agree Realty Corporation 70 E. Long Road Bloomfield Hills, MI 48304** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Linen Contract Automatic renewal every 36 months unless 60 day notice given Start Date 11/9/2011** |
| | **Store Numbers 44,32,4,5,2,9,25,24,19,4 1,22,3,15 and 7 next renewal date is 1/9/2020** |
| State the term remaining | |
| List the contract number of any government contract | **Aramark Uniform Services 115 N. 1st Street Burbank, CA 91502** |

---

| Debtor 1 | **BARTLETT MANAGEMENT SERVICES, INC.** | | Case number *(if known)* | **17-71890** |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 10 KFC Properties:**<br>**KFC #3 11TH STREET 3035 11th St., Rockford IL  61109-1209**<br>**KFC #10 MATTOON 1000 Charleston Ave., Mattoon, IL  61938-4127**<br>**KFC #12 CRAWFORDSVILLE: 309 N. Washington Street, Crawsfordsville IN 47933-1741**<br>**KFC #19 PERSHING RD: 1310 E. Pershing Rd., Decatur, IL 62526**<br>**KFC #24 WEST JEFFERSON: 1850 W. Jefferson St., Springfield, IL  62702**<br>**KFC #25 NORTH 9TH STREET: 1111 N. Ninth St., Springfield, IL 62702-3949**<br>**KFC #26 PROSPECT RD., BLOOMINGTON: 501 N. Prospect Rd., Bloomington, IL 61704-3563**<br>**KFC #28 COUNTY LINE: 1293 N. State Rd. 135, Greenwood, IN 46142-1020**<br>**KFC #31 FRANKLIN: 2401 N. Morton St., Franklin, IN  46131-9703**<br>**KFC #43 CHARLESTON: 2310 Lincoln Ave., Charleston, IL 61920-3049** | |
| | State the term remaining | **3/31/2034** | **ARC CAFEUSA001, LLC**<br>**c/o American Realty Capital Properties**<br>**Attn: Legal Dept. -- -Real Estate**<br>**2325 E. Camelback Road, Suite 1100**<br>**Phoenix, AZ 85016** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Construction of Machesney Park KFC** | |
| | State the term remaining | **No Term** | **B.A. Ward, Inc.**<br>**711 West Jefferson Street**<br>**Washington, IL 61571** |
| | List the contract number of any government contract | | |

Debtor 1    **BARTLETT MANAGEMENT SERVICES, INC.**                    Case number *(if known)*    **17-71890**
        First Name            Middle Name            Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Bank of America** |
| | | | **1231 Durrett Lane** |
| | List the contract number of any government contract | | **Attention: Product Manager** |
| | | | **Louisville, KY 40213** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Contract # CT-3989699 $540** | |
|---|---|---|---|
| | State the term remaining | **Expires 11/9/2017** | **Career Builder, LLC** |
| | List the contract number of any government contract | | **13047 Collection Ctr D** |
| | | | **Chicago, IL 60693-0130** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Contract # CT-4187769 $332** | |
|---|---|---|---|
| | State the term remaining | **Ends 10/24/2018** | **Career Builder, LLC** |
| | List the contract number of any government contract | | **13047 Collection Ctr D** |
| | | | **Chicago, IL 60693-0130** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Charleston, IL KFC Service Agreement 50008861** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/23/2018** | **Clean Uniform Company** |
| | List the contract number of any government contract | | **1316 South Seventh Street** |
| | | | **Saint Louis, MO 63104** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Matton KFC Service Agreement 50008862** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/23/18** | **Clean Uniform Company** |
| | List the contract number of any government contract | | **1316 South Seventh Street** |
| | | | **Saint Louis, MO 63104** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of KFC # 2: 1502 Kilburn Ave., Rockford, IL  61101-3444 Entered 9/1/2013 Annual Rent: Greate or $49,000 or 8% of sales 2/28/2022** | |
|---|---|---|---|
| | State the term remaining | | **COHETH PROPERTIES** |
| | | | **c/o Fiorillo, Schaffer & Associates, Ltd** |
| | | | **2 Lane Drive** |
| | | | **Paxton, IL 60957** |

| Debtor 1 | **BARTLETT MANAGEMENT SERVICES, INC.** | | Case number *(if known)* | **17-71890** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Purchase Agreement** | |
| | State the term remaining | **12/1/2018** | **Dale Boyer** |
| | List the contract number of any government contract | | **727 Lakeshore Drive** **Tuscola, IL 61953** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **KFC #4 NORTH MAIN 3555 N. Main Street, Rockford, IL Notice of Default sent by Lessee in April 2017. Property Abandoned by Tenant in May 2017.** | |
| | State the term remaining | **LANDLORD HAS CUT OFF CONTACT; Lease expires 10/31/2029** | **Daryl C. Nicholson, Trustee** **The Nicholson Trust** **26914 Avenue 140** |
| | List the contract number of any government contract | | **Porterville, CA 93257** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Architectural Services to rebuild KFC #44 (Machesney Park) Quoted $6500 fee** | |
| | State the term remaining | | **Design +, Inc.** **1449 Bardstown Road** **Suite 200** |
| | List the contract number of any government contract | | **Louisville, KY 40204** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Adoption Agreement** | |
| | State the term remaining | **Expires 12/31/2026** | **Dr. Pepper/Seven-Up, Inc.** **5301 Legacy Drive** |
| | List the contract number of any government contract | | **Plano, TX 75024** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Service Contract for Pest Control** | |
| | State the term remaining | **Month to Month** | **Ecolab Pest Elimination Division** **26252 Network Place** |
| | List the contract number of any government contract | | **Chicago, IL 60673-1262** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor 1 | BARTLETT MANAGEMENT SERVICES, INC. | | | Case number *(if known)* | **17-71890** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Solid Waste/Recycling Cost Reduction Renewal Agreement Payment of $25 per location per month, 24 months beginning 1/01/2016** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2017** | **Environmental Waste Solutions** |
| | List the contract number of any government contract | | **950 S Tamiami Trail #210 Sarasota, FL 34236** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **36 month service contract with automatic renewal every 36 months Contract date 3/20/2012 next renewal date 3/20/2018** | |
|---|---|---|---|
| | State the term remaining | | **G&K Services** |
| | List the contract number of any government contract | | **715 Sabrina Drive East Peoria, IL 61611** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of KFC #29 UNIVERSITY: 410 W. University Ave., Urbana, IL 61801-1644 10/1/2029** | |
|---|---|---|---|
| | State the term remaining | | **HORVATH REALTY OF ILLINOIS, LLC,** |
| | List the contract number of any government contract | | **31 Bank Street Sussex, NJ 07461** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Future Store Network (FSN) Services Agreement Executed 7/30/2015** | |
|---|---|---|---|
| | State the term remaining | | **Hughes Network Systems, LLC** |
| | List the contract number of any government contract | | **11717 Exploration Lane Germantown, MD 20876** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Purchase and Sale of Fixtures and Equipment located at KFC #9 (Riverside location) for $75,000 Executed 9/28/2017** | |
|---|---|---|---|
| | State the term remaining | | **Istref Sam Sabani** |
| | List the contract number of any government contract | | **796 Riverside Road Belvidere, IL 61008** |

| Debtor 1 | **BARTLETT MANAGEMENT SERVICES, INC.** | | Case number *(if known)* | **17-71890** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 2** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2027** | **KFC PO Box 32070 Attention: Vice President-Franchising Louisville, KY 40232** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 3** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2027** | **KFC PO Box 32070 Attention: Vice President-Franchising Louisville, KY 40232** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 5 Multibrand with Long John Silver** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2022** | **KFC PO Box 32070 Attention: Vice President-Franchising Louisville, KY 40232** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 7** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2027** | **KFC PO Box 32070 Attention: Vice President-Franchising Louisville, KY 40232** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 9** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/19/2020** | **KFC PO Box 32070 Attention: Vice President-Franchising Louisville, KY 40232** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC #10** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2027** | **KFC PO Box 32070 Attention: Vice President-Franchising Louisville, KY 40232** |

| Debtor 1 | **BARTLETT MANAGEMENT SERVICES, INC.** | | Case number *(if known)* | **17-71890** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## ▉ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ | |
|---|---|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 12** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2027** | **KFC**<br>**PO Box 32070**<br>**Attention: Vice President-Franchising**<br>**Louisville, KY 40232** |
| | List the contract number of any government contract | _____ | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC #15 (Multibrand Agreement with Long John Silver) Expires 11/29/2019** | |
|---|---|---|---|
| | State the term remaining | | **KFC**<br>**PO Box 32070**<br>**Attention: Vice President-Franchising**<br>**Louisville, KY 40232** |
| | List the contract number of any government contract | _____ | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 16** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2027** | **KFC**<br>**PO Box 32070**<br>**Attention: Vice President-Franchising**<br>**Louisville, KY 40232** |
| | List the contract number of any government contract | _____ | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 18** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2027** | **KFC**<br>**PO Box 32070**<br>**Attention: Vice President-Franchising**<br>**Louisville, KY 40232** |
| | List the contract number of any government contract | _____ | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 19** | |
|---|---|---|---|
| | State the term remaining | | **KFC**<br>**PO Box 32070**<br>**Attention: Vice President-Franchising**<br>**Louisville, KY 40232** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

| Debtor 1 | BARTLETT MANAGEMENT SERVICES, INC. | | | Case number (*if known*) | **17-71890** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 23** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2027** | **KFC** |
| | List the contract number of any government contract | _____ | **PO Box 32070**<br>**Attention: Vice President-Franchising**<br>**Louisville, KY 40232** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 24** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2027** | **KFC** |
| | List the contract number of any government contract | _____ | **PO Box 32070**<br>**Attention: Vice President-Franchising**<br>**Louisville, KY 40232** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 25** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2022** | **KFC** |
| | List the contract number of any government contract | _____ | **PO Box 32070**<br>**Attention: Vice President-Franchising**<br>**Louisville, KY 40232** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 26** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2027** | **KFC** |
| | List the contract number of any government contract | _____ | **PO Box 32070**<br>**Attention: Vice President-Franchising**<br>**Louisville, KY 40232** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 27 (Multibrand Agreement with A&W)** | |
|---|---|---|---|
| | State the term remaining | **Expires 8/8/2022** | **KFC** |
| | List the contract number of any government contract | _____ | **PO Box 32070**<br>**Attention: Vice President-Franchising**<br>**Louisville, KY 40232** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 28** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2027** | **KFC** |
| | List the contract number of any | | **PO Box 32070**<br>**Attention: Vice President-Franchising**<br>**Louisville, KY 40232** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **BARTLETT MANAGEMENT SERVICES, INC.** | | Case number *(if known)* | **17-71890** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 29** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2027** | **KFC** |
| | List the contract number of any government contract | | **PO Box 32070** **Attention: Vice President-Franchising** **Louisville, KY 40232** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 31** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2027** | **KFC** |
| | List the contract number of any government contract | | **PO Box 32070** **Attention: Vice President-Franchising** **Louisville, KY 40232** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 30** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2027** | **KFC** |
| | List the contract number of any government contract | | **PO Box 32070** **Attention: Vice President-Franchising** **Louisville, KY 40232** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 32 (Multibrand agreement with Long John Silver)** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/1/2027** | **KFC** |
| | List the contract number of any government contract | | **PO Box 32070** **Attention: Vice President-Franchising** **Louisville, KY 40232** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 43 (Multibrand Agreement with A&W)** | |
|---|---|---|---|
| | State the term remaining | **Expires 11/22/2023** | **KFC** |
| | List the contract number of any government contract | | **PO Box 32070** **Attention: Vice President-Franchising** **Louisville, KY 40232** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement with KFC # 44** | **KFC** **PO Box 32070** **Attention: Vice President-Franchising** **Louisville, KY 40232** |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1    **BARTLETT MANAGEMENT SERVICES, INC.**                                    Case number *(if known)*    **17-71890**
      First Name     Middle Name     Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |  |  |
|---|---|---|---|
| | State the term remaining | **Expires 2/28/2025** | |
| | List the contract number of any government contract | | |
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **KFC Gift Card Participation Agreement** | |
| | State the term remaining | **No End Term** | **KFCGC, Inc. 950 Breckenridge Lane Louisville, KY 40207** |
| | List the contract number of any government contract | | |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Value Appreciation Rights Agreement (Deferred Compensation Plan) Made 12/28/1999** | |
| | State the term remaining | **No Term** | **Kimberly S. Reed 5535 Rattelsnake Hammock Apartment 104 Naples, FL 34113** |
| | List the contract number of any government contract | | |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **LAND ONLY of KFC # 32 (located in KMART) 5949 E. State St., Rockford, IL  61108 Assignment and Assumption of Lopax Lease (2014)** | |
| | State the term remaining | **1/1/2027** | **Kmart Corporation Attn: VP Real Estate 3333 Beverly Road Hoffman Estates, IL 60179** |
| | List the contract number of any government contract | | |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Co Brand Franchise Agreement for KFC # 44 Executed 9/14/2004 Term Runs with KFC Agreement** | |
| | State the term remaining | **Expires 2/28/2025** | **Long John Silver's Inc 1441 Gardiner Lane Attention:  President Louisville, KY 40213** |
| | List the contract number of any government contract | | |

| Debtor 1 | **BARTLETT MANAGEMENT SERVICES, INC.** | | Case number *(if known)* | **17-71890** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Lease and Service Agreement for Real Estate Equipment, Accounting and Human Resources Entered 12/3/1996 between Valenti Midwest, Inc. Commentment Date 1/1/1997 Confirmed and Restated 7/1/2008 Terms of Confirmed and Restated Lease extended on 11/1/2008 to 8/1/2013 Management Services Term for 15 years Commencement date (December 31, 2011)** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | |
| | List the contract number of any government contract | | **LOPAX, Inc. 3930 Premier North Dr Tampa, FL 33618** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Modification Agreement pursuant to which Debtor and its affiliated entities (Bartlett Management Peoria, Inc. and Bartlett Mangement Indianapolis, Inc. retained Mr. Bartlett as a consultant beginning May 1, 2014 and pay him a salary of $50,000 per year as well as provide health coverage to Mr. Bartlett and his wife Jane Bartlett and continue to pay premiums on Mr. Bartlett's life insurance, in exchange for forgiveness of debt.** **See also Business Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **No End Term** | |
| | List the contract number of any government contract | | **Michael Bartlett 31213 N. GECKO TRAIL San Tan Valley, AZ 85143-4170** |

| Debtor 1 | BARTLETT MANAGEMENT SERVICES, INC. | | Case number *(if known)* | 17-71890 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Business Services Agreement entered 8/18/2014, as amended 12/20/2016 Salary of $55,497 per year payable in biweekly installments of $2,134.50, plus yearly fee for incidental costas and expenses in the amount of $33,160.66, payable in biweekly installments of $1,275.41** | |
|---|---|---|---|
| | State the term remaining | **No End Term (as long as parties deem necessary)** | |
| | List the contract number of any government contract | | **Michael Bartlett 31213 N. GECKO TRAIL San Tan Valley, AZ 85143-4170** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Acct #2822 -  Contract with 12 Bowman Location (KFC # 14)** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/12/18 (automatically renewed)** | |
| | List the contract number of any government contract | | **Mickey's Linen and Towel Supply Company 4601 W. Addison St.  #300 Chicago, IL 60641-3702** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Account #1038  --- Contract with KFC #29 (410 University Ave, Urbana, IL)** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/2018 (automatically renews)** | |
| | List the contract number of any government contract | | **Mickey's Linen and Towel Supply Company 4601 W. Addison St.  #300 Chicago, IL 60641-3702** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Account # 1065  --- Contract with  KFC # 16 (2201 Springfield Dr, Champaign, IL)** | |
|---|---|---|---|
| | State the term remaining | **12/2018 (automatically renews)** | |
| | List the contract number of any government contract | | **Mickey's Linen and Towel Supply Company 4601 W. Addison St.  #300 Chicago, IL 60641-3702** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Account #4099 --- Contract with 1321 N. Dunlap, Savoy, Illinois** | |
|---|---|---|---|
| | State the term remaining | | **Mickey's Linen and Towel Supply Company 4601 W. Addison St.  #300 Chicago, IL 60641-3702** |

Debtor 1    **BARTLETT MANAGEMENT SERVICES, INC.**
             _____
             First Name         Middle Name         Last Name

Case number *(if known)*    **17-71890**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of KFC #23 SOUTH 6TH STREET: 3150 S. 6th St., Springfield, IL 62703-4018 (Assumption and Assignment of lease by 6th Street Springfield, LLC to Micromont on 9/28/17)** | |
|---|---|---|---|
|  | State the term remaining | **12/31/2026** | **Micromont Holdings 4 LLC 8140 Walnut Hill Lane Suite 400 Dallas, TX 75231** |
|  | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **$365.00 Per month Beginning 5/15/17 60 days notice of non-renewal in writing** | |
|---|---|---|---|
|  | State the term remaining | **1 Year (5/15/2018)** | **Midwest Building Management 2500 N. Main Street Rockford, IL 61103** |
|  | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Operator Agreement to provide Music Services/Leased Equipment 60 month term** | |
|---|---|---|---|
|  | State the term remaining | **Expires 12/31/2019** | **Mood Media (Muzak) 1703 W. 5TH ST. Suite 600 Austin, TX 78703** |
|  | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement with KFC # 12 (Crawfordsville, IN) Rental of Cleaning Supplies** | |
|---|---|---|---|
|  | State the term remaining | **Expires 2-15-2020** | **Morgan Services, Inc. 201 E. Lincoln Street Indianapolis, IN 46255** |
|  | List the contract number of any government contract | | |

| | |
|---|---|
| Debtor 1 **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(if known)* **17-71890** |
| First Name     Middle Name     Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.60.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of 3 KFC Locations:**<br>**KFC #7 JANESVILLE: 2425 Milton Ave., Janesville, WI 53545-0439**<br>**KFC #9 RIVERSIDE: 6566 E. Riverside Blvd., Loves Park, IL 61111-8619**<br>**KFC #44 MACHESNEY PARK: 1586 W. Lane Rd.. Machesney Park, IL 61115-1903** | |
| State the term remaining | **8/31/2030** | **Nesbitt Re Holdings, LLC**<br>**3930 Premier North Drive**<br>**Tampa, FL 33618-3450** |
| List the contract number of any government contract | | |
| **2.61.** State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement for Unemployment Cost Control Services Annual Fee of $9260 per year with 3% increase in 2nd and 3rd years** | |
| State the term remaining | **Expires 3/31/2020** | **NSN Employers Services, Inc.**<br>**118 S. CLINTON ST**<br>**Suite 450**<br>**Champaign, IL 61820** |
| List the contract number of any government contract | | |
| **2.62.** State what the contract or lease is for and the nature of the debtor's interest | **Franchise Adoption Agreement  for all 3 Bartlett entities to the 2017 Pepsi-Cola Beverage Supply and Marketing Agreement between between YUM! Brands,Inc and Pepsico Sales Inc.** | |
| State the term remaining | **Ends 12/31/2026** | **Pepsi Cola Company**<br>**1111 Westchester Avenue**<br>**Attn: President, PepsiCo Foodservice**<br>**White Plains, NY 10604** |
| List the contract number of any government contract | | |
| **2.63.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of KFC #16 WEST SPRINGFIELD: 2201 W. Springfield Ave, Champaign, IL 61821-2911** | |
| State the term remaining | **10/1/2029** | **Pojanowski Champaign Realty, LLC**<br>**777 Terrace Avenue, Suite 201**<br>**Hasbrouck Heights, NJ 07604** |
| List the contract number of any government contract | | |

| Debtor 1 | **BARTLETT MANAGEMENT SERVICES, INC.** | | Case number *(if known)* | **17-71890** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of KFC #15 PRAIRIE AVE.: 2735 Prairie Ave., Beloit WI 53511** | |
|---|---|---|---|
| | State the term remaining | **7/31/2027** | **SCFRC-HW-G LLC 5601 Granite Parkway Suite 1350 Plano, TX 75024** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Interim Management and Restructuring Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Silverman Consulting 5750 Old Orchard Road Skokie, IL 60077** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of KFC #14 BOWMAN, DANVILLE: 12 N. Bowman Ave., Danville, IL 61832-5920** | |
|---|---|---|---|
| | State the term remaining | **12/31/2026** | **SNP-Bell, LLC c/o Melissa Bell 403 Westwood Drive Shorewood, IL 60404** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of KFC #30 SOUTHPORT RD.: 4250 E. Southport Rd., Indianapolis, IN 46237-3240** | |
|---|---|---|---|
| | State the term remaining | **7/31/2027** | **V5 Enterprises LLC P.O.Box 802 Prospect Heights, IL 60070** |
| | List the contract number of any government contract | | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for accounting and human resources management services.  Term currently expired on December 31, 2016, and parties have been operating under a month to month arrangement.** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Valenti Florida Management, Inc. 3930 Priemer North Drive Tampa, FL 33618** |
| | List the contract number of any government contract | | |

Debtor 1   **BARTLETT MANAGEMENT SERVICES, INC.**                              Case number (*if known*)   **17-71890**
             First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease for Copy Machine/Copies 63 Month Term** | |
|---|---|---|---|
| | State the term remaining | **expires 9/2020** | **Watts Copy System, Inc.** |
| | List the contract number of any government contract | | **860 Stanton Ave** |
| | | | **Springfield, IL 62703** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **BARTLETT MANAGEMENT SERVICES, INC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    **17-71890**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | ARC CAFEUSA001, LLC | c/o American Realty Capital Properties Attn: Legal Dept. -- -Real Estate 2325 E. Camelback Road, Suite 1100 Phoenix, AZ 85016 | Coles County Collector | ☐ D _____ ■ E/F __3.68__ ☐ G _____ |
| 2.2 | ARC CAFEUSA001, LLC | c/o American Realty Capital Properties Attn: Legal Dept. -- -Real Estate 2325 E. Camelback Road, Suite 1100 Phoenix, AZ 85016 | Coles County Collector | ☐ D _____ ■ E/F __3.69__ ☐ G _____ |
| 2.3 | ARC CAFEUSA001, LLC | c/o American Realty Capital Properties Attn: Legal Dept. -- -Real Estate 2325 E. Camelback Road, Suite 1100 Phoenix, AZ 85016 | Montgomery County Treasurer | ☐ D _____ ■ E/F __3.170__ ☐ G _____ |
| 2.4 | ARC CAFEUSA001, LLC | c/o American Realty Capital Properties Attn: Legal Dept. -- -Real Estate 2325 E. Camelback Road, Suite 1100 Phoenix, AZ 85016 | Macon County Collector | ☐ D _____ ■ E/F __3.157__ ☐ G _____ |

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(if known)* | **17-71890** |

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | **ARC CAFEUSA001, LLC** | c/o American Realty Capital Properties<br>Attn: Legal Dept. -- -Real Estate<br>2325 E. Camelback Road, Suite 1100<br>Phoenix, AZ 85016 | **Sangamon County Collector** | ☐ D ____<br>■ E/F ___3.222___<br>☐ G ____ |
| 2.6 | **ARC CAFEUSA001, LLC** | c/o American Realty Capital Properties<br>Attn: Legal Dept. -- -Real Estate<br>2325 E. Camelback Road, Suite 1100<br>Phoenix, AZ 85016 | **Sangamon County Collector** | ☐ D ____<br>■ E/F ___3.223___<br>☐ G ____ |
| 2.7 | **ARC CAFEUSA001, LLC** | c/o American Realty Capital Properties<br>Attn: Legal Dept. -- -Real Estate<br>2325 E. Camelback Road, Suite 1100<br>Phoenix, AZ 85016 | **Sangamon County Collector** | ☐ D ____<br>■ E/F ___3.224___<br>☐ G ____ |
| 2.8 | **ARC CAFEUSA001, LLC** | c/o American Realty Capital Properties<br>Attn: Legal Dept. -- -Real Estate<br>2325 E. Camelback Road, Suite 1100<br>Phoenix, AZ 85016 | **Sangamon County Collector** | ☐ D ____<br>■ E/F ___3.225___<br>☐ G ____ |
| 2.9 | **ARC CAFEUSA001, LLC** | c/o American Realty Capital Properties<br>Attn: Legal Dept. -- -Real Estate<br>2325 E. Camelback Road, Suite 1100<br>Phoenix, AZ 85016 | **Sangamon County Collector** | ☐ D ____<br>■ E/F ___3.226___<br>☐ G ____ |
| 2.10 | **ARC CAFEUSA001, LLC** | c/o American Realty Capital Properties<br>Attn: Legal Dept. -- -Real Estate<br>2325 E. Camelback Road, Suite 1100<br>Phoenix, AZ 85016 | **Sangamon County Collector** | ☐ D ____<br>■ E/F ___3.227___<br>☐ G ____ |

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(if known)* | **17-71890** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.11 | **ARC CAFEUSA001, LLC** | c/o American Realty Capital Properties<br>Attn: Legal Dept. -- -Real Estate<br>2325 E. Camelback Road, Suite 1100<br>Phoenix, AZ 85016 | **McLean County Collector** | ☐ D ____<br>■ E/F ___3.162___<br>☐ G ____ |
| 2.12 | **ARC CAFEUSA001, LLC** | c/o American Realty Capital Properties<br>Attn: Legal Dept. -- -Real Estate<br>2325 E. Camelback Road, Suite 1100<br>Phoenix, AZ 85016 | **Johnson County Treasurer** | ☐ D ____<br>■ E/F ___3.132___<br>☐ G ____ |
| 2.13 | **ARC CAFEUSA001, LLC** | c/o American Realty Capital Properties<br>Attn: Legal Dept. -- -Real Estate<br>2325 E. Camelback Road, Suite 1100<br>Phoenix, AZ 85016 | **Johnson County Treasurer** | ☐ D ____<br>■ E/F ___3.133___<br>☐ G ____ |
| 2.14 | **ARC CAFEUSA001, LLC** | c/o American Realty Capital Properties<br>Attn: Legal Dept. -- -Real Estate<br>2325 E. Camelback Road, Suite 1100<br>Phoenix, AZ 85016 | **Johnson County Treasurer** | ☐ D ____<br>■ E/F ___3.134___<br>☐ G ____ |
| 2.15 | **ARC CAFEUSA001, LLC** | c/o American Realty Capital Properties<br>Attn: Legal Dept. -- -Real Estate<br>2325 E. Camelback Road, Suite 1100<br>Phoenix, AZ 85016 | **Johnson County Treasurer** | ☐ D ____<br>■ E/F ___3.135___<br>☐ G ____ |
| 2.16 | **ARC CAFEUSA001, LLC** | c/o American Realty Capital Properties<br>Attn: Legal Dept. -- -Real Estate<br>2325 E. Camelback Road, Suite 1100<br>Phoenix, AZ 85016 | **Johnson County Treasurer** | ☐ D ____<br>■ E/F ___3.136___<br>☐ G ____ |

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(if known)* | **17-71890** |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.17 | **Bartlett Management Indianapolis Inc.** | 70 Clinton Plaza<br>Clinton, IL 61727 | Heartland Bank and Trust Company | ■ D __2.15__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **Bartlett Management Peoria, Inc** | 70 Clinton Plaza<br>Clinton, IL 61727 | Heartland Bank and Trust Company | ■ D __2.15__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | **COHETH PROPERTIES** | c/o Fiorillo, Schaffer & Associates, Ltd<br>2 Lane Drive<br>Paxton, IL 60957 | Winnebago County Treasurer | ☐ D _____<br>■ E/F __3.259__<br>☐ G _____ |
| 2.20 | **COHETH PROPERTIES** | c/o Fiorillo, Schaffer & Associates, Ltd<br>2 Lane Drive<br>Paxton, IL 60957 | Winnebago County Treasurer | ☐ D _____<br>■ E/F __3.260__<br>☐ G _____ |
| 2.21 | **COHETH PROPERTIES** | c/o Fiorillo, Schaffer & Associates, Ltd<br>2 Lane Drive<br>Paxton, IL 60957 | Winnebago County Treasurer | ☐ D _____<br>■ E/F __3.261__<br>☐ G _____ |
| 2.22 | **Horvath Realty of Illinois, LLC** | 31 Bank Street<br>Sussex, NJ 07461 | Champaign County Treasurer | ☐ D _____<br>■ E/F __3.45__<br>☐ G _____ |
| 2.23 | **Jane Bartlett** | 31213 N. GECKO TRAIL<br>San Tan Valley, AZ 85143-4170 | Heartland Bank and Trust Company | ■ D __2.15__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Michael Bartlett** | 31213 N. GECKO TRAIL<br>San Tan Valley, AZ 85143-4170 | Heartland Bank and Trust Company | ■ D __2.15__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(if known)* | **17-71890** |

▇ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.25 | **Nesbitt Re Holdings, LLC** | **3930 Premier North Drive** Tampa, FL 33618-3450 | **Winnebago County Treasurer** | ☐ D _____ ■ E/F __3.264__ ☐ G _____ |
| 2.26 | **Nesbitt Re Holdings, LLC** | **3930 Premier North Drive** Tampa, FL 33618-3450 | **Winnebago County Treasurer** | ☐ D _____ ■ E/F __3.265__ ☐ G _____ |
| 2.27 | **Pojanowski Champaign Realty, LLC** | **777 Terrace Avenue, Suite 201** Hasbrouck Heights, NJ 07604 | **Champaign County Treasurer** | ☐ D _____ ■ E/F __3.44__ ☐ G _____ |
| 2.28 | **Robert Clawson** | **3190 Deerfield Road** Clinton, IL 61727 | **Heartland Bank and Trust Company** | ■ D __2.15__ ☐ E/F _____ ☐ G _____ |
| 2.29 | **SCFRC-HW-G LLC** | **5601 Granite Parkway Suite 1350** Plano, TX 75024 | **Rock County Treasurer** | ☐ D _____ ■ E/F __3.210__ ☐ G _____ |
| 2.30 | **Sharon Clawson** | **3190 Deerfield Road** Clinton, IL 61727 | **Heartland Bank and Trust Company** | ■ D __2.15__ ☐ E/F _____ ☐ G _____ |
| 2.31 | **SNP-Bell, LLC** | **c/o Melissa Bell 403 Westwood Drive** Shorewood, IL 60404 | **Vermilion County Treasurer** | ☐ D _____ ■ E/F __3.248__ ☐ G _____ |
| 2.32 | **SNP-Bell, LLC** | **c/o Melissa Bell 403 Westwood Drive** Shorewood, IL 60404 | **Vermilion County Treasurer** | ☐ D _____ ■ E/F __3.249__ ☐ G _____ |

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(if known)* | **17-71890** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.33 | **SNP-Bell, LLC** | c/o Melissa Bell<br>403 Westwood Drive<br>Shorewood, IL 60404 | **Vermilion County Treasurer** | ☐ D ____<br>■ E/F ___3.250___<br>☐ G ____ |
| 2.34 | **SNP-Bell, LLC** | c/o Melissa Bell<br>403 Westwood Drive<br>Shorewood, IL 60404 | **Vermilion County Treasurer** | ☐ D ____<br>■ E/F ___3.251___<br>☐ G ____ |
| 2.35 | **Suburban Bank & Trust Company** | Trustee of Trust No. 74-4241<br>PO Box 890<br>Orland Park, IL 60462 | **Boone County Treasurer** | ☐ D ____<br>■ E/F ___3.36___<br>☐ G ____ |
| 2.36 | **Suburban Bank & Trust Company** | Trustee of Trust No. 74-4241<br>PO Box 890<br>Orland Park, IL 60462 | **Boone County Treasurer** | ☐ D ____<br>■ E/F ___3.37___<br>☐ G ____ |
| 2.37 | **V5 Enterprises LLC** | P.O.Box 802<br>Prospect Heights, IL 60070 | **Marion County Treasurer** | ☐ D ____<br>■ E/F ___3.159___<br>☐ G ____ |
| 2.38 | **V5 Enterprises LLC** | P.O.Box 802<br>Prospect Heights, IL 60070 | **Marion County Treasurer** | ☐ D ____<br>■ E/F ___3.160___<br>☐ G ____ |
| 2.39 | **Bartlett Management Indianapolis Inc.** | 70 Clinton Plaza<br>Clinton, IL 61727 | **Silverman Consulting** | ☐ D ____<br>☐ E/F ____<br>■ G ___2.65___ |

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(if known)* | **17-71890** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.40 | **Bartlett Management Indianapolis, Inc.** | 70 Clinton Plaza Clinton, IL 61727 | **Michael Bartlett** | ☐ D ___ ☐ E/F ___ ■ G  __2.50__ |
| 2.41 | **Bartlett Management Indianapolis, Inc.** | 70 Clinton Plaza Clinton, IL 61727 | **Pepsi Cola Company** | ☐ D ___ ☐ E/F ___ ■ G  __2.62__ |
| 2.42 | **Bartlett Management Peoria, Inc** | 70 Clinton Plaza Clinton, IL 61727 | **Silverman Consulting** | ☐ D ___ ☐ E/F ___ ■ G  __2.65__ |
| 2.43 | **Bartlett Management Peoria, Inc.** | 70 Clinton Plaza Clinton, IL 61727 | **HORVATH REALTY OF ILLINOIS, LLC,** | ☐ D ___ ☐ E/F ___ ■ G  __2.19__ |
| 2.44 | **Bartlett Management Peoria, Inc.** | 70 Clinton Plaza Clinton, IL 61727 | **ARC CAFEUSUSA001, LLC** | ☐ D ___ ☐ E/F ___ ■ G  __2.4__ |
| 2.45 | **Bartlett Management Peoria, Inc.** | 70 Clinton Plaza Clinton, IL 61727 | **ARC CAFEUSUSA001, LLC** | ☐ D ___ ☐ E/F ___ ■ G  __2.4__ |
| 2.46 | **Bartlett Management Peoria, Inc.** | 70 Clinton Plaza Clinton, IL 61727 | **Pojanowski Champaign Realty, LLC** | ☐ D ___ ☐ E/F ___ ■ G  __2.63__ |
| 2.47 | **Bartlett Management Peoria, Inc.** | 70 Clinton Plaza Clinton, IL 61727 | **Pepsi Cola Company** | ☐ D ___ ☐ E/F ___ ■ G  __2.62__ |

| Debtor | **BARTLETT MANAGEMENT SERVICES, INC.** | Case number *(if known)* | **17-71890** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.48 | **Bartlett Managment Peoria, Inc.** | **70 Clinton Plaza** **Clinton, IL 61727** | **Michael Bartlett** | ☐ D _____ ☐ E/F _____ ▮ G __2.50__ |
| 2.49 | **Michael Bartlett** | **31213 N. GECKO TRAIL** **San Tan Valley, AZ 85143-4170** | **Long John Silver's Inc** | ☐ D _____ ☐ E/F _____ ▮ G __2.48__ |
| 2.50 | **Robert Clawson** | **3190 Deerfield Road** **Clinton, IL 61727** | **HORVATH REALTY OF ILLINOIS, LLC,** | ☐ D _____ ☐ E/F _____ ▮ G __2.19__ |
| 2.51 | **Robert Clawson** | **3190 Deerfield Road** **Clinton, IL 61727** | **COHETH PROPERTIES** | ☐ D _____ ☐ E/F _____ ▮ G __2.11__ |
| 2.52 | **Robert Clawson** | **3190 Deerfield Road** **Clinton, IL 61727** | **Pojanowski Champaign Realty, LLC** | ☐ D _____ ☐ E/F _____ ▮ G __2.63__ |
| 2.53 | **Robert Clawson** | **3190 Deerfield Road** **Clinton, IL 61727** | **ARC CAFEUSUSA001, LLC** | ☐ D _____ ☐ E/F _____ ▮ G __2.4__ |
| 2.54 | **Robert Clawson** | **3190 Deerfield Road** **Clinton, IL 61727** | **Long John Silver's Inc** | ☐ D _____ ☐ E/F _____ ▮ G __2.48__ |

# United States Bankruptcy Court
## Central District of Illinois

In re **BARTLETT MANAGEMENT SERVICES, INC.**

Debtor(s)

Case No. **17-71890**

Chapter **11**

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing: $ **22,002,787.68**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income $ **1,642,391.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) $ | **420,367.00** |
| 4. Payroll Taxes | **39,464.00** |
| 5. Unemployment Taxes | **0.00** |
| 6. Worker's Compensation | **9,416.00** |
| 7. Other Taxes | **33,721.00** |
| 8. Inventory Purchases (Including raw materials) | **536,451.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10. Rent (Other than debtor's principal residence) | **187,599.00** |
| 11. Utilities | **82,641.00** |
| 12. Office Expenses and Supplies | **30,401.00** |
| 13. Repairs and Maintenance | **57,382.00** |
| 14. Vehicle Expenses | **5,674.00** |
| 15. Travel and Entertainment | **5,748.00** |
| 16. Equipment Rental and Leases | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | **36,000.00** |
| 18. Insurance | **20,446.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **18,146.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION                                    TOTAL

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Corporate Admin Expense Allocation** | **27,396.00** |
| **Other** | **204,222.00** |

22. Total Monthly Expenses (Add items 3-21) $ **1,715,074.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) $ **-72,683.00**