**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BARTLETT MANAGEMENT SERVICES, INC., *et al.*, | ) ) | Case No.: 17-71890 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

NANCY J. GARGULA, United States Trustee for Region 10 appoints the following individuals to the Unsecured Creditors' Committee for the case of **<u>BARTLETT MANAGEMENT SERVICES, INC., Case Number 17-71890</u>**, at the present time:

Sorce Enterprises
Attn:  **Roy Sorce, Chairman of the Committee**
3201 North Main Street
East Peoria, IL  61611
Phone: (309) 645-9650
Email:  rasorce@comcast.net

Dale A. Boyer
727 Lake Shore Drive
Tuscola, IL  61953
Phone: (217) 377-0657
Email:  boyerdg@yahoo.com

Pojanowski Champain Realty, LLC
Attn: Joseph A. Pojanowski, III, Esq.
45 Indian Field Court
Mahwah, NJ  07430
Phone: (201) 399-7242
Email:  jpoj@bertonepiccini.com

Horvath Realty of Illinois
Attn:  Attn: Joseph A. Pojanowski, III, Esq.
45 Indian Field Court
Mahwah, NJ  07430
Phone: (201) 399-7242
Email:  jpoj@bertonepiccini.com

Agree Belvidere IL, LLC
Attn:  Phil Carbone, Esq.
70 East Long Lake Road
Bloomfield Hills, MI  48304
Phone: (248) 737-4190
Email:  pcarbone@agreerealty.com

Dated:  January 8, 2018

          Respectfully submitted,

          NANCY J. GARGULA,
          United States Trustee

          */s/ Mark D. Skaggs*

          Mark D. Skaggs
          Attorney for U.S. Trustee

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 8, 2018, a copy of the foregoing will be served electronically upon the following through the CM/ECF electronic service system:

- Jonathan A Backman    jabackman@backlawoffice.com, ebackman@backlawoffice.com
- Mark A Bogdanowicz    mbogdanowicz@howardandhoward.com, pkinsman@howardandhoward.com
- James T Finegan    jasfin@aol.com, fineganbankruptcylaw@yahoo.com;apbfineganlaw@yahoo.com;rfinegan@gmail.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com;PHXDocketingbkr@ballardspahr.com
- Mark A Ludolph    mludolph@heylroyster.com, tphelps@heylroyster.com;peoctdocket@heylroyster.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com;PHXDocketingbkr@ballardspahr.com
- Jeffrey D Richardson    jdrdec@aol.com
- Timothy E Ruppel    tim.ruppel@usdoj.gov, timmy.ruppel@gmail.com
- U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov

and a paper copy was also served upon the following by U.S. Mail at the following address:

ALL MEMBERS OF THE OFFICIAL UNSECURED CREDITORS COMMITTEE and all remaining creditors appearing on the most recently filed Debtor's List of 20 Largest Unsecured Creditors.

*/s/ Mark D. Skaggs*

Mark D. Skaggs

Mark D. Skaggs, ARDC No.: 6210087
United States Department of Justice
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, Illinois  61602
Phone: (309) 671-7854, ext.: 226
Fax: (309) 671-7857
Email: Mark.D.Skaggs@usdoj.gov