## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BARTLETT MANAGEMENT SERVICES, INC., *et al.*, | ) ) | Case No.: 17-71890 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

NANCY J. GARGULA, United States Trustee for Region 10 appoints the following individuals to the Unsecured Creditors' Committee for the case of **_BARTLETT MANAGEMENT PEORIA, INC., Case Number 17-71893_**, at the present time:

Sorce Enterprises
Attn: **Roy Sorce, Chairman of the Committee**
3201 North Main Street
East Peoria, IL  61611
Phone: (309) 645-9650
Email:  rasorce@comcast.net

Dale A. Boyer
727 Lake Shore Drive
Tuscola, IL  61953
Phone: (217) 377-0657
Email:  boyerdg@yahoo.com

Osprey 1401 Realty LLC
Attn: Joseph A. Pojanowski, III, Esq.
45 Indian Field Court
Mahwah, NJ  07430
Phone: (201) 399-7242
Email:  jpoj@bertonepiccini.com

Horvath Realty of Illinois
Attn:  Attn: Joseph A. Pojanowski, III, Esq.
31 Bank Street
Sussex, NJ  07641
Phone:  (973) 875-3273
Email:  jpoj@bertonepiccini.com
jhorvathsussex@gmail.com

JA-BO, Inc.
Attn: Jack Russell
18427 North Old Galena Road
Chillicothe, IL  61523
Phone: (309) 677-4425
Email:  gloryhill1@gmail.com

Z Brothers, LLC
Attention:  Demetrios Zeref
42 Harvest Lane
Hickessin, DE  19707
Phone: (302) 636-0937
Email:  zerefosd@netscape.net

Dated:  January 8, 2018

                Respectfully submitted,

                NANCY J. GARGULA,
                United States Trustee

                */s/ Mark D. Skaggs*

                Mark D. Skaggs
                Attorney for U.S. Trustee

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 8, 2018, a copy of the foregoing will be served electronically upon the following through the CM/ECF electronic service system:

- Jonathan A Backman    jabackman@backlawoffice.com, ebackman@backlawoffice.com
- Mark A Bogdanowicz    mbogdanowicz@howardandhoward.com, pkinsman@howardandhoward.com
- James T Finegan    jasfin@aol.com, fineganbankruptcylaw@yahoo.com;apbfineganlaw@yahoo.com;rfinegan@gmail.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com;PHXDocketingbkr@ballardspahr.com
- Mark A Ludolph    mludolph@heylroyster.com, tphelps@heylroyster.com;peoctdocket@heylroyster.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com;PHXDocketingbkr@ballardspahr.com
- Jeffrey D Richardson    jdrdec@aol.com
- Timothy E Ruppel    tim.ruppel@usdoj.gov, timmy.ruppel@gmail.com
- U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov

and a paper copy was also served upon the following by U.S. Mail at the following address:

ALL MEMBERS OF THE OFFICIAL UNSECURED CREDITORS COMMITTEE and all remaining creditors appearing on the most recently filed Debtor's List of 20 Largest Unsecured Creditors.

                                        */s/ Mark D. Skaggs*

                                        Mark D. Skaggs

Mark D. Skaggs, ARDC No.: 6210087
United States Department of Justice
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, Illinois  61602
Phone: (309) 671-7854, ext.: 226
Fax: (309) 671-7857
Email: Mark.D.Skaggs@usdoj.gov