**IT IS SO ORDERED.**

**SIGNED THIS: July 17, 2018**

_____
**Mary P. Gorman**
**United States Chief Bankruptcy Judge**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| IN RE ) | Chapter 11 |
| ) | |
| BARTLETT MANAGEMENT SERVICES, ) | Case No. 17-71890 |
| INC., *et al.*,[*] ) | |
| ) | **(Jointly Administered)** |
| Debtors. ) | |

**ORDER AUTHORIZING THE DEBTORS' EMPLOYMENT OF
MICHAEL J. SMITH & ASSOCIATES, INC., AS THEIR TAX ACCOUNTANT**

Bartlett Management Services, Inc., Bartlett Management Indianapolis, Inc., and Bartlett Management Peoria, Inc., debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "Cases"), having applied this court for authority to retain Michael J. Smith & Associates, Inc. ("S&A"), as their tax accountant in these Cases (the "Application"); the Debtors having filed the appropriate statements and disclosures of Michael J.

---

[*] The Debtors in these chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Bartlett Management Services, Inc. (4428); Bartlett Management Indianapolis, Inc. (2750); and Bartlett Management Peoria, Inc. (1543). The mailing address of all of the Debtors is 70 Clinton Plaza, Clinton, Illinois, 61727-2170.

Smith pursuant to the Bankruptcy Code and corresponding Rules; notice of the Application and of an opportunity to object having been served on all parties entitled thereto, including (a) the Office of the United States Trustee (the "UST"), (b) the attorneys for the Creditors' Committees (the "Committees"), and (c) all parties who have filed appearances and requests for notice in the Cases; capitalized terms utilized but not otherwise defined in this Order having the meanings ascribed to them in the Application; no objections to the Application having been filed within the allotted time; and the Court being fully advised in the premises;

      IT IS HEREBY ORDERED as follows:

1.     The Application is granted.

2.     S&A is authorized to serve as the Debtors' tax accountant in these Cases under the fee arrangement set forth in the Application, and to obtain compensation and reimbursement of expenses through appropriate applications pursuant to section 330 of the Bankruptcy Code.

3.     Any and all fees and expenses to be paid to S&A for its work in connection with this Cases, regardless of their source, are subject to further court approval.

###