UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

IN RE:  IN RE BARTLETT MANAGEMENT SERVICES,
INC , ET AL

CASE NO: 17-71890

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 453

On 11/16/2018, I did cause a copy of the following documents, described below,

Order Granting Procedural Issues with Respect to The Proposed Sale of Some or Substantially All of The Debtors' Assets
ECF Docket Reference No. 453

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/16/2018

/s/ Jonathan A. Backman
Jonathan A. Backman  6196243
Law Office of Jonathan A. Backman
117 North Center Street
Bloomington, IL  61701
309 820 7420

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

IN RE:  IN RE BARTLETT MANAGEMENT SERVICES,
INC , ET AL

CASE NO: 17-71890

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 453

On 11/16/2018, a copy of the following documents, described below,

Order Granting Procedural Issues with Respect to The Proposed Sale of Some or Substantially All of The Debtors' Assets ECF Docket Reference No. 453

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/16/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jonathan A. Backman
Law Office of Jonathan A. Backman
117 North Center Street
Bloomington, IL  61701

**IT IS SO ORDERED.**

**SIGNED THIS: November 16, 2018**

_____

**Mary P. Gorman**
**United States Chief Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| BARTLETT MANAGEMENT SERVICES, INC., *et al.*,* | ) | Case No. 17-71890 |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### ORDER GRANTING PROCEDURAL ISSUES WITH RESPECT TO THE PROPOSED SALE OF SOME OR SUBSTANTIALLY ALL OF <u>THE DEBTORS' ASSETS</u>

This cause coming to be heard on October 30, 2018, and November 15, 2018

(collectively, the "Hearing"), on <u>Debtors' Emergency Motion for Entry of an Order (I) (A)</u>

<u>Authorizing the Debtors to Sell Substantially All of Their Assets Free and Clear of All Interests,</u>

<u>Including Liens, Claims, and Encumbrances, at a Public Auction with Any Liens to Attach to the</u>

<u>Sale Proceeds, (B) Establishing Bidding Procedures in Connection with the Proposed Sale,</u>

---

\*       The Debtors in these chapter 11 Cases, along with the last four digits of each
Debtor's federal tax identification number, are: Bartlett Management Services, Inc. (4428);
Bartlett Management Indianapolis, Inc. (2750); and Bartlett Management Peoria, Inc. (1543).
The mailing address of all of the Debtors is 70 Clinton Plaza, Clinton, Illinois, 61727-2170.

(C) Approving the Form and Manner of Notice of the Transaction, (II) Shortening Notice of this

Motion and the Transaction to the Extent Necessary to Comply with the Dates and Deadlines

Requested by this Motion, (III) Setting a Hearing Date to Consider Final Approval of the

Contemplated Transactions; and (IV) Limiting Notice of this Motion (But Not the Transaction)

[Doc 408] (the "Motion"), pursuant to which the Debtors have sought various relief, including

(among other things) the establishment of bidding procedures, procedures relating to the

assumption and assignment of various leases and contracts, and ultimately the approval of a

possible sale or other transaction to maintain the Debtors' businesses as going concerns; the

Court having entered an Order on October 25, 2018, scheduling the Hearing, approving

shortened and limited notice of the same and directing the Debtors to serve notice of the Hearing

on various parties not included on the CM/ECF recipient list (the "October 25 Order") [Doc

409]; the Debtors having served notice of the Hearing in accordance with the requirements of the

Order [Doc 410]; KFC Corporation having filed, on October 29, 2018, a limited objection to the

motion [Doc 413] (the "KFC Objection"); Kmart Stores of Illinois LLC ("Kmart") also having

filed, on October 30, 2018, a limited objection to the Motion (the "Kmart Objection") [Doc 415];

the Debtors having agreed that the Kmart Objection prevented the Debtors from selling the

Kmart Ground Lease (as defined in the Kmart Objection); Ally Bank and Ally Financial having

filed, on November 8, 2018, a limited objection to the Motion [Doc 442] (the "Ally Objection");

the Debtors having thereafter filed, also on November 8, 2018 [Doc 443], a response to the Ally

Objection (the Ally Response") in which the Debtors agreed that the Ally Objection was

meritorious and that the Debtors would not sell any vehicle in which Ally (or any other party)

possesses a lien or security interest (a "Secured Vehicle Lender"); the Debtors and KFC having

resolved the KFC Objection; capitalized terms utilized but not otherwise defined in this Order

having the meanings ascribed to them in the Motion; and the Court being fully advised in the

premises;

IT IS HEREBY FOUND, ORDERED AND DECREED as follows:

1.      The Motion is granted, inclusive of the procedural issues set forth in

Exhibit A hereto (the "Procedural Issues").

2.      The Procedural Issues set forth in Exhibit A are comprised of (a) the Bid

Procedures, (b) the Sale Approval Procedures, and (c) the Contract Assignment Procedures.

3.      The Debtors will not sell the Kmart Ground Lease.

4.      The Debtors will not sell any of its motor vehicles that is subject to a

security interest or lien of a Secured Vehicle Lender unless (a) the Debtors and the Secured

Lender agree to such sale, (b) the Court enters an Order (an "Agreed Vehicle Sale Order")

expressly approving such sale, and (c) such Agreed Vehicle Sale Order provides for the

treatment of the proceeds of such sale in a manner acceptable to the Secured Vehicle Lender.

5.      As set forth in Exhibit A hereto, the Sale Approval Hearing shall be held

before the United States Bankruptcy Court for the Central District of Illinois, Springfield

Division, at United States Courthouse, Room 232, 600 E Monroe St., Springfield, IL 62701, on

Thursday, January 3, 2019, at 10:00 a.m.

Agreed as to Substance and Form:


By:___/s/ Jonathan Backman_____      By:____/s/ Erika Barnes_____
        Counsel for the Debtors                          Counsel for KFC


###


3

## Exhibit A

## Bid Procedures

A.    **Summary and Definition of Key Proposed Dates (all times are Central Standard Time):**

1.    "Bid Deadline": Monday, November 26, 2018, at 4:30 p.m.; provided, however, that any party may submit a Bid[1] until the 24th day following the date of entry of the attached Order, and the Debtors may accept such Bid as a Qualified Bid if KFC, in the exercise of its discretion, approves the Bidder as a potential KFC franchisee, and accepts the Bid as satisfying KFC's standards for the acquisition of a franchise.[2]

2.    "Qualified Bid Announcement Date": Wednesday, December 19, 2018, at 2:00 p.m.

3.    "Baseline Bid Announcement": At Commencement of Auction

4.    Auction Date and Location: Thursday, December 20, 2018, at 11:00 a.m. (the "Auction"):

> President Abraham Lincoln Doubletree Hotel
> 701 E. Adams Street
> Springfield, Illinois  62701
> 217-544-8800

5.    "Successful Bid Announcement Date": Thursday, December 27, 2018.

6.    Sale Approval Hearing: January 3, 2019, at 10:00 a.m.

7.    Closing Deadline: (As provided in the Successful Bid).

---

[1]    Capitalized terms used but not otherwise defined in this Exhibit shall have the meaning ascribed to them in (i) the attached Order, or (ii) unless otherwise defined in the Order, in the Sale Procedures Motion; provided, however, that capitalized terms utilized in this Exhibit and then defined later herein shall have the meanings ascribed to them herein.

[2]    A party submitting a Bid after the presumptive Bid Deadline of November 26, 2018 (the "Presumptive Bid Deadline"), should include with its Bid, in addition to the other materials required for a Bid to qualify as a Qualified Bid (as set forth below), an explanation as to why it failed to submit its Bid by the Presumptive Bid Deadline so that the Debtors and KFC (and, potentially, the Court) are able to determine the reasonableness of its failure to submit a Bid by the Presumptive Bid Deadline.

**B.**     **Designation as Qualified Bidder**:

1.     A "Qualified Bidder" is any person or entity (a "Potential Bidder") that not later than the Bid Deadline, pays the Good Faith Deposit (as defined below), and (ii) delivers the documents described immediately below, and that the Debtors (in their discretion, and with assistance from their advisors) determines is reasonably likely to consummate a Sale if selected as a Successful Bidder (defined below):

a.     Corporate Authority.  No later than the Bid Deadline, written evidence, reasonably acceptable to the Debtors, of the Potential Bidder's management's approval of the contemplated transaction; provided, however, that, if the Potential Bidder is an entity specially formed for the purpose of effectuating the contemplated transaction, then the Potential Bidder must furnish written evidence reasonably acceptable to the Debtors of the approval of the contemplated transaction by the equity holder(s) of such Potential Bidder.

b.     Proof of Financial Ability to Perform.  No later than the Bid Deadline, written evidence that the Debtors reasonably conclude demonstrates that the Potential Bidder has the necessary financial ability to close the contemplated transaction.  Such information should include, inter alia, the following:

i.     Contact names and numbers for verification of financing sources;

ii.     Evidence of the Potential Bidder's internal resources and proof of any debt or equity funding commitments that are needed to close the contemplated transaction; and

iii.     Any such other form of financial disclosure, credit-quality support information or enhancement reasonably acceptable to the Debtors demonstrating that such Potential Bidder has the ability to close the contemplated transaction; provided, however, that the Debtors shall determine, their reasonable discretion, in consultation with the Debtors' advisors, whether the written evidence of such financial wherewithal is reasonably acceptable, and shall not unreasonably withhold acceptance of a Potential Bidder's financial qualifications; provided,

however, that an otherwise potentially Qualified Bid will be disqualified (a "Disqualified Bid") in the event that, in the Debtors' reasonable judgment, the proponent of the Qualified Bid (the "Disqualified Bidder") has (a) violated the Debtor Confidentiality Agreement or the KFC Confidentiality Agreement, (b) engaged in collusion in connection with the Auction, or (c) has proffered an otherwise Qualified Bid that contains materially false representations or warranties.[3]

c.  <u>Written Proposal.</u> In order to ensure that an otherwise Qualified Bid will be recognized as allowing the bidder to participate in the Auction, the Potential Bidder, no later than the Bid Deadline, should deliver a signed written proposal for the purchase of the Included Assets (as defined in the FAPA), or a portion of the Included Assets, in a form substantially in conformance with the FAPA,[4] with such modifications (including specific dollar amounts, Included Assets and Excluded Assets (as defined in the FAPA) and subject to such reasonable modifications as the Debtors or the Successful Bidder may request and the other parties to such agreement agree) as the bidder intends for its opening bid at the Auction.

2.  Upon receipt from a Potential Bidder of a written proposal containing the required information, the Debtors, as soon as is practicable (and no later than 11:59 p.m. on the Qualified Bid Announcement Date) shall

---

[3]    In the event that the Debtors designate a Bid as a Disqualified Bid, then the Debtors, within 24 hours of such designation, shall notify the Disqualified Bidder that its Bid has been so designated, and will provide the Disqualified Bidder and KFC with the reasons for such designation.

[4]    The FAPA is located in the VDR and is available to any person who has executed a Confidentiality Agreement ("CA"), unless such person has violated the CA and has therefore been disqualified from bidding or whose Bid has become a Disqualified Bid.  The terms of the FAPA may change at the request of the Debtors' franchisor or for any other reason that the Debtors deem necessary and appropriate to ensure their ability to close the Sale.  A Bid that is predicated on an earlier version of a FAPA will not be disqualified for failing to include provisions of an updated FAPA, but the Debtors may require a Potential Bidder to supplement its Bid to include or address any provisions added to an updated FAPA.  For the sake of clarity, a Bid may include provisions not contained in the FAPA so long as its Bid addresses all items included in the FAPA (as of the date that the Potential Bidder submitted its Bid).

determine and notify the Potential Bidder as to whether such Potential
Bidder is a Qualified Bidder and whether its Bid is a Qualified Bid or a
Disqualified Bid.  In the event that the Debtors determine that a Bid is
not a Qualified Bid, then the Potential Bidder who tendered such Bid
may supplement its Bid, within 24 hours of the Debtors' notification
that its Bid is not a Qualified Bid.

## C.    Bidding Process

1.    The Debtors and their advisors shall: (i) determine whether a Potential
Bidder is a Qualified Bidder; (ii) receive offers from Qualified Bidders;
and (iii) negotiate any offers made; provided, however, that a Potential
Bidder shall not be a Qualified Bidder unless KFC notifies the Debtors
at or before Noon on the Qualified Bid Announcement Date that the
Potential Bidder and its Bid are acceptable to KFC.

2.    KFC shall advise the Debtors as to whether a Potential Bidder and its
Bid are acceptable to KFC by no later than Noon on the Qualified Bid
Announcement Date.

3.    The Debtors, in consultation with the Committees, HBT and KFC will
have the right to adopt such other rules for the Bid Procedures
(including rules that may depart from those set forth herein) that will
better promote the goals of the Bid Procedures and that are not
inconsistent with any Order of the Court.

## D.    Bid Deadline

1.    As indicated above, the deadline for submitting Bids by a Qualified
Bidder (the "Bid Deadline") shall be Monday, November 26, 2018, at
4:30 p.m., subject to the Debtors' right to accept late bids through the
24th day following the entry of the attached Order under the conditions
set forth on page 1 of this Exhibit under Bid Procedures, § A.1.

2.    On or before the Bid Deadline, a Qualified Bidder that desires to make
an offer, solicitation or proposal (a "Bid") shall deliver by electronic
mail (sometimes, "email") a copy of its bid to (a) the Debtors' broker,
Equity Partners HG LLC, c/o Hank Waida, 16 N. Washington St.,
Suite 102, Easton, MD 21601; Email:  Hwaida@equitypartnershg.com
(b) the Debtors' counsel, Jonathan Backman, Law Office of Jonathan
A. Backman, 117 N. Center Street Bloomington, Illinois 61701, (309)
820-7420; Email: jbackman@backlawoffice.com, and (c) the
Committees' counsel, Matthew E. McClintock, Goldstein & McClintock
LLLP, 111 W. Washington Street, Ste. 1221, Chicago, IL 60602, Email:

4

mattm@goldmclaw.com; (d) the U.S. Trustee, Mark D. Skaggs,  401
Main Street, #1100, Peoria, IL 61602, Email:
mark.d.skaggs@usdoj.gov; and (e) counsel for Heartland Bank and
Trust Company, Mark A Bogdanowicz, One Technology Plaza; 211
Fulton St #600, Peoria, IL 61602, Email:
mbogdanowicz@howardandhoward.com.

3.    Promptly upon receiving a Bid from a Potential Bidder, the Debtors
shall transmit the Bid (including any Disqualified Bid) to KFC.

4.    As indicated above, the Debtors shall have the right, in their sole
discretion, to qualify bids that are submitted after the Bid Deadline,
provided that KFC approves the Bid (and the Potential Bidder that
tendered such Bid), subject to the conditions set forth on page 1 of this
Exhibit under Bid Procedures, § A.1.

**E.    Bid Requirements:**

1.    To be eligible to participate in the Auction, each Bid and each
Qualified Bidder submitting such a Bid must be determined by the
Debtors to satisfy each of the following conditions:

a.    Good Faith Deposit.  Each Bid must be accompanied by a
deposit (the "Good Faith Deposit") in the form of a wire transfer
or cashier's check payable to "Equity Partners HG LLC" in an
amount equal to 10% of the Bid.

b.    Cash-Only Bids.  The consideration proposed by the Bid shall
include only cash, except that a Credit Bid (as defined and
described below) shall be deemed equivalent to cash
consideration so long as the Debtors, in their sole discretion,
determine that the Credit Bidder (as also defined below)
possesses a bona fide basis for asserting a perfected lien on the
property for which the Credit Bidder is making its Credit Bid.

c.    KFC Approval.  KFC has approved the Potential Bidder and the
Bid.

2.    Irrevocable.  A Bid must be irrevocable until two (2) business days
after the Included Assets in the Bid or Bids (collectively, the "Acquired
Assets") have been sold pursuant to the Closing of the Sale or Sales
approved by the Bankruptcy Court.

5

3.      Contingencies:

    a.      A Bid may not be conditioned on obtaining financing or any internal approval, or on the outcome or review of due diligence.

    b.      Financing Sources:  A Bid must contain written evidence of a commitment for financing or other evidence of the ability to consummate the Sale satisfactory to the Debtors, with appropriate contact information for such financing sources.

    c.      Adequate Assurance. Any Bid submitted in accordance with the Bid Procedures must identify such Contracts and/or Leases to be assumed and assigned and provide the nature of, and evidence of its ability to provide, adequate assurance of future performance of such Contracts or Leases along with the Qualified Bid (the "Adequate Assurance Package").[5]

    d.      In the event that any Potential Bidder is determined by the Debtors not to be a Qualified Bidder, or KFC rejects a Potential Bidder or a Bid, the Potential Bidder shall be refunded its Good Faith Deposit within three (3) business days after that determination.

**F.    Credit Bidding:**

1.      Each creditor that possesses, or purports to possess, a security interest or lien on any of the Included Assets (a "Secured Creditor") will be entitled to credit bid (any such Secured Creditor, a "Credit Bidder") on the Included Assets as to which it purports to hold a valid and protected lien (the "Secured Assets"), for an amount up to the value of its perfected security interest in the Secured Assets (a "Credit Bid"); provided, however, that a Secured Creditor must present a formal bid at or before the Auction in order to preserve its right to tender a Credit Bid at the Auction.

---

[5]      An Adequate Assurance Package should include, to the extent possible, the following information regarding the Bidder: (a) audited financial statements; (b) cash flow projections for the Bidder and for the Contract or Lease to be assigned; (c) any financial projections, proformas, or similar financial information prepared in contemplation of purchasing the Contract or Lease; and (d) reasonable information about the Bidder's experience in the fast food industry.

2.      In the event that a Credit Bidder is the Successful Bidder (a "Prevailing Credit Bidder"), the Secured Assets shall be deemed a portion of the proceeds of the Sale.  In such event, the Secured Assets purchased via a Credit Bid shall remain property of the Debtors' estates pending a determination as to the validity, extent and/or priority of the Prevailing Credit Bidder's lien or liens on the Secured Assets, unless such determination already has been made by a final Order.

3.      If, at the end of such process, the Prevailing Credit Bidder is determined not to have possessed the senior lien on any of the Secured Assets for which it credit bid, then (a) if another Secured Creditor possessed a perfected lien on such Secured Assets senior to that of the Prevailing Credit Bidder, then the applicable Debtor shall transfer the Secured Assets on which such Prevailing Credit Bidder did not possess a first priority lien to such Prevailing Bidder subject to the senior lien of such other Secured Creditor, and (b) if no other lien existed on the portion of the Secured Assets as to which Prevailing Credit Bidder did not possess a senior lien (i.e., the Prevailing Credit Bidder did not possess a perfected lien on such assets), then the Prevailing Credit Bidder shall pay the Debtor the reasonable fair market value of such portion of the Secured Assets.

4.      Anything in the foregoing paragraphs to the contrary notwithstanding, a Secured Creditor may not purchase the KFC Franchise Agreements or any KFC trademarked or proprietary property without KFC's express written consent.

## G.    Qualified Bid Announcement

1.      As soon as possible after the receipt of Bid, and no later than 2:00 p.m. on the Qualified Bid Announcement Date, the Debtors shall notify each person who has tendered a Bid whether (a) its Bid is a Qualified Bid and that it may participate in the Auction, or (b) its Bid is not a Qualified Bid.

## H.    Auction

1.      The Debtors shall conduct the Auction to determine the highest and best bid with respect to the Included Assets in each Bid.  The Auction shall commence on Thursday. December 20, 2018, at 11:00 A.M. at a conference room at President Abraham Lincoln Doubletree Hotel, 701 E. Adams Street, Springfield, Illinois.

7

2.     No later than the commencement of the Auction, the Debtors will notify all then-Qualified Bidders of the highest, best and otherwise financially superior Qualified Bid as determined by the Debtor (the "Baseline Bid").

3.     The Auction shall be conducted according to the following procedures:

   a.     Only Qualified Bidders that have submitted a Qualified Bid (or submit such a bid during the course of the Auction that the Debtors, in their discretion choose to qualify) will be eligible to participate in the Auction.[6]

   b.     Only the authorized person as identified in the Qualified Bid of each of the Qualified Bidders, the Secured Creditors and the Debtors shall be permitted to participate in the Auction.

   c.     Each Qualified Bidder will be required to confirm in writing that it has not engaged in any collusion with any party, including but not limited to other prospective or actual bidders, with respect to the Auction or the Proposed Sale.

   d.     During the Auction, bidding shall begin initially with the Baseline Bid, continue in minimum increments of at least $100,000.00.

   e.     Except as otherwise set forth herein, the Debtors may conduct the Auction in the manner they determine will result in the highest, best or otherwise financially superior offer for the Acquired Assets.

   f.     The Debtors and their professionals shall direct and preside over the Auction.

   g.     A party holding, or purporting to hold, a secured claim may credit bid for the assets as to which it possesses, or purports to possess, a valid and perfected lien, provided that its bid does not constitute a Disqualified Bid, in which event it would be disqualified from bidding at the Auction like any other Bidder holding a Disqualified Bid.

---

[6]     Because the Auction is a public auction, anyone may attend the Auction.  Landlords, in particular, are encouraged to attend the Auction and may participate to the extent that their leases become the subject of Qualified Bids.

8

h.   All material terms of each Bid tendered at the Auction shall be fully disclosed to all other Qualified Bidders.

i.   Unless otherwise directed or ordered by the Bankruptcy Court, bidding at the Auction will be transcribed, but consultations among the Debtors, the Committees, HBT and/or KFC shall not be transcribed and, in such instance, shall constitute settlement discussions within the purview of Federal Rule of Evidence 408.

## I.   Consent to Jurisdiction as Condition to Bidding

1.   All Potential Bidders who submit Qualified Bids shall be deemed to have consented to the jurisdiction of the Bankruptcy Court and to have waived any right to a jury trial in connection with any disputes relating to the Sale, the Auction and the construction and enforcement of all transaction documents.

## J.   Closing of Auction and Consummation of Sale

1.   Upon conclusion of the bidding, the Auction shall be closed.

2.   The Debtors shall (a) promptly review each Qualified Bid on the basis of financial and contractual terms and the factors relevant to the Sale process, including those factors affecting the speed and certainty of consummating the proposed Sale, and in consultation with the Committees and HBT (b) identify (I) the highest, best or otherwise financially superior offer(s) for the Acquired Assets or a portion thereof (the "Successful Bid(s)") and the entity or entities submitting such Successful Bid(s) (in the case of more than one, each a "Successful Bidder"), which highest, best or otherwise financially superior offer(s) will provide the greatest amount of net value to the Debtors, and (II) the next highest or otherwise best offer after the Successful Bid(s) (in the case of more than one, each a "Backup Bid").

3.   The Debtors shall advise all Qualified Bidders, the Committees, HBT and KFC of the Successful Bidder(s) and the Backup Bidders by the Successful Bid Announcement Date.

4.   The Debtors shall thereafter seek approval of a sale (or sales) to the Successful Bidder(s) in accordance with the Sale Approval Procedures and the Contract Assignment Procedures set forth below.

5.      Prior to, or as soon as possible after, the Sale Approval Hearing, the Successful Bidder(s) shall complete and execute all agreements, contracts, instruments or other documents evidencing and containing the terms and conditions upon which the Successful Bid was made.

6.      The Debtors' identification of a Successful Bid and a Backup Bid shall constitute the acceptance of such Bid only upon Court's entry of an Order approving the Sale (the "Acceptance"), provided that (a) no objection to the Sale or the Auction has been filed, and (b) no stay of the Sale has been granted by any court of competent jurisdiction.

7.      Upon the Debtors' Acceptance of a Successful Bid or Backup Bid, the Closing shall occur by the Closing Deadline, or on such other date, as soon as reasonably practicable thereafter, as may be mutually agreed by the Successful Bidder (or, if the Successful Bid is prevented from closing at the conclusion of the Sale Approval Hearing as a result of the Contract Assignment Procedures set forth below, the Backup Bidder).

## K.      Good Faith Deposits and Backup Bidder.

1.      The Good Faith Deposits of all Qualified Bidders shall be held by Equity Partners in a non-interest bearing account.  The Good Faith Deposit of the Successful Bidder shall be applied to the purchase price of such transaction at Closing.

2.      Good Faith Deposits of all other Qualified Bidders will be returned promptly to all Bidders who have posted such a deposit, (other than the Successful Bidder and the Backup Bidder) following the conclusion of the announcement of the Successful Bidder and the Backup Bidder.

3.      Unless the Backup Bidder has withdrawn its Bid in accordance with these procedures, the deposit of the Backup Bidder shall be held until the seventh (7th) day after the Sale is consummated, at which time the Good Faith Deposit will be returned to the non-purchasing bidder, unless forfeited as set forth below.

4.      If the Successful Bidder fails to consummate an approved Sale because of a breach or failure to perform on the part of such Successful Bidder, then the Debtors shall be entitled to retain the Good Faith Deposit (subject to the rights of the Broker to a portion of such forfeited deposit), and the Debtors' estate shall possess a claim against such Successful Bidder for damages in excess of the Good Faith Deposit as part of its damages resulting from such breach or failure to perform.

10

5.      The Backup Bidder shall keep the Backup Bid open and irrevocable until 5:00 p.m. on the seventh (7th) day following the Closing Deadline with the Successful Bidder.

6.      If the Successful Bidder fails to timely consummate an approved Sale because of a breach or failure to perform on the part of such Successful Bidder, the Backup Bid will be deemed to be the new Successful Bid, and the Debtors will be authorized, but not required, to consummate the Sale with the Backup Bidder without further order of the Court by such date as is mutually agreed among the parties.  In such case, as set forth above, the Successful Bidder's deposit shall be forfeited to the Debtors as damages, and the Debtors shall retain all rights to seek all available damages from the defaulting Successful Bidder.

## L.     Limited Standing

1.      A Bidder shall have standing only to assert that the Debtors have abused their discretion in failing to accept its Bid as Qualified Bid.

2.      In submitting a Bid, a Bidder waives any right to assert that the Debtors have provided misinformation in or omitted material information from the VDR or otherwise in providing information to the Bidder.

## M.     Limited Damages Exculpation

1.      If the Debtors fail to consummate a Sale, or otherwise breaches the provisions of Bid Procedures Order or the Sale Approval Order, including those pertaining to the Auction and Sale contemplated hereby, then except in the case of intentional misconduct by the Debtors, or their officers, agents, or professionals (the "Debtor Parties"), no party (including without limitation any Bidder) shall possess a claim against the Debtor Parties, or any of them, for damages; and any party pursuing any action (whether or not resulting in a lawsuit) against any of the Debtor Parties shall be liable to the Debtor Parties for any costs, expenses or fees (including reasonable attorney and other professional fees) that the Debtor Parties, or any of them, may incur in defending against any such action.

11

### N.   Electronic Mail as Primary Means of Service

1.   Except where expressly provided otherwise herein, all parties or parties-in-interest who participate, or seek to participate, in the Auction:

   a.   shall be deemed to agree to receive and send required Bids, notices and other correspondence by electronic mail,

   b.   shall provide to the Debtors' counsel and the Broker, by electronic mail, at the email addresses set forth herein the parties' electronic mailing address and a phone number that the Debtors may contact to confirm receipt of an email, and

   c.   shall send any Bid, notice or other correspondence directed to the Debtors or their advisors by electronic mail to both Jonathan Backman and Hank Waida, and shall confirm that both persons received such email by calling the telephone numbers set forth herein for each of the two and either telling them directly, or leaving a message, (I) that an email has been sent to them, (II) the sender of the email, and (III) the approximate date and time of the email, along with (IV) a telephone number that Messrs. Backman or Waida, or both, may contact in the event that they do not receive the email.

## The Sale Approval Procedures

### A.   Sale Notice:

1.   On the Successful Bid Announcement Date, the Debtors will serve notice of the Sale Approval Hearing (the "Sale Notice"), including a proposed form of the Sale Approval Order, by first class mail on: (a) the Office of the United States Trustee for the Central District of Illinois (the "U.S. Trustee"); (b) the attorneys for HBT; (c) the attorneys for the Creditors Committees; (d) all known creditors of the Debtors; (e) the attorneys for KFC; (f) all parties known to the Debtor to have expressed an interest in acquiring the Debtors' assets; (g) all attorney general's offices in the states in which the Debtors do business; (h) all county attorneys' offices in the counties in which the Debtors do business; (i) all affected federal and local regulatory and taxing authorities, including the Internal Revenue Service, and (j) all Contract Counterparties (as hereinafter defined) (collectively, the "Sale Notice Parties").

**B.    Date, Time, and Place of the Sale Approval Hearing:**

    1.    The Sale Approval Hearing shall be held before the United States
Bankruptcy Court for the Central District of Illinois, Springfield
Division, at United States Courthouse, Room 232, 600 E Monroe St.,
Springfield, IL 62701, on Thursday, January 3, 2019, at 10:00 a.m.

**C.    Objection Deadline to Sale Approval Order:**

    1.    Objections to the relief sought to be granted by the Sale Approval
Order shall be in writing, filed, and served so as to be actually received
by: (a) counsel to the Debtors, Jonathan A. Backman, Esq., Law Office
of Jonathan A. Backman 117,N. Center Street, Bloomington, Illinois
61701, Email: jbackman@backlawoffice.com; (b) counsel to the Official
Committees of Unsecured Creditors, Matthew E. McClintock, Esq.,
Goldstein & McClintock LLLP, 111 W. Washington Street, Ste. 1221,
Chicago, IL 60602, Email: mattm@goldmclaw.com; and (c) the U.S.
Trustee, Mark D. Skaggs,  401 Main Street, #1100, Peoria, IL 61602,
Email: mark.d.skaggs@usdoj.gov; and (d) counsel for Heartland Bank
and Trust Company, Mark A Bogdanowicz, One Technology Plaza; 211
Fulton St #600, Peoria, IL 61602, Email:
mbogdanowicz@howardandhoward.com (collectively, the "Objection
Notice Parties"), at least 48 hours prior to the Sale Approval Hearing.

**D.    Information Provided to Interested Parties:**

    1.    The Debtors either have provided or will provide to all parties that
have either expressed an interest in purchasing the Debtors' assets or
who the Debtors believe may have an interest in purchasing their
assets and that have executed a Confidentiality Agreement with the
Debtors and/or Equity Partners (each an "Interested Party" and,
collectively, the "Interested Parties"), certain information in connection
with the proposed Sale, including, among other things, this Order

## The Contact Assignment Procedures

**A.    Notice of Contract Assignment Procedures:**

    1.    Upon receipt of an Adequate Assurance Package from a Potential
Bidder that submits a Bid that the Debtors reasonably believe will be a
Qualified Bid, the Debtors will serve such Adequate Assurance
Package on the non-Debtor party to any Contract or Lease (a "Contract

Counterparty") that the Potential Bidder has identified as one that such bidder would intend to acquire if it is the Successful Bidder.

2.  On the Qualified Bid Announcement Date, or within a day following such date, the Debtors will file an assignment schedule (the "Assignment Schedule") with the Court and serve such Assignment Schedule on each Contract Counterparty.

3.  The Assignment Schedule will include (a) the title of the Contract or Lease to be assumed, (b) the name of the Contract Counterparty, and (c) the proposed terms of any assumption and assignment, including (i) any modifications to the current terms of the Contract or Leases,[7] and (ii) any cure amounts that the Debtors will have to pay to effect the assumption and assignment (collectively, the "Preliminary Assignment Information").[8]

4.  Within 24 hours of the Successful Bid Announcement Date the Debtors shall file and serve on the Contract Counterparties whose contracts or leases have been identified for assignment and assumption by the Successful Bidder or Backup Bidder, the identity of such bidders and the terms of their Bids (the "Assignee Information," and collectively with the Preliminary Assignment Information, the "Final Assignment Information").

---

[7]    For the sake of clarity, no Contract or Lease may be assumed or assigned in modified form without the express consent of the Contract Counterparty and the applicable Debtor-party to such Lease or Contract.

[8]    The cure amount due to a Contract Counterparty whose Lease or Contract is assumed shall be paid (i) if the cure amount set forth in the Preliminary Assignment Information is undisputed, then no later than the Closing Deadline, or (ii) if such cure amount is disputed, the undisputed portion of the cure amount shall be paid by the Debtors no later than the Closing Deadline, with the disputed portion of such cure amount paid by the Debtors within 7 calendar days of the effective date of a final, non-appeal order resolving the cure amount due to the Contract Counterparty (subject to the escrow requirements of Paragraph C.2. below).

14

**B.**     **Objection to Assumption and/or Assignment of Contracts and Leases**:

1.     At least 48 hours prior to the Sale Approval Hearing (the "Assignment Objection Deadline"), any Contract Counterparty who objects to the assumption and assignment of its Contract of Lease pursuant to the Final Assignment Information must file an objection with the Court (an "Assignment Objection"), and serve it on the Debtors, the ECF service list and the Successful Bidder and Backup Bidder.

**C.**     **Resolution of Objections.**

1.     If a Contract Counterparty fails to file an Assignment Objection by the Assignment Objection Deadline, then it shall be deemed to consent to the assignment of its Contract of Lease to the Successful Bidder or the Backup Bidder pursuant to the Final Assignment Information, and the assumption and assignment shall be authorized under the terms set forth in the Assignment Schedule.

2.     If a Contract Counterparty timely files an Assignment Objection, then the Court will hear such objection at the Sale Approval Hearing.  The pendency of a dispute relating to a cure amount due to a Contract Counterparty will not prevent or delay the assumption and assignment of any Contract or Lease, and the cure amount will be determined at a later date, but the Debtors may proceed with the assignment of the Contract or Lease to the Successful Bidder or the Prevailing Bidder, as the case may be; provided, however, that in the event that a dispute exists with respect to a cure amount to be paid to a Contract Counterparty whose Contract of Lease is approved for assumption and assignment, the Debtors shall (a) remit the undisputed portion of the cure amount to the applicable Contract Counterparty no later than the Closing Deadline, and (b) place into escrow an amount that would satisfy the remaining disputed portion of the cure amount in the event such Contract Counterparty prevailed in the resolution of the dispute, and shall pay such remaining cure amount to the Contract Counterparty within 7 calendar days of the effective date of a final, non-appeal order resolving the cure amount due to such Contract Counterparty.

3.     If an Assignment Objection objects to the assignment of the Contract or Lease to the Successful Bidder or the Backup Bidder, and if the Court approves the Sale, but fails to overrule the objection, then the Successful Bidder or the Backup Bidder, as the case may be, shall, within 24 hours of the conclusion of the Sale Approval Hearing (the "Bid Alteration Deadline"):

15

a.      Inform the Debtors that it is withdrawing its Bid; or

b.      Notify the Debtors that it intends to proceed with its Bid, but at a price reduced by the amount that its Bid ascribed to such Contract or Lease (in either case, a "Bid Alteration").

4.      Within 24 hours of the Debtors' receipt of a Bid Alteration, the Debtors shall file with the Court, and serve on all Sale Notice Parties, its determination (the "Final Sale Notice") whether:

a.      To proceed with Sale to either the Successful Bidder or the Backup Bidder (depending on the nature of the Bid Alterations); or

b.      To decline to proceed with the Sale.

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
07533
CASE 17-71890
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD
FRI NOV 16 09-42-56 CST 2018

ALLY BANK AND ALLY FINANCIAL INC
CO RIEZMAN BERGER PC
7700 BONHOMME AVE
FLOOR 7
ST LOUIS MO 63105-1960

BMW FINANCIAL SERVICES NA LLC CO AIS
PORT
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

DEBTOR
BARTLETT MANAGEMENT SERVICES INC
70 CLINTON PLAZA
CLINTON IL 61727-2100

EICHENAUER SERVICES INC
2465 N 22ND STREET
DECATUR IL 62526-4741

HEARTLAND BANK AND TRUST COMPANY
CO MARK A BOGDANOWICZ
HOWARD AND HOWARD ATTORNEYS PLLC
211 FULTON STREET SUITE 600
PEORIA IL 61602-1350

KFC
P O BOX 32070
LOUISVILLE KY 40232-2070

LYNN MOSES PLUMBING INC
PO BOX 3338
PEORIA IL 61612-3338

MICROMONT HOLDINGS 4 LLC
CO HOWARD M SPECTOR
12770 COIT ROAD SUITE 1100
DALLAS TX 75251-1329

V5 ENTERPRISES LLC SERIES B
CO JEFFREY D RICHARDSON
132 S WATER SUITE 444
DECATUR IL 62523-1094

EXCLUDE
SPRINGFIELD
226 US COURTHOUSE
600 E MONROE STREET
SPRINGFIELD IL 62701-1626

BARTLETT MANAGEMENT INDIANAPOLIS INC
70 CLINTON PLAZA
CLINTON IL 61727-2100

BARTLETT MANAGEMENT PEORIA INC
70 CLINTON PLAZA
CLINTON IL 61727-2100

2109 E JACKSON
800 EAST MONROE STREET
ROOM 327
SPRINGFIELD IL 62701-1653

550 S TRYON STREET DEC45A
LEGAL  BANKRUPTCY
CHARLOTTE NC 28202-4200

606 LAUTERBUR LANE
CHAMPAIGN IL 618221117

635 NORTH WESLEY
800 EAST MONROE STREET
ROOM 327
SPRINGFIELD IL 62701-1653

A  W RESTAURANTS INC
101 YORKSHIRE BOULEVARD
ATTN- MICHAEL WHITE SENIOR COUNSEL
LEXINGTON KY 40509-1883

A MEDIA MARKETING
3104 N ARMENIA AVE SUITE 2
TAMPA FL 33607-1658

AW RESTAURANTS INC ROYALTIES
PO BOX 637604
CINCINNATI OH 45263-7604

A 1 LOCK INC
101 N 4TH STREET
SPRINGFIELD IL 62701-1298

ABC FIRE SAFETY INC
2581 PARK AVE
BELOIT WI 53511-2171

ADP LLC
1851 N RESLER
EL PASO TX 79912-8023

ADP INC
1851 N RESLER DR MS100
EL PASO TEXAS 79912-8023

AJ KLEAN HOOD  VENT DIVISION LLC
7503 RANDY ROAD
MACHESNEY PARK IL 61115-3045

AJJ LLC
CO NATHAN T DANIELSON
BOSE MCKINNEY  EVANS LLP
111 MONUMENT CIRCLE SUITE 2700
INDIANAPOLIS IN 46204-5120

AJJ LLC
ATTN AMY VATTUONE MANAGER
3851 54TH AVE SW
SEATTLE WA 98116-3624

AJJ LLC
CO JOHN  PAT VATTUONE
42630 TENNESSEE AVENUE
PALM DESERT CA 92211-7784

AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

ARAMARK UNIFORM  CAREER APPAREL LLC
CO SHEILA R SCHWAGER
HAWLEY TROXELL ENNIS  HAWLEY LLP
877 MAIN STREET SUITE 1000
BOISE ID 83702-5884

ARC CAFEUSA001 LLC
CO AMERICAN REALTY CAPITAL PROPERTIES
ATTN- LEGAL DEPT -- -REAL ESTATE
2325 E CAMELBACK ROAD SUITE 1100
PHOENIX AZ 85016-9078

ARC CAFEUSA001 LLC
CO KUTAK ROCK LLP
ATTN- LISA M PETERS ESQ
1650 FARNAM STREET
OMAHA NE 68102-2186

ARC CAFEUSA001 LLC VREITINC
CO AMERICAN REALTY CAPITAL PROPERTIES
ATTN- LEGAL DEPT -- -REAL ESTATE
2325 E CAMELBACK ROAD SUITE 1100
PHOENIX AZ 85016-9078

ARNOLD L DITO TRUSTEE OF THE
ANNE DITO CREDIT SHELTER TRUST
1310 JONES ST
SAN FRANCISCO CA 94109-4177

ARNOLD L DITO TRUSTEE OF THE
ANNE DITO CREDIT SHELTER TRUST
1586 35TH AVENUE
SAN FRANCISCO CA 94122-3119

AT  T
CORPORATE HEADQUARTERS
208 S AKARD ST
DALLAS TX 75202-4206

ATT MOBILITY II LLC
ATT SERVICES INC
KAREN A CAVAGNARO PARALEGAL
ONE ATT WAY SUITE 3A104
BEDMINSTER NJ 07921-2693

ATT
15 E MIDLAND AVE
PARAMUS NJ 07652-2938

ABILITY SERVICES INC
606 LAUTERBUR LANE
CHAMPAIGN IL 61822-1117

ACE SIGN COMPANY
2540 1ST STREET
SPRINGFIELD IL 62704-4700

ADVANCED DISPOSAL
1215 KLEMENT ST
FORT ATKINSON WI 53538-2700

AGENCY ONE SECURITY CORPORATION
7270 EAST 86 STREET
INDIANAPOLIS IN 46250-3597

AGREE BELVIDERE IL LLC
70 E LONG LAKE ROAD
BLOOMFIELD HILLS MI 48304-2356

AGREE LIMITED PARTNERSHIP
70 E LONG LAKE ROAD
BLOOMFIELD HILLS MI 48304-2356

AGREE REALTY CORPORATION
70 E LONG ROAD
BLOOMFIELD HILLS MI 48304

AIRMASTERS
1330 N GRAND AVE W
SPRINGFIELD IL 62702-1608

ALAN TOWNSEND
BOSE MCKINNEY  EVANS LLP
111 MONUMENT CIRCLE SUITE 2700
INDIANAPOLIS IN 46204-5120

ALLIANT ENERGYWP  L
4902 N BILTMORE LN 1000
MADISON WI 53718-2148

ALLIED SAFETY SERVICES INC
7709 WEST 10TH STREET
INDIANAPOLIS IN 46214-2425

ALLY BANK
PO BOX 130424
ROSEVILLE MN 55113-0004

ALLY FINANCIAL
PO BOX 380901
BLOOMINGTON MN 55438-0901

ALLY FINANCIAL
PO BOX 130424
ROSEVILLE MN 55113-0004

AMEREN ILLINOIS
2105 E STATE ROUTE 104
PAWNEE IL 62558-4685

AMERICAN EXPRESS
PO BOX 981531
EL PASO TX 79998-1531

PARTIES DESIGNATED AS "EXCLUDED" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" SERVICE RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COM INC CO BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355-0701 | AMERICAN HERITAGE LIFE 1776 AMERICAN HERITAGE LIFE DR JACKSONVILLE FL 32224-6688 | AMERICAN HONDA FINANCE CORP PO NOX 997518 SACRAMENTO CA 95899-7518 |
| AMERICAN WATER PO BOX 578 ALTON IL 62002-0578 | ANDREW C DYSTRUP 822 N INFANTRY DRIVE SUITE 104 JOLIET IL 60435-3107 | ANNE DITO CREDIT SHELTER TRUST 555 MONTGOMERY ST SUITE 605 SAN FRANCISCO CA 94111-2543 |
| AQUA ILLINOIS 322 N GILBERT ST DANVILLE IL 61832-5630 | ARAMARK SERVICES INC 115 N 1ST STREET BURBANK CA 91502-1856 | ARAMARK UNIFORM SERVICES 115 N 1ST STREET BURBANK CA 91502-1856 |
| ARCHWAY MARKETING SVC 19850 S DIAMOND LAKE ROAD ROGERS MN 55374-4571 | ARCO GLASS 5260 COMMERCE SQUARE D SUITE C INDIANAPOLIS IN 46237-8585 | ASHLEY SAFE AND SECURITY 7270 EAST 86TH STREET INDIANAPOLIS IN 46250-3597 |
| AUSTIN ENGINEERING 311 SW WATER STREET 215 PEORIA IL 61602-4108 | AUTOMATIC FIRE SPRINKLER 1809 INDUSTRIAL NORMAL IL 61761-4319 | BA WARD INC 711 WEST JEFFERSON STREET WASHINGTON IL 61571-1247 |
| BA WARD INC 711 WEST JEFFERSON STREET WASHINGTON IL 61571-1247 | BGRAHAM LLC 3220 WINDELL LANE SW CORYDON IN 47112-6386 | BMO HARRIS PO BOX 6201 CAROL STREAM IL 60197-6201 |
| BMW FINANCIAL SERVICES 300 CHESTNUT RIDGE ROAD WOODCLIFF LAKE NJ 07677-7739 | BACON  VAN BUSKIRK 801 S NEIL STREET CHAMPAIGN IL 61820-5205 | BANK OF AMERICA 1231 DURRETT LANE ATTN- PRODUCT MANAGERCONTRACT MANAGER LOUISVILLE KY 40213-2041 |
| BARCO UNIFORMS INC 350 W ROSECRANS AVENUE GARDENA CA 90248-1728 | BARTLETT MANAGEMENT INDIANAPOLIS INC 70 CLINTON PLAZA DECATUR IL 61727-2100 | BEAL LANDSCAPING MATTHEW BEAL 8210 CAMERON LANE MAPLETON IL 61547-9614 |
| BEECH GROVE SEWAGE WORKS 806 MAIN STREET BEECH GROVE IN 46107-1516 | BELOIT FIRE PROTECTION 2420 HARRISON AVENUE ROCKFORD IL 61108-7456 | BELOIT PLAZA PARTNER LLC 400 N MAIN STREET UNIT 2 WAUCONDA IL 60084-3042 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A "+" AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

BELOIT UTILITIES
CITY HALL
100 STATE STREET
BELOIT WI 53511-6234

BERKSHIRE HATHAWAY
1314 DOUGLAS S
OMAHA NE 68102-1944

BILLS KEY AND LOCK SHOP
1509 N CLINTON BLVD
BLOOMINGTON IL 61701-1813

BOONE COUNTY TREASURER
1212 LOGAN AVENUE  STE 104
BELVIDERE IL 61008-4033

BOONE COUNTY TREASURER
LOCAL TAX COLLECTION SECTION
1212 LOGAN AVENUE - STE 104
BELVIDERE IL 61008-4033

BORDER PATROL
TERMITE PEST CONTROL
PO BOX 672
CLINTON IL 61727-0672

COHETH PROPERTIES
CO FIORILLO SCHAFFER  ASSOCIATES LTD
2 LANE DRIVE
PAXTON IL 60957-1723

CSA INC
CRAIG SPECIALTY ADVERTISING
36555 BITMORE
WILLOUGHBY OH 44094-8223

CAPITOL CORPORATE SERVICES INC
1315 W LAWRENCE AVE
SPRINGFIELD IL 62704-2315

CARDINAL GLASS CO INC
1087 RESEARCH PKWY
ROCKFORD IL 61109-5907

CAREER BUILDER LLC
13047 COLLECTION CTR D
CHICAGO IL 60693-0130

CELEMARK CORPORATION
PO BOX 2333
NOVATO CA 94948-2333

CENTURY LINK
665 LEXINGTON AVE
MANSFIELD OH 44907-1504

CHAMPAIGN COUNTY TREASURER
1776 E WASHINGTON ST
URBANA IL 61802-4516

CHRISTENBERRY SYSTEMS  ALARM COMPANY
222 DERBY STREET
PEKIN IL 61554-5506

CHRYSLER CAPITAL
PO BOX 961275
FORT WORTH TX 76161-0275

CITATION COLLECTION SERVICES
POBOX 80239
INDIANAPOLIS IN 46280-0239

CITIZENS ENERGY GROUP
2020 NORTH MERIDIAN ST
INDIANAPOLIS IN 46202-1393

CITIZENS ONE AUTO FINANCE
CUSTOMER LOAN SERVICINGROP18P
PO BOX 42002
PROVIDENCE RI 02940-2002

CITY WATER LIGHT  POWER
800 EAST MONROE STREET
ROOM 327
SPRINGFIELD IL 62701-1653

CITY WATER LIGHT POWER
ROOM 101 MUNICIPAL CENTER WEST
300 S 7TH STREET
SPRINGFIELD IL 62701-1679

CITY OF BELVEDIERE
401 WHITNEY BLVD
BELVIDERE IL 61008-3693

CITY OF BELVIDERE
401 WHITNEY BLVD
BELVIDERE IL 61008-3693

CITY OF BLOOMINGTON
109 E OLIVE STREET
BLOOMINGTON IL 61701-5219

CITY OF CHAMPAIGN
102 N NEIL STREET
CHAMPAIGN IL 61820-4042

CITY OF CHARLESTON
WATER BILLING SERVICE
520 JACKSON AVE
CHARLESTON IL 61920-2030

CITY OF CLINTON
WATER DEPARTMENT
118 W WASHINGTON ST
CLINTON IL 61727-1691

PARTIES DESIGNATED "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL. PARTIES WITH A "+" AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

Case 17-71890   Doc 455   Filed 11/16/18   Entered 11/16/18 09:55:47   Desc Main
Document   Page 26 of 37

CITY OF DANVILLE
17 W MAIN DANVILLE
DANVILLE IL 61832

CITY OF DECATUR
1 GARY K ANDERSON PLAZA
DECATUR IL 62523-1164

CITY OF DECATUR
FINANCE DEPARTMENT
1 GARY K ANDERSON PLAZA
DECATUR IL 62523-1005

CITY OF FRANKLIN SEWER UTILITY
796 S STATE STREET
FRANKLIN IN 46131-8566

CITY OF MATOON
CITY HALL
208 N 19TH ST
MATTOON IL 61938-2838

CITY OF PEKIN
PUBLIC WORKS DEPARTMENT
111 SOUTH CAPITOL STREET
PEKIN IL 61554-4199

CITY OF PEKIN ATTN  TREASURER
111 S CAPITOL ST
PEKIN IL 61554-4188

CITY OF PEORIA
TREASURERS OFFICE
419 FULTON STREET ROOM 100
PEORIA IL 61602-1262

CITY OF ROCKFORD
425 EAST STATE STREET
ROCKFORD IL 61104-1068

CITY OF ROCKFORD
WATER DEPARTMENT
425 E STATE STREET
ROCKFORD IL 61104-1014

CITY OF URBANA
PO BOX 219
URBANA IL 61803-0219

CITY OF WASHINGTON
WATERSEWER DEPARTMENT
301 WALNUT STREET
WASHINGTON IL 61571-2649

CITY OF WATSEKA
WATER DEPARTMENT
201 BRIANNA DRIVE
PO BOX 338
WATSEKA IL 60970-0338

CLAY COUNTY TREASURER
609 E NATIONAL AVENUE 101
BRAZIL IN 47834-2659

CLEAN UNIFORM COMPANY
1316 SOUTH SEVENTH STREET
SAINT LOUIS MO 63104-3634

CLEAN THE UNIFORM
2301 S BANKER
EFFINGHAM IL 62401-2843

CLEAR POINT DENNIS LYLES
437 W DECATUR STREET
DECATUR IL 62522-3310

CLEARLY WINDOWS DBA AMERICAN NATL
SKYLIN
2523 N BOLTON AVENUE
INDIANAPOLIS IN 46218-3347

CLOVER SIGNS LLC
932 W NATIONAL AVENUE
BRAZIL IN 47834-2440

COIN OPERATED PROP LLC
AKA INDY SPOTLESS AUTO  PET WASH
11387 REGENCY LANE
CARMEL IN 46033-3964

COLES COUNTY COLLECTOR
651 JACKSON AVENUE
ROOM 124
CHARLESTON IL 61920-2074

COMMERCIAL ELECTRONICS
3421 HOLLENBERG DRIVE
BRIDGETON MO 63044-2406

COMMUNICATIONS TECHNOLOGY ASSOCIATES
2007 S HYDRAULIC AVENUE
WICHITA KS 67211-5307

CONFIDENTIAL SECURITY
8723 N INDUSTRIAL ROAD
PEORIA IL 61615-1505

CONSOLIDATED COMMUNICATIONS
121 SOUTH 17TH STREET
MATTOON IL 61938-3987

CONSOLIDATED COMMUNICATIONS
PO BOX 2564
DECATUR IL 62525-2564

CRAWFORDSVILLE ELECTRIC LIGHT AND
POWER
808 LAFAYETTE AVE
CRAWFORDSVILLE IN 47933-1341

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CRAWFORDSVILLE UTILITIES
300 E PIKE ST
PO BOX 935
CRAWFORDSVILLE IN 47933-0935

CULLIGAN OF BELVIDERE
1217 LOGAN AVENUE
BELVIDERE IL 61008-4001

CULLIGAN OF LAFAYETTE
110 WEST FREMONT
OWATONNA MN 55060-2328

DR PLUMBING
2245 SPRINGFIELD RD A
BLOOMINGTON IL 61701-8313

DALE BOYER
727 LAKESHORE DRIVE
TUSCOLA IL 61953-9241

DANCO ROOFING SERVICES INC
1437 SOUTHEASTERN AVE
INDIANAPOLIS IN 46201-3969

DANIEL JOHNSON
125 ROOSEVELT STREET
BARTONVILLE IL 61607-1909

DANVILLE SANITARY DISTRICT
16161 GRAPE CREEK RD
DANVILLE IL 61834-7800

DARYL C NICHOLSON TRUSTEE
THE NICHOLSON TRUST
26914 AVENUE 140
PORTERVILLE CA 93257-9430

DATA IMAGING SUPPLIES INC
1253 E ST LOUIS STREET
SPRINGFIELD MO 65802-3407

DAVID L WENTWORTH II
401 MAIN STREET
SUITE 1400
PEORIA IL 61602-1258

DAVIS AND DELANOIS PC
28 W NORTH STREET SUITE 200
PO BOX 344
ATTENTION- ADAM MUDD
DANVILLE IL 61834-0344

DEPARTMENT OF WORKFORCE DEVELOPMENT
DIVISION OF UNEMPLOYMENT INSURANCE
PO BOX 8914
MADISON WI 53708-8914

CM/ECF E-SERVICE
DESIGN + INC
1449 BARDSTOWN ROAD
SUITE 200
LOUISVILLE KY 40204-1412

DEWITT COUNTY COLLECTOR
201 W WASHINGTON ST
PO BOX 439
CLINTON IL 61727-0439

DIRECT ENERGY BUSINESS
1001 LIBERTY AVENUE
SUITE 1200
PITTSBURGH PA 15222-3728

DIVERSIFIED MECHANICAL
329 N WESTERN
PEORIA IL 61604-5638

DR PEPPERSEVEN UP INC
5301 LEGACY DRIVE
ATTN- GENERAL COUNSEL
PLANO TX 75024-3109

DR PEPPERSEVEN UP INC
5301 LEGACY DRIVE
PLANO TX 75024-3109

DRENNAN SEPTIC SERVICE
3507 FERNDALE
DANVILLE IL 61834-7335

DUKE ENERGY
1000 E MAIN STREET
MAIL DROP WP 890
PLAINFIELD IN 46168-1765

DUKE ENERGY OHIO INC
PO BOX 960
CINCINNATI OH 45201-0960

DUMAC BUSINESS SYSTEMS INC
19 CORPORATE CIRCLE
EAST SYRACUSE NY 13057-1129

DUNBAR BANK PAK INC
8525 KELSO DRIVE SUITE L
BALTIMORE MD 21221-3142

DUNBAR SECURITY
8525 KELSO DRIVE SUITE L
ESSEX MD 21221-3142

ED WATER WORKS INC
915 N PARKER DRIVE
JANESVILLE WI 53545-0709

EARTHGRAINS BAKING COMPANIES INC
PO BOX 842837
BOSTON MA 02284-2837

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL SERVICE
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EAST COURT VILLAGE
CO CULLINAN PROPERTI
420 NORTH MAIN STREET
EAST PEORIA IL 61611-2018

ECOBAB FOOD SAFETY
24198 NETWORK PLACE
CHICAGO IL 60673-1241

ECOLAB PEST ELIMINATION
CO ZOLTAN VARGA
655 LONE OAK DR -A1
EAGAN MN 55121-1649

ECOLAB PEST ELIMINATION DIVISION
26252 NETWORK PLACE
CHICAGO IL 60673-1262

ECOLAB PEST ELIMINATION DIVISION
655 LONE OAK DR  A1
ATTN- ZOLTAN VARGA
EAGAN MN 55121-1649

EGIZII ELECTRIC INC
3009 SINGER AVE
SPRINGFIELD IL 62703-2136

EICHENHAUER SERVICES INC
2465 N 22ND ST
DECATUR IL 62526-4741

ELAN  CARDMEMBER SERVICE
PO BOX 790408
SAINT LOUIS MO 63179-0408

ENVIRONMENTAL WASTE SOLUTIONS
PO BOX 2959
SARASOTA FL 34230-2959

FL  SONS FIRE EQUIPMENT INC
PO BOX 943
29271 TOWNLINE RD
MACKINAW IL 61755-8929

FEDEX
ATTN REVENUE RECOVERYBANKRUPTCY
3965 AIRWAYS BLVD
MODULE G 3RD FLOOR
MEMPHIS TN 38116-5017

FEDEX CORPORATE SERVICES INC
ATTN REVENUE RECOVERYBANKRUPTCY
3965 AIRWAYS BLVD MODULE G3RD FLOOR
MEMPHIS TN 38116-5017

FIRE SAFETY EQUIPMENT INC
2420 HARRISPN AVENUE
ROCKFORD IL 61108-7456

FIREKING COMMERCIAL SERVICES
2789 SOLUTION CENTER
CHICAGO IL 60677-0001

FIRST INSURANCE FUNDING
450 SKOKIE BLVD STE1000
NORTHBROOK IL 60062-7917

FOOD SERVICE SOLUTIONS
1184 FLEX COURT
LAKE ZURICH IL 60047-1578

FRANKE RESUPPLY SYSTEM INC
8007 INNOVATION WAY
CHICAGO IL 60682-0080

FRINKS SEWER SERVICE INC
CO FRINKS SEWER  DRAIN
PO BOX 1004
ROCKFORD IL 61105-1004

FRONTIER BUSINESS
401 MERRIT 7
NORWALK CT 06851-1000

GK SERVICES
715 SABRINA DRIVE
EAST PEORIA IL 61611-3578

GK SERVICES
7813 SOLUTION CENTER
CHICAGO IL 60677-0001

GLASS CUTTERS
2405 LAKE LAND BLVD
MATTOON IL 61938-5951

GRANITE TELECOMMUNICATIONS
100 NEWPORT AVENUE EXTENSION
QUINCY MA 02171-2126

GREATAMERICA FINANCIAL SERVICES
CORPORATIO
PO BOX 609
CEDAR RAPIDS IA 52406-0609

GREATER PEORIA SANITARY
2322 S DARST STREET
PEORIA IL 61607-2093

GREENCASTLE MUNICIPAL UTILITIES
PO BOX 288
GREENCASTLE IN 46135-0288

GREENWOOD SANITATION
367 S WASHINGTON ST
GREENWOOD IN 46143-1608

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

GREENWOOD STORMWATER UTILITY
367 S WASHINGTON ST
GREENWOOD IN 46143-1608

GRIMM ELECTRIC INC
308 SOUTH PLUM
MORTON IL 61550-1800

HC ANDERSON ROOFING
12388 OLD RIVER ROAD
ROCKTON IL 61072-9487

HM ELECTRONICS
14110 STOWE DRIVE
POWAY CA 92064-7147

HORVATH REALTY OF ILLINOIS LLC
31 BANK STREET
SUSSEX NJ 07461-2301

HALEYS LOCK SAFE  KEY
415 N EARL AVENUE
SUITE 1
LAFAYETTE IN 47904-2853

HARRELSON PLUMBING
3880 E COUNTY ROAD 450N
MATTOON IL 61938-8918

HEALTH ALLIANCE MEDICAL PLANS
3310 FIELDS SOUTH DR STE 101
CHAMPAIGN IL 61822-3742

HEARTLAND BANK  TRUST COMPANY
ATTN CRAIG A ORWIG
405 N HERSHEY RD
BLOOMINGTON IL 61704-3527

HERMES SERVICE AND SALES INC
409 S CENTER STREET
BLOOMINGTON IL 61701-5103

HORVATH REALTY OF ILLINOIS LLC
CO JOSEPH A POJANOWSKI III ESQ
777 TERRACE AVENUE SUITE 201
HASBROUCK HEIGHTS NJ 07604-3112

HORVATH REALTY OF INDIANA LLC
CO JOSEPH A POJANOWSKI III ESQ
777 TERRACE AVENUE SUITE 201
HASBROUCK HEIGHTS NJ 07604-3112

HUGHES NETWORK SYSTEMS LLC
11717 EXPLORATION LANE
GERMANTOWN MD 20876-2799

I SPINELLO LOCKSMITHS
225B SOUTH 6TH STREET
ROCKFORD IL 61104-2121

IBN DIST INC
23679 CALABASAS RD 27
CALABASAS CA 91302-1502

IL DEPARTMENT OF EMPLOYMENT SECURITY
INSOLVENCYBKCY SUBUNIT FIELD
AUDIT SECTION
33 S STATE ST 10TH FLOOR
CHICAGO IL 60603-2804

INDYLEE LLC
12711 VENTURA BLVD215
ATTN- DAVID LEE MANAGER
STUDIO CITY CA 91604-2479

ILLINOIS AMERICAN WATER
328 BROADWAY ST
PEKIN IL 61554-4174

ILLINOIS AMERICAN WATER
PO BOX 3027
MILWAUKEE WI 53201-3027

ILLINOIS ATTORNEY GENERAL
33 SOUTH STATE ST
ROOM 992
CHICAGO IL 60603-2803

ILLINOIS BELL TELEPHONE COMPANY
ATT SERVICES INC
KAREN CAVAGNARO ESQ
ONE ATT WAY ROOM 3A104
BEDMINSTER NJ 07921-2693

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 64338 C
CHICAGO IL 60664-0291

IMAGE SIGNS
7323 N ALPINE ROAD
LOVES PARK IL 61111-3901

INDIANA AMERICAN WATER
153 N EMERSON AVE
GREENWOOD IN 46143-9761

INDIANA BELL TELEPHONE COMPANY INC
ATT SERVICES INC
KAREN CAVAGNARO ESQ
ONE ATT WAY ROOM 3A104
BEDMINSTER NJ 07921-2693

INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

INDIANA DEPARTMENT OF WORKFORCE
DEVELOPM
CO IDWD LEGAL SUPPORT
INDIANA GOVERNMENT CENTER SOUTH
10 NORTH SENATE AVENUE SE 105
INDIANAPOLIS IN 46204-2201

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

INDIANA LOGO SIGN GROUP
600 E 96TH STREET
INDIANAPOLIS IN 46240-3823

INDIANA WINDOW CLEANING
PO BOX 24039
DAYTON OH 45424-0039

INDIANAPOLIS POWER AND LIGHT
ONE MONUMENT CIRCLE
PO BOX 1595
INDIANAPOLIS IN 46206-1595

INDYLEE LLC
CO NATHAN T DANIELSON
BOSE MCKINNEY  EVANS LLP
111 MONUMENT CIRCLE SUITE 2700
INDIANAPOLIS IN 46204-5120

INSIGHT PARAPET STUDIOS LLC
PO BOX 9463
NAMPA ID 83652-9463

INTERNAL REVENUE SERVICE
INSOLVENCY UNIT
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

ISTREF SAM SABANI
796 RIVERSIDE ROAD
BELVIDERE IL 61008-8637

JJ LAWNCARE INC
20489 ARROWHEAD ROAD
ASHMORE IL 61912-9165

JS RESTAURANT SERVICE
3100 MOORESVILLE ROAD
INDIANAPOLIS IN 46221-2134

JCS LAWN CARE
JAY A CLARK
PO BOX 332
TREMONT IL 61568-0332

JA BO INC
18427 NORTH OLD GALENA ROAD
ATTENTION- JACK RUSSELL
CHILLICOTHE IL 61523-9015

JAMES FINEGAN
FINEGAN LAW FIRM
111 WEST FRONT STREET
BLOOMINGTON IL 61701-5097

JANE BARTLETT
31213 N GECKO TRAIL
SAN TAN VALLEY AZ 85143-4170

JANESVILLE WATER AND SEWER
18 N JACKSON STREET
JANESVILLE WI 53548-2928

JEFFEREY A DITO ESQ
VALINOTI SPECTER  DITO LLP
555 MONTGOMERY STREET SUITE 605
SAN FRANCISCO CA 94111-2543

JEFFREY A DITO
555 MONTGOMERY ST STE 605
SAN FRANCISCO CA 94111-2543

JOHN HANCOCK LIFE INSURANCE
1 JOHN HANCOCK WAY SUITE 1700
BOSTON MA 02217-1001

JOHN THOMAS
1245 E COUNTY ROAD
MATTOON IL 61938

JOHNSON COUNTY HEALTH
86 W COURT STREET
FRANKLIN IN 46131-2304

JOHNSON COUNTY TREASURER
86 W COURT STREET
FRANKLIN IN 46131-2304

JOHNSON CREATIVE LANDSCAPE
1164 DARWIN DRIVE
MACHESNEY PARK IL 61115-1475

JOSEPH A POJANOWSKI III ESQ
777 TERRACE AVENUE SUITE 201
HASBROUCK HEIGHTS NH 07604-3112

JOSEPH A POJANOWSKI III ESQ
777 TERRACE AVENUE SUITE 201
HASBROUCK HEIGHTS NJ 07604-3112

JOSEPH A POJANOWSKI III ESQ
BERTONE PICCINI LLP
777 TERRACE AVENUE SUITE 201
HASBROUCK HEIGHTS NJ 07604-3112

JOSEPH ADAMS
70 CLINTON PLAZA
CLINTON IL 61727-2100

JOSH OTTO
13591 GLENDA LANE
BLOOMINGTON IL 61705-6661

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

KFC
PO BOX 32070
ATTENTION- VICE PRESIDENT-FRANCHISING
LOUISVILLE KY 40232-2070

KFC CORPORATION
ATTN MEG HUGHES
1441 GARDINER LANE
LOUISVILLE KY 40213-1957

KFC NAT COUNCIL AND ADVERTISING COOP
PO BOX 642474
PITTSBURGH PA 15264-2474

KFC ROYALTY
PO BOX 203805
DALLAS TX 75320-3805

KFCYSRG
PO BOX 203805
DALLAS TX 75320-3805

KFCGC INC
950 BRECKENRIDGE LANE
LOUISVILLE KY 40207-4674

KMART
12664 COLLECTION CTR DRIVE
CHICAGO IL 60693-0001

KELLEYS SEPTIC TANK
1955 ST LOUIS BRIDGE R
DECATUR IL 62521-9415

KIMBERLY S REED
588 33RD AVE NW
NAPLES FL 34120-4748

KMART CORPORATION
ATTN VP REAL ESTATE
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179-0001

KMART STORES OF ILLINOIS LLC
MATTHEW JOLY
SEARS HOLDINGS MANAGEMENT CORP
3333 BEVERLY ROAD B6-313A
HOFFMAN ESTATES IL 60179-0001

LL LANDSCAPING INC
608 MITCHELL D
GEORGETOWN IL 61846-2013

LOPAX INC
3930 PREMIER NORTH DR
TAMPA FL 33618-8795

LSJ ROYALTIES
PO BOX 950111
LOUISVILLE KY 40295-0111

LSJ ADVERTISING
PO BOX 950106
LOUISVILLE KY 40295-0106

LAWN AND BEYOND LLC
JOSHUA D WOODMAN
4228 SARATOGA DRIVE
JANESVILLE WI 53546-3408

LEND LEASE US CONSTRUCTION INC
30 WACKER DRIVE
CHICAGO IL 60606

LIBERTY MUTUAL INSURANCE
62 MAPLE AVENUE
KEENE NH 03431-1625

LINCOLN FINANCIAL GROUP
PO BOX 0821
CAROL STREAM IL 60132-0821

LIQUID GREEN
3019 VINE ST
DANVILLE IL 61834-5835

LONG JOHN SILVERS INC
10350 ORMSBY PARK PLACE SUITE 300
LOUISVILLE KY 40223-6177

LONG JOHN SILVERS LLC ATTN  RITA MACN
10350 ORMSBY PARK PLACE SUITE 300
LOUISVILLE KY 40223-6177

LOVES PARK CITY WATER DEPARTMENT
5440 WALKER AVENUE
LOVES PARK IL 61111-5153

LYNN MOSES PLUMBING INC
DAVID L WENTWORTH II
401 MAIN STREET
SUITE 1400
PEORIA IL 61602-1258

MDC ENVIRONMENTAL SERVICES
1050 GREENLEE ST
MARENGO IL 60152-8246

MICHAEL J SMITH  ASSOCIATES
3127 VILLAGE OFFICE PLACE
CHAMPAIGN IL 61822-7673

MACON COUNTY COLLECTOR
141 S MAIN STREET
ROOM 302
DECATUR IL 62523-1244

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL. PARTIES
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" SERVICES RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

MAHONEY ENVIRONMENTAL
37458 EAGLE WAY
CHICAGO IL 60678-0374

MANTANKY REALTY GROUP
200 N LASALLE STREET SUITE 2350
CHICAGO IL 60601-1044

MARION COUNTY TREASURER
200 E WASHINGTON STREET
SUITE 1041
INDIANAPOLIS IN 46204-3318

MARY JANE JOHNSON
1235 WATERBURY LOOP
LUTZ FL 33559-6751

MATTHEW PORTS
PFAFF GILL PORTS LTD
1 E UPPER WACKER DR 3310
CHICAGO IL 60601

MCCORMICK COMM REFRIG
1408 TRIUMPH DRIVE
URBANA IL 61802-7378

MCLANE SERVICE
2085 MIDWAY ROAD
CARROLLTON TX 75006-5063

MCLEAN COUNTY COLLECTOR
115 E WASHINGTON ST M101
BLOOMINGTON IL 61701-4089

MEDIACOM COMMUNICATIONS CORPORATION
ONE MEDIACOM WAY
CHESTER NY 10918-4850

MEYER CAPEL A PROFESSIONAL CORPORATION
306 W CHURCH STREET
CHAMPAIGN IL 61820-3514

MICHAEL BARTLETT
31213 N GECKO TRAIL
SAN TAN VALLEY AZ 85143-4170

MICKEYS LINEN AND TOWEL SUPPLY COMPANY
4601 W ADDISON ST 300
CHICAGO IL 60641-3702

MICKEYS LINEN TOWEL SERVICE INC RN
196 N DEARBORN
KANKAKEE IL 60901-3919

MICROMONT HOLDINGS 4 LLC
8140 WALNUT HILL LANE
SUITE 400
DALLAS TX 75231-4336

MIDLAND LOAN SERVICES PNC
PO BOX 25965
SHAWNEE MISSION KS 66225-5965

MIDWEST BUILDING MANAGEMENT
2500 N MAIN STREET
ROCKFORD IL 61103-4072

MONTGOMERY COUNTY TREASURER
100 E MAIN STREET ROOM 101
CRAWFORDSVILLE IN 47933-1709

MOOD MEDIA MUZAK
2100 S INTERSTATE 35
AUSTIN TX 78704-4435

MORGAN SERVICES INC
201 LINCOLN ST
INDIANAPOLIS IN 46225-1817

MORTON UTILITIES
120 N MAIN STREET
MORTON IL 61550-2060

NAC ADVERTISING TRUST AW ADVERTISING
LOCK BOX 3585
RELIABLE PARKWAY
CHICAGO IL 60686-0001

NSN EMPLOYER SERVICES
PO BOX 617665
CHICAGO IL 60661-7633

NUCO2 LLC
2800 SE MARKET PLACE
STUART FL 34997-4965

NELSON ALARM COMPANY
2602 EAST 55TH STREET
INDIANAPOLIS IN 46220-3628

NEOPOST USA INC
DEPT 3689
PO BOX 123689
DALLAS TX 75312-3689

NESBITT RE HOLDINGS LLC
3930 PREMIER NORTH DRIVE
TAMPA FL 33618-8795

NICK MAYES
1945 S LINCOLN
SPRINGFIELD IL 62704-3424

NICOR GAS
1305 MARTIN LUTHER KING DR
BLOOMINGTON IL 61701-1467

NORTHERN MECHANICAL INC
9933 N ALPINE ROAD
MACHESNEY PARK IL 61115-8212

NORTHWESTERN MUTUAL
720 EAST WISCONSIN AVENUE
MILWAUKEE WI 53202-4703

OSPREY 1401 REALTY LLC
45 INDIAN FIELD COURT
MAHWAH NJ 07430-2243

OFFICE DEPOT CREDIT PLAN
PO BOX 790449
SAINT LOUIS MO 63179-0449

OHIO WINDOW CLEANING
PO BOX 24039
DAYTON OH 45424-0039

ONE SYSTEM POP
PO BOX 644361
PITTSBURGH PA 15264-4361

OSPREY 1401 REALTY LLC
777 TERRACE AVENUE SUITE 201
HASBROUCK HEIGHTS NJ 07604-3112

OWENS CONTRACTING  LANDSCAPING
19280 N 900 EAST ROAD
OAKWOOD IL 61858-6035

PHILLIPS TRUST
142 CHELSEY PLACE
SANTA CRUZ CA 95060-1051

PAR TECH INC
HEADQUARTERS
8383 SENECA TURNPIKE
NEW HARTFORD NY 13413-4957

PARAPET STUDIOS LLC
PO BOX 9463
NAMPA ID 83652-9463

PATRICK GITTEMEIR LEASE ADMINISTRATOR
10851 MASTIN SUITE 300
OVERLAND PARK KS 66210-1690

PAYLESS SHOESOURCE
PO BOX 535523
ATLANTA GA 30353-5594

PEORIA COUNTY COLLECTOR
342 MAIN STREET RM G15
PEORIA IL 61602

PEPSI COLA COMPANY
1111 WESTCHESTER AVENUE
ATTN- PRESIDENT PEPSICO FOODSERVICE
WHITE PLAINS NY 10604-4000

PEPSI COLA COMPANY
700 ANDERSON HILL ROAD
PURCHASE NY 10577-1444

PEPSI COLA LAW DEPARTMENT
1111 WESTCHESTER AVENUE
ATTN- GENERAL COUNSEL
WHITE PLAINS NY 10604-4001

PEPSI MID AMERICA
2605 W MAIN STREET
MARION IL 62959-4932

PERFECT WINDOW CLEANING
1220 E PERSHING ROAD
DECATUR IL 62526-4792

PERRYS LOCKSMITH SHOP
1820 MARION AVENUE
MATTOON IL 61938-5256

PETRO CULLIGANS JOHNSON COUNTY
900 ARVIN RD
FRANKLIN IN 46131-1492

PFINGSTEN MOWING SERVICES
LEON PFINGSTEN
2023 E 1675 N ROAD
WATSEKA IL 60970-7532

POJANOWSKI CHAMPAIGN REALTY LLC
777 TERRACE AVENUE SUITE 201
HASBROUCK HEIGHTS NJ 07604-3112

POJANOWSKI FAMILY REALTY LLC
777 TERRACE AVENUE SUITE 201
HASBROUCK HEIGHTS NJ 07604-3112

PRAIRIE SIGNS
1215 WARRINER STREET
NORMAL IL 61761-3334

PRO MOW LAWN CARE INC
1610 REDBUD RD
CHARLESTON IL 61920-7800

PRO TYPE PRINTING INC
130 N MARKET STREET
PAXTON IL 60957-1220

PROFESSIONAL IMAGE
1654 FRONT STREET SUITE 5
SLIDEL LA 70458-2704

PROVIDENT LIFE  ACCIDENT INS CO
PO BOX 403748
ATLANTA GA 30384-3748

PUTNAM COUNTY TREASURER
120 N 4TH STREET
HENNEPIN IL 61327

QUALITY WATER SOLUTIONS INC
500 E WAR MEMORIAL DRIVE
PEORIA IL 61614-7544

RF TECHNOLOGIES
PO BOX 142
BETHALTO IL 62010-0142

RPW PROWASH
4449 SCENIC DRIVE
ROCKFORD IL 61109-4040

RSC PARTS CONNECTION
950 BRECKENRIDGE LANE
SUITE 300
LOUISVILLE KY 40207-5930

RSCS   KFC PACKLINE
950 BRECKENRIDGE LANE
SUITE 300
LOUISVILLE KY 40207-5930

RSCS SMALLWARES CONNECTION
477 SOUTH FRONT STREET
COLUMBUS OH 43215-5625

RAYS TRASH
3859 US40
CLAYTON IN 46118

RED BOOK SOLUTIONS
33270 COLLECTION CTR DRIVE
CHICAGO IL 60693-0001

RELIABLE WATER SERVICES
2400 SOUTH 102ND STREET
SUITE 103
MILWAUKEE WI 53227-2132

RELIABLE WATER SERVICES
301 W WISCONSIN AVE SUITE 400
MILWAUKEE WI 53203-2225

REPUBLIC SERVICES 726
3304 CONCORD ROAD
LAFAYETTE IN 47909-5128

REPUBLIC SERVICES 726
PO BOX 9001099
LOUISVILLE KY 40290-1099

RESTAURANT SUPPLY CHAIN SOLUTION
950 BRECKENRIDGE LANE SUITE 300
LOUISVILLE KY 40207-5930

RICHARD T MARVEL
405 W FRONT STREET
BLOOMINGTON IL 61701-5024

ROBERT CLAWSON
3190 DEERFIELD ROAD
CLINTON IL 61727-9132

ROCK COUNTY TREASURER
PO BOX 1508
JANESVILLE WI 53547-1508

ROCK RIVER DISPOSAL INC
4002 S MAIN STREET
ROCKFORD IL 61102-4664

ROCK RIVER WATER
3333 KISHWAUKEE ST
ROCKFORD IL 61109-2021

ROCK VALLEY CULLIGAN
6421 MATERIAL AVE
LOVES PARK IL 61111-4247

ROGER L PRILLAMAN
PRILLAMAN  MOORE LTD
220 W MAIN STREET
URBANA IL 61801-2622

RONALD E BOYER
RONALD E BOYER PC
600 E WALNUT ST
PO BOX 116
WATSEKA IL 60970-0116

ROTO ROOTER
4808 IVYWOOD TRAIL
MC FARLAND WI 53558-9433

ROTO ROOTER    SPRINGFIELD
11 COTTONWOOD DRIVE
CHATHAM IL 62629-1711

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL SERVICE.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ROTO ROOTER  SEWER DRAIN  PLUMBING
6904 FOREST HILLS ROAD
LOVES PARK IL 61111-4369

ROTO ROOTERS PLUMBERS
1304 W ANTHONY DRIVE
CHAMPAIGN IL 61821-1150

S S LIGHTING MAINTENANCE
4305 N MAIN STREET
EAST PEORIA IL 61611-1455

SE ENTERPRISES
774 E ROXANNA CIRCLE
KANKAKEE IL 60901-8169

SCFRC HW G LLC
CO ESSENTIAL PROPERTIES
47 HULFISH ST 210
PRINCETON NJ 08542-3706

SCFRC HW G LLC
BALLARD SPAHR LLP
ATTN- CRAIG SOLOMON GANZ
1 E WASHINGTON ST SUITE 2300
PHOENIX AZ 85004-2555

SFC INC
2135 COURT ST
PEKIN IL 61554-5216

SNP BELL LLC
CO MELISSA BELL
403 WESTWOOD DRIVE
SHOREWOOD IL 60404-9428

SANGAMON COUNTY COLLECTOR
200 S 9TH ST 102
SPRINGFIELD IL 62701-1961

SANIMAX USA INC
39379 TREASURY CENTER
CHICAGO IL 60694-9300

SCOTT WEAVER  SON
TRUCKING AND EXCAVATING
204 N MAIN STREET
WASHINGTON IL 61571-1554

SECURITY ALARM OF ROCKFORD LLC
2139 N CENTRAL
ROCKFORD IL 61101-2345

SHARON CLAWSON
3190 DEERFIELD ROAD
CLINTON IL 61727-9132

SHERIDANS PLUMBING
6708 GRANNER CT
INDIANAPOLIS IN 46221-4714

SILVERMAN CONSULTING
5750 OLD ORCHARD ROAD
SKOKIE IL 60077-4402

SIMS LAWNCARE
CO DODD  MAATUKA
303 S MATTIS SUITE 201
CHAMPAIGN IL 61821-3070

SORCE ENTERPRISES INC
3201 N MAIN STREET
EAST PEORIA IL 61611-1718

SORCE ENTERPRISES INC
DE HATER DIVISION
3201 N MAIN STREET
EAST PEORIA IL 61611-1718

SPRINGFIELD ELECTRIC
700 N 9TH STREET
SPRINGFIELD IL 62702-6307

STANLEY CONVERGENT
SECURITY SOLUTIONS DEPT 10651
PALATINE IL 60055-0001

STERITECH GROUP INC
6701 CARMEL ROAD
CHARLOTTE NC 28226-0205

STERLING TALENT SOLUTION
1 STATE ST
NEW YORK NY 10004-1561

SUBURBAN BANK TRUST COMPANY
ATTN BRANCH MANAGER
TRUSTEE OF TRUST NO 744241
150 E BUTTERFIELD RD
ELMHURST IL 60126-5120

SUN BEAM WINDOW CLEANERS
1340 TURRETT DRIVE
UNIT C
MACHESNEY PARK IL 61115-3403

TACO BELL
ATTN GENERAL COUNSEL
1 GLEN BELL WAY
IRVINE CA 92618-3344

TALX UC EXPRESS
4076 PAYSPHERE CIRCLE
CHICAGO IL 60674-0040

TEAM 360 SERVICES
5 KOWEBA LANE
INDIANAPOLIS IN 46201

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS USPS MAIL SERVICE.
PARTIES WITH A "+" AND DESIGNATED AS "CM/ECF SERVICE" WERE RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

TWIN CITY ELECTRIC
1701 EASY STREET
BLOOMINGTON IL 61701-6878

~~EXCLUDE~~
~~US TRUSTEE~~
~~OFFICE OF NANCY J GARGULA US TRUSTEE~~
~~401 MAIN ST 1100~~
~~PEORIA IL 61602-1241~~

US RESTAURANT PROPERTIES
8140 WALNUT HILL LN STE 400
ATTENTION- MATT LAATSCH
DALLAS TX 75231-4336

USPS POSTMASTER
TAMPA AIRPORT MOWU
PO BOX 39841 BR876001
TAMPA FL 33630-9841

UNITED PARCEL SERVICE
55 GLENLAKE PARKWAY NE
ATLANTA GA 30328-3498

URBANA  CHAMPAIGN SANITARY DISTRICT
PO BOX 669
URBANA IL 61803-0669

V5 ENTERPRISES LLC
POBOX 802
PROSPECT HEIGHTS IL 60070-0802

V5 ENTERPRISES LLC SERIES B
PAUL VASILAKOS
P O BOX 802
PROSPECT HEIGHTS IL 60070-0802

VALENTI FLORIDA MANAGEMENT INC
3930 PRIEMER NORTH DRIVE
TAMPA FL 33618-4456

VECTREN ENERGY DELIVERY
ATTN BANKRUPTCY DEPT
PO BOX 209
EVANSVILLE IN 47702-0209

VERMILION COUNTY TREASURER
6 N VERMILIONSTREET  3
DANVILLE IL 61832-5842

VILLAGE OF NORTH PEKIN
WATER DEPARTMENT
318 N MAIN STREET
PEKIN IL 61554-1066

WEX INC
PO BOX 639
PORTLAND ME 04104-0639

WALZ LABEL  MAILING
624 HIGH POINT LANE
EAST PEORIA IL 61611-9329

WASTE MANAGEMENT
1001 FANNIN STREET
HOUSTON TX 77002-6717

WATTS COPY SYSTEM INC
860 STANTON AVE
SPRINGFIELD IL 62703

WATTS COPY SYSTEMS INC
2860 STANTON AVE
SPRINGFIELD IL 62703-4347

WEBER PLUMBING  HEATING INC
111 EAST CHERRY STREET
WATSEKA IL 60970-1669

WEINMANNS CULLIGAN
101 E SANGAMON ST
MAHOMET IL 61853-9215

WILLEY  SON LAWN SVC
ROBERT M WILLEY
5966 E MAHALASVILLE RD
MORGAN TOWN IN 46160

WINDOW GENIE OF SOUTH  WINDOWS
3270 TRACTION ROAD
CRAWFORDSVILLE IN 47933-8030

WINNEBAGO COUNTY COLLECTOR
404 ELM STREET  ROOM 205
ROCKFORD IL 61101-1244

WINNEBAGO COUNTY TREASURER
404 ELM STREET  ROOM 205
ROCKFORD IL 61101-1244

WISCONSIN BELL INC
ATT SERVICES INC
KAREN CAVAGNARO ESQ
ONE ATT WAY ROOM 3A104
BEDMINSTER NJ 07921-2693

WISCONSIN DEPT OF REVENUE
SPECIAL PROCEDURES UNIT
PO BOX 8901
MADISON WI 53708-8901

WISCONSIN LOGOS
4918 TRIANGLE STREET
MC FARLAND WI 53558-9363

WISCONSIN WORKFORCE DEVELOPMENT
DIVISION OF UNEMPLOYMENT INSURANCE
PO BOX 8914
MADISON WI 53708-8914

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

Z BROTHERS LLC
ATTENTION DEMETRIOS ZEREF
42 HARVEST LANE
HOCKESSIN DE 19707-2095

ZESCO PRODUCTS
640 NORTH CAPITOL AVENUE
INDIANAPOLIS IN 46204-1206

JONATHAN A BACKMAN
117 N CENTER ST
BLOOMINGTON IL 61701-5001

ROBERT CLAWSON
3190 DEERFIELD
CLINTON IL 61727-9132