**IT IS SO ORDERED.**

**SIGNED THIS: November 16, 2018**

_____
**Mary P. Gorman
United States Chief Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **IN RE** | ) | **Chapter 11** |
| | ) | |
| **BARTLETT MANAGEMENT SERVICES, INC.,** *et al.*,[*] | ) ) | **Case No. 17-71890** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

**ORDER GRANTING FINAL FEE APPLICATION FOR
MICHAEL J. SMITH & ASSOCIATES**

This cause coming to be heard on November 15, 2018 (the "Hearing"), on Debtors' (A) Final Application to Allow and Pay Compensation to Tax Accountant Michael J. Smith & Associates, (B) Request to Shorten (But Not Limit) Notice, (C) Request for Authority to Serve Notice of Hearing on the Third Application on the Full Mailing Matrix, and (D) Request for Hearing on November 15, 2018, as filed on November 4, 2018, as Document No.

---

[*]  The Debtors in these chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Bartlett Management Services, Inc. (4428); Bartlett Management Indianapolis, Inc. (2750); and Bartlett Management Peoria, Inc. (1543). The mailing address of all of the Debtors is 70 Clinton Plaza, Clinton, Illinois, 61727-2170.

431 (the "Application"), requesting the entry of an Order approving a final allowance of S&A's Fees in the amount of $46,500; notice of the Hearing having been served on the combined matrix of parties in interest in all of the Cases [Doc 435], as well as (a) the Office of the United States Trustee, (b) the attorneys for the Creditors' Committees, and (c) all parties who have filed appearances and requests for notice in the Cases; no objection to the Application having been filed prior to or raised at the Hearing; capitalized terms utilized but not otherwise defined in this Order having the meanings ascribed to them in the Application and the Court being fully advised in the premises;

IT IS HEREBY FOUND, ORDERED and DECREED as follows:

1. The Application is granted.

2. S&A is hereby allowed its final fees in the amount of $46,500 (the "Final Fee Award"), to be allocated among the Debtors as follows:

   a. Debtor BMSI: $15,500;

   b. Debtor BMPI: $15,500; and

   c. Debtor BMII: $15,500.

3. The Debtors are hereby authorized to pay S&A the amount of the Final Fee Award.

###