

*U.S. Department of Justice*

*Office of the United States Trustee, Region 10*
*Central Southern Districts of Illinois*
*Northern Southern Districts of Indiana*

# Monthly Report for Non-Small Business Debtors and Chapter 11 Trustees

| | | | |
|---|---|---|---|
| Debtor Name: | Bartlett Management Services, Inc. | For the Month Ended: | 12/30/2019 |
| Case Number: | 17-71890 | Date Bankruptcy Filed: | 12/5/2017 |

This report is to be completed in its entirety and is to be sent to the Office of the United States Trustee. The Operating Report Summary, located on page 31 of 32, is to be completed and electronically filed by the debtor's attorney with the Bankruptcy Court. If any portion of this report is not completed, please provide an explanation as to the reason for the incomplete portion.

| **Portion of the Report** | **Reason Not Completed or Provided** |
|---|---|
| Monthly Income Statement | |
| Monthly Cash Flow | |
| Operating Report Summary | Not attached, per UST Instructions at IDI Conference |
| Bank Statements | Not attached, being provided directly to UST's office concurrently with the filing of this report, and will be made available upon request |

The undersigned certifies under penalty of perjury that the information contained in this and accompanying report is complete, true and correct to the best of my knowledge, information, and belief.

Signature of Debtor or Debtor's Representative:    /s/ Steven A. Nerger

Title of Representative if Applicable:    Chief Restructuring Officer

Dated:  January 31, 2020            Debtor's Phone Number:  (847) 470-0200

Name of Preparer:   Steven A. Nerger        Title:   Chief Restructuring Officer

Preparer's Phone Number:  (847) 470-0200

*401 Main Street, Suite 1100*                        *Phone: 309-671-7854*
*Peoria, IL  61602*                                  *Fax: 309-671-7857*

**OFFICE OF THE U.S. TRUSTEE - REGION 10**
**MONTHLY INCOME STATEMENT**
*(Accrual Method of accounting is required) As of 12/30/2019*

**Debtor Name:** Bartlett Management Services, Inc.   **Case Number:** 17-71890

| | CURRENT PERIOD | % | YEAR-TO-DATE | % |
|---|---|---|---|---|
| **SALES - KFC** | 0.00 | #DIV/0! | 1,471,908.20 | 98.45% |
| **SALES - A & W** | 0.00 | #DIV/0! | 7,848.67 | 0.52% |
| **SALES - LJS** | 0.00 | #DIV/0! | 12,319.82 | 0.82% |
| **CATERING** | 0.00 | #DIV/0! | 3,021.16 | 0.20% |
| TOTAL SALES | 0.00 | #DIV/0! | 1,495,097.85 | 100.00% |
| *COST OF GOODS SOLD* | | | | |
| **CHICKEN** | 0.00 | #DIV/0! | 138,931.97 | 9.29% |
| **CHICKEN FILETS** | 0.00 | #DIV/0! | 15,721.47 | 1.05% |
| **POPCORN CHICKEN** | 0.00 | #DIV/0! | 37,619.88 | 2.52% |
| **CHICKEN STRIPS** | 0.00 | #DIV/0! | 44,989.69 | 3.01% |
| **HOT WINGS** | 0.00 | #DIV/0! | 3,937.47 | 0.26% |
| **SHORTENING** | 0.00 | #DIV/0! | 24,487.42 | 1.64% |
| **FLOUR** | 0.00 | #DIV/0! | 18,366.87 | 1.23% |
| **DINNER BISCUITS** | 0.00 | #DIV/0! | 12,604.01 | 0.84% |
| **FRIES/ONION RINGS** | 0.00 | #DIV/0! | 11,437.94 | 0.77% |
| **POTATOES** | 0.00 | #DIV/0! | 24,896.73 | 1.67% |
| **DESSERTS** | 0.00 | #DIV/0! | 11,542.47 | 0.77% |
| **BEVERAGES** | 0.00 | #DIV/0! | 44,574.52 | 2.98% |
| **MISC. ENTREES** | 0.00 | #DIV/0! | 20,725.58 | 1.39% |
| **SALADS** | 0.00 | #DIV/0! | 32,287.68 | 2.16% |
| **CONDIMENTS** | 0.00 | #DIV/0! | 8,334.08 | 0.56% |
| **PAPER** | 0.00 | #DIV/0! | 71,426.00 | 4.78% |
| **A&W SANDWICHES** | 0.00 | #DIV/0! | 1,447.78 | 0.10% |
| **LJS PRODUCTS** | 0.00 | #DIV/0! | 2,866.72 | 0.19% |
| TOTAL FOOD & PAPER | 0.00 | #DIV/0! | 526,198.28 | 35.19% |
| *OPERATING EXPENSES* | | | | |
| **HOURLY WAGES** | 0.00 | #DIV/0! | 270,411.75 | 18.09% |
| **MANAGEMENT SALARY** | 0.00 | #DIV/0! | 86,249.70 | 5.77% |
| **ASST. MGR. SALARY** | 0.00 | #DIV/0! | 33,962.34 | 2.27% |
| **SICK/OTHER PAY** | 0.00 | #DIV/0! | 2,396.21 | 0.16% |
| *SUBTOTAL* | 0.00 | #DIV/0! | 393,020.00 | 26.29% |
| **WORKERS COMP** | 13,062.50 | #DIV/0! | 50,740.69 | 3.39% |
| **MGMT. VACATIONS** | 0.00 | #DIV/0! | 52,583.42 | 3.52% |
| **PAYROLL TAXES** | 0.00 | #DIV/0! | 48,751.01 | 3.26% |
| **HOURLY VACATIONS** | 0.00 | #DIV/0! | 9,506.22 | 0.64% |
| TOTAL PAYROLL | 13,062.50 | #DIV/0! | 554,601.34 | 37.09% |

**OFFICE OF THE U.S. TRUSTEE - REGION 10**
**MONTHLY INCOME STATEMENT**
*(Accrual Method of accounting is required) As of 12/30/2019*

| **Debtor Name:** | **Bartlett Management Services, Inc.** | | **Case Number:** | **17-71890** |
|---|---|---|---|---|
| | *CURRENT PERIOD* | *%* | *YEAR-TO-DATE* | *%* |
| **UTILITIES** | 0.00 | #DIV/0! | 69,619.16 | 4.66% |
| **TELEPHONE** | 0.00 | #DIV/0! | 2,744.58 | 0.18% |
| **TRASH** | 0.00 | #DIV/0! | 1,600.47 | 0.11% |
| TOTAL UTILITIES | 0.00 | #DIV/0! | 73,964.21 | 4.95% |
| | | | | |
| **CLEANING SUPPLIES** | 0.00 | #DIV/0! | 19,908.50 | 1.33% |
| **SMALLWARES** | 0.00 | #DIV/0! | 182.57 | 0.01% |
| **KITCHEN SUPPLIES** | 0.00 | #DIV/0! | 5,659.11 | 0.38% |
| **UNIFORMS** | 0.00 | #DIV/0! | 3,875.68 | 0.26% |
| **LINENS** | 0.00 | #DIV/0! | 5,564.80 | 0.37% |
| **OFF. SUPPLIES/EXP.** | 0.00 | #DIV/0! | 4,394.15 | 0.29% |
| TOTAL SUPPLIES | 0.00 | #DIV/0! | 39,584.81 | 2.65% |
| | | | | |
| **R/M - EQUIPMENT** | 0.00 | #DIV/0! | 11,789.58 | 0.79% |
| **R/M BLDG/GROUNDS** | 0.00 | #DIV/0! | 30,097.41 | 2.01% |
| TOT REPAIRS/MAINT | 0.00 | #DIV/0! | 41,886.99 | 2.80% |
| | | | | |
| **REST CONTROL EXP** | 13,062.50 | #DIV/0! | 1,236,235.63 | 82.69% |
| | | | | |
| **REST CONTROL PROFIT** | (13,062.50) | #DIV/0! | 258,862.22 | 17.31% |
| | | | | |
| **KFC NATIONAL COOP** | 0.00 | #DIV/0! | 66,371.82 | 4.44% |
| **A & W NATL COOP** | 0.00 | #DIV/0! | 173.60 | 0.01% |
| **LJS NATL COOP** | 0.00 | #DIV/0! | 492.70 | 0.03% |
| **LOCAL STORE MKTG** | 0.00 | #DIV/0! | 7,118.32 | 0.48% |
| TOTAL ADVERTISING | 0.00 | #DIV/0! | 74,156.44 | 4.96% |
| | | | | |
| **AWARDS/INCENTIVES** | 0.00 | #DIV/0! | 57.90 | 0.00% |
| **BANK SVC CHG/FEES** | 0.00 | #DIV/0! | 2,848.99 | 0.19% |
| **POS/DATA PROC.** | 0.00 | #DIV/0! | 7,439.95 | 0.50% |
| **MTGS/TRAINING** | 0.00 | #DIV/0! | 110.00 | 0.01% |
| **RECRUITING FEES** | 0.00 | #DIV/0! | 370.00 | 0.02% |
| **CASH OVER/SHORT** | 0.00 | #DIV/0! | 698.16 | 0.05% |
| TOTAL VARIABLE | 0.00 | #DIV/0! | 11,525.00 | 0.77% |
| | | | | |
| **RENT** | 0.00 | #DIV/0! | (134,307.34) | -8.98% |
| **K.F.C. ROYALTY** | 0.00 | #DIV/0! | 58,997.14 | 3.95% |
| **A & W ROYALTY** | 0.00 | #DIV/0! | 260.43 | 0.02% |
| **LJS ROYALTY** | 0.00 | #DIV/0! | 739.02 | 0.05% |

# OFFICE OF THE U.S. TRUSTEE - REGION 10
## MONTHLY INCOME STATEMENT
*(Accrual Method of accounting is required) As of 12/30/2019*

**Debtor Name:** Bartlett Management Services, Inc.     **Case Number:** 17-71890

|  | CURRENT PERIOD | % | YEAR-TO-DATE | % |
|---|---:|---:|---:|---:|
| EQPT LEASE EXP. | 0.00 | #DIV/0! | 1,265.47 | 0.08% |
| PROP./LIAB. INS. | 0.00 | #DIV/0! | 68,383.86 | 4.57% |
| PROPERTY TAXES | 0.00 | #DIV/0! | 36,404.22 | 2.43% |
| MISC. TAXES/LIC. | 0.00 | #DIV/0! | (1,381.00) | -0.09% |
| DEPR/AMORTIZATION | 0.00 | #DIV/0! | 24,611.21 | 1.65% |
| MISCELLANEOUS | 0.00 | #DIV/0! | 7,890.28 | 0.53% |
| **TOTAL FIXED EXPENSE** | 0.00 | #DIV/0! | 62,863.29 | 4.20% |
| UTILITIES | 0.00 | #DIV/0! | 752.58 | 0.05% |
| RENT | 0.00 | #DIV/0! | 236.00 | 0.02% |
| TELEPHONE | 0.00 | #DIV/0! | 1,763.87 | 0.12% |
| OFFICE SUPPLIES | 464.42 | #DIV/0! | 19,618.09 | 1.31% |
| REPAIRS/MAINT | 0.00 | #DIV/0! | 165.63 | 0.01% |
| BANK SVC. CHARGES | 169.94 | #DIV/0! | 3,455.65 | 0.23% |
| DISCOUNT FEES | 0.00 | #DIV/0! | 21,706.95 | 1.45% |
| GENERAL INSURANCE | 0.00 | #DIV/0! | 15,848.86 | 1.06% |
| EQUIPMENT LEASE | 0.00 | #DIV/0! | 592.25 | 0.04% |
| MISC TAXES/LIC | 0.00 | #DIV/0! | 9,709.69 | 0.65% |
| BAD DEBTS | 0.00 | #DIV/0! | (1,234,695.85) | -82.58% |
| LEGAL FEES | 50,820.83 | #DIV/0! | 387,276.88 | 25.90% |
| ACCOUNTING FEES | 1,187.50 | #DIV/0! | 34,762.50 | 2.33% |
| PROFESSIONAL FEES | 3,996.00 | #DIV/0! | 194,951.26 | 13.04% |
| DATA PROC COSTS | 0.00 | #DIV/0! | 426.71 | 0.03% |
| OFFICE SALARIES | 0.00 | #DIV/0! | 31,067.33 | 2.08% |
| PAYROLL TAXES | 0.00 | #DIV/0! | 5,280.67 | 0.35% |
| EMPLOYEE BENEFITS | 0.00 | #DIV/0! | 12,315.12 | 0.82% |
| AUTO EXPENSE | 0.00 | #DIV/0! | 613.34 | 0.04% |
| SALES TAX DISCOUNT | 0.00 | #DIV/0! | (3,846.96) | -0.26% |
| REBATES & REFUNDS | (702.22) | #DIV/0! | (41,767.17) | -2.79% |
| OTHER INCOME | 0.00 | #DIV/0! | (66.00) | 0.00% |
| MISCELLANEOUS | 0.00 | #DIV/0! | 854.11 | 0.06% |
| GROUP INSURANCE | 0.00 | #DIV/0! | 0.00 | 0.00% |
| WORKERS COMP | 0.00 | #DIV/0! | 6,126.43 | 0.41% |
| LIFE INSURANCE | (11.18) | #DIV/0! | (2,145.31) | -0.14% |
| MGT MTGS/TRNG | 0.00 | #DIV/0! | 7,465.23 | 0.50% |
| MANAGEMENT TRAVEL | 0.00 | #DIV/0! | 201.84 | 0.01% |
| MGT. ENTERTAINMENT | 0.00 | #DIV/0! | 37.05 | 0.00% |
| F/ASSETS DISPOSAL | 0.00 | #DIV/0! | 3,376,417.83 | 225.83% |
| INTEREST EXPENSE | 0.00 | #DIV/0! | 19,829.66 | 1.33% |

**OFFICE OF THE U.S. TRUSTEE - REGION 10**
**MONTHLY INCOME STATEMENT**
*(Accrual Method of accounting is required) As of 12/30/2019*

| **Debtor Name:** | **Bartlett Management Services, Inc.** | | **Case Number:** | **17-71890** |
|---|---|---|---|---|
| | *CURRENT PERIOD* | *%* | *YEAR-TO-DATE* | *%* |
| **WIS ST INC TAX** | 0.00 | #DIV/0! | 25.00 | 0.00% |
| **TOTAL MANAGEMENT** | 55,925.29 | #DIV/0! | 2,868,979.24 | 191.89% |
| | | | | |
| **SUPRVISOR AUTO EXP** | 0.00 | #DIV/0! | 131.26 | 0.01% |
| **SUPR. SALARIES** | 0.00 | #DIV/0! | 13,125.15 | 0.88% |
| **SUPR. VACATION** | 0.00 | #DIV/0! | 9,935.00 | 0.66% |
| **SUPR. TELEPHONE** | 0.00 | #DIV/0! | 66.67 | 0.00% |
| **TOTAL SUPERVISOR EXP** | 0.00 | #DIV/0! | 23,258.08 | 1.56% |
| | | | | |
| **MAINT SALARY** | 0.00 | #DIV/0! | 4,835.83 | 0.32% |
| **MAINT AUTO EXP** | 0.00 | #DIV/0! | 408.79 | 0.03% |
| **MAINT TELEPHONE** | 0.00 | #DIV/0! | 0.00 | 0.00% |
| **TOTAL MAINT EXP** | 0.00 | #DIV/0! | 5,244.62 | 0.35% |
| | | | | |
| **ADMIN DEPR** | 0.00 | #DIV/0! | 1,911.29 | 0.13% |
| **ADMIN. AMORT.** | 0.00 | #DIV/0! | 1,683.09 | 0.11% |
| **TOTAL D & A** | 0.00 | #DIV/0! | 3,594.38 | 0.24% |
| | | | | |
| **NET INCOME (LOSS)** | (68,987.79) | #DIV/0! | (2,790,758.83) | -186.66% |

# OFFICE OF THE U.S. TRUSTEE - REGION 10
# MONTHLY CASH FLOW for the month ended 12/30/2019
*Reconciled as of: 12/30/19*

**Debtor Name:** Bartlett Management Services, Inc.    **Case Number:** 17-71890

**Reconciled bank balance and cash on hand from last month**
**(if this is the first report, insert the cash balance as of the petition date)**    $ 399,484

**CASH RECEIPTS**
- From Cash Sales / Receipts
- From Collection of Pre-Petition Accounts Receivable
- From Collection of Post-Petition Accounts Receivable
- From Loans (Attached Itemized List)
- From Contributions to Capital
- From Gifts or Other Receipts (Attach Itemized List)    1,246

**TOTAL RECEIPTS**    $ 1,246

**CASH DISBURSEMENTS**
- Inventory Purchases
- Net Payments to Officers / Owners (Actual Cash Paid)
- Net Payments to Employees (Actual Cash Paid)
- Rent Payments
- Lease Payments
- Mortgage or Note Payments
- Adequate Protection Payments
- Insurance    19,000
- Utilities / Telephone
- Tax Payments
- Advertising & Marketing
- Supplies
- Outside Labor
- Travel & Entertainment
- Professional & Legal Fees (Attached Court Order)    128,916
- Payment to U.S. Trustee Quarterly Fee
- Other Expenses (Attached Itemized Schedule)    10,094

**TOTAL DISBURSEMENTS**    $ 158,010

**NET CASH FLOW (Total Receipts Minus Total Disbursements)**    $ (156,763)

**Bank Balance & Cash on Hand at the End of the Month**    $ 242,721
(Beginning Balance + Cash Receipts - Cash Disbursements)

**Attach Copies of All Bank Statements and Reconciliations**

# OFFICE OF THE U.S. TRUSTEE - REGION 10
## Monthly Cash Flow - Supporting Schedule

**Debtor Name:** **Bartlett Management Services, Inc.**   **Case Number:** **17-71890**

| | |
|---|---:|
| Bank transfers, net | (675.00) |
| Gross proceeds from sale of assets | - |
| Adjustment to outstanding checks | - |
| Insurance proceeds | - |
| Vendor rebates | - |
| Miscellaneous Receipts | 1,921.48 |
| **Other Receipts** | **1,246.48** |

| | |
|---|---:|
| Bank fees | 169.94 |
| Child support payments/garnishments | |
| Disbursements from Closing Statement (See attached Exhibits) | |
| Outside services | |
| Equipment purchases | |
| Royalties | |
| Maintenance & repairs | |
| Merchant services fees | |
| Miscellaneous | 9,924.00 |
| **Other Expenses** | **10,093.94** |

# OFFICE OF THE U.S. TRUSTEE - REGION 10
## STATUS OF TAXES
*For the Month Ended: 12/30/2019*

**Debtor Name:** Bartlett Management Services, Inc.  **Case Number:** 17-71890

| | Beginning Tax Liability* | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability | |
|---|---:|---:|---:|---:|---|
| **FEDERAL** | | | | | |
| Withholding ** | - | - | - | - | |
| FICA /Med Care- Employee ** | - | - | - | - | |
| FICA/Med Care - Employer ** | - | - | - | - | |
| Unemployment-Federal | - | | - | - | QTRLY |
| Income | - | | | - | |
| Other (List) | - | | | - | |
| Subtotal | - | - | - | - | |
| | | | | | |
| **STATE & LOCAL** | | | | | |
| Withholding-Illinois | - | | | - | |
| Withholding-Indiana | - | | | - | |
| Withholding-Wisconsin | - | | | - | |
| Sales-Illinois | 0.00 | | | 0.00 | |
| Sales-Indiana | - | | | - | |
| Sales-Wisconsin | - | | | - | |
| Excise | - | | | - | |
| Unemployment-Illinois | - | | - | - | QTRLY |
| Unemployment-Indiana | - | | - | - | QTRLY |
| Unemployment-Wisconsin | - | | - | - | QTRLY |
| Other | - | | | - | |
| Real Property | (0.00) | | | (0.00) | |
| Personal Property | 11,715.93 | - | | 11,715.93 | |
| Other (List) - Misc Food & Bev. | - | | | - | |
| Subtotal | 11,715.93 | - | - | 11,715.93 | |

**TOTAL TAXES PAID** $ -

(This Sum is to be Listed on Page 1 as Tax Payments)

Explain the reason for any past due post petition taxes:

N/A

\* The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, this should be zero.

\*\* Attached signed and completed photocopies of IRS Form 6123

# OFFICE OF THE U.S. TRUSTEE - REGION 10
# AGING SCHEDULES FOR RECEIVABLES & PAYABLES
*For the Month Ended: 12/30/2019*

**Debtor Name:** **Bartlett Management Services, Inc.**   **Case Number:** **17-71890**

### Accounts Receivable

| | Current 0-30 Days | Past Due 31-60 Days | Past Due 61-90 Days | Past Due Over 90 Days | | |
|---|---|---|---|---|---|---|
| Pre-Petition | | | | $ 2,092,333 | | |
| Post-Petition | $ - | $ - | $ - | $ 14,633 | | |
| Totals | $ - | $ - | $ - | $ 2,106,966 | $ 2,106,966 | Grand Total |

### Accounts Payable

| | Current 0-30 Days | Past Due 31-60 Days | Past Due 61-90 Days | Past Due Over 90 Days | | |
|---|---|---|---|---|---|---|
| Post-Petition Only | $ 2,450 | $ 1,111 | $ 489 | $ 231,330 VFM | $ 235,380 | Grand Total |

### Post-Petition Notes or Leases Payable or Adequate Protection Agreements

| List Creditor/Lessor: | Current 0-30 Days | Past Due 31-60 Days | Past Due 61-90 Days | Past Due Over 90 Days |
|---|---|---|---|---|
| Stephen Nesbitt (DIP loan) | $ 200,000 | | | |
| Heartland Bank (APA) | 17,199 | | | |
| Citizen One Auto Finance | 877 | | | |
| ALLY Fleet Vehicles | 3,516 | | | |
| | | | | |

Post-Petition Bank Accounts (Attach Copies of All Bank Statements):

| | Bank Name | Beginning Balance | Ending Balance |
|---|---|---|---|
| Operating | **Please See Attached Schedule of Bank Accounts** | $ - | $ - |
| Operating | | | |
| Tax Escrow | | | |
| Other(s) | | $ - | $ - |

**Debtor Name:  BARTLETT MANAGEMENT SERVICES, INC.**

Case #: 17-71890

| BANK NAME | ACCOUNT NUMBER | STORE LOCATION(S) | Store# | BANK BALANCE AS OF 12/5/17 | BANK BALANCE AS OF 9/9/19 | BANK BALANCE AS OF 10/7/19 | BANK BALANCE AS OF 11/4/19 | BANK BALANCE AS OF 12/2/19 | BANK BALANCE AS OF 12/30/19 |
|---|---|---|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK | 000000660779802 | 1502 KILBURN AVE ROCKFORD, IL 61101 | 2 | $5,928.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| P.O. BOX 659754 | 000000660779810 | 5949 E STATE ST ROCKFORD, IL 61108 | 32 | $6,780.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SAN ANTONIO, TX 78265-9754 | 000000660779836 | 1586 W LANE RD MACHESNEY, IL 61115 | 44 | $58.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 800-242-7338 | 000000150026387 | 309 N WASHINGTON ST CRAWFORSVILLE, IN 4793 | 12 | $5,277.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | |
| PNC BANK | 48-0487-5804 | 3035 11TH STREET ROCKFORD, IL 61109 | 3 | $7,346.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| P.O. BOX 609 | 46-1298-3886 | 1160 N STATE ST BELVIDERE, IL 61008 | 5 | $5,479.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PITTSBURGH, PA 15230-9738 | 46-2298-5789 | 1293 N STATE RD 135 GREENWOOD, IN 46142 | 28 | $5,645.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 800-669-7518 | 46-2298-5797 | 4250 E SOUTHPORT INDIANAPOLIS, IN 46237 | 30 | $3,991.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 46-2298-5818 | 2401 N MORTON ST FRANKLIN, IN 46131 | 31 | $5,162.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | |
| US BANK | 1 993 7200 7989 (CONS ACCT) | 1000 CHARLESTON AVENUE MATTOON, IL 61938 | 10 | $40,700.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1200 ENERGY PARK DR | | 3150 S 6TH STREET SPRINGFIELD, IL 62703 | 23 | | | | | | |
| ST PAUL, MN 55101-0800 | | 1111 N 9TH ST SPRINGFIELD, IL 62702 | 25 | | | | | | |
| 800-673-3555 | | 6566 E RIVERSIDE BLVD LOVES PARK, IL 61111 | 9 | | | | | | |
| | | 2425 MILTON AVE JANESVILLE, WI 53545 | 7 | | | | | | |
| | | 1850 W JEFFERSON ST SPRINGFIELD, IL 62702 | 24 | | | | | | |
| | | 3035 11TH STREET ROCKFORD, IL 61109 | 3 | | | | | | |
| | | | | | | | | | |
| OLD NATIONAL BANK | 128428324 | 12 N BOWMAN AVE DANVILLE, IL 61832 | 14 | $8,165.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 W MAIN STREET | | | | | | | | | |
| DANVILLE, I 1832 | | | | | | | | | |
| 217-477-5300 | | | | | | | | | |
| | | | | | | | | | |
| FIRST NATIONAL BANK | 1181042 | 2735 PRAIRIE AVE BELOIT, WI 53511 | 15 | $8,460.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 345 EAST GRAND AVENUE | | | | | | | | | |
| BELOIT, WI 53511 | | | | | | | | | |
| 800-667-4401 | | | | | | | | | |
| | | | | | | | | | |
| HEARTLAND BANK | 65379115 | 2201 W SPRINGFIELD AVE CHAMPAIGN, IL 61821 | 16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1101 W WINDSOR ROAD | CONSOLIDATED | 1706 W MARKET ST BLOOMINGTON, IL 61701 | 18 | | | | | | |
| CHAMPAIGN, IL 61821 | ACCOUNT | 501 N PROSPECT BLOOMINGTON, IL 61704 | 26 | | | | | | |
| 217-866-1756 | FOR LISTED LOCATIONS | 1321 N DUNLAP SAVOY, IL 61874 | 27 | | | | | | |
| | | 410 W UNIVERSITY AVE URBANA, IL 61801 | 29 | | | | | | |
| | | | | | | | | | |
| SOY CAPITAL | 02569192 | 1310 E PERSHING RD DECATUR, IL 62526 | 19 | $11,574.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1501 EAST ELDORADO | | | | | | | | | |
| DECATUR, IL 62521 | | | | | | | | | |
| 217-428-7781 | | | | | | | | | |
| | | | | | | | | | |
| PEOPLES BANK AND TRUST | 00 043 648 | 2310 LINCOLN AVENUE CHARLESTON, 61920 | 43 | $5,395.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Debtor Name: BARTLETT MANAGEMENT SERVICES, INC.**

Case #: 17-71890

| BANK NAME | ACCOUNT NUMBER | STORE LOCATION(S) | Store# | BANK BALANCE AS OF 12/5/17 | BANK BALANCE AS OF 9/9/19 | BANK BALANCE AS OF 10/7/19 | BANK BALANCE AS OF 11/4/19 | BANK BALANCE AS OF 12/2/19 | BANK BALANCE AS OF 12/30/19 |
|---|---|---|---|---|---|---|---|---|---|
| 1810 LINCOLN AVENUE CHARLESTON, IL 61920 217-345-6006 | | | | | | | | | |
| HEARTLAND BANK 1101 W WINDSOR ROAD CHAMPAIGN, IL 61821 217-866-1756 | 67036900 | GIFT CARD ACCOUNT | BMSI | $405.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HEARTLAND BANK 1101 W WINDSOR ROAD CHAMPAIGN, IL 61821 217-866-1756 | 65001236 | P/R AND A/P CHECKING ACCOUNT | BMSI | $10,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HEARTLAND BANK 1101 W WINDSOR ROAD CHAMPAIGN, IL 61821 217-866-1756 | 65359378 | CASH CONCENTRATION ACCOUNT | BMSI | -$6,983.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BUSEY BANK 201 W COLLEGE AVE NORMAL, IL 61761 309-452-1102 | 500605605 | DEBTOR-IN-POSSESSION 17-71890 OPERATING ACCOUNT | BMSI | $0.00 | $98,510.57 | $94,692.19 | $94,510.09 | $93,389.50 | $100,275.04 |
| BUSEY BANK 201 W COLLEGE AVE NORMAL, IL 61761 | 500605613 | DEBTOR-IN-POSSESSION 17-71890 TAX ESCROW ACCOUNT | BMSI | $0.00 | $20,921.17 | $20,921.17 | $20,921.17 | $20,921.17 | $18,936.93 |
| BUSEY BANK 201 W COLLEGE AVE | 500605720 | DEBTOR-IN-POSSESSION 17-71890 SALES PROCEEDS ACCOUNT | BMSI | $0.00 | $247,453.48 | $247,446.72 | $247,436.66 | $247,436.66 | $142,000.00 |
| BUSEY BANK 201 W COLLEGE AVE NORMAL, IL 61761 309-452-1102 | 500557079 | DEBTOR-IN-POSSESSION 17-71890 INSURANCE-MACHESNEY PARK | BMSI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BUSEY BANK 201 W COLLEGE AVE NORMAL, IL 61761 309-452-1102 | 500605639 | DEBTOR-IN-POSSESSION 17-71890 UTILITY ESCROW | BMSI | $0.00 | $59,955.00 | $59,955.00 | $59,955.00 | $59,955.00 | $0.00 |

Debtor Name: **BARTLETT MANAGEMENT SERVICES,INC.**          Case #: __17-71890__

| BANK NAME | ACCOUNT NUMBER | STORE LOCATION(S) | Store# | BANK BALANCE AS OF 12/5/17 | BANK BALANCE AS OF 9/9/19 | BANK BALANCE AS OF 10/7/19 | BANK BALANCE AS OF 11/4/19 | BANK BALANCE AS OF 12/2/19 | BANK BALANCE AS OF 12/30/19 |
|---|---|---|---|---|---|---|---|---|---|
| BUSEY BANK<br>201 W COLLEGE AVE<br>NORMAL, IL 61761<br>309-452-1102 | 500605647 | DEBTOR-IN-POSSESSION 17-71890 EQUIPMENT ESCROW | BMSI | $0.00 | $3,006.00 | $3,006.00 | $3,006.00 | $3,006.00 | $5,525.00 |
| COMMERCE BANK<br>120 N CENTER<br>P.O.BOX 68<br>BLOOMINGTON, IL 61702-0068<br>800-453-2265 | 608318038 | COMMERCIAL CHECKING | BMSI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEWITT SAVINGS BANK<br>302 WEST MAIN STREET<br>CLINTON, IL 61727<br>217-935-9470 | 100056157 | COMMERCIAL CHECKING | BMSI | $575,891.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## QUESTIONNAIRE:

|  |  | YES | NO |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? |  | x |
| 2. | DID THE DEBTOR SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? If yes, please attach a list of items sold and a copy of the Court Order authorizing the sale. |  | x |
| 3. | HAS THE DEBTOR PAID ANY BILLS THAT WERE OWED PRIOR TO FILING BANKRUPTCY? |  | x |
| 4. | DID THE DEBTOR PAY ITS ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? If yes, please provide the details and a copy of the Court Order authorizing the payment. **Goldstein & McClintock - $66,618.75; Jonathan Backman - $43,317.91; RPT - $1,079.16; Silverman Consulting - $15,500; and Michael Smith - $2,400** | x |  |
| 5. | DID THE DEBTOR PAY ITS EMPLOYEES AND VENDORS ON TIME? If no, please provide details. | x |  |
| 6. | HAS THE DEBTOR FILED ALL OF ITS RETURNS AND PAID ALL OF ITS TAXES THIS MONTH? If no, please provide details. As a result of the combination of RPT's receipt of multiple final invoices for the last few weeks of the Debtors' operations in January 2019, and EYM's agreement to assume all of the Debtors' real property tax obligations for 2018, RPT inadvertently omitted paying the two personal property tax bills that came due January 31, 2019, for 2018.  (Illinois does not have personal property taxes, and the Debtors, specifically BMSI, has only two locations in Wisconsin - in Janesville ($2,108.47) and Beloit ($3,462.61)).  Because Debtors' counsel did not become aware of these missed payments until the end of March 2019, by which time the Debtors were in the process of establishing a bar date for filing requests for payment of administrative claims, the Debtors are working with the two municipalities, and examining the somewhat oblique law regarding personal property taxes, as well as the Debtors' obligations under their purchases agreement with EYM, to determine whether the Debtors may and/or must pay these tax bills at this time. |  | x |
| 7. | DID THE DEBTOR PAY ALL OF ITS INSURANCE PREMIUMS THIS MONTH? If no, please provide details. | x |  |
| 8. | DID ANY INSURANCE COMPANY CANCEL THE DEBTOR'S POLICY THIS MONTH? If yes, please identify the policies that were cancelled. |  | x |
| 9. | HAS THE DEBTOR BORROWED MONEY FROM ANYONE THIS MONTH? If yes, please provide details. |  | x |
| 10. | DOES THE DEBTOR HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? If yes, please provide details. |  | x |
| 11. | DOES THE DEBTOR HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? If yes, provide details. |  | x |
| 12. | DID THE DEBTOR DEPOSIT ALL MONEY FOR THE BUSINESS INTO THE DIP ACCOUNT THIS MONTH? If no, where was the money deposited. | x |  |
| 13. | DID THE DEBTOR SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DEBTOR IN ANY WAY? If yes, please provide the details. |  | x |
| 14. | DOES THE DEBTOR PLAN ON CONTINUING TO OPERATE THE BUSINESS NEXT MONTH? If no, why not?  **Store operating assets wers sold.** |  | x |

15. PROVIDE A BRIEF NARRATIVE COVERING ANY SIGNIFICANT EVENTS WHICH OCCURRED THIS PAST MONTH.
    **See Attached Consolidated Narrative**

16. ATTACH A LIST OF ALL PAYMENTS MADE DURING THE REPORTING PERIOD TO THE PRINCIPALS, EXECUTIVES, OR INSIDERS. (THIS INCLUDES DRAWS OR CASH WITHDRAWALS BY INDIVIDUALS OR PARTNERS, DIVIDENDS, LEASE PAYMENTS ON PROPERTY OWNED BY INSIDERS, LOANS, GROSS SALARIES, ETC.)
    **None**
17. SEND COPIES TO THE U.S. TRUSTEE OF ANY MONTHLY INTERNAL FINANCIAL REPORTS, INCLUDING ANY INTERNAL INCOME STATEMENT, AND/OR PROFIT & LOSS STATEMENT, AND/OR BALANCE SHEET.

**Monthly Operating Report**
**Consolidated Narrative (Questionnaire #15)**
**December 3, 2019 - December 30, 2019 (Period 13 of 13)**

**15.  PROVIDE A BRIEF NARRATIVE COVERING ANY SIGNIFICANT EVENTS WHICH OCCURRED THIS PAST MONTH.**

The Debtors present the following consolidated narrative of significant events that have occurred during the four weeks covered by this fiscal year's thirteenth operating report period. All of these events impacted or benefitted all three Debtors, so the Debtors will not be preparing individual narratives unless the United States Trustee requests them.[1]

1.  **Sales/Performance Trends**

    a.  BMSI: For the period, BMSI generated a net loss of about $69,000 resulting primarily from legal and professional fees. Net cash flow for the period was a negative $156,763 due primarily to the payment of $128,916 in professional fees and $19,000 in insurance.

    b.  BMPI: For the period, BMPI generated a net loss of about $22,100, resulting primarily from legal and professional fees. Net cash flow for the period was a negative $173 due to bank fees.

    c.  BMII: For the period, BMII generated a net loss of about $10,000, resulting primarily from legal and professional fees. Net cash flow for the period was negative $174 due to bank fees.

2.  **Avoidance Actions**

    a.  On December 5, 2019, the Debtors filed adversary proceedings against Northern Mechanical to avoid certain pre-petition transfers.

3.  **Liquidatin Plan Confirmed and Effective**

    a.  As previously reported, the Debtors and the Creditors' Committees filed a joint plan of liquidation and disclosure statement on July 21, 2019.

---

[1] Although the Effective Date of the Confirmed Plan is December 19, 2019, for ease of accounting, Debtors' are submitting their final pre-confirmation report through December 30, 2019 (end of their 13th Fiscal Period for 2019). The Reorganized Debtor will be submitted quarterly post confirmation reports beginning with the first quarter of 2020 (and will include December 31, 2019 in that first report).

    b.    The Debtors and the Creditors' Committees filed an amended joint plan of liquidation and amended disclosure statement (the "Amended Plan Documents") on September 17, 2019.

    c.    On September 17, 2019, the Court entered an order approving the amended disclosure statement, ordering the Debtors to serve the Amended Plan Documents, along with various other documents, including ballots for voting on the Plan, and scheduling the confirmation hearing for November 5, 2019.

    d.    On November 5, 2019, the Court conducting a hearing on, among other things, confirmation of the amended plan, and (with no parties objecting to confirmation) ruled verbally from the bench that the Court would confirm the amended plan upon the Debtors' presentation of a written confirmation order.

    e.    On December 4, 2019, the Court entered the Confirmation Order, confirming the Plan (as Corrected by the Confirmation Order), dated December 3, 2019).

    f.    The Confirmed Plan became effective on December 19, 2019.